**CA02db Intake**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, May 9, 2022 12:29 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:04-cv-00397-GBD-RLE Sokolow et al v. Palestine Liberation Organization et al Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 5/9/2022 at 12:29 PM EDT and filed on 5/9/2022

| | |
|---|---|
| **Case Name:** | Sokolow et al v. Palestine Liberation Organization et al |
| **Case Number:** | 1:04-cv-00397-GBD-RLE |
| **Filer:** | |
| **WARNING: CASE CLOSED on 10/01/2015** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [1065] Notice of Appeal filed by United States Of America were transmitted to the U.S. Court of Appeals. (tp)**

**1:04-cv-00397-GBD-RLE Notice has been electronically mailed to:**

Robert Joseph Tolchin    rtolchin@berkmanlaw.com, cstrong@berkmanlaw.com, rjt.berkman@gmail.com, rtolchin@ecf.courtdrive.com

Benjamin Henry Torrance    benjamin.torrance@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Mitchell Rand Berger    mitchell.berger@squirepb.com, alan.dickey@squirepb.com, alexandra.chopin@squirepb.com, docketingrequest@squirepb.com, julia.zaiser-6651@ecf.pacerpro.com, julia.zaiser@squirepb.com, mitch-berger-3122@ecf.pacerpro.com

Kent A. Yalowitz    kent.yalowitz@arnoldporter.com, anthony.boccanfuso@arnoldporter.com, ecf-f074fe3fdfaf@ecf.pacerpro.com, edocketscalendaring@arnoldporter.com, maosdny@arnoldporter.com

Philip W Horton     philip.horton@aporter.com

David I. Schoen (Terminated)     dschoen593@aol.com

John A. Burlingame     john.burlingame@squirepb.com, docketingrequest@squirepb.com, john-a-burlingame-4970@ecf.pacerpro.com

David S. Korzenik     dkorzenik@mkslex.com, david-korzenik-7860@ecf.pacerpro.com, mona-houck-2382@ecf.pacerpro.com

Ronald David Coleman     rcoleman@dhillonlaw.com, epotter@dhillonlaw.com, htoschi@dhillonlaw.com, myoder@dhillonlaw.com

David J. Strachman (Terminated)     djs@mtlesq.com

Louise Sommers     lsommers@mkslex.com, dkorzenik@mkslex.com, tkeegan@mkslex.com

Ken Laves Hashimoto     ken_hashimoto@aporter.com

Gassan Adnan Baloul     gassan.baloul@squirepb.com, aaron.knights@squirepb.com, alexandra.chopin@squirepb.com, docketingrequest@squirepb.com, gassan-a-baloul-6477@ecf.pacerpro.com, john.burlingame@squirepb.com, julia-zaiser-6651@ecf.pacerpro.com, julia.zaiser@squirepb.com, sara-delsavio-6777@ecf.pacerpro.com

Lucy Sarah McMillan     lucy.mcmillan@aporter.com, ecf-f86ac3e0407c@ecf.pacerpro.com

Rosalie Consuelo Valentino     rvalentino@kll-law.com, kvitalis@kll-law.com

Tal Rachel Machnes     tal.machnes@arnoldporter.com, ecf-75d5d3353953@ecf.pacerpro.com, edocketscalendaring@arnoldporter.com, maosdny@arnoldporter.com

Carmela T. Romeo     carmela.romeo@arnoldporter.com, ecf-784dd8d72cd0@ecf.pacerpro.com

Rachel Weiser Weiser     rachel@israellawcenter.org

Alexandra Elizabeth Chopin     alexandra.chopin@squirepb.com, alexandra-chopin-2604@ecf.pacerpro.com, docketingrequest@squirepb.com, julia-zaiser-6651@ecf.pacerpro.com, julia.zaiser@squirepb.com

Stephen Wirth     stephen.wirth@arnoldporter.com, edocketscalendaring@arnoldporter.com, maosdny@arnoldporter.com, stephen-wirth-4858@ecf.pacerpro.com

**1:04-cv-00397-GBD-RLE Notice has been delivered by other means to:**

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04−cv−00397−GBD−RLE

Sokolow et al v. Palestine Liberation Organization et al
Assigned to: Judge George B. Daniels
Referred to: Magistrate Judge Ronald L. Ellis
Similar Case: 2:18−cv−12213−GBD
Cause: 28:1331 Fed. Question: Other

Date Filed: 01/16/2004
Date Terminated: 10/01/2015
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Mark I. Sokolow**
*inidivudally and as a natural gaurdian of plaintiff Jamie A. Sokolow*

represented by **David J. Strachman**
McIntyre, Tate, Lynch & Holt
321 South Main St., Ste. 400
Providence, RI 02903
(401)−351−7700
Fax: (401)−331−6095
Email: djs@mtlesq.com
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
Arnold & Porter, LLP
250 West 55th Street
New York, NY 10019
212−836−8344
Fax: 212−836−8689
Email: kent.yalowitz@apks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
(212) 421−6492
Fax: (212)−421−6553
Email: lee@sfclasslaw.com
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201
718−855−3627
Email: rtolchin@berkmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
The Berkman Law Office, LLC
111 Livingston Street
Brooklyn, NY 11201
(718)−855−3627
Fax: (718)−855−4696
Email: asolomon@kdvlaw.com
*TERMINATED: 06/16/2014*

**David I. Schoen**
David I. Schoen, Attorney At Law

2800 Zelda Road, Suite 100–6
Montgomery, AL 36106
(334)–395–6611
Fax: (334)–272–0529
Email: dschoen593@aol.com
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212)–715–1077
Fax: (212)–715–1399
Email: ken_hashimoto@aporter.com
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
Arnold and Porter
555 12th Street NW
Washington, DC 20004
(202)–942–5787
Fax: (202)–942–5999
Email: philip.horton@aporter.com
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
Milano Law Offices
2639 Wooster Road
Rocky River, OH 44116
(440)–356–2828
Fax: 440–256–2873
Email: rachel@israellawcenter.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212) 715–1175
Fax: (212) 715–1399
Email: sara.pildis@aporter.com
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(202)–942–5000
Email: stephen.wirth@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rena M. Sokolow**
*inidivudally and as natural guardian of
plaintiff Jaime A. Sokolow*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie A. Sokolow**
*minor, by her next friends and guardian*
*Mark I. Sokolow and Rena M. Sokolow*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)

*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren M. Sokolow**                  represented by   **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Elana R. Sokolow**
represented by
**David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Shayna Eileen Gould**
represented by

**David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
Arnold & Porter Kaye Scholer LLP (NYC)
250 West 55th Street
New York, NY 10019
(212)–715–1195
Email: carmela.romeo@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212) 715–1000
Fax: (212) 715–1399
Email: lucy.mcmillan@aporter.com
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
Arnold & Porter Kaye Scholer LLP (NYC)
250 West 55th Street
New York, NY 10019
(212)–715–1125
Email: tal.machnes@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Allan Gould**                         represented by  **David J. Strachman**
                                                               (See above for address)
                                                               *TERMINATED: 04/25/2011*
                                                               *LEAD ATTORNEY*

                                                               **Kent A. Yalowitz**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert Joseph Tolchin**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Aaron Nathaniel Solomon**
                                                               (See above for address)
                                                               *TERMINATED: 06/16/2014*

                                                               **David I. Schoen**
                                                               (See above for address)
                                                               *TERMINATED: 11/13/2013*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ken Laves Hashimoto**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Olimpio Lee Squitieri**
                                                               (See above for address)
                                                               *TERMINATED: 04/14/2014*

                                                               **Philip W Horton**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Rachel Weiser Weiser**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Sara Kate Pildis**
                                                               (See above for address)
                                                               *TERMINATED: 08/11/2015*

                                                               **Stephen Wirth**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elise Janet Gould**                          represented by  **David J. Strachman**
                                                               (See above for address)
                                                               *TERMINATED: 04/25/2011*
                                                               *LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Rine**                        represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shmuel Waldman**                    represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henna Novack Waldman**                 represented by   **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)

*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morris Waldman**                    represented by    **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Waldman**                       represented by    **David J. Strachman**
*TERMINATED: 08/31/2015*                                (See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Dr. Alan J. Bauer**
*inidividually and as natural guardian of plainitffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**

(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Revital Bauer**
*inidividually and as a natural guardian of plainiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer*
*TERMINATED: 08/31/2015*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yehonathon Bauer**
*minor, by his next friend and guardians*
*Dr. Alan J. Bauer and Revital Bauer*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Binyamin Bauer**
*minor, by his next friend and guardians*
*Dr. Alan J. Bauer and Revital Bauer*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Bauer**
*minor, by his next friend and guardians*
*Dr. Alan J. Bauer and Revital Bauer*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**

(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yehuda Bauer**                    represented by   **David J. Strachman**
*minor, by his next friend and guardians*                         (See above for address)
*Dr. Alan J. Bauer and Revital Bauer*                              *TERMINATED: 04/25/2011*
                                                                   *LEAD ATTORNEY*

                                                                   **Kent A. Yalowitz**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Aaron Nathaniel Solomon**
                                                                   (See above for address)
                                                                   *TERMINATED: 06/16/2014*

                                                                   **David I. Schoen**
                                                                   (See above for address)
                                                                   *TERMINATED: 11/13/2013*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ken Laves Hashimoto**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Olimpio Lee Squitieri**
                                                                   (See above for address)
                                                                   *TERMINATED: 04/14/2014*

                                                                   **Philip W Horton**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Rachel Weiser Weiser**
                                                                   (See above for address)
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Sara Kate Pildis**
                                                                   (See above for address)
                                                                   *TERMINATED: 08/11/2015*

                                                                   **Stephen Wirth**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rabbi Leonard Mandelkorn**        represented by   **David J. Strachman**
                                                                   (See above for address)
                                                                   *TERMINATED: 04/25/2011*
                                                                   *LEAD ATTORNEY*

                                                                   **Olimpio Lee Squitieri**

(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaul Mandelkorn**
*TERMINATED: 08/31/2015*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nurit Mandelkorn**
*TERMINATED: 08/31/2015*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Oz Joseph Guetta**                    represented by **David J. Strachman**
*monir, by his next friend and guardian*                (See above for address)
*Varda Guetta*                          *TERMINATED: 04/25/2011*
*TERMINATED: 08/31/2015*                *LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)

*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Varda Guetta**<br>*inidividually and as natural guardian of*<br>*plaintff Oz Joseph Guetta*<br>*TERMINATED: 08/31/2015* | represented by | **David J. Strachman**<br>(See above for address)<br>*TERMINATED: 04/25/2011*<br>*LEAD ATTORNEY* |

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Katherine Baker**
*individually and as personal*
*representative of the Estate of Benjamin*
*Blutstein*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Blutstein**   represented by   **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Richard Blutstein**
*individually and as personal*
*representative of the Estate of Benjamin*
*Blutstein*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dr. Larry Carter**
*individually and as personal
representative of the Estate of Diane
("Dina") Carter*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Shaun Coffel        represented by   **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**Carmela T. Romeo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent A. Yalowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucy Sarah McMillan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tal Rachel Machnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Dianne Coulter Miller**                     represented by  **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert L. Coulter, Jr.**                    represented by    **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert L. Coulter, Sr.**                    represented by    **David J. Strachman**
*individually and as personal*                                 (See above for address)

*representative of the Estate of Janis Ruth*
*Coulter*

*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Chana Bracha Goldberg**
*minor, by her next friend and guardian*
*Karen Goldberg*

represented by

**David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**

(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eliezer Simcha Goldberg**                    represented by    **David J. Strachman**
*minor, by her next friend and guardian*                        (See above for address)
*Karen Goldberg*                                                *TERMINATED: 04/25/2011*
                                                                *LEAD ATTORNEY*

                                                                **Kent A. Yalowitz**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert Joseph Tolchin**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Aaron Nathaniel Solomon**
                                                                (See above for address)
                                                                *TERMINATED: 06/16/2014*

                                                                **David I. Schoen**
                                                                (See above for address)
                                                                *TERMINATED: 11/13/2013*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Ken Laves Hashimoto**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Olimpio Lee Squitieri**
                                                                (See above for address)

*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esther Zahava Goldberg**                    represented by   **David J. Strachman**
*minor, by her next friend and guardian*                      (See above for address)
*Karen Goldberg*                                              *TERMINATED: 04/25/2011*
                                                              *LEAD ATTORNEY*

                                                              **Kent A. Yalowitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Joseph Tolchin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Aaron Nathaniel Solomon**
                                                              (See above for address)
                                                              *TERMINATED: 06/16/2014*

                                                              **David I. Schoen**
                                                              (See above for address)
                                                              *TERMINATED: 11/13/2013*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ken Laves Hashimoto**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Olimpio Lee Squitieri**
                                                              (See above for address)
                                                              *TERMINATED: 04/14/2014*

                                                              **Philip W Horton**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Rachel Weiser Weiser**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Sara Kate Pildis**
                                                              (See above for address)
                                                              *TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Goldberg**
*individually, as pers. rep. of the Est. of Stuart Scott Goldberg/ nat. guard. of pltffs Chana Bracha Goldberg, Esther Zahava Goldberg, Yitzhak Shalom Goldberg, Shoshana Malka Goldberg, Eliezer Simcha Goldberg, Yaakov Moshe Goldberg, Tzvi YehoshuaGoldberg TERMINATED: 08/31/2015*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shoshana Malka Goldberg**
*minor, by her next friend and guardian Karen Goldberg*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tzvi Yehoshua Goldberg**                 represented by   **David J. Strachman**
*minor, by her next friend and guardian*                    (See above for address)
*Karen Goldberg*                                            *TERMINATED: 04/25/2011*
                                                            *LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*

*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Yaakov Moshe Goldberg**                    represented by    **David J. Strachman**
*minor, by her next friend and guardian*                      (See above for address)
*Karen Goldberg*                                              *TERMINATED: 04/25/2011*
                                                              *LEAD ATTORNEY*

                                                              **Kent A. Yalowitz**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert Joseph Tolchin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Aaron Nathaniel Solomon**
                                                              (See above for address)
                                                              *TERMINATED: 06/16/2014*

                                                              **David I. Schoen**
                                                              (See above for address)
                                                              *TERMINATED: 11/13/2013*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ken Laves Hashimoto**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Olimpio Lee Squitieri**
                                                              (See above for address)
                                                              *TERMINATED: 04/14/2014*

                                                              **Philip W Horton**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yitzhak Shalom Goldberg**
*minor, by her next friend and guardian*
*Karen Goldberg*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nevenka Gritz**
*sole heir of Norman Gritz, deceased*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*
*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Norman Gritz**
*individually and as personal representative of the Estate of David Gritz*
*TERMINATED: 06/16/2014*

represented by **David J. Strachman**
(See above for address)
*TERMINATED: 04/25/2011*
*LEAD ATTORNEY*

**Kent A. Yalowitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olimpio Lee Squitieri**
(See above for address)
*TERMINATED: 04/14/2014*

*LEAD ATTORNEY*

**Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Nathaniel Solomon**
(See above for address)
*TERMINATED: 06/16/2014*

**David I. Schoen**
(See above for address)
*TERMINATED: 11/13/2013*
*ATTORNEY TO BE NOTICED*

**Ken Laves Hashimoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip W Horton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Weiser Weiser**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara Kate Pildis**
(See above for address)
*TERMINATED: 08/11/2015*

**Stephen Wirth**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Subpoenaed Non–Party The British**          represented by **Louise Sommers**
**Broadcasting Corporation**                                  Miller Korzenik Sommers, L.L.P.
                                                              488 Madison Avenue
                                                              11th Floor
                                                              New York, NY 10022
                                                              (212) 752–9200
                                                              Fax: (212) 688–3996
                                                              Email: lsommers@mkslex.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **David S. Korzenik**
                                                              Miller Korzenik Sommers LLP
                                                              488 Madison Avenue Suite 1120
                                                              New York, NY 10022
                                                              (212)752–9200
                                                              Fax: (212)–688–3996
                                                              Email: dkorzenik@mkslex.com
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Palestine Liberation Organization**          represented by   **Gassan Adnan Baloul**
Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
(202) 457–6155
Fax: (212) 457–6315
Email: gassan.baloul@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura G. Ferguson**
Miller & Chevalier, Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005
(202) 626–5800
Fax: (202) 626–5801
Email: lferguson@milchev.com
*TERMINATED: 05/08/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Mitchell Rand Berger**
Squire Patton Boggs (US) LLP (DC)
2550 M Street NW
Washington, DC 20037
202–457–5601
Fax: (202) 457–6315
Email: mitchell.berger@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Elizabeth Chopin**
Squire Patton Boggs (Us) LLP
2550 M Street, Nw
Washington, DC 20037
(202)–457–5623
Fax: (202)–457–6315
Email: alexandra.chopin@squirepb.com
*ATTORNEY TO BE NOTICED*

**Andrew Todd Wise**
Miller & Chevalier Chtd
900 Sixteenth St. NW
Washington, DC 20006
202–626–5800
Fax: 202–626–5801
Email: awise@milchev.com
*TERMINATED: 05/08/2015*

**Brian A. Hill**
Miller & Chevalier, Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005
(202)–626–6014
Fax: (202)–628–0858
Email: bhill@milchev.com
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**Dawn E. Murphy–Johnson**
Miller & Chevalier, Chartered
655 15th Street, NW, Suite 900
Washington, DC 20005

202–626–5800
Fax: 202–626–5801
Email: dmurphyjohnson@milchev.com
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**John A. Burlingame**
Squire Patton Boggs (Us) LLP
2550 M Street, Nw
Washington, DC 20037
(202)–626–6871
Fax: (202)–457–6315
Email: john.burlingame@squirepb.com
*ATTORNEY TO BE NOTICED*

**Lamia Rita Matta**
Miller & Chevalier Chartered
655 15th Street Nw, Suite 900
Washington, DC 20005
(202)–626–5800
Fax: (202)–626–5801
Email: dlockridge@milchev.com
*TERMINATED: 05/08/2015*

**Lawrence William Schilling**
Law Offices
36 East 12th Street
New York, NY 10003
212–475–3232
Fax: 212–979–1583
Email: lwschilling@earthlink.net
*TERMINATED: 06/28/2007*

**Mark John Rochon**
Miller & Chevalier, Chtd.
655 15th Street, North West #900
Washington, DC 20005
(202) 626–5800
Fax: (202) 626–5801
Email: mrochon@milchev.com
*TERMINATED: 05/08/2015*

**Matthew Thomas Reinhard**
Miller & Chevalier Chartered
655 15th Street, Nw, Suite 900
Washington, DC 20005
(202)–626–5800
Fax: (202)–626–5801
Email: mreinhard@milchev.com
*TERMINATED: 05/08/2015*

**Michael J. Satin**
Miller & Chevalier Chartered
655 15th Street Nw, Suite 900
Washington, DC 20005
(202)–626–6009
Email: msatin@milchev.com
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**Ramsey Clark**
36 East 12th Street
New York, NY 10003
(212) 475–3232
*TERMINATED: 06/28/2007*

**Richard A. Hibey**
Miller & Chevalier, Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005
(202)–628–5800
Fax: (202)–626–0858
Email: rhibey@milchev.com
*TERMINATED: 05/08/2015*

**Timothy P. O'Toole**
Miller & Chevalier, Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005
(202)–626–5552
Fax: (202)–628–0858
Email: totoole@milchev.com
*TERMINATED: 05/08/2015*

**Defendant**

| | | |
|---|---|---|
| **Palestinian Authority**<br>*also known as*<br>Palestinian Interim Self–Government<br>Authority and or Palestinian Council and<br>or Palestinian National Authority | represented by | **Gassan Adnan Baloul**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Mitchell Rand Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Elizabeth Chopin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Todd Wise**
(See above for address)
*TERMINATED: 05/08/2015*

**Brian A. Hill**
(See above for address)
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**Dawn E. Murphy–Johnson**
(See above for address)
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**John A. Burlingame**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lamia Rita Matta**
(See above for address)
*TERMINATED: 05/08/2015*

**Laura G. Ferguson**
(See above for address)
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**Lawrence William Schilling**

(See above for address)
*TERMINATED: 06/28/2007*

**Mark John Rochon**
(See above for address)
*TERMINATED: 05/08/2015*

**Matthew Thomas Reinhard**
(See above for address)
*TERMINATED: 05/08/2015*

**Michael J. Satin**
(See above for address)
*TERMINATED: 05/08/2015*
*PRO HAC VICE*

**Ramsey Clark**
(See above for address)
*TERMINATED: 06/28/2007*

**Richard A. Hibey**
(See above for address)
*TERMINATED: 05/08/2015*

**Timothy P. O'Toole**
(See above for address)
*TERMINATED: 05/08/2015*

**Defendant**

**Yasser Arafat**
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Marwin Bin Khatib Barghouti**
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Ahmed Taleb Mustapha Barghouti**
*TERMINATED: 05/23/2005*
*also known as*
Al–Faransi
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Nasser Mahmoud Ahmed Aweis**
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Majid Al–Masri**
*TERMINATED: 05/23/2005*
*also known as*
Abu Mojahed
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Mahmoud Al–Titi**
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Mohammed Abdel Rahman Salam Masalah**

represented by **Ramsey Clark**
(See above for address)

*TERMINATED: 05/23/2005*
*also known as*
Abu Satkhah
*TERMINATED: 05/23/2005*

**Defendant**

**Faras Sadak Mohammed Ghanem**                represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)
*also known as*
Hitawi
*TERMINATED: 05/23/2005*

**Defendant**

**Mohammed Sami Ibrahim Abdullah**             represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Esatate of Said Ramadan**                    represented by   **Ramsey Clark**
*deceased*                                                      (See above for address)
*TERMINATED: 05/23/2005*

**Defendant**

**Abdel Karim Ratab Yunis Aweis**              represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Nasser Jamal Mousa Shawish**                 represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Toufik Tirawi**                              represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Hussein Al–Shaykh**                          represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Sana'a Muhammed Shehadeh**                   represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Kaira Said Ali Sadi**                        represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Estate of Mohammed Hashaika**                represented by   **Ramsey Clark**
*deceased*                                                      (See above for address)
*TERMINATED: 05/23/2005*

**Defendant**

**Munzar Mahmoud Khalil Noor**                 represented by   **Ramsey Clark**
*TERMINATED: 05/23/2005*                                        (See above for address)

**Defendant**

**Estate of Wafa Idris**                       represented by   **Ramsey Clark**
*deceased*                                                      (See above for address)
*TERMINATED: 05/23/2005*

**Defendant**

**Estate of Mazan Faritach**
*deceased*
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Estate of Muhanad Abu Halawa**
*deceased*
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**John Does 1–99**

represented by **Ramsey Clark**
(See above for address)

**Defendant**

**Hassan Abdel Rahman**
*TERMINATED: 05/23/2005*

represented by **Ramsey Clark**
(See above for address)

**ADR Provider**

**test**

**Interested Party**

**United States of America**


V.

**Intervenor**

**Reuven Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Zehava Sheila Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Gilmore**

**Intervenor**

**t Gilmore**

**Intervenor**

**Talya Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Inbal Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Malkitzedek Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Intervenor

**Tiferet Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Intervenor

**Heftzibah Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Intervenor

**Eliana Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Intervenor

**Dror Gilmore**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Intervenor

**Sharyl Attkisson**

represented by **Ronald David Coleman**
Dhillon Law Group Inc.
256 5th Ave., 4th Floor
New York, NY 10001
347–996–4840
Fax: 646–358–8082
Email: rcoleman@dhillonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosalie Consuelo Valentino**
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212)–695–8100
Fax: (212)–629–4013
Email: rvalentino@kll–law.com
*ATTORNEY TO BE NOTICED*

Intervenor

**Edwin Black**

represented by **Ronald David Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosalie Consuelo Valentino**
(See above for address)
*ATTORNEY TO BE NOTICED*

Intervenor

**Steven Emerson**

represented by

**Ronald David Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosalie Consuelo Valentino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**United States Of America**               represented by **Benjamin Henry Torrance**
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
212–637–2703
Fax: 212–637–2702
Email: benjamin.torrance@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2004 | 1 | COMPLAINT against Mohammed Sami Ibrahim Abdullah, Majid Al–Masri, Hussein Al–Shaykh, Mahmoud Al–Titi, Yasser Arafat, Abdel Karim Ratab Yunis Aweis, Nasser Mahmoud Ahmed Aweis, Ahmed Taleb Mustapha Barghouti, Marwin Bin Khatib Barghouti, Esatate of Said Ramadan, Estate of Mazan Faritach, Estate of Mohammed Hashaika, Estate of Muhanad Abu Halawa, Estate of Wafa Idris, Faras Sadak Mohammed Ghanem, John Does 1–99, Mohammed Abdel Rahman Salam Masalah, Munzar Mahmoud Khalil Noor, Palestine Liberation Organization, Palestinian Authority, Kaira Said Ali Sadi, Nasser Jamal Mousa Shawish, Sana'a Muhammed Shehadeh, Toufik Tirawi. (Filing Fee $ 150.00, Receipt Number 496782)Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(gf, ) (nd). (Entered: 01/26/2004) |
| 01/16/2004 | | SUMMONS ISSUED as to Mohammed Sami Ibrahim Abdullah, Majid Al–Masri, Hussein Al–Shaykh, Mahmoud Al–Titi, Yasser Arafat, Abdel Karim Ratab Yunis Aweis, Nasser Mahmoud Ahmed Aweis, Ahmed Taleb Mustapha Barghouti, Marwin Bin Khatib Barghouti, Esatate of Said Ramadan, Estate of Mazan Faritach, Estate of Mohammed Hashaika, Estate of Muhanad Abu Halawa, Estate of Wafa Idris, Faras Sadak Mohammed Ghanem, Mohammed Abdel Rahman Salam Masalah, Munzar Mahmoud Khalil Noor, Palestine Liberation Organization, Palestinian Authority, Kaira Said Ali Sadi, Nasser Jamal Mousa Shawish, Sana'a Muhammed Shehadeh, Toufik Tirawi. (gf, ) (Entered: 01/26/2004) |
| 01/16/2004 | | Magistrate Judge Ronald L. Ellis is so designated. (gf, ) (Entered: 01/26/2004) |
| 06/03/2004 | 2 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Hassan Abdel Rahman served on 5/26/2004, answer due 6/15/2004. Service was accepted by personal svc. Document filed by Mark I. Sokolow. (cd, ) (Entered: 06/07/2004) |
| 06/07/2004 | 3 | NOTICE of Change of Address by Lee Squitieri on behalf of Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. New Address: Squitieri & Fearon LLP, 32 E. 57th Street, NY, NY, 10022, (212) 421–6492. (cd, ) (Entered: 06/10/2004) |

| 05/23/2005 | 4 | FIRST AMENDED COMPLAINT amending 1 Complaint against Palestine Liberation Organization, Palestinian Authority, John Does 1–99.Document filed by Katherine Baker, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Elana R. Sokolow, Shayna Eileen Gould, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow. Related document: 1 Complaint filed by Mark I. Sokolow,, Rena M. Sokolow,, Jamie A. Sokolow,, Lauren M. Sokolow,, Elana R. Sokolow,, Shayna Eileen Gould,, Ronald Allan Gould,, Elise Janet Gould,, Jessica Rine,, Shmuel Waldman,, Henna Novack Waldman,, Morris Waldman,, Eva Waldman,, Alan J. Bauer,, Revital Bauer,, Yehonathon Bauer,, Binyamin Bauer,, Daniel Bauer,, Yehuda Bauer,, Leonard Mandelkorn,, Shaul Mandelkorn,, Nurit Mandelkorn,, Oz Joseph Guetta,, Varda Guetta.(db, ) (nd). (Entered: 05/26/2005) |
| 05/23/2005 | | Set Answer Due Date purs. to 4 Amended Complaint as to Palestine Liberation Organization answer due on 6/7/2005; Palestinian Authority answer due on 6/7/2005; John Does 1–99 answer due on 6/7/2005. (db, ) (Entered: 05/26/2005) |
| 07/01/2005 | 5 | FILING ERROR – ELECTRONIC FILING IN NON–ECF CASE – MOTION for Extension of Time to File Response/Reply. Document filed by Palestine Liberation Organization, Palestinian Authority. (Schilling, Lawrence) Modified on 8/31/2005 (kg). (Entered: 07/01/2005) |
| 07/06/2005 | 6 | ORDER; Defendants' motion for an enlargement of time to rspond to the First Amended complaint to July 31, 2005 is granted. Plaintiffs' motion for default judgment is denied. (Signed by Judge George B. Daniels on 7/5/05) (djc, ) (Entered: 07/06/2005) |
| 07/15/2005 | 7 | ORDER that the Court having granted deft's motion for an enlargement of time to respond to the first amended complaint, the Clerk of the Court is hereby ordered to remove this motion from the Court's docket. (Signed by Judge George B. Daniels on 7/14/05) (cd, ) (Entered: 07/18/2005) |
| 07/29/2005 | 8 | MOTION for Extension of Time to respond to The Amended Complaint. Document filed by Palestine Liberation Organization. (ll, ) (Entered: 08/02/2005) |
| 08/25/2005 | 9 | MOTION for David J. Strachman to Appear Pro Hac Vice plaintiffs; w/ attch. attorney certification. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (pl, ) (Entered: 08/29/2005) |
| 08/30/2005 | 10 | FILING ERROR – ELECTRONIC FILING IN NON–ECF CASE – THIRD MOTION for Extension of Time to Respond to the Amended Cpmplaint. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1)(Schilling, Lawrence) Modified on 8/31/2005 (kg). (Entered: 08/30/2005) |
| 08/31/2005 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENTS – NON–ECF CASE ERROR. Note to Attorney Lawrence Shilling to MANUALLY RE–FILE Documents: Motions for enlargement of their time to respond to the Amended Complaint, Documents Nos. 5 & 10. This case is not ECF. (kg) (Entered: 08/31/2005) |
| 08/31/2005 | 11 | ORDER granting 8 Motion for Extension of Time. The defendants have until 9/15/05 to respond to the first amended complaint . (Signed by Judge George B. Daniels on |

| | | |
|---|---|---|
| | | 8/30/05) (kco, ) (Entered: 09/01/2005) |
| 08/31/2005 | | Set Answer Due Date purs. to 4 Amended Complaint as to Palestine Liberation Organization answer due on 9/15/2005. (kco, ) (Entered: 09/01/2005) |
| 08/31/2005 | 12 | ORDER: On 8/30/05 this Court issued an order granting defendant's 7/29/05 motion for an enlargement of time to respond to the first amended complaint in the above captioned case. The clerk of the Court is again directed to remove motion #5 and motion #8 from the Court's docket. (Signed by Judge George B. Daniels on 8/30/05) (js, ) (Entered: 09/01/2005) |
| 09/13/2005 | 13 | ORDER granting 9 Motion for David J. Strachman to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 9/13/05) (db, ) (Entered: 09/14/2005) |
| 09/16/2005 | 14 | MOTION for Extension of Time to File Answer. Document filed by Palestine Liberation Organization, Palestinian Authority, John Does 1–99. (pl, ) (Entered: 09/21/2005) |
| 12/07/2005 | 15 | ORDER re: 14 MOTION for Extension of Time to File Answer filed by Palestine Liberation Organization, John Does 1–99, Palestinian Authority. The Clerk of the Court is directed to remove the defendants' motion for a further enlargement of time to respond to the amended complaint, document #14, from the Court's docket. So Ordered. (Signed by Judge George B. Daniels on 12/6/05) (jco, ) (Entered: 12/08/2005) |
| 12/07/2005 | 16 | ORDER: defendant's time to respond to the amended complaint is enlarged to 1/6/06. (Signed by Judge George B. Daniels on 12/6/05) (db, ) (Entered: 12/13/2005) |
| 12/07/2005 | | Set Answer Due Date purs. to 16 Order as to Palestine Liberation Organization answer due on 1/6/2006; Palestinian Authority answer due on 1/6/2006. (db, ) (Entered: 12/13/2005) |
| 01/27/2006 | 17 | ORDER; Plaintiffs may file a formal motion for default judgment with the Court. (Signed by Judge George B. Daniels on 1/26/06) (pl, ) (Entered: 01/27/2006) |
| 01/30/2006 | 18 | FILING ERROR – ELECTRONIC FILING IN NON–ECF CASE – NOTICE OF APPEARANCE by David J. Strachman on behalf of Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein (Strachman, David) Modified on 1/31/2006 (kg). (Entered: 01/30/2006) |
| 01/31/2006 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF CASE ERROR. Note to Attorney David J. Strachman to MANUALLY RE–FILE Document Notice of Appearance, Document No. 18. This case is not ECF. (kg) (Entered: 01/31/2006) |
| 01/31/2006 | 19 | MOTION for the abatement of all proceedings in this case for three months pending receipt by defense counsel of instructions from the new political Leadership in Palestine. Document filed by Palestine Liberation Organization, Palestinian Authority, Yasser Arafat, Marwin Bin Khatib Barghouti, Ahmed Taleb Mustapha Barghouti, Nasser Mahmoud Ahmed Aweis, Majid Al–Masri, Mahmoud Al–Titi, Mohammed Abdel Rahman Salam Masalah, Faras Sadak Mohammed Ghanem, Mohammed Sami Ibrahim Abdullah, Esatate of Said Ramadan, Abdel Karim Ratab Yunis Aweis, Nasser Jamal Mousa Shawish, Toufik Tirawi, Hussein Al–Shaykh, Sana'a Muhammed Shehadeh, Kaira Said Ali Sadi, Estate of Mohammed Hashaika, Munzar Mahmoud Khalil Noor, Estate of Wafa Idris, Estate of Mazan Faritach, Estate of Muhanad Abu Halawa, Hassan Abdel Rahman. (jmi, ) (Entered: 02/01/2006) |
| 02/03/2006 | 20 | NOTICE OF APPEARANCE by David J. Strachman on behalf of Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. |

| | | |
|---|---|---|
| | | Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein (jmi, ) (Entered: 02/06/2006) |
| 02/15/2006 | 21 | ORDER that dfts' motion for the abatement of all proceedings in this case is denied. (Signed by Judge George B. Daniels on 2/15/06) (dle, ) (Entered: 02/16/2006) |
| 02/21/2006 | 22 | MOTION to Enter Default, Schedule an Inquest on Damages and Enter Judgment by Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2). Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (db, ) (Entered: 02/22/2006) |
| 02/21/2006 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2). Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (db, ) (Entered: 02/22/2006) |
| 02/21/2006 | 24 | EXHIBITS to 23 Memorandum of Support of 22 Motion. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein.(db, ) (Entered: 02/22/2006) |
| 04/27/2006 | <u>25</u> | ORDER; Dft's responses to plaintiffs motion for a default judgment is extended to 6/30/2006. (Signed by Judge George B. Daniels on 4/27/06) (pl, ) (Entered: 04/27/2006) |
| 06/30/2006 | 26 | MEMORANDUM OF LAW of PA and PLO in Opposition re: 22 MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2).. (djc, ) (Entered: 07/06/2006) |
| 07/18/2006 | 27 | ENDORSED LETTER addressed to Judge George B. Daniels from David J. Strachman dated 7/13/2006 re: requesting an enlargement of time until 9/10/2006 to reply to defendants opposition to plaintiffs' motion for entry of default judgment. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 7/17/2006) |

| | | |
|---|---|---|
| | | (lb, ) (Entered: 07/18/2006) |
| 08/04/2006 | 28 | ORDER: Accordingly, plaintiffs' motion for default judgment is denied without prejudice. This Court will fully consider the parties' complete submissions and arguments on the issue of jurisdiction. It will then determine whether this case should be dismissed for lack of subject matter jurisdiction, or whether judgment of default should be entered if defendants otherwise willfully decline to defend this case on its merits. (Signed by Judge George B. Daniels on 8/4/06) (js, ) (Entered: 08/04/2006) |
| 08/07/2006 | 29 | ORDER plaintiffs' motion for default judgment is denied without prejudice. This Court will fully consider the parties' complete submissions and agruments on the issue of jurisdiction. It will then determine whether this case should be dismissed for lack of subject matter jursidiction, or whether judgment of default should be entered if defendants otherwise willfully decline to defend this case on its merits. So Ordered. (Signed by Judge George B. Daniels on 8/4/2006) (jmi, ) (Entered: 08/07/2006) |
| 10/04/2006 | | Minute Entry for proceedings held before Judge George B. Daniels : Oral Argument Conference held on 10/4/2006. Plaintiffs are to submit response to defendants' subject matter jurisdiction argument by 11/20/2006. Defts have until 1/5/2007 to file reply. Oral arguent set for 1/17/2007 at 10:30 a.m. If court decides that it has subject matter jurisdiction, defendants have 30 days from that decision to file an answer or default judgment will be entered. (jar, ) (Entered: 10/10/2006) |
| 10/04/2006 | | Set/Reset Hearings: Pretrial Conference set for 1/17/2007 10:30 AM before Judge George B. Daniels. (jar, ) (Entered: 10/10/2006) |
| 12/20/2006 | 30 | CONSENT MOTION for Extension of Time. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Strachman, David) (Entered: 12/20/2006) |
| 12/20/2006 | 31 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 22 MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2).. Document filed by Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker. (Strachman, David) (Entered: 12/20/2006) |
| 01/04/2007 | 32 | MEMO ENDORSEMENT on re: 30 CONSENT MOTION for Extension of Time. The Oral argument is adjourned to 2/28/2007 at 11:00 a.m. SO ORDERED. (Signed by Judge George B. Daniels on 1/3/07) (kco, ) (Entered: 01/05/2007) |
| 01/05/2007 | | Set Hearings: Oral Argument set for 2/28/2007 at 11:00 AM before Judge George B. Daniels. (kco, ) (Entered: 01/05/2007) |
| 02/01/2007 | 33 | MOTION for Extension of Time pursuant to the Court's individual practices, Rule 1.E for defts to respond to brief and exhibits by 3/7/2007, on the condition that there be no further enlargement, and that an oral arguement be set for mid or late 3/2007 or thereafter. Document filed by Palestine Liberation Organization, Palestinian Authority.(jar) (Entered: 02/05/2007) |
| 02/13/2007 | | MEO–ENDORSEMENT; granting 33 Motion for Extension of Time. So. Ordered. The Oral Argument is set for 4/4/07 @11:00 a.m.. (Signed by Judge George B. |

| | | |
|---|---|---|
| | | Daniels on 2/13/07) (pl) (Entered: 02/20/2007) |
| 02/13/2007 | | Set/Reset Scheduling Order Deadlines: Oral Argument reset for 4/4/2007 11:00 AM before Judge George B. Daniels. (pl) (Entered: 02/20/2007) |
| 03/01/2007 | 34 | ENDORSED LETTER addressed to George B. Daniels from David J. Strachman dated 2/26/2007 re: to February 13,2007, the Court rescheduled this mater for oral argument on April 4, 2007. Oral Argument set for 4/11/2007 11:00 AM before Judge George B. Daniels. ENDORSEMENT: The Oral Argument is rescheduled for April 11,2007 at 11:00 a.m. SO ORDERED. (Signed by Judge George B. Daniels on 2/28/2007) (jmi) (Entered: 03/06/2007) |
| 03/07/2007 | 35 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2). MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2). MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2). MOTION for Entry of Default as to Palestine Liberation Organization (PLO) and Palestinian Authority (PA) pursuant to FRCP 55(a) and 55(b)(2).. Document filed by Palestine Liberation Organization. (cd) (Entered: 03/09/2007) |
| 04/05/2007 | 36 | FILING ERROR – ELECTRONIC FILING IN NON–ECF CASE – JOINT MOTION for Extension of Time *JOINT APPLICATION FOR A REVISED BREIFING SCHEDULE AND RESCHEDULING OF ORAL ARGUMENT*. Document filed by Mark I. Sokolow.(Strachman, David) Modified on 4/6/2007 (lb). (Entered: 04/05/2007) |
| 04/06/2007 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF CASE ERROR. Note to Attorney David J. Strachman to MANUALLY RE–FILE Document JOINT MOTION, Document No. 36. This case is not ECF. (lb) (Entered: 04/06/2007) |
| 04/09/2007 | 37 | MEMO ENDORSEMENT re: GRANTING Joint Application for a Revised Briefing Schedule and Rescheduling of Oral Argument as further set forth in said Order. Oral Argument set for 8/1/07 at 10:00 a.m. (Signed by Judge George B. Daniels on 4/9/07) (db) (Entered: 04/10/2007) |
| 04/09/2007 | | Set/Reset Hearings: Oral Argument set for 8/1/2007 10:00 AM before Judge George B. Daniels. (db) (Entered: 04/10/2007) |
| 06/05/2007 | 38 | MOTION for an Order, purs. to Local Rule 1.3.(c) for Richard A. Hibey to Appear Pro Hac Vice. Document filed by Palestine Liberation Organization, Palestinian Authority.(tro) (Entered: 06/07/2007) |
| 06/05/2007 | 39 | MOTION for an order, pursuant to local 1.3, allowing Mark J. Rochon to Appear Pro Hac Vice. Document filed by Palestine Liberation Organization, Palestinian Authority, John Does 1–99.(jpo) (Entered: 06/07/2007) |
| 06/11/2007 | | CASHIERS OFFICE REMARK on 39 Motion to Appear Pro Hac Vice, 38 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 06/05/2007, Receipt Number 617341. (jd) (Entered: 06/11/2007) |
| 06/13/2007 | 40 | ORDER granting 38 Motion for Richard A. Hibey to Appear Pro Hac Vice and granting 39 Motion for Mark J. Rochon to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 6/13/07) (js) (Entered: 06/14/2007) |
| 06/13/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 40 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 06/14/2007) |
| 06/25/2007 | 41 | MOTION for Ramsey Clark and Lawrence W. Schilling to Withdraw as Attorney. Document filed by Palestine Liberation Organization, Palestinian Authority.(cd) (Entered: 06/28/2007) |
| 06/28/2007 | 42 | ORDER granting 41 Motion to Withdraw as Attorney. Ramsey Clark and Lawrence W. Schilling, having moved to withdraw their appearance in this case as attorneys for the PA and PLO and sufficient reason appearing for the withdrawal, it is: ORDERED that the appearance of Ramsey Clark and Lawrence W. Schilling as attorneys in this |

| | | |
|---|---|---|
| | | case for the PA and PLO is hereby withdrawn. Attorney Ramsey Clark and Lawrence William Schilling terminated.(Signed by Judge George B. Daniels on 6/28/07) (tro) (Entered: 06/29/2007) |
| 07/17/2007 | 43 | ORDER the parties' joint motion for a revised briefing and hearing schedule shall be, and the is hereby, GRANTED. On or before July 30, 2007, Defendants shall file their additional exhibits and any additional briefing in support of dismissal of this actional for lack of subject matter jurisdiction. Within 60 days after the filing of the additional exhibits and briefing by Defendants, the Plaintiffs shall file their reply brief, including any exhibits thereto. The hearing presently scheduled for August 1, 2007 shall be rescheduled to a date following the filing of the brief described in paragraph 3 of this Order. Hearing is adjourned to October 10, 2007 at 11:00 a.m. SO ORDERED (Signed by Judge George B. Daniels on 7/16/2007) (jmi) (Entered: 07/19/2007) |
| 07/30/2007 | 44 | SUPPLEMENTAL BRIEF *Regarding Subject Matter Juridiction*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix Index to Exhibits# 2 Exhibit A – Senate Hearing# 3 Exhibit A – Senate Hearing (part 2)# 4 Exhibit A – Senate Hearing (part 3)# 5 Exhibit A – Senate Hearing (part 4)# 6 Exhibit B – House Hearing# 7 Exhibit C – Factual Summary# 8 Exhibit D – Dayan Case# 9 Exhibit E – Elon Moreh case# 10 Exhibit F – History and Creation of PNA# 11 Exhibit G – Geneva Convention# 12 Exhibit H – The Hague# 13 Exhibit I – UN Doc# 14 Exhibit J – Declaration of Principles)(Hibey, Richard) (Entered: 07/30/2007) |
| 07/30/2007 | 45 | MOTION to Dismiss. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Hibey, Richard) (Entered: 07/30/2007) |
| 07/30/2007 | 46 | ENDORSED LETTER addressed to Judge George B. Daniels from Richard Hibey dated 7/25/07 re: The parties hereby jointly request leave to exceed the page–limit set forth in Sec 2(C) by having no more than 40 pages for eachof the briefs described in the 7/16/07 order and that this case be convereted to an ECF case. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 7/27/07) (cd) (Entered: 07/31/2007) |
| 07/30/2007 | | Case Designated ECF. (cd) (Entered: 07/31/2007) |
| 08/16/2007 | 47 | ENDORSED LETTER addressed to Judge George B. Daniels from David J. Strachman dated 8/13/07 re: Plaintiffs request an enlargement of time until 9/5/07, to either reach an agreement with the defendants concerning the jurisdictional discovery they seek or to move the Court with respect to the issue. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 8/16/07) (tro) (Entered: 08/17/2007) |
| 09/21/2007 | 48 | NOTICE of of Motion. Document filed by Mark I. Sokolow. (Strachman, David) (Entered: 09/21/2007) |
| 09/21/2007 | 49 | MOTION For Summary Denial of Defendants' Motion to Dismiss For Lack of Personal Jurisdiction,or in the Alternative, For Jurisdictional Discovery and for Related Relief. Document filed by Mark I. Sokolow.(Strachman, David) (Entered: 09/21/2007) |
| 09/21/2007 | 50 | MEMORANDUM OF LAW in Support re: 49 MOTION For Summary Denial of Defendants' Motion to Dismiss For Lack of Personal Jurisdiction,or in the Alternative, For Jurisdictional Discovery and for Related Relief.. Document filed by Mark I. Sokolow. (Strachman, David) (Entered: 09/21/2007) |
| 09/24/2007 | 51 | NOTICE of Errata for docket #50 re: 50 Memorandum of Law in Support of Motion,. Document filed by Mark I. Sokolow. (Strachman, David) (Entered: 09/24/2007) |
| 10/03/2007 | 52 | MEMORANDUM OF LAW in Opposition re: 45 MOTION to Dismiss.. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, |

| | | |
|---|---|---|
| | | Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, John Does 1–99, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Tolchin, Robert) (Entered: 10/03/2007) |
| 10/05/2007 | 53 | OPPOSITION BRIEF re: 49 MOTION For Summary Denial of Defendants' Motion to Dismiss For Lack of Personal Jurisdiction,or in the Alternative, For Jurisdictional Discovery and for Related Relief.. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 10/05/2007) |
| 10/10/2007 | | MEMORANDUM TO THE DOCKET CLERK: Oral Argument held before the Hon. George B. Daniels on 10/10/07. (tro) (Entered: 10/15/2007) |
| 10/19/2007 | 54 | REPLY MEMORANDUM OF LAW in Support re: 49 MOTION For Summary Denial of Defendants' Motion to Dismiss For Lack of Personal Jurisdiction,or in the Alternative, For Jurisdictional Discovery and for Related Relief.. Document filed by Mark I. Sokolow. (Strachman, David) (Entered: 10/19/2007) |
| 10/24/2007 | 55 | DECLARATION of Robert Tolchin, submitting Exhibit previously erroneously omitted in Opposition re: 45 MOTION to Dismiss.. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Tolchin, Robert) (Entered: 10/24/2007) |
| 11/05/2007 | 56 | TRANSCRIPT of proceedings held on 10/10/2007 before Judge George B. Daniels. (wb) (Entered: 11/05/2007) |
| 11/07/2007 | 57 | TRANSCRIPT of proceedings held on 10/10/07 before Judge George B. Daniels. (pl) (Entered: 11/08/2007) |
| 09/30/2008 | 58 | MEMORANDUM DECISION AND ORDER: Accordingly, dismissal for lack of subject matter jurisdiction is denied. Defendants motion to dismiss, for lack of personal jurisdiction and failure to state a claim, is denied without prejudice to renew. Plaintiffs cross–motion is granted to the extent they may conduct limited jurisdictional discovery. The matter is referred to Magistrate Judge Ronald L. Ellis for the purpose of supervising jurisdictional discovery. Defendants are hereby cautioned that, if they willfully refuse to engage in jurisdictional discovery, it may result in being deemed a concession that the Court has personal jurisdiction over them. See e.g., Knox II, 229 F.R.D. at 71 (Sanctioning defendants, for their failure to comply with court orders regarding jurisdiction discovery, by finding facts sufficient to permit the exercise of personal jurisdiction over defendants[.]). Should defendants, in addition to voluntarily foregoing jurisdictional discovery, willfully choose not to otherwise further defend in this action, plaintiffs may renew their motion for a default judgment.SO ORDERED. (Signed by Judge George B. Daniels on 9/30/2008) (tve) (Entered: 09/30/2008) |
| 11/20/2008 | 59 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Mark Rochon dated 11/18/08 re: discovery schedule agreed upon by the parties, as further set forth in this letter. ENDORSEMENT: So ordered. (Signed by Magistrate Judge Ronald L. Ellis on 11/20/08) (cd) (Entered: 11/21/2008) |
| 01/22/2009 | 60 | ORDER It is hereby ordered that the Parties Shall complete discovery no later than January 29, 2009. (Signed by Magistrate Judge Ronald L. Ellis on 1/22/09) (mme) (Entered: 01/23/2009) |
| 03/12/2009 | 61 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ronald L. Ellis. (Signed by Judge George B. Daniels on 3/12/09) (mme) (Entered: 03/12/2009) |

| | | |
|---|---|---|
| 04/09/2009 | 62 | ORDER that the Parties SHALL complete personal jurisdiction discovery in this case no later than 5/29/09. ( Discovery due by 5/29/2009.) (Signed by Magistrate Judge Ronald L. Ellis on 4/9/09) (cd) (Entered: 04/10/2009) |
| 04/20/2009 | 63 | ENDORSED LETTER addressed to Judge George B. Daniels from MOTION DENIED dated 4/20/2009 re: Counsel for plaintiffs writes requesting that if defendants are permitted to file a new and different motion to dismiss, that the Court direct defendants to do so within 10 days. ENDORSEMENT: MOTION DENIED. (Signed by Judge George B. Daniels on 4/20/2009) (tve) Modified on 4/23/2009 (tve). (Entered: 04/20/2009) |
| 04/23/2009 | 64 | ORDER: Plaintiffs' and defendants' letter requests, for clarification of this Court's September 30, 2008 Order and for further related relief, are both denied. (Signed by Judge George B. Daniels on 4/22/2009) (jfe) (Entered: 04/23/2009) |
| 05/13/2009 | 65 | AGREED ORDER REGARDING PERSONAL JURISDICTION DISCOVERY AND BRIEFING SCHEDULE FOR DEFENDANTS' RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION: All discovery and related deadlines associated with Plaintiffs' April 23 Requests, including any deadlines for Plaintiffs to move to compel compliance with those requests, shall be stayed pending the filing of Defendants' Renewed Motion to Dismiss. Defendants shall file their Renewed Motion to Dismiss on or before May 29, 2009. No later than June 8, 2009, Plaintiffs shall notify Defendants in writing whether, upon review of Defendants' Renewed Motion to Dismiss, Plaintiffs intend to proceed forward with their April 23 Requests or to withdraw such discovery, in whole or in part. No later than June 8, 2009, upon review of Defendants' Renewed Motion to Dismiss, the Plaintiffs shall file any motion to compel compliance with the discovery requests previously served on December 1, 2008 ("December 1 Requests"). If by June 8, 2009, Plaintiffs do not file a motion to compel compliance with the December 1 Requests, they shall be precluded from doing so. In the event Plaintiffs withdraw their April 23 Requests in whole and decline to file a motion to compel compliance with the December 1 Requests, Plaintiffs shall file their Opposition to Defendants' Renewed Motion to Dismiss on or before June 29, 2009, and Defendants shall file their Reply on or before July 9, 2009. In the event Plaintiffs decide to stand on their April 23 Requests, in whole or in part, Defendants shall serve their written objections, if any, to such discovery on or before June 18, 2009. The parties shall then request that the Court schedule a discovery conference to address the Plaintiffs' April 23 Requests, the Defendants' objections thereto and any motion to compel that Plaintiffs filed regarding the December 1 Requests. In this case, Plaintiffs shall file their Opposition to Defendants' Renewed Motion to Dismiss thirty days after the later of completion of any jurisdictional discovery permitted or the Court's denial of Plaintiffs' motions to compel that Plaintiffs filed regarding the December 1 Requests. In this case, Plaintiffs shall file their Opposition to Defendants' Renewed Motion to Dismiss thirty days after the later of completion of any jurisdictional discovery permitted or the Court's denial of Plaintiffs' motions to compel compliance with the December 1 and/or April 23 Requests, as the case may be, and Defendants shall file their Reply fourteen days after service of Plaintiffs' Opposition. (Signed by Magistrate Judge Ronald L. Ellis on 5/12/09) Copies Mailed By Chambers. (tro) (Entered: 05/14/2009) |
| 05/29/2009 | 66 | MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 05/29/2009) |
| 05/29/2009 | 67 | MEMORANDUM OF LAW in Support re: 66 MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 June 22, 1994 Letter, # 2 Exhibit 2 GA Res. 3237, # 3 Exhibit 3 Interrogatory Responses, # 4 Exhibit 4 Responses to Request for Documents, # 5 Exhibit 5 Registration Statement, # 6 Exhibit 6 General Assembly Documents)(Rochon, Mark) (Entered: 05/29/2009) |
| 06/08/2009 | 68 | FILING ERROR – DEFICIENT DOCKET ENTRY – MOTION to Compel *Production*. Document filed by Mark I. Sokolow. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Strachman, David) Modified on 6/9/2009 (jar). (Entered: 06/08/2009) |

| 06/08/2009 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney David Strachman to RE–FILE Document 68 MOTION to Compel *Production*. ERROR(S): Party omission error. Each party associated with a filing must be selected as a filer in the Select Filer Screen by holding down the "ctrl" key and selecting each party with the mouse. (jar) (Entered: 06/09/2009) |
|---|---|---|
| 06/09/2009 | 69 | MOTION to Compel *Production*. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Strachman, David) (Entered: 06/09/2009) |
| 06/10/2009 | 70 | RESPONSE in Opposition re: 69 MOTION to Compel *Production*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – Mar. 29, 2009 D. Strachman Ltr, # 2 Exhibit 2 – Apr. 1, 2009 M. Rochon Ltr, # 3 Exhibit 3 – L. Ferguson e–mail, # 4 Exhibit 4 – L. Ferguson follow–up e–mail)(Rochon, Mark) (Entered: 06/10/2009) |
| 06/12/2009 | 71 | MOTION for Laura G. Ferguson to Appear Pro Hac Vice. Document filed by Palestine Liberation Organization, Palestinian Authority.(dle) (Entered: 06/15/2009) |
| 06/16/2009 | 72 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Compel *Production*.. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Strachman, David) (Entered: 06/16/2009) |
| 06/16/2009 | 73 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from The Law Firm of McIntyre, Tate, & Lynch dated 6/11/09 re: Plaintiffs' Request for Enlargement until Tuesday, 6/16/09 to file reply brief. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Ronald L. Ellis on 6/16/09) (tro) (Entered: 06/17/2009) |
| 07/01/2009 | | CASHIERS OFFICE REMARK on 71 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 06/12/2009, Receipt Number 690903. (jd) (Entered: 07/01/2009) |
| 09/03/2009 | 74 | ORDER THAT the Parties SHALL appear for a telephonic conference before the Court on September 11,2009, at 3:00 p.m. SO ORDERED ( Settlement Conference set for 9/11/2009 at 03:00 PM before Magistrate Judge Ronald L. Ellis. ) (Signed by Magistrate Judge Ronald L. Ellis on 9/2/2009) (jmi) (Entered: 09/03/2009) |
| 11/12/2009 | 75 | TRANSCRIPT of Civil Cause for Telephone Conference proceedings held on September 11, 2009 before Magistrate Judge Ronald L. Ellis. (mro) (Entered: 11/12/2009) |
| 02/03/2010 | 76 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION ; that Laura G. Ferguson is admitted to practice pro hac vice as counsel for Defendants The Palestinian Authority and The Palestine Liberation Organization in the above–captioned case in the United States District Court for the Southern District of New York. (Signed by Judge George B. Daniels on 2/2/10) (pl) (Entered: 02/03/2010) |

| | | |
|---|---|---|
| 03/04/2010 | 77 | ORDER: the Clerk of the Court is directed to indicate on the docket Plaintiffs' withdrawal of their Motion to Compel Production (Doc. No. 69, June 9, 2009). SO ORDERED. (Signed by Magistrate Judge Ronald H. Ellis on 3/4/2010) (tve) (Entered: 03/04/2010) |
| 03/10/2010 | 78 | DECLARATION of Laura G. Ferguson. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – M. Rochon Letter to D. Strachman, # 2 Exhibit 2 – M. Rochon Letter to Magistrate Judge Ellis, # 3 Exhibit 3 – D. Strachman Letter to Judge Daniels, # 4 Exhibit 4 – D. Strachman Letter to M. Rochon and R. Hibey, # 5 Exhibit 5 – L. Ferguson Letter to D. Strachman, # 6 Exhibit 6 – E–mail Correspondence between Parties, # 7 Exhibit 7 – Declarations of Mazen Jadallah and Yasser Abed Rabbo)(Rochon, Mark) (Entered: 03/10/2010) |
| 03/11/2010 | 79 | ORDER denying 66 Motion to Dismiss for Lack of Jurisdiction. Defendants' motion to dismiss for lack of personal jurisdiction (Doc. No. 66) is denied without prejudice to renew after the completion of jurisdictional discovery. Defendants may supplement and/or re–file their motion to dismiss no later than thirty (30) days after Magistrate Judge Ellis indicates that all jurisdictional discovery is complete. Opposition papers shall be due within thirty (30) days of the refiling of the motion, and any reply papers shall be due within twenty (20) days thereafter. SO ORDERED. (Signed by Judge George B. Daniels on 3/11/2010) (tve) (Entered: 03/11/2010) |
| 03/16/2010 | 80 | ORDER; that personal jurisdiction discovery in this case is complete. (Signed by Magistrate Judge Ronald H. Ellis on 3/11/10) (pl) (Entered: 03/16/2010) |
| 04/15/2010 | 81 | MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*. Document filed by Palestine Liberation Organization, Palestinian Authority. Responses due by 5/17/2010(Rochon, Mark) (Entered: 04/15/2010) |
| 04/15/2010 | 82 | MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – June 22, 1994 Letter, # 2 Exhibit 2 – GA Res. 3237, # 3 Exhibit 3 – Interrogatory Responses, # 4 Exhibit 4 – Responses to Document Requests, # 5 Exhibit 5 – Registration Statement, # 6 Text of Proposed Order)(Rochon, Mark) (Entered: 04/15/2010) |
| 05/28/2010 | 83 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*.. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H part 1, # 9 Exhibit H part 2, # 10 Exhibit I part 1, # 11 Exhibit I part 2, # 12 Exhibit J part 1, # 13 Exhibit J part 2, # 14 Exhibit K part 1, # 15 Exhibit K part 2, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N)(Strachman, David) (Entered: 05/28/2010) |
| 05/28/2010 | 84 | DECLARATION of David J. Strachman in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)*.. Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard |

| | | |
|---|---|---|
| | | Blutstein. (Attachments: # <u>1</u> Exhibit 1 part 1, # <u>2</u> Exhibit 1 part 2(a), # <u>3</u> Exhibit 1 part 2(b), # <u>4</u> Exhibit 1 part 3(a), # <u>5</u> Exhibit 1 part 3(b), # <u>6</u> Exhibit 1 part 4(a), # <u>7</u> Exhibit 1 part 4(b), # <u>8</u> Exhibit 1 part 4(c), # <u>9</u> Exhibit 1 part 5, # <u>10</u> Exhibit 2, # <u>11</u> Exhibit 3, # <u>12</u> Exhibit 4, # <u>13</u> Exhibit 5, # <u>14</u> Exhibit 6, # <u>15</u> Exhibit 7, # <u>16</u> Exhibit 8, # <u>17</u> Exhibit 9, # <u>18</u> Exhibit 10, # <u>19</u> Exhibit 11, # <u>20</u> Exhibit 12, # <u>21</u> Exhibit 13 part 1, # <u>22</u> Exhibit 13 part 2, # <u>23</u> Exhibit 13 part 3, # <u>24</u> Exhibit 14)(Strachman, David) (Entered: 05/28/2010) |
| 05/28/2010 | <u>85</u> | DECLARATION of Marwan Abdel–Rahman in Opposition re: <u>81</u> MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)..* Document filed by Larry Carter, Shaun Coffel, Dianne Coulter Miller, Robert L. Coulter, Jr, Robert L. Coulter, Sr, Elana R. Sokolow, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Shayna Eileen Gould, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Nevenka Gritz, Norman Gritz, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Eva Waldman, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Mark I. Sokolow, Binyamin Bauer, Daniel Bauer, Yehuda Bauer, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, Varda Guetta, Rena M. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Attachments: # <u>1</u> Appendix 1, # <u>2</u> Appendix 2, # <u>3</u> Appendix 3, # <u>4</u> Civil Cover Sheet 4, # <u>5</u> Appendix 5, # <u>6</u> Appendix 6, # <u>7</u> Appendix 7, # <u>8</u> Appendix 8)(Strachman, David) (Entered: 05/28/2010) |
| 06/17/2010 | <u>86</u> | REPLY MEMORANDUM OF LAW in Support re: <u>81</u> MOTION to Dismiss for Lack of Jurisdiction *(Renewed Motion) Pursuant to Fed. R. Civ. P. 12(b)(2)..* Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 06/17/2010) |
| 03/30/2011 | <u>87</u> | MEMORANDUM DECISION AND OPINION: #100147 Defendants' motion to dismiss for lack of personal jurisdiction is DENIED. (Signed by Judge George B. Daniels on 3/30/2011) (jpo) Modified on 3/31/2011 (ajc). (Entered: 03/30/2011) |
| 03/31/2011 | <u>88</u> | NOTICE OF APPEARANCE by Robert Joseph Tolchin on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman (Tolchin, Robert) (Entered: 03/31/2011) |
| 04/04/2011 | <u>89</u> | ORDER: All parties are directed to attend a conference on May 5, 2011, at 9:30 am. SO ORDERED. (Status Conference set for 5/5/2011 at 09:30 AM before Judge George B. Daniels) (Signed by Judge George B. Daniels on 4/4/2011) (lnl) (Entered: 04/04/2011) |
| 04/11/2011 | <u>90</u> | ENDORSED LETTER addressed to Judge George B. Daniels from Richard A. HIbey dated 4/5/2011 re: Requesting an adjournment of the conference currently set for May 5, 2011. ENDORSEMENT: The conference is rescheduled for May 10, 2011 at 9:30 am. (Signed by Judge George B. Daniels on 4/6/2011) (jpo) (Entered: 04/11/2011) |
| 04/11/2011 | <u>91</u> | NOTICE of OF WITHDRAWAL OF DAVID J. STRACHMAN AS COUNSEL FOR THE PLAINTIFFS. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. |

| | | |
|---|---|---|
| | | Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Strachman, David) (Entered: 04/11/2011) |
| 04/13/2011 | 92 | ANSWER to Amended Complaint. Document filed by Palestine Liberation Organization, Palestinian Authority. Related document: 4 Amended Complaint,,,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer.(Rochon, Mark) (Entered: 04/13/2011) |
| 04/20/2011 | 93 | MOTION to Transfer Case. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 04/20/2011) |
| 04/20/2011 | 94 | MEMORANDUM OF LAW in Support re: 93 MOTION to Transfer Case.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Rochon, Mark) (Entered: 04/20/2011) |
| 04/25/2011 | 95 | MEMO ENDORSEMENT on 91 NOTICE OF WITHDRAWAL OF APPEARANCE. ENDORSEMENT: SO ORDERED. Attorney David J. Strachman terminated. (Signed by Judge George B. Daniels on 4/22/2011) (lnl) (Entered: 04/25/2011) |
| 05/11/2011 | 96 | MEMORANDUM OF LAW in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Shaul Mandelkorn, Nurit Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 97 | DECLARATION of Morris Waldman in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 98 | DECLARATION of Eva Waldman in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, |

| | | |
|---|---|---|
| | | Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 99 | DECLARATION of Mark I. Sokolow in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 100 | DECLARATION of Rena M. Sokolow in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 101 | DECLARATION of Elana R. Sokolow in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 102 | DECLARATION of Jamie A. Sokolow in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 103 | DECLARATION of Lauren M. Sokolow in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |

| | | |
|---|---|---|
| 05/11/2011 | 104 | DECLARATION of Shmuel Waldman in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 105 | DECLARATION of Henna Novack Waldman in Opposition re: 93 MOTION to Transfer Case.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 106 | MOTION to Transfer Case *to the Eastern District of New York*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Return Date set for 5/26/2011 at 10:00 AM.(Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 107 | MEMORANDUM OF LAW in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 108 | DECLARATION of Morris Waldman in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) |

| | | |
|---|---|---|
| | | (Entered: 05/11/2011) |
| 05/11/2011 | 109 | DECLARATION of Eva Waldman in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 110 | DECLARATION of Mark Sokolow in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 111 | DECLARATION of Rena Sokolow in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Esatate of Said Ramadan, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 112 | DECLARATION of Elana Sokolow in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/11/2011 | 113 | DECLARATION of Jamie Sokolow in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka |

| | | Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
|---|---|---|
| 05/11/2011 | 114 | DECLARATION of Lauren Sokolow in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/11/2011) |
| 05/12/2011 | 115 | DECLARATION of Shmuel Waldman in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/12/2011) |
| 05/12/2011 | 116 | DECLARATION of Henna Novack Waldman in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/12/2011) |
| 05/19/2011 | 117 | AFFIDAVIT OF SERVICE of Motion to Change Venue to EDNY served on Pal Auth., PLO on 5–12–11. Service was accepted by Mark Rochon. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/19/2011) |
| 05/19/2011 | 118 | ENDORSED LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 5/19/2011 re: Requesting leave to file a consolidated brief of no more than 25 pages. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 5/19/2011) (jpo) (Entered: 05/19/2011) |

| | | |
|---|---|---|
| 05/19/2011 | 119 | REPLY MEMORANDUM OF LAW in Support re: 93 MOTION to Transfer Case.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 05/19/2011) |
| 05/19/2011 | 120 | MEMORANDUM OF LAW in Opposition re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 05/19/2011) |
| 05/25/2011 | 121 | REPLY MEMORANDUM OF LAW in Support re: 106 MOTION to Transfer Case *to the Eastern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/25/2011) |
| 05/26/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 5/26/2011. Plaintiff Counsel and Defense counsel present. Court reporter was also present. (mbe) (Entered: 06/01/2011) |
| 06/02/2011 | 122 | ORDER: Defendants' motion pursuant to 28 U.S.c. § 1406 to dismiss this case for improper venue is DENIED.Dismissal would not be appropriate, even if venue were improper, because there are other districts in which this case could have been brought, and in the interest of Defendants' alternative motion to transfer this case to the District of Columbia, on the basis that it is the only available district in which Plaintiffs' complaint could have been brought, is DENIED.Defendants' motion to dismiss or transfer is also DENIED as untimely and in violation of the justice, could be transferred to, including both the District of Columbia and the Eastern District of New York limitation on further motions in Rule 12(g)(2), since the motion raises the defense of improper venue that was available, but omitted, when Defendants made their earlier motion to dismiss prior to filing their answer.. (Signed by Judge George B. Daniels on 6/2/2011) (js) (Entered: 06/02/2011) |
| 06/03/2011 | 123 | ORDER: Upon Defendants' indication that they are waiving any claim of improper venue, Plaintiffs withdrew their motion to transfer to the Eastern District of New York. Accordingly, the Clerk of the Court is directed to close motions # 96 and # 103. (Signed by Judge George B. Daniels on 6/3/2011) (jfe) (Entered: 06/03/2011) |
| 06/03/2011 | 124 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Ronald L. Ellis. (Signed by Judge George B. Daniels on 6/3/2011) (jfe) (Entered: 06/03/2011) |
| 06/09/2011 | 125 | PRETRIAL CONFERENCE ORDER. Pretrial Conference set for 6/21/2011 at 10:00 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. (Signed by Magistrate Judge Ronald L. Ellis on 6/9/11) (rjm) (Entered: 06/09/2011) |
| 06/16/2011 | 126 | MOTION for Brian A. Hill to Appear Pro Hac Vice. Document filed by Palestine Liberation Organization, Palestinian Authority.(pgu) (Entered: 06/17/2011) |
| 06/20/2011 | 127 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 06/20/2011) |
| 06/21/2011 | | CASHIERS OFFICE REMARK on 126 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 06/16/2011, Receipt Number 9455. (jd) (Entered: 06/21/2011) |
| 06/21/2011 | 128 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: granting 126 Motion for Brian A. Hill to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 6/21/2011) (mbe) (Entered: 06/21/2011) |

| | | |
|---|---|---|
| 06/21/2011 | 129 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION of Brian A. Hill on behalf of Palestine Liberation Organization and Palestinian Authority. Counsel shall forward the pro hac vice fee to the Clerk of Court. (Signed by Judge George B. Daniels on 6/21/11) (djc) Modified on 6/30/2011 (djc). (Entered: 06/21/2011) |
| 06/21/2011 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Initial Pretrial Conference held on 6/21/2011. Subsequent Conference set for 9/13/2011 at 10:00 AM before Magistrate Judge Ronald L. Ellis. (ft) (Entered: 06/21/2011) |
| 06/22/2011 | 130 | NOTICE of Proposed Scheduling Order re: 127 Rule 26(f) Discovery Plan Report. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Palestine Liberation Organization, Palestinian Authority, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Rochon, Mark) (Entered: 06/22/2011) |
| 06/27/2011 | 131 | SCHEDULING ORDER: Absent further order of the Court, fact discovery shall close on December 21, 2012. Absent further order of the Court, expert discovery shall commence on December 21, 2012, and shall close on April 22, 2013. Plaintiffs' Rule 26(a)(2)(A)–(C) Expert Disclosures and Reports will be due January 21, 2013, absent further order of the Court. Defendants' Rule 26(a)(2)(A)–(C) Expert Disclosures and Reports will be due February 21, 2013, absent further order of the Court. Plaintiffs' Rule 26(a)(2)(D)(ii) Rebuttal Expert Disclosures and Reports will be due March 22, 2013, absent further order of the Court. A status conference shall be held on September 13, 2011 at 10:00 a.m. (Signed by Magistrate Judge Ronald L. Ellis on 6/26/2011) (jfe) (Entered: 06/27/2011) |
| 07/13/2011 | 132 | TRANSCRIPT of Proceedings re: conference held on 6/21/2011 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Mary Greco. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/14/2011.(tro) (Entered: 07/13/2011) |
| 07/13/2011 | 133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 6/21/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 07/13/2011) |
| 07/29/2011 | 134 | MOTION to Authorize Issuance of Letters of Request. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 07/29/2011) |
| 07/29/2011 | 135 | MEMORANDUM OF LAW in Support re: 134 MOTION to Authorize Issuance of Letters of Request.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A – Letter of Request, # 2 Exhibit B – Letter of Request, # 3 Exhibit C – Letter of Request, # 4 Exhibit D – Letter of Request, # 5 Exhibit E – Letter of Request, # 6 Exhibit F – Letter of Request, # 7 Exhibit G – Letter of Request, # 8 Text of Proposed Order)(Rochon, Mark) (Entered: 07/29/2011) |
| 08/16/2011 | 136 | ORDER. IT IS HEREBY ORDERED that Defendants' Motion for Issuance of Letters of Request be, and the same hereby is, GRANTED; and IT IS FURTHER ORDERED that the Clerk is directed to issue each of the executed Letters of Request to The Directorate of Courts, Legal Assistance to Foreign Countries, 22 Kanfei Nesharim, POB 34142, Jerusalem 95464, Israel. Granting 134 Motion to Authorize. (Signed by Magistrate Judge Ronald L. Ellis on 8/16/11) (rjm) (Entered: 08/17/2011) |

| | | |
|---|---|---|
| 08/23/2011 | 137 | STIPULATION: The deposition date of the Plaintiff's Subpoena to Testify is adjourned sine die. BBC must reply, object or move with respect to the Subpoena is extended to 9/8/2011. Plaintiffs must file an opposition to any motion to quash or cross–motion to compel by 9/22/2011. The BBC must file any reply on any motion to quash and opposition to any cross–motion to compel by 10/13/2011. Plaintiffs must file a reply on any cross–motions to compel by 10/19/2011. (Signed by Judge George B. Daniels on 8/23/2011) (ab) (Entered: 08/23/2011) |
| 09/08/2011 | 138 | NOTICE OF APPEARANCE by Louise Sommers on behalf of Subpoenaed Non–Party The British Broadcasting Corporation (Sommers, Louise) (Entered: 09/08/2011) |
| 09/08/2011 | 139 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #143) – MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Attachments: # 1 Affidavit of Nicola Cain, # 2 Exhibit A to Declaration of Nicola Cain, # 3 Affidavit of Stephen Mitchell, # 4 Affidavit of Louise Sommers, # 5 Exhibit 1 to Declaration of Louise Sommers, # 6 Exhibit 2 to Declaration of Louise Sommers, # 7 Exhibit 3 to Declaration of Louise Sommers, # 8 Exhibit 4 to Declaration of Louise Sommers, # 9 Exhibit 5 to Declaration of Louise Sommers, # 10 Affidavit of Itai Maytal)(Sommers, Louise) Modified on 9/9/2011 (ldi). Modified on 9/9/2011 (ldi). (Entered: 09/08/2011) |
| 09/08/2011 | 140 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #148) – MEMORANDUM OF LAW in Support re: 139 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) Modified on 9/9/2011 (ldi). Modified on 9/9/2011 (ldi). (Entered: 09/08/2011) |
| 09/08/2011 | 141 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #143) – MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Attachments: # 1 Affidavit of Nicola Cain, # 2 Exhibit A to Declaration of Nicola Cain, # 3 Affidavit of Stephen Mitchell, # 4 Affidavit of Louise Sommers, # 5 Exhibit 1 to Declaration of Louise Sommers, # 6 Exhibit 2 to Declaration of Louise Sommers, # 7 Exhibit 3 to Declaration of Louise Sommers, # 8 Exhibit 4 to Declaration of Louise Sommers, # 9 Exhibit 5 to Declaration of Louise Sommers, # 10 Affidavit of Itai Maytal)(Sommers, Louise) Modified on 9/9/2011 (ldi). Modified on 9/9/2011 (ldi). (Entered: 09/08/2011) |
| 09/08/2011 | 142 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #148) – MEMORANDUM OF LAW in Support re: 141 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) Modified on 9/9/2011 (ldi). Modified on 9/9/2011 (ldi). (Entered: 09/08/2011) |
| 09/09/2011 | 143 | MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation.(Sommers, Louise) (Entered: 09/09/2011) |
| 09/09/2011 | 144 | DECLARATION of Nicola Cain in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Attachments: # 1 Exhibit A to Declaration of Nicola Cain)(Sommers, Louise) (Entered: 09/09/2011) |
| 09/09/2011 | 145 | DECLARATION of Stephen Mitchell in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 09/09/2011) |
| 09/09/2011 | 146 | DECLARATION of Louise Sommers in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non–Party |

| | | The British Broadcasting Corporation. (Attachments: # 1 Exhibit 1 to Declaration of Louise Sommers, # 2 Exhibit 2 to Declaration of Louise Sommers, # 3 Exhibit 3 to Declaration of Louise Sommers, # 4 Exhibit 4 to Declaration of Louise Sommers, # 5 Exhibit 5 to Declaration of Louise Sommers)(Sommers, Louise) (Entered: 09/09/2011) |
|---|---|---|
| 09/09/2011 | 147 | DECLARATION of Itai Maytal in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non−Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 09/09/2011) |
| 09/09/2011 | 148 | MEMORANDUM OF LAW in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non−Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 09/09/2011) |
| 09/09/2011 | 149 | LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS:Pursuant to Article 3 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. the undersigned has the honor to submit the following request:The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance 111obtaining evidence to be used in proceedings before this Court in the above−captioned matter.The above−captioned matter is a civil action against the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA") by a number of plaintiffs, including Dr. Alan J. Bauer and Yehonathon Bauer, who were injured in a bombing in Jerusalem on March 21, 2002. The Bauers allege that a person named Mohammed Hashaika, deceased, detonated the bomb.The Bauer family further alleges that the PA and PLO are civilly liable for the bombing and for their injuries under 18 U.S.c. § 2331 et. seq. and supplemental causes of action.The assistance requested of the State of Israel consists of the following as set forth in this order (js) (Entered: 09/12/2011) |
| 09/12/2011 | 150 | NOTICE OF APPEARANCE by David S. Korzenik on behalf of Subpoenaed Non−Party The British Broadcasting Corporation (Korzenik, David) (Entered: 09/12/2011) |
| 09/13/2011 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Discovery Hearing held on 9/13/2011. Next Conference set for 11/17/2011 at 10:00 AM before Magistrate Judge Ronald L. Ellis. (mro) (Entered: 09/13/2011) |
| 09/14/2011 | 151 | ORDER: (1) Defendants shall brief the Court on the application of Rule 35 no later than September 27, 2011. Plaintiffs shall submit a reply no later than October 28, 2011. Defendants may submit a response no later than November 4, 2011;(2) Plaintiffs shall submit more detailed calculations of economic damages sought no later than September 27, 2011; and(3) Parties shall submit to the Court a proposed confidentiality order by October 7, 2011.If Parties do not agree on a single proposed confidentiality order, Parties shall submit individual proposals by October 7, 2011. IT IS FURTHER ORDERED THAT all Parties shall appear for a status conference before the undersigned on November 17, 2011, at 10:00 a.m., in Courtroom 18D. (Signed by Magistrate Judge Ronald L. Ellis on 9/14/2011) (js) Modified on 9/15/2011 (js). (Entered: 09/15/2011) |
| 09/21/2011 | 152 | TRANSCRIPT of Proceedings re: conference held on 9/13/2011 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581−8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/17/2011. Redacted Transcript Deadline set for 10/27/2011. Release of Transcript Restriction set for 12/23/2011.(tro) (Entered: 09/21/2011) |
| 09/21/2011 | 153 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/13/2011 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) |

| | | (Entered: 09/21/2011) |
|---|---|---|
| 09/27/2011 | 154 | MOTION to Compel *Rule 35(a) Examinations Within the Southern District of New York*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 09/27/2011) |
| 09/27/2011 | 155 | MEMORANDUM OF LAW in Support re: 154 MOTION to Compel *Rule 35(a) Examinations Within the Southern District of New York*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A – Pltfs Initial Rule 26(a)(1)(A) Disclosures, # 2 Exhibit B – 8.9.11 Letter from Hill to Tolchin, # 3 Exhibit C – 8.14.11 Letter from Tolchin to Hill, # 4 Exhibit D – Transcript of 9.13.11 Hearing, # 5 Exhibit E – 9.12.11 Letter from Tolchin to Hon. R. L. Ellis, # 6 Text of Proposed Order)(Rochon, Mark) (Entered: 09/27/2011) |
| 09/30/2011 | 156 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 9/28/2011 re: counsel for plaintiffs write, with the consent of third–party British Broadcasting Corporation ("BBC"), to seek a modification of the briefing schedule on BBC's motion to quash the subpoena served on BBC by the Plaintiffs (DE 143). The modification of the briefing schedule on BBC's motion is as follows: Plaintiffs must file any opposition to BBC's motion to quash, and any cross motion to compel against the BBC, by October 11, 2011. The BBC must file any reply on its motion to quash and opposition to any cross–motion to compel by November 8, 2011. Plaintiffs must file any reply on any cross–motion to compel by November 15, 2011. ENDORSEMENT: So Ordered. ( Cross Motions due by 10/11/2011., Responses due by 11/8/2011, Replies due by 11/15/2011.) (Signed by Magistrate Judge Ronald L. Ellis on 9/30/2011) (pl) Modified on 9/30/2011 (pl). (Entered: 09/30/2011) |
| 10/17/2011 | 157 | MOTION to Compel BBC to Comply With Subpoena. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 10/17/2011) |
| 10/17/2011 | 158 | MEMORANDUM OF LAW in Opposition re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 10/17/2011) |
| 10/18/2011 | 159 | MEMORANDUM OF LAW in Support re: 157 MOTION to Compel BBC to Comply With Subpoena.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 |

| | | |
|---|---|---|
| | | Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Tolchin, Robert) (Entered: 10/18/2011) |
| 10/19/2011 | 160 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 10/17/2011 re: Counsel for the plaintiffs request that Plaintiffs' time to oppose BBC's motion be enlarged until 10/17/2011, and that BBC's time to reply be enlarged until 11/15/2011. ENDORSEMENT: SO ORDERED. (Responses due by 10/17/2011, Replies due by 11/15/2011.) (Signed by Magistrate Judge Ronald L. Ellis on 10/19/2011) (ft) (Entered: 10/19/2011) |
| 10/28/2011 | 161 | MEMORANDUM OF LAW in Opposition re: 154 MOTION to Compel *Rule 35(a) Examinations Within the Southern District of New York*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 10/28/2011) |
| 11/04/2011 | 162 | REPLY MEMORANDUM OF LAW in Support re: 154 MOTION to Compel *Rule 35(a) Examinations Within the Southern District of New York*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 11/04/2011) |
| 11/14/2011 | 163 | ENDORSED LETTER: addressed to Magistrate Judge Ronald L. Ellis from Louise Sommers dated 11/9/2011 re: Counsel for non–party British Broadcasting Corporation whose motion to quash the Subpoena served on behalf of Plaintiffs is pending. The BBC's reply papers on that motion are presently due on Tuesday, November 15, 2011. We arc writing to request (i) a 3–day extension of time within which to file the BBC's reply papers to and including Friday, November 18, 2011 and (ii) a 3–page extension of this Court's 10–page limit for reply memoranda, to 13 pages. This request is occasioned (i) by the unexpected press of another matter, and (ii) in order to respond sufficiently to all issues raised by Plaintiffs' opposition, including their expert's declaration. ENDORSEMENT: So Ordered. ( Replies due by 11/18/2011.) (Signed by Magistrate Judge Ronald L. Ellis on 11/14/2011) (js) (Entered: 11/14/2011) |
| 11/17/2011 | | Minute Order Proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 11/17/11. Status conference set for 1/19/2012 at 10 am. (cd) (Entered: 12/02/2011) |
| 11/17/2011 | | Set/Reset Hearings: Status Conference set for 1/19/2012 at 10:00 AM before Magistrate Judge Ronald L. Ellis. (cd) (Entered: 12/02/2011) |
| 11/18/2011 | 164 | REPLY MEMORANDUM OF LAW in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation. *and in Opposition to Plaintiffs' Motion to Compel*. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 11/18/2011) |
| 11/18/2011 | 165 | REPLY AFFIDAVIT of Dr. Yezid Sayigh in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 11/18/2011) |
| 11/18/2011 | 166 | REPLY AFFIDAVIT of Jean–Francois Julliard in Support re: 143 MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation.. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 11/18/2011) |
| 11/22/2011 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 11/22/2011. (djc) (Entered: 11/30/2011) |

| | | |
|---|---|---|
| 11/29/2011 | 167 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 11/23/2011 re: Counsel for the Plaintiffs writes to request an extension of time to 11/28/2011 to file their reply in further support of their motion to compel the subpoena on BBC. ENDORSEMENT: SO ORDERED.(Replies due by 11/28/2011) (Signed by Magistrate Judge Ronald L. Ellis on 11/29/2011) (ab) (Entered: 11/29/2011) |
| 11/30/2011 | 168 | REPLY AFFIDAVIT of Jeremy Stern in Support re: 157 MOTION to Compel BBC to Comply With Subpoena.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 11/30/2011) |
| 12/02/2011 | 169 | REPLY AFFIDAVIT of Jeremy Stern in Support re: 157 MOTION to Compel BBC to Comply With Subpoena.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 12/02/2011) |
| 12/06/2011 | 170 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 11/29/11 re: Counsel for the plaintiffs writes to ask that the Court enter an order compelling the defendants to pay the fees of a videographer hired to record a deposition in this case. ENDORSEMENT: Application denied. So ordered. (Signed by Magistrate Judge Ronald L. Ellis on 12/6/2011) (mro) (Entered: 12/06/2011) |
| 12/09/2011 | 171 | ORDER granting 154 Motion to Compel. Defendants have filed two motions with the Court. First, they move to conduct Rule 35 examinations in the Southern District of New York. Second, they seek to compel Plaintiffs to answer Defendants' Interrogatories. Plaintiffs also ask the Court to submit a letter requesting international judicial assistance from Israel, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. The Court held a status conference on this matter on November 17, 2011. Defendants' motions are GRANTED, to the extent set forth in this order. Plaintiffs request for Court–issued letters is GRANTED, in part, and DENIED, in part. (Signed by Magistrate Judge Ronald L. Ellis on 12/9/2011) (lmb) (Entered: 12/09/2011) |
| 12/13/2011 | 172 | TRANSCRIPT of Proceedings re: conference held on 11/22/2011 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/6/2012. Redacted Transcript Deadline set for 1/17/2012. Release of Transcript Restriction set for 3/15/2012.(tro) (Entered: 12/13/2011) |
| 12/13/2011 | 173 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 11/22/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 12/13/2011) |

| 12/19/2011 | 174 | TRANSCRIPT of Proceedings re: conference held on 11/17/2011 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Mary Greco. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/12/2012. Redacted Transcript Deadline set for 1/23/2012. Release of Transcript Restriction set for 3/22/2012.(tro) (Entered: 12/19/2011) |
|---|---|---|
| 12/19/2011 | 175 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 11/17/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 12/19/2011) |
| 12/20/2011 | 176 | LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS. Pursuant to Article 3 of The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, the undersigned has the honor to submit the following request: The United States District Court for the Southern District of New York presents its compliments to the Directorate of Courts of the State of Israel and requests assistance in obtaining evidence to be used in proceedings before this Court in the above–captioned matter. The above–captioned matter is a civil action against the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA") by a number of plaintiffs, including the family members of individuals killed in bombing at the Hebrew University on July 31, 2002. The plaintiffs allege that the PA and PLO are civilly liable for the bombing and for their injuries under 18 U.S.C. § 2331 et seq. and supplemental causes of action. The assistance requested of the State of Israel consists of causing Abdullah Ghaleb Al–Jamal Barghouti, prisoner number 1162167, who plaintiffs represent is in the custody of the Israeli Prisons Service, to appear to be deposed by the parties' counsel before a commissioner appointed by this Court, with the depositions to be recorded stenographically and audiovisually, and as further set forth. (Signed by Magistrate Judge Ronald L. Ellis on 12/19/2011) (rjm) (Entered: 12/20/2011) |
| 12/22/2011 | 177 | MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 12/22/2011) |
| 12/22/2011 | 178 | MEMORANDUM OF LAW in Support re: 157 MOTION to Compel BBC to Comply With Subpoena., 177 MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference].. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph |

| | | |
|---|---|---|
| | | Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tolchin, Robert) (Entered: 12/22/2011) |
| 12/23/2011 | 179 | MOTION for Reconsideration *of rulings made at 11–17–11 conference*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 12/23/2011) |
| 12/23/2011 | 180 | MEMORANDUM OF LAW in Support re: 179 MOTION for Reconsideration *of rulings made at 11–17–11 conference.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tolchin, Robert) (Entered: 12/23/2011) |
| 01/03/2012 | 181 | MEMORANDUM OF LAW in Opposition re: 177 MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference]. MOTION to Strike Document No. [Letter Dated October 25, 2011, Submitted by Defendants at the November 17, 2011, Status Conference].. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – 10–26–11 E–mail)(Rochon, Mark) (Entered: 01/03/2012) |
| 01/03/2012 | 182 | MEMORANDUM OF LAW in Opposition re: 179 MOTION for Reconsideration *of rulings made at 11–17–11 conference.*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – 2001 Article)(Rochon, Mark) (Entered: 01/03/2012) |
| 01/03/2012 | 183 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 12/23/2011 re: counsel for plaintiffs write to respectfully request an extension of time to file objections to the rulings made by Magistrate Judge Ellis at the conference in this matter on November 17, 2011. Plaintiffs respectfully request that the Court enlarge the plaintiffs' time to file objections until 10 days after Magistrate Judge Ellis' ruling on the now–pending motion for reconsideration. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 1/3/2012) (pl) Modified on 1/3/2012 (pl). (Entered: 01/03/2012) |
| 01/03/2012 | 184 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION for Partial Summary Judgment *on the Pleadings*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) Modified on 1/4/2012 (kco). (Entered: 01/03/2012) |
| 01/03/2012 | 185 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Support re: 184 MOTION for Partial Summary Judgment *on the Pleadings.*. Document filed by Palestine Liberation Organization, Palestinian Authority. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A –09–30–08 Memorandum Order, # 2 Text of Proposed Order)(Rochon, Mark) Modified on 1/4/2012 (kco). (Entered: 01/03/2012) |
| 01/04/2012 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney Mak Rochon to RE–FILE Document 184 MOTION for Partial Summary Judgment *on the Pleadings*. Use the event type Motion for Partial Judgment found under the event list Motion. (kco) (Entered: 01/04/2012) |
| 01/04/2012 | 186 | MOTION for Judgment on the Pleadings *(Partial)*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/04/2012) |
| 01/04/2012 | 187 | MEMORANDUM OF LAW in Support re: 186 MOTION for Judgment on the Pleadings *(Partial)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A –09 30 08 Memorandum Order, # 2 Text of Proposed Order)(Rochon, Mark) (Entered: 01/04/2012) |
| 01/19/2012 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 1/19/2012. Status conference held. Next status conference set for 3/20/12 at 10 a.m. (djc) (Entered: 01/26/2012) |
| 01/24/2012 | 188 | NOTICE OF RELEVANT FACTS CONCEALED BY THE BBC re: 148 Memorandum of Law in Support of Motion,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 01/24/2012) |
| 01/24/2012 | 189 | ENDORSED LETTER: addressed to Judge George B. Daniels from Robert J. Tolchin and Robert J. Tolchin dated 1/23/2012 re: Counsel for plaintiff request a one week enlargement of time, until January 30, 2012, to file their opposition to defendants' Motion for Partial Judgment on the Pleadings (DE 186), which is currently due on January 23, 2012. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 1/24/2012) (js) (Entered: 01/24/2012) |
| 01/25/2012 | 190 | NOTICE of Counter–Notice To Correct Misstatements Made By Plaintiffs In Their "Notice" Filing of January 24, 2012. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Attachments: # 1 Exhibit 1)(Sommers, Louise) (Entered: 01/25/2012) |
| 01/27/2012 | 191 | TRANSCRIPT of Proceedings re: conference held on 1/19/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Ruth Ann Hager. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/21/2012. Redacted Transcript Deadline set for 3/1/2012. Release of Transcript Restriction set for 4/30/2012.(tro) (Entered: 01/27/2012) |
| 01/27/2012 | 192 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 1/19/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 01/27/2012) |
| 01/31/2012 | 193 | ORDER denying 179 Motion for Reconsideration. Plaintiffs' Motion for Reconsideration is DENIED. (Signed by Magistrate Judge Ronald L. Ellis on 1/31/2012) (jfe) Modified on 2/1/2012 (jfe). (Entered: 02/01/2012) |

| 02/01/2012 | <u>194</u> | ORDER: The Court having a held a conference in this matter on January 19, 2012, and for the reasons stated orally on the record, Plaintiffs' Motion to Strike Defendants' Letter Opposition (Doc. No. 178) is DENIED. (Signed by Magistrate Judge Ronald L. Ellis on 1/31/2012) (jfe) (Entered: 02/01/2012) |
|---|---|---|
| 02/02/2012 | <u>195</u> | ENDORSED LETTER addressed to Judge George B. Daniels from Daniel Shimko dated 1/30/2012 re: counsel requests a further enlargement of time to file opposition papers to the defendants' motion for partial judgment on the pleadings. ENDORSEMENT: The plaintiff is granted a final extension to file an opposition until February 6, 2012. ( Responses due by 2/6/2012) (Signed by Judge George B. Daniels on 2/2/2012) (djc) (Entered: 02/02/2012) |
| 02/06/2012 | <u>196</u> | MEMORANDUM OF LAW in Opposition re: <u>186</u> MOTION for Judgment on the Pleadings *(Partial)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 02/06/2012) |
| 02/06/2012 | <u>198</u> | MEMORANDUM OPINION AND ORDER: Plaintiffs are ordered to provide responsive Answers to these Interrogatories on or before February 9, 2012. The decision of whether to sanction and what sanction is appropriate will be deferred until the Court can assess Plaintiffs' demonstration of good faith after the specific guidance given at the January 9, 2012 conference. (Signed by Magistrate Judge Ronald L. Ellis on 2/6/2012) (ft) (Entered: 02/07/2012) |
| 02/06/2012 | | Set/Reset Deadlines: Answer to Interrogatories due by 2/9/2012. (ft) (Entered: 02/07/2012) |
| 02/07/2012 | <u>197</u> | DECLARATION of Jeremy Stern in Opposition re: <u>186</u> MOTION for Judgment on the Pleadings *(Partial)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Tolchin, Robert) (Entered: 02/07/2012) |
| 02/07/2012 | <u>199</u> | CROSS MOTION for Relief Pursuant to Rule 56(d) re: <u>186</u> MOTION for Judgment on the Pleadings *(Partial)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 02/07/2012) |
| 02/07/2012 | <u>200</u> | MEMORANDUM OF LAW in Support re: <u>199</u> CROSS MOTION for Relief Pursuant to Rule 56(d) re: <u>186</u> MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: <u>186</u> MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: <u>186</u> |

| | | |
|---|---|---|
| | | MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*... Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C)(Tolchin, Robert) (Entered: 02/07/2012) |
| 02/07/2012 | [201] | DECLARATION of Jeremy Stern in Support re: [199] CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*... Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 02/07/2012) |
| 02/08/2012 | [202] | DECLARATION of Robert J. Tolchin in Support re: [199] CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: [186] MOTION for Judgment on the Pleadings *(Partial)*... Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 02/08/2012) |
| 02/14/2012 | [203] | ENDORSED LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/13/2012 re: Defendants seek leave from the Court to file a single consolidated document that would be comprised of both the reply and the opposition. Counsel also request that the Court permit them to file such a consolidated document on Friday, February 24, 2012. Defendants also request that the Court allow them 35 pages for the consolidated filing, which represents the full number of pages that Defendants would otherwise be entitled for each document. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 2/14/2012) (jfe) (Entered: 02/14/2012) |
| 02/17/2012 | [204] | MOTION to Strike *or, Alternatively, for Partial Judgment on the Pleadings*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther |

| | | |
|---|---|---|
| | | Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 02/17/2012) |
| 02/17/2012 | 205 | MEMORANDUM OF LAW in Support re: 204 MOTION to Strike *or, Alternatively, for Partial Judgment on the Pleadings.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 02/17/2012) |
| 02/23/2012 | 206 | EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 02/23/2012) |
| 02/23/2012 | 207 | DECLARATION of Robert J. Tolchin in Support re: 206 EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1)(Tolchin, Robert) (Entered: 02/23/2012) |
| 02/23/2012 | 208 | MEMORANDUM OF LAW in Support re: 206 EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate* |

|  |  | *Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 02/23/2012) |
| 02/24/2012 | 209 | RESPONSE in Support re: 186 MOTION for Judgment on the Pleadings *(Partial)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 02/24/2012) |
| 02/24/2012 | 210 | RESPONSE in Opposition re: 199 CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*.CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*.CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*.CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*... Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 02/24/2012) |
| 03/05/2012 | 211 | MEMORANDUM OF LAW in Opposition re: 204 MOTION to Strike *or, Alternatively, for Partial Judgment on the Pleadings*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 03/05/2012) |
| 03/05/2012 | 212 | MEMORANDUM OF LAW in Opposition re: 206 EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – 11–28–2011 WAFA Article, # 2 Exhibit 2 – OCHA Report Part 1 p1–16, # 3 Exhibit 2 – OCHA Report Part 2 p17–33, # 4 Exhibit 3 – 1–19–2012 Letter to Eric Holder, # 5 Exhibit 4 – Zivotofsky v Clinton Part 1 p1–24, # 6 Exhibit 4 – Zivotofsky v Clinton Part 2 p25–56)(Rochon, Mark) (Entered: 03/05/2012) |
| 03/07/2012 | 213 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 3/5/2012 re: Counsel for the plaintiffs write to request a one–week extension of time, from March 5, 2012 until March 12, 2012, to file plaintiffs' reply in further support of their Cross–Motion for Relief Pursuant to Rule 56(d) (DE 199). ENDORSEMENT: SO ORDERED. (Replies due by 3/12/2012.) (Signed by Judge |

| | | George B. Daniels on 3/6/2012) (ft) (Entered: 03/07/2012) |
|---|---|---|
| 03/13/2012 | 214 | REPLY MEMORANDUM OF LAW in Support re: 199 CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*..CROSS MOTION for Relief Pursuant to Rule 56(d) re: 186 MOTION for Judgment on the Pleadings *(Partial)*... Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 03/13/2012) |
| 03/19/2012 | 215 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 3/16/12 re: Counsel for the plaintiffs requests an enlargement of time from 3/15/12 to 3/19/12 to file plaintiffs' reply in further support of their motion to strike or alternatively, for partial judgment on the pleadings. ENDORSEMENT: So ordered. Set Deadlines/Hearing as to 204 MOTION to Strike *or, Alternatively, for Partial Judgment on the Pleadings*:( Replies due by 3/19/2012.) (Signed by Judge George B. Daniels on 3/19/2012) (mro) (Entered: 03/19/2012) |
| 03/19/2012 | 216 | REPLY MEMORANDUM OF LAW in Support re: 204 MOTION to Strike *or, Alternatively, for Partial Judgment on the Pleadings*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 03/19/2012) |
| 03/20/2012 | 217 | MOTION for Extension of Time to File Response/Reply as to 206 EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren |

| | | M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 03/20/2012) |
|---|---|---|
| 03/20/2012 | 218 | MEMORANDUM OF LAW in Support. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 03/20/2012) |
| 03/21/2012 | 219 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Ronald L. Ellis on 3/20/2012) (djc) (Entered: 03/21/2012) |
| 03/23/2012 | 220 | NOTICE of Withdrawal of Motion re: 206 EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention).*EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention).*EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention).*EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention).*EX PARTE MOTION for Issuance of Letters Rogatory as to Sanaa Shehadeh in Israel *(Ex Parte Motion to the Magistrate Judge to Issue a Letter of Request for Judicial Assistance Pursuant to the Hague Convention)..* Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 03/23/2012) |
| 03/23/2012 | 221 | EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).* Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 03/23/2012) |
| 03/23/2012 | 222 | MEMORANDUM OF LAW in Support re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)..* |

| | | Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 03/23/2012) |
|---|---|---|
| 03/23/2012 | 223 | EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 03/23/2012) |
| 03/23/2012 | 224 | MEMORANDUM OF LAW in Support re: 223 EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 03/23/2012) |
| 03/25/2012 | 225 | MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 03/25/2012) |
| 03/25/2012 | 226 | MEMORANDUM OF LAW in Support re: 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash |

| | | |
|---|---|---|
| | | and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Tolchin, Robert) (Entered: 03/25/2012) |
| 03/26/2012 | 227 | TRANSCRIPT of Proceedings re: conference held on 3/20/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Ruth Ann Hager. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/19/2012. Redacted Transcript Deadline set for 4/30/2012. Release of Transcript Restriction set for 6/28/2012.(tro) (Entered: 03/26/2012) |
| 03/26/2012 | 228 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 3/20/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 03/26/2012) |
| 04/02/2012 | 229 | RESPONSE to Motion re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 04/02/2012) |
| 04/02/2012 | 230 | RESPONSE to Motion re: 223 EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 04/02/2012) |
| 04/02/2012 | 231 | RESPONSE to Motion re: 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, |

| | | Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 04/02/2012) |
|---|---|---|
| 04/12/2012 | 232 | REPLY MEMORANDUM OF LAW in Support re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*., 223 EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*., 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 04/12/2012) |
| 04/12/2012 | 233 | REPLY AFFIDAVIT of Robert J. Tolchin in Support re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*., 223 EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*., 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel |

| | | |
|---|---|---|
| | | *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 04/12/2012) |
| 04/17/2012 | 234 | TRANSCRIPT of Proceedings re: conference held on 4/11/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/11/2012. Redacted Transcript Deadline set for 5/21/2012. Release of Transcript Restriction set for 7/19/2012.(tro) (Entered: 04/17/2012) |
| 04/17/2012 | 235 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 4/11/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 04/17/2012) |
| 05/01/2012 | 236 | NOTICE of New Development Regarding Plaintiffs Pending Ex Parte Motions to the Magistrate Judge to Issue Letters of Request for Judicial Assistance re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*., 223 EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request)*., 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi |

| | | |
|---|---|---|
| | | Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/01/2012) |
| 05/02/2012 | 237 | RESPONSE re: 236 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) *of New Development Regarding Plaintiffs' Pending Ex Parte Motions*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1 – Defs Obj & Resps to Pltfs 4th RPD)(Rochon, Mark) (Entered: 05/02/2012) |
| 05/06/2012 | 238 | REPLY to Response to Motion re: 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Esatate of Said Ramadan, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/06/2012) |
| 05/06/2012 | 239 | DECLARATION of Robert J. Tolchin, Regarding Admission by Defendants' Counsel That Sufficient Time Remains for Hague Convention Depositions in Support re: 225 MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*. MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request)*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna |

| | | |
|---|---|---|
| | | Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 05/06/2012) |
| 05/07/2012 | 240 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis, from Robert J. Tolchin, dated 5/7/2012, re: wish to thank the Court for adjourning tomorrow's conference... We understand that the Court will set a new date for the conference. ENDORSEMENT: Conference adjourned to June 5, 2012 at 10:00 a.m. SO ORDERED. ( Pretrial Conference set for 6/5/2012 at 10:00 AM before Judge George B. Daniels.) (Signed by Magistrate Judge Ronald L. Ellis on 5/7/2012) (ja) (Entered: 05/08/2012) |
| 05/14/2012 | 241 | ORDER: that the Parties shall appear for a conference before the undersigned on June 28, 2012, at 10:00 a.m. ( Status Conference set for 6/28/2012 at 10:00 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 5/14/2012) (pl) (Entered: 05/15/2012) |
| 06/18/2012 | 242 | ORDER:A conference is scheduled in this matter for July 11, 2012 at 10 a.m. Oral argument on the parties' pending motions will be heard at that time., ( Oral Argument set for 7/11/2012 at 10:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/18/2012) (lmb) (Entered: 06/18/2012) |
| 06/25/2012 | 243 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 6/24/2012 re: Counsel for the plaintiffs request that the conference and oral argument presently scheduled for July 11, 2012 be rescheduled to August 1, 2012 due to a conflict. ENDORSEMENT: The oral argument is scheduled for August 1, 2012 at 11:30 a.m. (Oral Argument set for 8/1/2012 at 11:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/25/2012) (ft) (Entered: 06/25/2012) |
| 06/28/2012 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 6/28/2012. (pl) (Entered: 06/29/2012) |
| 07/10/2012 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 7/10/2012. Re: Deposition issues. (djc) (Entered: 07/27/2012) |
| 07/25/2012 | 244 | TRANSCRIPT of Proceedings re: conference held on 6/28/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/20/2012. Redacted Transcript Deadline set for 8/30/2012. Release of Transcript Restriction set for 10/26/2012.(mt) (Entered: 07/25/2012) |
| 07/25/2012 | 245 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 6/28/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(mt) (Entered: 07/25/2012) |
| 07/30/2012 | 246 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 7/27/12 re: Counsel for the plaintiffs requests that the 8/1/12 conference be adjourned. ENDORSEMENT: The conference is adjourned to August 9, 2012 at 11:00 a.m. ( Oral Argument set for 8/9/2012 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 7/30/2012) (mro) (Entered: 07/30/2012) |
| 07/31/2012 | 247 | MOTION for Dawn E. Murphy–Johnson to Appear Pro Hac Vice. Document filed by Palestine Liberation Organization, Palestinian Authority.(pgu) (Entered: 07/31/2012) |
| 08/01/2012 | 248 | ORDER FOR ADMISSION PRO HAC VICE granting 247 Motion for Dawn E. Murphy–Johnson to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 8/1/2012) (lmb) (Entered: 08/01/2012) |

| 08/02/2012 | | CASHIERS OFFICE REMARK on <u>247</u> Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 07/31/2012, Receipt Number 1045047. (jd) (Entered: 08/02/2012) |
|---|---|---|
| 08/07/2012 | <u>249</u> | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin (undated) re: We represent Plaintiffs in the above–referenced matter. We write to respectfully request a one week extension of time to respond to the defendants' March 9, 2012 interrogatories and document demands. ENDORSEMENT: Additional one week, as requested is granted. So ordered. (Signed by Magistrate Judge Ronald L. Ellis on 8/7/2012) (rjm) (Entered: 08/07/2012) |
| 08/07/2012 | <u>250</u> | NOTICE OF APPEARANCE by David I. Schoen on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman (Schoen, David) (Entered: 08/07/2012) |
| 08/10/2012 | <u>251</u> | ORDER. Defendants' Motion for Partial Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c), or in the Alternative, for this Court to Decline to Exercise Supplemental Jurisdiction over the non–federal claims pursuant to 28 U.S.C. § 1367 (c) [Docket No. 186] is DENIED; Plaintiffs' Cross Motion pursuant to Fed. R. Civ. P. 56 (d) for this Court to Defer Consideration of Defendants' 12(c) Motion in order to Permit Plaintiffs to take Discovery [Docket No. 199], is DENIED as moot. Plaintiffs' Motion to Strike, or Alternatively, for Partial Judgment on the Pleadings dismissing Defendants' Affirmative Defenses [Docket No. 204] is DENIED. (Denying <u>186</u> Motion for Judgment on the Pleadings; Denying as moot <u>199</u> Motion in order to Permit Plaintiffs to take Discovery; Denying <u>204</u> Motion to Strike). (Signed by Judge George B. Daniels on 8/9/2012) (rjm) (Entered: 08/10/2012) |
| 08/30/2012 | <u>254</u> | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from David L. Schoen dated 8/23/2012 re: Request for adjournment of status conference. ENDORSEMENT: The conference scheduled for Sept. 6, 2012, is adjourned. A conference shall be held on October 4, 2012, at 10:00 a.m. So ordered. (Status Conference set for 10/4/2012 at 10:00 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 8/30/2012) (rjm) (Entered: 08/31/2012) |
| 08/31/2012 | <u>252</u> | TRANSCRIPT of Proceedings re: CONFERNCE held on 8/9/2012 before Judge George B. Daniels. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/24/2012. Redacted Transcript Deadline set for 10/4/2012. Release of Transcript Restriction set for 12/3/2012.(McGuirk, Kelly) (Entered: 08/31/2012) |
| 08/31/2012 | <u>253</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNCE proceeding held on 8/9/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/31/2012) |
| 09/06/2012 | <u>255</u> | MEMORANDUM OPINION & ORDER re: #102313 <u>157</u> MOTION to Compel BBC to Comply With Subpoena filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, |

| | | |
|---|---|---|
| | | Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, <u>143</u> MOTION to Quash Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action dated August 9, 2011 of The British Broadcasting Corporation filed by Subpoenaed Non–Party The British Broadcasting Corporation. For the foregoing reasons, the BBC's Motion to Quash the Subpoena is DENIED, and the Plaintiffs' Cross– Motion to Compel BBC to Comply is GRANTED, in part, and DENIED, in part. BBC is directed to produce the outtakes of the interviews with the specified individuals. It is not compelled to produce a witness to testify as to the authenticity of the documentary or outtakes. However, BBC shall furnish the outtakes with written affidavits from knowledgeable witnesses as to the authenticity of the documentary and outtakes. The outtakes and the accompanying affidavit(s) shall be provided to the Plaintiffs on or before September 17, 2012. This Order resolves Docket # 143 and Docket # 157. (Signed by Magistrate Judge Ronald L. Ellis on 9/6/2012) (lmb) Modified on 9/11/2012 (jab). (Entered: 09/06/2012) |
| 09/10/2012 | <u>256</u> | ENDORSED LETTER addressed to Judge George B. Daniels from Louise Sommers dated 9/7/12 re: Counsel for the British Broadcasting Corporation requests an extension of time to file its Objections to Magistrate Judge Ellis' Sept. 6 Order from 9/20 to and including 10/1/12. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 9/10/2012) (mro) Modified on 9/11/2012 (mro). (Entered: 09/10/2012) |
| 09/10/2012 | | Set/Reset Deadlines: Objections to R&R due by 10/1/2012 (mro) (Entered: 09/10/2012) |
| 09/12/2012 | <u>257</u> | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Louise Sommers dated 9/7/2012 re: The BBC accordingly requests that the Sept. 6 Order be reconsidered or stayed so as to postpone any compelled disclosure from the BBC pending hearing and determination of the BBC's Objections to Judge Daniels. The BBC will make every effort to file its objections without delay following the Jewish high holy days, and by letter this day has requested from Judge Daniels a brief extension to October 1, 2012 (Monday following Yom Kippur) of the period to file objections. ENDORSEMENT: Stay granted to October 1, 2012. So ordered. (Signed by Magistrate Judge Ronald L. Ellis on 9/10/2012) (rjm) (Entered: 09/12/2012) |
| 10/01/2012 | <u>258</u> | Objection re: <u>255</u> Memorandum & Opinion,,,,,,,. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Attachments: # <u>1</u> Appendix Part 1 (Pages 1–97), # <u>2</u> Appendix Part 2 (Pages (98–215))(Sommers, Louise) (Entered: 10/01/2012) |
| 10/03/2012 | <u>259</u> | ENDORSED LETTER addressed to Judge George B. Daniels from Louise Sommers dated 10/1/2012 re: We respectfully request oral argument on the BBC's Objections. ENDORSEMENT: So ordered. The oral argument is scheduled for October 31, 2012 at 10:00 a.m. (Oral Argument set for 10/31/2012 at 10:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 10/3/2012) (rjm) (Entered: 10/03/2012) |
| 10/04/2012 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 10/4/2012. Court requested that the parties make submission in reference to discovery issues by 10/11/12. Next conference adjourned to 11/1/12 @ 10 am. (cd) (Entered: 10/10/2012) |
| 10/04/2012 | | Set/Reset Hearings: Status Conference set for 11/1/2012 at 10:00 AM before Magistrate Judge Ronald L. Ellis. (cd) (Entered: 10/10/2012) |
| 10/05/2012 | <u>260</u> | ENDORSED LETTER addressed to Judge George B. Daniels from Louise Sommers dated 10/04/2012 re: We write to respectfully request that the oral arguments on our Objections to Magistrate Judge Ellis' Memorandum Opinion & Order filed September 6, 2012 (Dkt. No 255), presently scheduled for October 31,2012, be adjourned to November 1, 2012. ENDORSEMENT: The Oral argument is adjourned to November 1, 2012 at 11 :30 a.m., SO ORDERED. ( Oral Argument set for 11/1/2012 at 11:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 10/05/2012) (ama) (Entered: 10/05/2012) |

| 10/19/2012 | 261 | TRANSCRIPT of Proceedings re: civil proceeding held on 10/4/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/26/2012. Release of Transcript Restriction set for 1/22/2013.(laq) (Entered: 10/19/2012) |
|---|---|---|
| 10/19/2012 | 262 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a civil proceeding held on 10/4/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(laq) (Entered: 10/19/2012) |
| 10/24/2012 | 263 | RESPONSE re: 258 Objection (non–motion) *to Magistrate Judge's September 6, 2012 Memorandum and Order*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit "A", # 2 Exhibit Exhibit "B", # 3 Exhibit Exhibit "C", # 4 Exhibit Exhibit "D", # 5 Exhibit Exhibit "E", # 6 Exhibit Exhibit "F", # 7 Exhibit Exhibit "G", # 8 Exhibit Exhibit "H", # 9 Exhibit Exhibit "I")(Schoen, David) (Entered: 10/24/2012) |
| 11/01/2012 | 264 | REPLY MEMORANDUM OF LAW in Support re: 258 Objection (non–motion) *and Letter to Court*. Document filed by Subpoenaed Non–Party The British Broadcasting Corporation. (Sommers, Louise) (Entered: 11/01/2012) |
| 11/05/2012 | 265 | ORDER: Oral argument on British Broadcasting Company's objection to Magistrate Judge Ellis's September 6, 2012 Memorandum Opinion and Order Denying its Motion to Quash Subpoena and Partially Granting Plaintiff's Cross Motion is scheduled for 11/19/2012 at 02:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 11/5/2012) (mt) (Entered: 11/05/2012) |
| 11/12/2012 | 266 | NOTICE OF APPEARANCE by Aaron Nathaniel Solomon on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman (Solomon, Aaron) (Entered: 11/12/2012) |
| 11/19/2012 | 267 | MOTION for Extension of Time to Complete Discovery. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) |

| | | |
|---|---|---|
| | | (Entered: 11/19/2012) |
| 11/19/2012 | 268 | MEMORANDUM OF LAW in Support re: 267 MOTION for Extension of Time to Complete Discovery.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, John Does 1–99, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 11/19/2012) |
| 11/19/2012 | 269 | DECLARATION of Robert J. Tolchin, Esq. in Support re: 267 MOTION for Extension of Time to Complete Discovery.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, John Does 1–99, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A – Findings of fact, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD)(Tolchin, Robert) (Entered: 11/19/2012) |
| 11/20/2012 | 270 | DECLARATION of Robert J. Tolchin, Esq. in Support re: 267 MOTION for Extension of Time to Complete Discovery.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 11/20/2012) |
| 11/20/2012 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 11/20/2012. Court ruled on discovery motions. (mro) (Entered: 11/29/2012) |
| 11/30/2012 | 271 | MEMORANDUM OF LAW in Opposition re: 267 MOTION for Extension of Time to Complete Discovery.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Rochon, Mark) (Entered: 11/30/2012) |
| 12/03/2012 | 272 | NOTICE of Concerning New Development Highly Relevant to Plaintiffs Pending Motions to the Magistrate Judge to Issue Letters of Request for Judicial Assistance re: 221 EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request)*.EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague* |

| | | |
|---|---|---|
| | | *Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Munzar Noor in Israel *(Motion for Hague Convention Letter of Request).*, <u>223</u> EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request).*EX PARTE MOTION for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish in Israel *(Motion for Hague Convention Letter of Request).*, <u>226</u> Memorandum of Law in Support of Motion,,,,,, <u>224</u> Memorandum of Law in Support of Motion,,,,,, <u>225</u> MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request).* MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request).* MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request).* MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request).* MOTION for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Saad, Halmi Hamash and Ali Abu Halail in Israel *(Motion for Hague Convention Letter of Request).*, <u>222</u> Memorandum of Law in Support of Motion,,,,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 12/03/2012) |
| 12/03/2012 | <u>273</u> | TRANSCRIPT of Proceedings re: conference held on 11/20/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber:Ruth Ann Hager. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/2/2013. Redacted Transcript Deadline set for 1/7/2013. Release of Transcript Restriction set for 3/7/2013.(tro) (Entered: 12/03/2012) |
| 12/03/2012 | <u>274</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 11/20/2011 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 12/03/2012) |
| 12/06/2012 | <u>275</u> | TRANSCRIPT of Proceedings re: MOTION held on 11/19/2012 before Judge George B. Daniels. Court Reporter/Transcriber: Steven Griffing, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/2/2013. Redacted Transcript Deadline set for 1/10/2013. Release of Transcript Restriction set for 3/11/2013.(Rodriguez, Somari) (Entered: 12/06/2012) |
| 12/06/2012 | <u>276</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 11/19/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this |

| | | transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 12/06/2012) |
|---|---|---|
| 12/07/2012 | 277 | REPLY MEMORANDUM OF LAW in Support re: 267 MOTION for Extension of Time to Complete Discovery.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 12/07/2012) |
| 12/10/2012 | 278 | NOTICE of Errata (in Plaintiffs Reply in Further Support of Their Motion) (DE 277) re: 277 Reply Memorandum of Law in Support of Motion,,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 12/10/2012) |
| 12/10/2012 | 279 | NOTICE of Defendants' Response re: 272 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other). Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 12/10/2012) |
| 12/11/2012 | 280 | NOTICE of Objections to November 20, 2012 Magistrate Judge's Oral Order. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Schoen, David) (Entered: 12/11/2012) |
| 12/12/2012 | 281 | NOTICE of Plaintiffs Reply to Defendants Response re: 279 Notice (Other), Notice (Other). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 12/12/2012) |
| 12/13/2012 | 282 | NOTICE of Filing Exhibits to Objections – DE 280 re: 280 Notice (Other), Notice (Other), Notice (Other), Notice (Other). Document filed by Katherine Baker, Alan J. |

| | | |
|---|---|---|
| | | Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exh. A – 11/20/12 Oral Orders, # 2 Exhibit Exh. B – 10/1/12 defendants' pre–motion ltr on irogs, # 3 Exhibit Exh. C – plaintiffs' response to pre–motion letters, # 4 Exhibit Exh. D – plaintiffs' pre–motion al–wazir ltr)(Schoen, David) (Entered: 12/13/2012) |
| 12/17/2012 | 283 | ORDER: IT IS HEREBY ORDERED that the Parties shall appear for a telephone conference before the undersigned on December 20,2012, at 11:00 a.m. SO ORDERED.( Telephone Conference set for 12/20/2012 at 11:00 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 12/17/2012) (ama) (Entered: 12/17/2012) |
| 12/19/2012 | 284 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Hill and all defense counsel of record. (Attachments: # 1 Exhibit Exh. 1 – Def. pre–motion letter on UA, # 2 Exhibit Exh. 3 – Paintiffs' pre–motion response and letter, # 3 Exhibit Exh. 3 – Exh. B to 103012ltr, # 4 Exhibit Exh. 4 – Judge Daniels 8/9/12 TR, # 5 Exhibit Exh. 5 – 8912Transcript, # 6 Exhibit Exh. 6 – Berkman Guetta ltr, # 7 Exhibit Exh. 7 – def ltr on Guetta, # 8 Exhibit Exh. 8 – def UA demands on plaintiffs)(Schoen, David) (Entered: 12/19/2012) |
| 12/21/2012 | 285 | RESPONSE re: 280 Notice (Other), Notice (Other), Notice (Other), Notice (Other) *in Opposition*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 12/21/2012) |
| 12/26/2012 | 286 | TRANSCRIPT of Proceedings re: civil cause for discovery conference held on 12/5/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/22/2013. Redacted Transcript Deadline set for 1/31/2013. Release of Transcript Restriction set for 3/29/2013.(tro) (Entered: 12/26/2012) |
| 12/26/2012 | 287 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a civil cause for discovery conference proceeding held on 12/5/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 12/26/2012) |
| 12/26/2012 | 288 | TRANSCRIPT of Proceedings re: civil cause for discovery conference held on 12/20/2012 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/22/2013. Redacted Transcript Deadline set for 1/31/2013. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 3/29/2013.(tro) (Entered: 12/26/2012) |
| 12/26/2012 | <u>289</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a civil cause for discovery conference proceeding held on 12/20/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 12/26/2012) |
| 12/26/2012 | <u>290</u> | ORDER: denying <u>221</u> Motion for Issuance of Letters Rogatory; denying <u>223</u> Motion for Issuance of Letters Rogatory; denying <u>225</u> Motion for Issuance of Letters Rogatory. IT IS HEREBY ORDERED THAT: (1) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Munzar Noor (Docket # 221) is DENIED; (2) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Abdel Karim Aweis and Nasser Shawish (Docket # 223) is DENIED;(3) Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory as to Abdel Rahman Makdad, Ahmed Salah, Ahmed Sa'ad, Halmi Hamash, and Ali Abu Halail (Docket #225) is DENIED. SO ORDERED.(Signed by Magistrate Judge Ronald L. Ellis on 12/26/2012) (ama) (Entered: 12/26/2012) |
| 01/02/2013 | <u>291</u> | RESPONSE re: <u>284</u> Appeal of Magistrate Judge Decision to District Court,,,,, *In Opposition*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Rochon, Mark) (Entered: 01/02/2013) |
| 01/02/2013 | <u>292</u> | NOTICE of Reply in further support of Objections (DE 280) to 11/20/12 Oral Orders by Magistrate Judge re: <u>280</u> Notice (Other), Notice (Other), Notice (Other), Notice (Other). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Schoen, David) (Entered: 01/02/2013) |
| 01/03/2013 | <u>293</u> | APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: all counsel of record. (Attachments: # <u>1</u> Exhibit Exh. A – 12/20/12 Transcript, # <u>2</u> Exhibit Exh. B – defendants' 12/3/12 ltr, # <u>3</u> Exhibit Exh. C – plaintiffs' 12/5/12 ltr, # <u>4</u> Exhibit Exh. D – sample def RFA answers, # <u>5</u> Exhibit Exh. E – plaintiffs' ltr)(Schoen, David) (Entered: 01/03/2013) |
| 01/06/2013 | <u>294</u> | APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Rebekah Blutstein, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. |

| | | |
|---|---|---|
| | | Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: All counsel of record. (Attachments: # 1 Exhibit Exh. A – 30(b)(6) Notice to PLO, # 2 Exhibit Exh. B – 30(b)(6) Amended Notice to the PA)(Schoen, David) (Entered: 01/06/2013) |
| 01/07/2013 | 295 | MOTION for Discovery *to the Magistrate Judge, Pursuant to His December 20, 2012 Order*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 01/07/2013) |
| 01/07/2013 | 296 | MEMORANDUM OF LAW in Support re: 295 MOTION for Discovery *to the Magistrate Judge, Pursuant to His December 20, 2012 Order*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Tolchin, Robert) (Entered: 01/07/2013) |
| 01/08/2013 | 297 | DECLARATION of Robert J. Tolchin in Support re: 295 MOTION for Discovery *to the Magistrate Judge, Pursuant to His December 20, 2012 Order*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Tolchin, Robert) (Entered: 01/08/2013) |
| 01/10/2013 | 298 | ORDER: IT IS HEREBY ORDERED THAT Plaintiffs shall respond to Defendants' November 20, 2012, discovery requests by January 10, 2013. (Signed by Magistrate Judge Ronald L. Ellis on 1/10/2013) (mt) (Entered: 01/10/2013) |
| 01/14/2013 | 299 | OPPOSITION BRIEF re: 293 Appeal of Magistrate Judge Decision to District Court,,,,. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit – 1)(Rochon, Mark) (Entered: 01/14/2013) |
| 01/14/2013 | 300 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** BRIEF *in Reply to Opposition to Objections (DE 284) to Magistrate Judge's Order of December 5, 2012*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul |

| | | |
|---|---|---|
| | | Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exh. A – Examples of defendants' objections and "responses" to irogs on UA/LOC affirmative defense, # 2 Exhibit Exh. B – Examples of defendants' objections and "responses" to RFAs on UA/LOC affirmative defense)(Schoen, David) Modified on 1/15/2013 (ka). (Entered: 01/14/2013) |
| 01/15/2013 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Note to Attorney David I. Schoen to RE–FILE Document 300 Brief. Use the event type Reply(non–motion) found under the event list Other Answers. (ka) (Entered: 01/15/2013) |
| 01/15/2013 | 301 | REPLY re: 284 Appeal of Magistrate Judge Decision to District Court,,,,, *re–filed per direction of the Clerk to correct "event" (with my apologies for my filing error)*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exh. A – Examples of defendants' irog objections and "responses" on UA/LOC affirmative defense, # 2 Exhibit Exh. B – Examples of defendants' objections and "responses" to RFAs on UA/LOC affirmative defense)(Schoen, David) (Entered: 01/15/2013) |
| 01/16/2013 | 302 | MOTION for David I. Schoen to Withdraw as Attorney *co–counsel for all Plaintiffs*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Schoen, David) (Entered: 01/16/2013) |
| 01/16/2013 | 303 | ORDER: Plaintiffs have not demonstrated that any of these orders are clearly erroneous or contrary to law. Plaintiffs' Rule 72(a) objections are OVERRULED and DENIED. (Signed by Judge George B. Daniels on 1/16/2013) (mro) (Entered: 01/17/2013) |
| 01/17/2013 | 304 | RESPONSE to Motion re: 302 MOTION for David I. Schoen to Withdraw as Attorney *co–counsel for all Plaintiffs*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 01/17/2013) |
| 01/17/2013 | 305 | RESPONSE to Motion re: 295 MOTION for Discovery *to the Magistrate Judge, Pursuant to His December 20, 2012 Order. In Opposition*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rochon, Mark) (Entered: 01/17/2013) |
| 01/18/2013 | 306 | REPLY to Response to Motion re: 302 MOTION for David I. Schoen to Withdraw as Attorney *co–counsel for all Plaintiffs*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit |

| | | |
|---|---|---|
| | | Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exh. A – Excerpt from DC Bar Magazine, # 2 Exhibit Exh. B – Decsions from DC Ct of Appeals and US Ct of Appeals for DC Circuit)(Schoen, David) (Entered: 01/18/2013) |
| 01/28/2013 | 307 | REPLY MEMORANDUM OF LAW in Support re: 295 MOTION for Discovery *to the Magistrate Judge, Pursuant to His December 20, 2012 Order.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3–A, # 4 Exhibit 3–B, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6–A, # 8 Exhibit 6–B)(Tolchin, Robert) (Entered: 01/28/2013) |
| 02/13/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 2/13/2013. Telephone conference held. Re: Discovery. (lmb) (Entered: 02/25/2013) |
| 02/20/2013 | 308 | TRANSCRIPT of Proceedings re: Discovery Conference held on 2/13/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/18/2013. Redacted Transcript Deadline set for 3/28/2013. Release of Transcript Restriction set for 5/24/2013.(rsh) (Entered: 02/20/2013) |
| 02/20/2013 | 309 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Conference proceeding held on 2/13/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(rsh) (Entered: 02/20/2013) |
| 02/26/2013 | 310 | ORDER: IT IS HEREBY ORDERED THAT expert discovery shall close on June 28, 2013. IT IS FURTHER ORDERED THAT Plaintiffs' Rule 26(a)(2)(A)–(C) Expert Disclosures and Reports shall be due on March 25, 2013. IT IS FURTHER ORDERED THAT Defendants' Rule 26(a)(2)(A)–(C) Expert Disclosures and Reports shall be due on April 25, 2013. IT IS FURTHER ORDERED THAT Plaintiffs' Rule 26(a)(2) (D)(ii) Rebuttal Expert Disclosures and Reports shall be due on May 27, 2013. (Expert Discovery due by 6/28/2013.) (Signed by Magistrate Judge Ronald L. Ellis on 2/25/2013) (tro) (Entered: 02/26/2013) |
| 03/06/2013 | 311 | ORDER: Plaintiff's February 27, 2013 letter request for an enlargement of time beyond that date to object to Magistrate Judge Ellis's February 13, 2013 ruling is DENIED. (Signed by Judge George B. Daniels on 3/6/2013) (ja) (Entered: 03/06/2013) |
| 03/22/2013 | 312 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 3/20/2013 re: Plaintiff's counsel writes plaintiffs seek a brief enlargement of their time to serve only three of their expert reports (out of a total of more than 50 damages and liability expert reports), until April 10 –– one week after the Passover holiday concludes. ENDORSEMENT: So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 3/22/2013) (ago) (Entered: 03/22/2013) |
| 04/04/2013 | 313 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 4/1/2013 re: Defense counsel writes defendants still intend to submit their damages experts reports on April 25, consistent with Plaintiffs production of all such |

| | | |
|---|---|---|
| | | reports on March 25. With regards to Defendants liability experts, Defendants respectfully request until May 10, 2013 to submit such reports. ENDORSEMENT: So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 4/4/2013) (ago) (Entered: 04/04/2013) |
| 04/08/2013 | 314 | TRANSCRIPT of Proceedings re: Rule 11 Motion held on 4/4/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/2/2013. Redacted Transcript Deadline set for 5/13/2013. Release of Transcript Restriction set for 7/11/2013.(sdi) (Entered: 04/08/2013) |
| 04/08/2013 | 315 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Rule 11 Motion proceeding held on 04/4/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(sdi) (Entered: 04/08/2013) |
| 04/22/2013 | 316 | TRANSCRIPT of Proceedings re: Discovery Conference held on 4/19/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/16/2013. Redacted Transcript Deadline set for 5/28/2013. Release of Transcript Restriction set for 7/25/2013.(sdi) (Entered: 04/22/2013) |
| 04/22/2013 | 317 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Conference proceeding held on 4/19/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(sdi) (Entered: 04/22/2013) |
| 05/07/2013 | 318 | NOTICE OF APPEARANCE by Kent A. Yalowitz on behalf of Varda Guetta (Yalowitz, Kent) (Entered: 05/07/2013) |
| 05/14/2013 | 319 | MOTION for PHILIP W. HORTON to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8510659. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Oz Joseph Guetta, Varda Guetta. (Attachments: # 1 Text of Proposed Order)(Horton, Philip) (Entered: 05/14/2013) |
| 05/15/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 319 MOTION for PHILIP W. HORTON to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8510659. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bwa)** (Entered: 05/15/2013) |
| 05/20/2013 | 320 | TRANSCRIPT of Proceedings re: Discovery Disputes held on 5/17/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/13/2013. Redacted Transcript Deadline set for 6/24/2013. Release of Transcript Restriction set for 8/22/2013.(sdi) (Entered: 05/20/2013) |
| 05/20/2013 | 321 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Disputes proceeding held on 5/17/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(sdi) (Entered: 05/20/2013) |

| | | |
|---|---|---|
| 05/29/2013 | <u>322</u> | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent Yalowitz dated 5/24/2013 re: Counsel writes on behalf of both plaintiffs and defendants At the telephone conference with the Court on May 17, 2013. the parties agreed to con fer with each other regarding a schedule for the filing of additional expert reports and for concluding expert discovery. The parties have now reached agreement on the following schedule, which they ask the Court to adopt: Defendants' Rule 26(a)(2)(A)–(C) Expert Disclosures and Reports will be due July 15, 2013. Plaintiffs' Rule 26(a)(2)(A)–(C) Rebuttal Expert Disclosures and Reports will be due September 16, 2013. Expert discovery will close on November 22, 2013. ENDORSEMENT: So Ordered. ( Expert Discovery due by 11/22/2013.) (Signed by Magistrate Judge Ronald L. Ellis on 5/29/2013) (js) (Entered: 05/29/2013) |
| 06/04/2013 | <u>323</u> | NOTICE OF APPEARANCE by Lucy Sarah McMillan on behalf of Varda Guetta (McMillan, Lucy) (Entered: 06/04/2013) |
| 06/07/2013 | <u>324</u> | NOTICE OF APPEARANCE by Sara Kate Pildis on behalf of Varda Guetta (Pildis, Sara) (Entered: 06/07/2013) |
| 06/17/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held re discovery dispute on 6/17/2013. (cd) (Entered: 06/27/2013) |
| 07/26/2013 | <u>325</u> | TRANSCRIPT of Proceedings re: discovery disputes held on 4/24/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2013. Redacted Transcript Deadline set for 8/29/2013. Release of Transcript Restriction set for 10/28/2013.(sdi) (Entered: 07/26/2013) |
| 07/26/2013 | <u>326</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a discovery disputes proceeding held on 4/24/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(sdi) (Entered: 07/26/2013) |
| 07/26/2013 | <u>327</u> | ORDER; The Court held a telephone conference with the parties on June 17, 2013. The Court issued a number of rulings at that conference, which are set forth in below. 1. Plaintiffs' Application Regarding Defendants' Rule 30(b)(6) Depositions. Plaintiffs' application is DENIED. 2. Defendants' and Plaintiffs' Applications Regarding Plaintiff Varda Guetta. Defendants' application is DENIED. Plaintiffs' Application Regarding Defendants' PA General Intelligence Service Files. Plaintiffs' application is GRANTED.. (Signed by Magistrate Judge Ronald L. Ellis on 7/26/2013) (js) (Entered: 07/30/2013) |
| 08/09/2013 | <u>328</u> | Objection re: <u>327</u> Order on Motion for Discovery,,. Document filed by Varda Guetta. (Yalowitz, Kent) (Entered: 08/09/2013) |
| 08/09/2013 | <u>329</u> | DECLARATION of Kent A. Yalowitz in Support re: <u>328</u> Objection (non–motion). Document filed by Varda Guetta. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P, # <u>17</u> Exhibit Q, # <u>18</u> Exhibit R, # <u>19</u> Exhibit S, # <u>20</u> Exhibit T, # <u>21</u> Exhibit U, # <u>22</u> Exhibit V, # <u>23</u> Exhibit W)(Yalowitz, Kent) (Entered: 08/09/2013) |
| 08/13/2013 | 330 | SEALED DOCUMENT placed in vault.(nm) (Entered: 08/13/2013) |
| 08/13/2013 | <u>331</u> | Objection re: <u>327</u> Order on Motion for Discovery,, *PLAINTIFFS OBJECTIONS PURSUANT TO FED. R. CIV. P. 72(a) TO THE MAGISTRATE JUDGES WRITTEN ORDER OF JULY 26, 2013(Public Record Version)*. Document filed by Varda Guetta. (Yalowitz, Kent) (Entered: 08/13/2013) |
| 08/13/2013 | <u>332</u> | DECLARATION of Kent A. Yalowitz in Support re: <u>331</u> Objection (non–motion). Document filed by Varda Guetta. (Attachments: # <u>1</u> Exhibit A to D, # <u>2</u> Exhibit E to I, # <u>3</u> Exhibit J, # <u>4</u> Exhibit K to P, # <u>5</u> Exhibit Q to V, # <u>6</u> Exhibit W)(Yalowitz, Kent) (Entered: 08/13/2013) |

| | | |
|---|---|---|
| 08/26/2013 | 333 | OPPOSITION BRIEF re: 328 Objection (non–motion), 331 Objection (non–motion). Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Rochon, Mark) (Entered: 08/26/2013) |
| 09/03/2013 | 334 | REPLY re: 333 Opposition Brief *PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO OBJECTIONS PURSUANT TO FED.R.CIV.P.72(a) TO THE MAGISTRATE JUDGE'S WRITTEN ORDER OF JULY 26,2013*. Document filed by Varda Guetta. (Yalowitz, Kent) (Entered: 09/03/2013) |
| 09/04/2013 | 335 | SEALED DOCUMENT placed in vault.(nm) (Entered: 09/04/2013) |
| 09/23/2013 | 336 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Andrew Todd Wise to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8898598. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Wise, Andrew) Modified on 9/24/2013 (wb). (Entered: 09/23/2013) |
| 09/24/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 336 MOTION for Andrew Todd Wise to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8898598. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificate of Good Standing has to be issued from the Supreme Court of Virgina with a Clerk of Court signature. Re–file the document as a Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (wb)** (Entered: 09/24/2013) |
| 09/24/2013 | 337 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ronald L. Ellis from Brian Hill dated September 24, 2013. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Hill, Brian) (Entered: 09/24/2013) |
| 09/25/2013 | 338 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated September 25,2013 re: In response to the letter dated yesterday, September 24, 2013, from counsel for defendants seeking an order that Arnold & Porter LLP (Arnold & Porter) not be permitted to participate in the deposition of Michael Soudry, which is scheduled for tomorrow, Thursday, September 26, 2013, at 10:00 am.. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 09/25/2013) |
| 09/25/2013 | 339 | NOTICE OF APPEARANCE by Kent A. Yalowitz on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Yalowitz, Kent) (Entered: 09/25/2013) |
| 09/25/2013 | 340 | NOTICE OF APPEARANCE by Philip W Horton on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Horton, Philip) (Entered: 09/25/2013) |
| 09/25/2013 | 341 | NOTICE OF APPEARANCE by Sara Kate Pildis on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Pildis, Sara) (Entered: 09/25/2013) |
| 09/25/2013 | 342 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** NOTICE OF APPEARANCE by Sara Kate Pildis on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Pildis, Sara) Modified on 9/25/2013 (db). (Entered: 09/25/2013) |
| 09/25/2013 | 343 | NOTICE OF APPEARANCE by Lucy Sarah McMillan on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. |

| | | (McMillan, Lucy) (Entered: 09/25/2013) |
|---|---|---|
| 09/25/2013 | 344 | ORDER denying 337 Letter Motion for Local Rule 37.2 Conference (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 09/25/2013) |
| 09/26/2013 | 345 | MOTION for Andrew Todd Wise to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Wise, Andrew) (Entered: 09/26/2013) |
| 09/26/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 345 MOTION for Andrew Todd Wise to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/26/2013) |
| 09/30/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 9/30/2013. Court ruling: Deft.'s application denied. (rjm) (Entered: 10/01/2013) |
| 10/01/2013 | 346 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian Hill dated 10/01/2013 re: Objections under Fed.R.Civ.P. 26(b)(1) and 26(b)(2)(C)(iii). Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hill, Brian) (Entered: 10/01/2013) |
| 10/02/2013 | 347 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian Hill dated 10/02/2013 re: reply to Plaintiffs' 10/01/2013 letter on GIS files. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Hill, Brian) (Entered: 10/02/2013) |
| 10/02/2013 | 348 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated October 2, 2013 re: Sokolow, et al. v. Palestinian Liberation Organization, et al. Docket No. 04–CV–397 (GBD)(RLE). Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 10/02/2013) |
| 10/09/2013 | 349 | NOTICE OF APPEARANCE by Carmela T. Romeo on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Romeo, Carmela) (Entered: 10/09/2013) |
| 10/09/2013 | 350 | NOTICE OF APPEARANCE by Tal Rachel Machnes on behalf of Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Machnes, Tal) (Entered: 10/09/2013) |
| 10/09/2013 | 351 | CONSENT MOTION to Appoint Commissioners for the Taking of Depositions Abroad. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Rochon, Mark) (Entered: 10/09/2013) |
| 10/09/2013 | 352 | MOTION for Timothy Patrick O'Toole to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8959775. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(O'Toole, Timothy) (Entered: 10/09/2013) |
| 10/10/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 352 MOTION for Timothy Patrick O'Toole to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8959775. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/10/2013) |
| 10/10/2013 | 353 | ORDER granting 351 Motion re: 351 CONSENT MOTION to Appoint Commissioners for the Taking of Depositions Abroad. Upon consideration of Defendants' Consent Motion Pursuant To Fed. R. Civ. P. 28(b)(J )(D) To Appoint Commissioners For The Taking Of Depositions Abroad, it is hereby ORDERED that Ms. Brenda Matzov, Ms. Isabelle Klebanow and Ms. Amy Katz be, and hereby are, |

| | | appointed as Commissioners of this Court authorized to administer oaths and record testimony at depositions conducted outside the United States in this matter pursuant to Fed. R. Civ. P. 28(b)(I )(D).. (Signed by Magistrate Judge Ronald L. Ellis on 10/10/2013) (js) (Entered: 10/10/2013) |
|---|---|---|
| 10/10/2013 | 354 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 10–10–2013 re: in response to the defendants letter of 10–4–13, and pursuant to Local Civil Rule 37.2 and this courts Individual Practice 2.A, to request a pre–motion conference concerning whether the Court should sanction defense counsel pursuant to Fed. R. Civ. P. 37(b)(2)(A) for abusing the Protective Order currently in place in this case [DE 219] (i) by purporting to designate entire documents as confidential, rather than the portion of such documents that actually contain confidential material and (ii) designating as confidential documents which on their face do not contain any confidential material. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 10/10/2013) |
| 10/11/2013 | 355 | MOTION to Intervene. Document filed by Reuven Gilmore, Zehava Sheila Gilmore, Gilmore, t Gilmore, Talya Gilmore, Inbal Gilmore, Malkitzedek Gilmore, Tiferet Gilmore, Heftzibah Gilmore, Eliana Gilmore, test.(Tolchin, Robert) (Entered: 10/11/2013) |
| 10/11/2013 | 356 | MEMORANDUM OF LAW in Support re: 355 MOTION to Intervene.. Document filed by Dror Gilmore, Eliana Gilmore, Heftzibah Gilmore, Inbal Gilmore, Malkitzedek Gilmore, Reuven Gilmore, Talya Gilmore, Tiferet Gilmore, Zehava Sheila Gilmore. (Attachments: # 1 Exhibit A – Exhibit will be filed separately under seal)(Tolchin, Robert) Modified on 10/16/2013 (nm). (Entered: 10/11/2013) |
| 10/11/2013 | 357 | NOTICE OF APPEARANCE by Kent A. Yalowitz on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Yalowitz, Kent) (Entered: 10/11/2013) |
| 10/11/2013 | 358 | NOTICE OF APPEARANCE by Philip W Horton on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Horton, Philip) (Entered: 10/11/2013) |
| 10/11/2013 | 359 | NOTICE OF APPEARANCE by Lucy Sarah McMillan on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (McMillan, Lucy) (Entered: 10/11/2013) |
| 10/11/2013 | 360 | NOTICE OF APPEARANCE by Sara Kate Pildis on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Pildis, Sara) (Entered: 10/11/2013) |
| 10/11/2013 | 361 | NOTICE OF APPEARANCE by Carmela T. Romeo on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Romeo, Carmela) (Entered: 10/11/2013) |
| 10/11/2013 | 362 | NOTICE OF APPEARANCE by Tal Rachel Machnes on behalf of Katherine Baker, Rebekah Blutstein, Richard Blutstein. (Machnes, Tal) (Entered: 10/11/2013) |
| 10/11/2013 | 363 | SEALED DOCUMENT placed in vault.(mps) (Entered: 10/11/2013) |
| 10/11/2013 | 364 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated October 11, 2013 re: Plaintiffs' letter dated October 10, 2013, which responds to B. Hill's letter dated October 4, 2013. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit –1)(Hill, Brian) (Entered: 10/11/2013) |
| 10/14/2013 | 365 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 10/14/2013 re: confidentiality designations, in further support of the application made in plaintiffs' October 11, 2013 letter, and denying the relief requested by defendants in their October 4 and 11, 2013 letters. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. |

| | | |
|---|---|---|
| | | Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Tolchin, Robert) Modified on 10/16/2013 (nm). (Entered: 10/14/2013) |
| 10/15/2013 | 366 | TRANSCRIPT of Proceedings re: discovery disputes held on 9/30/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/8/2013. Redacted Transcript Deadline set for 11/18/2013. Release of Transcript Restriction set for 1/16/2014.(sdi) (Entered: 10/15/2013) |
| 10/15/2013 | 367 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a discovery disputes proceeding held on 9/30/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(sdi) (Entered: 10/15/2013) |
| 10/15/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 10/15/2013. Re: Discover issues. (sc) (Entered: 10/16/2013) |
| 10/16/2013 | 368 | ORDER granting 345 Motion for Andrew Todd Wise to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/16/2013) |
| 10/16/2013 | 369 | ORDER granting 352 Motion for Timothy Patrick O'Toole to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/16/2013) |
| 10/23/2013 | 370 | MOTION for Michael Jeremy Satin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9002998. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Satin, Michael) (Entered: 10/23/2013) |
| 10/23/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 370 MOTION for Michael Jeremy Satin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9002998. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/23/2013) |
| 10/23/2013 | 371 | MOTION for Lamia Rita Matta to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9003139. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Matta, Lamia) (Entered: 10/23/2013) |
| 10/23/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 371 MOTION for Lamia Rita Matta to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9003139. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/23/2013) |
| 10/24/2013 | 372 | MEMORANDUM OPINION & ORDER: #103705 For the foregoing reasons, Tolchin is hereby ORDERED TO SHOW CAUSE by November 8, 2013, why personal sanctions, including under 28 U.S.C. § 1927, should not be imposed upon him for intentionally violating the Protective Order. (Signed by Magistrate Judge Ronald L. Ellis on 10/24/2013) (rsh) Modified on 10/25/2013 (sdi). (Entered: 10/24/2013) |

| 10/25/2013 | 373 | MOTION for Matthew Thomas Reinhard to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9014662. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Reinhard, Matthew) (Entered: 10/25/2013) |
|---|---|---|
| 10/25/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 373 MOTION for Matthew Thomas Reinhard to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9014662. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/25/2013) |
| 10/28/2013 | 374 | RESPONSE in Opposition to Motion re: 355 MOTION to Intervene.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rochon, Mark) (Entered: 10/28/2013) |
| 10/31/2013 | 375 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated October 31, 2013 re: 04–cv–00397 Sokolow et al v. Palestine Liberation Organization et al. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 10/31/2013) |
| 11/01/2013 | 376 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 11/01/2013 re: Motions Schedule. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 11/01/2013) |
| 11/04/2013 | 377 | TRANSCRIPT of Proceedings re: DISCOVERY DISPUTES held on 10/15/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/2/2013. Redacted Transcript Deadline set for 12/9/2013. Release of Transcript Restriction set for 2/5/2014.(ca) (Entered: 11/04/2013) |
| 11/04/2013 | 378 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a DISCOVERY DISPUTES proceeding held on 10/15/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 11/04/2013) |
| 11/04/2013 | 379 | LETTER MOTION for Extension of Time *to file objections to interim memorandum decision and order to show cause dated 10–24–13 [DE 372]* addressed to Judge George B. Daniels from Robert J. Tolchin dated 11–4–13. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 11/04/2013) |
| 11/04/2013 | 380 | MEMORANDUM OPINION AND ORDER: #103729 For the foregoing reasons, Defendants' application is DENIED. Defendants are ORDERED to produce the GIS documents by 5 p.m. EST on November 6, 2013.IT IS FURTHERED ORDERED that time to object to this ruling shall run from the date of this Order. (Signed by Magistrate Judge Ronald L. Ellis on 11/4/2013) (js) Modified on 11/5/2013 (js). Modified on 11/5/2013 ca. (Entered: 11/05/2013) |
| 11/05/2013 | 381 | MOTION to Take Deposition *PLAINTIFFS' APPLICATION PURSUANT TO FED. R. CIV. P.28(b)(D) TO APPOINT COMMISSIONERS FOR THE TAKING OF* |

| | | |
|---|---|---|
| | | *DEPOSITIONS ABROAD*. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # <u>1</u> Text of Proposed Order)(Yalowitz, Kent) (Entered: 11/05/2013) |
| 11/05/2013 | <u>382</u> | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated November 5, 2013 re: Response to Defendants' letter dated November 1, 2013. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 11/05/2013) |
| 11/05/2013 | <u>383</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 5, 2013 re: To request the Court schedule a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 11/05/2013) |
| 11/05/2013 | <u>384</u> | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated November 5, 2013 re: Response to Defendants' letter dated November 1, 2013. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # <u>1</u> Exhibit Letter to The Hon. George B. Daniels)(Yalowitz, Kent) (Entered: 11/05/2013) |
| 11/05/2013 | <u>385</u> | ORDER granting <u>379</u> Letter Motion for Extension of Time. It is respectfully requested that the Court endorse an order extending the plaintiffs' time to file objections to the October 24 interim order until two weeks after Magistrate Judge Ellis enters a final order deciding the issues raised in his order to show cause. SO ORDERED. (Signed by Judge George B. Daniels on 11/5/2013) (rsh) (Entered: 11/05/2013) |
| 11/07/2013 | <u>386</u> | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated November 7, 2013 re: response to Plaintiffs' letter of November 5, 2013 (DE 383) & motions schedule. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 11/07/2013) |
| 11/07/2013 | 387 | SEALED DOCUMENT placed in vault.(mps) (Entered: 11/08/2013) |
| 11/08/2013 | <u>388</u> | LETTER addressed to Judge George B. Daniels from Robert J. Tolchin dated 11–8–13 re: informing the court that the proposed intervenor Gilmores' reply with respect to their motion to intervene was filed under seal and is part of docket entry 387. Document filed by Gilmore, Eliana Gilmore, Heftzibah Gilmore, Inbal Gilmore, Malkitzedek Gilmore, Reuven Gilmore, Talya Gilmore, Tiferet Gilmore, Zehava Sheila Gilmore, t Gilmore.(Tolchin, Robert) (Entered: 11/08/2013) |
| 11/08/2013 | <u>389</u> | LETTER addressed to Magistrate Judge Ronald L. Ellis from Robert J. Tolchin dated 11–8–13 re: informing the court that Robert J. Tolchin's response to the order to show cause issued 10–24–13 was filed under seal and is part of docket entry 387. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Tolchin, Robert) (Entered: 11/08/2013) |
| 11/12/2013 | <u>390</u> | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** FIRST MOTION for Aaron Nathaniel Solomon to Withdraw as Attorney. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry |

| | | |
|---|---|---|
| | | Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Solomon, Aaron) Modified on 11/13/2013 (db). (Entered: 11/12/2013) |
| 11/13/2013 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Aaron N. Solomon. Document No. **390** Letter. This document is not filed via ECF. The Court permits the filing of letters including certain types of letter motions, a Motion to Withdraw as Attorney must be formally filed. (db)** (Entered: 11/13/2013) |
| 11/13/2013 | 391 | ORDER granting 302 Motion to Withdraw as Attorney. Attorney David I. Schoen terminated (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/13/2013) |
| 11/13/2013 | 392 | ORDER granting 319 Motion for Philip W. Horton to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/13/2013) |
| 11/13/2013 | 393 | ORDER granting 370 Motion for Michael Jeremy Satin to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/13/2013) |
| 11/13/2013 | 394 | ORDER granting 371 Motion for Lamia Rita Matta to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/13/2013) |
| 11/13/2013 | 395 | ORDER granting 373 Motion for Matthew Thomas Reinhard to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/13/2013) |
| 11/13/2013 | 396 | ORDER granting 381 Motion to Take Deposition. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 11/13/2013) (js) (Entered: 11/13/2013) |
| 11/13/2013 | 397 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 13, 2013 re: Response to defendants' letter dated November 7, 2013, which opposes plaintiffs' request for a Rule 16 conference. Document filed by Katherine Baker, Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 11/13/2013) |
| 11/15/2013 | 398 | ORDER: IT IS HEREBY ORDERED that the parties appear for a telephonic conference with the Court on November 21,2013, at 10:30 a.m.On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Room 1970, at 212–805–0563. Upon receipt of this order, if you need further information, direct inquiries to Michael Brantley, 212805–0242. ( Telephone Conference set for 11/21/2013 at 10:30 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 11/15/2013) (js) (Entered: 11/15/2013) |
| 11/19/2013 | 399 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 19, 2013 re: Objections of the BBC to Judge Ellis' Order. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Yalowitz, Kent) (Entered: 11/19/2013) |
| 11/21/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 11/21/2013. Re: Motions (Brantley, Michael) (Entered: 11/21/2013) |

| | | |
|---|---|---|
| 11/22/2013 | 400 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** LETTER MOTION for Local Rule 37.2 Conference addressed to Judge George B. Daniels from Mark J. Rochon dated 11/22/2013. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rochon, Mark) Modified on 12/2/2013 (lb). (Entered: 11/22/2013) |
| 11/22/2013 | 401 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ronald L. Ellis from Andrew T. Wise dated 11/22/2013. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wise, Andrew) (Entered: 11/22/2013) |
| 11/25/2013 | 402 | LETTER MOTION for Conference addressed to Judge George B. Daniels from Mark J. Rochon dated 11/22/2013. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rochon, Mark) (Entered: 11/25/2013) |
| 12/02/2013 | 403 | ORDER denying 355 Motion to Intervene. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 11/27/2013) (js) (Entered: 12/02/2013) |
| 12/02/2013 | 404 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 2, 2013 re: Rule 16 Conference. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 12/02/2013) |
| 12/03/2013 | 405 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated December 3, 2013 re: Response to defendants Nov. 22, 2013 letter seeking to strike two of plaintiffs expert reports. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 12/03/2013) |
| 12/06/2013 | 406 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Ronald L. Ellis from Andrew T. Wise dated 12/6/2013 re: 401 LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ronald L. Ellis from Andrew T. Wise dated 11/22/2013.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wise, Andrew) (Entered: 12/06/2013) |
| 12/10/2013 | 407 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 10, 2013 re: Seeking the court to set certain pretrial dates. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 12/10/2013) |
| 12/10/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/10/2013. Re: Rule 26(a)(2).(Brantley, Michael) (Entered: 12/11/2013) |
| 12/12/2013 | 408 | LETTER addressed to Judge George B. Daniels from Mark Rochon dated 12/12/2013 re: Response to Plaintiffs' 12/10/13 Letter on Pretrial Schedule. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 12/12/2013) |
| 12/13/2013 | 409 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated December 13, 2013 re: Scheduling. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Yalowitz, Kent) (Entered: 12/13/2013) |
| 12/16/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/16/2013. Re: Scheduling deadlines (Brantley, Michael) (Entered: 12/16/2013) |
| 12/17/2013 | 410 | ORDER: Following a telephone conference with the Parties on December 16, 2013, to discuss scheduling matters, IT IS HEREBY ORDERED that the Joint Pretrial Order is due on or before January 22, 2014. IT IS FURTHER ORDERED that:(1)Defendants |

| | | |
|---|---|---|
| | | serve their motion for summary judgment and supporting papers, not to exceed fifty pages, on or before February 28, 2014;(2)Plaintiffs serve their response, not to exceed fifty pages, on or before March 28, 2014; and(3) Defendants serve their reply papers, if any, on or before April 11, 2014. (Signed by Magistrate Judge Ronald L. Ellis on 12/16/2013) (js) Modified on 12/17/2013 (js). (Entered: 12/17/2013) |
| 12/17/2013 | 411 | ORDER terminating 401 Letter Motion for Local Rule 37.2 Conference. Accordingly, the Clerk of the Court is respectfully requested to remove the Letter–Motion for a Local Rule 37.2 Conference, Document Number 401, from the Court's docket.. (Signed by Magistrate Judge Ronald L. Ellis on 12/16/2013) (js) (Entered: 12/17/2013) |
| 01/15/2014 | 412 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated January 15, 2014 re: Scheduling. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 01/15/2014) |
| 01/15/2014 | 413 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated January 15, 2014 re: Request for pre–motion conference. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Yalowitz, Kent) (Entered: 01/15/2014) |
| 01/17/2014 | 414 | TRANSCRIPT of Proceedings re: Discovery Dispute held on 12/16/2013 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/10/2014. Redacted Transcript Deadline set for 2/21/2014. Release of Transcript Restriction set for 4/21/2014.(nt) (Entered: 01/17/2014) |
| 01/17/2014 | 415 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Dispute proceeding held on 12/16/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(nt) (Entered: 01/17/2014) |
| 01/24/2014 | 416 | ORDER: A pre–trial conference is scheduled in this matter for March 4, 2014 at 10:30 a.m. (Pretrial Conference set for 3/4/2014 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/23/2014) (ja) (Entered: 01/24/2014) |
| 01/24/2014 | 417 | ORDER: Telephone Conference set for 2/10/2014 at 10:00 AM before Magistrate Judge Ronald L. Ellis. (Signed by Magistrate Judge Ronald L. Ellis on 1/24/2014) (tn) (Main Document 417 replaced on 1/27/2014) (cd). (Entered: 01/24/2014) |
| 01/27/2014 | 418 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 1/27/2014 re: Response to Plaintiffs' January 15, 2014 letter on GIS Files. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Hill, Brian) (Entered: 01/27/2014) |
| 01/27/2014 | 419 | Exhibit List *Defendants' Objections to Plaintiffs' Trial Exhibits*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/27/2014) |
| 01/27/2014 | 420 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 1/27/2014 re: Request Modification to Existing Schedule for Briefing Motions in Limine and Motion for Summary Judgment. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/27/2014) |
| 01/31/2014 | 421 | MOTION for Reconsideration *of Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Rochon, Mark) (Entered: 01/31/2014) |
| 02/03/2014 | 422 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 02/03/2014 re: In Response to Docket no. 420. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 02/03/2014) |
| 02/03/2014 | 423 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 02/03/2014 re: Pre–Motion Conference. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 02/03/2014) |
| 02/03/2014 | 424 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated February 3, 2014 re: Briefing Schedule for Motion to Reconsider. Document filed by Alan J. Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Larry Carter, Shaun Coffel, Shayna Eileen Gould, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn.(Yalowitz, Kent) (Entered: 02/03/2014) |
| 02/04/2014 | 425 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Mark J. Rochon dated February 4, 2014 re: Plaintiffs' letter dated February 3, 2014. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/04/2014) |
| 02/07/2014 | 426 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 02/07/2014 Document filed by Varda Guetta.(Yalowitz, Kent) (Entered: 02/07/2014) |
| 02/10/2014 | 427 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Mark J. Rochon dated February 10, 2014 re: Plaintiffs' Letter of February 7, 2014. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/10/2014) |
| 02/11/2014 | 428 | NOTICE OF APPEARANCE by Kent A. Yalowitz on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 02/11/2014) |
| 02/12/2014 | 429 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 02/11/2014 re: Schedule. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/12/2014) |
| 02/13/2014 | 430 | TRANSCRIPT of Proceedings re: DISCOVERY DISPUTES held on 2/10/2014 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/10/2014. Redacted Transcript Deadline set for 3/20/2014. Release of Transcript Restriction set for 5/19/2014.(ca) (Entered: 02/13/2014) |

| 02/13/2014 | 431 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a DISCOVERY DISPUTES proceeding held on 02/10/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 02/13/2014) |
|---|---|---|
| 02/14/2014 | 432 | MEMO ENDORSEMENT: on re: 429 Letter filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. ( Motions due by 3/21/2014., Responses due by 5/2/2014, Replies due by 5/23/2014.) (Signed by Magistrate Judge Ronald L. Ellis on 2/14/2014) (ama) (Entered: 02/14/2014) |
| 02/26/2014 | 433 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated February 26, 2014 re: renewed request to stay pre–trial briefing of motions for summary judgment and motions in limine, pending resolution of Defendants' motion seeking reconsideration. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/26/2014) |
| 02/28/2014 | 434 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 28, 2014 re: conference scheduled for March 4, 2014. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Supplement)(Yalowitz, Kent) (Entered: 02/28/2014) |
| 03/06/2014 | 435 | PRE–TRIAL SCHEDULING ORDER: Motions due by 9/1/2014. Pretrial Conference set for 9/16/2014 at 10:30 AM before Judge George B. Daniels. Final Pretrial Conference set for 11/20/2014 at 10:30 AM before Judge George B. Daniels. The trial in this case is scheduled to commence on 1/12/2015. (Signed by Judge George B. Daniels on 3/6/2014) (kgo) (Entered: 03/06/2014) |
| 03/06/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 3/6/2014. Plaintiff Counsel: Kent A. Yalowitz; Defense Counsel: Mark John Rochon and Court Reporter present. The oral argument is scheduled for April 11, 2014 at 2:00p.m. (Vega, Elizabeth) (Entered: 03/07/2014) |
| 03/18/2014 | 436 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated March 18, 2014 re: Plaintiffs motion for sanctions for failure to produce documents. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 |

| | | |
|---|---|---|
| | | Exhibit D, # 5 Exhibit E)(Yalowitz, Kent) (Entered: 03/18/2014) |
| 03/18/2014 | 437 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 18, 2014 re: Response to defendants March 14, 2014 letter concerning confidentiality of documents. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Yalowitz, Kent) (Entered: 03/18/2014) |
| 03/19/2014 | 438 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 19, 2014 re: Enlargement. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/19/2014) |
| 03/20/2014 | 439 | TRANSCRIPT of Proceedings re: ARGUMENT held on 3/4/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/14/2014. Redacted Transcript Deadline set for 4/24/2014. Release of Transcript Restriction set for 6/23/2014.(Rodriguez, Somari) (Entered: 03/20/2014) |
| 03/20/2014 | 440 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 3/4/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 03/20/2014) |
| 03/21/2014 | 441 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 21, 2014 re: Plaintiffs' Exhibit List. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Plaintiffs' Amended & Supplemental Exhibit List)(Yalowitz, Kent) (Entered: 03/21/2014) |
| 03/21/2014 | 442 | MEMO ENDORSEMENT on re: 438 Letter, filed by Dianne Coulter Miller, et al. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 3/21/2014) (mro) (Entered: 03/21/2014) |

| 03/21/2014 | 443 | NOTICE of Of Withdrawal Of Appearance. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Squitieri, Olimpio) (Entered: 03/21/2014) |
| 03/21/2014 | 444 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 21, 2014 re: Transmittal. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/21/2014) |
| 03/21/2014 | 445 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated March 21, 2014 re: Extension of Time for Defendants to file responses to four letters sent by Plaintiffs. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 03/21/2014) |
| 03/21/2014 | 446 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated March 21, 2014 re: Extension of Time for Defendants to file responses to four letters sent by Plaintiffs. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 03/21/2014) |
| 03/25/2014 | 447 | ORDER: Plaintiffs have filed Rule 72(a) objections to discovery rulings in Magistrate Judge Ellis's Order dated July 26, 2013 (the "July 26 Order"). Under Rule 72(a), a court reviews a non–dispositive order of a magistrate judge and must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1)(A); Thomas v. Arn, 474 U.S. 140, 149, 106 S. Ct. 466, 88 L. Ed. 2d 435(1985). Plaintiffs' Rule 72(a) objections are OVERRULED and DENIED. (Signed by Judge George B. Daniels on 3/25/2014) (mro) (Entered: 03/25/2014) |
| 03/25/2014 | 448 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowiz dated March 25, 2014 re: DEFENDANTS REQUEST FOR EXTENSION OF TIME. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/25/2014) |
| 03/25/2014 | 449 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated March 25, 2014 re: DEFENDANTS REQUEST FOR EXTENSION OF TIME. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna |

| | | |
|---|---|---|
| | | Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/25/2014) |
| 03/25/2014 | 450 | ORDER: Defendants' request for an extension of time to respond to Plaintiffs' letters dated March 18 and March 21, 2014 until seven days after this Court rules on Defendants' pending Motion for Reconsideration (ECF 421) is DENIED. Defendants shall respond to Plaintiffs' March 18 letter (ECF 436) by March 27, 2014. Defendants shall respond to Plaintiffs' March 21 letter (ECF 441) by May 2, 2014, the date previously set in this Court's Pre–trial Scheduling Order (ECF 435) for any motion in limine relating to evidence or the admissibility thereof. (Signed by Judge George B. Daniels on 3/24/2014) (mro) (Entered: 03/25/2014) |
| 03/26/2014 | 451 | TRANSCRIPT of Proceedings re: MOTIONS held on 5/26/2011 before Judge George B. Daniels. Court Reporter/Transcriber: Jerry Harrison, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2014. Redacted Transcript Deadline set for 5/1/2014. Release of Transcript Restriction set for 6/27/2014.(Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/26/2014 | 452 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTIONS proceeding held on 5/26/11 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 03/26/2014) |
| 03/27/2014 | 453 | MOTION for Aaron Nathaniel Solomon to Withdraw as Attorney. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Solomon, Aaron) (Entered: 03/27/2014) |
| 03/28/2014 | 454 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 28, 2014 re: Letter concerning the confidentiality of a GIS document. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/28/2014) |
| 04/01/2014 | 455 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 27, 2014 re: Confidentiality dispute. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka |

| | | Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yalowitz, Kent) (Entered: 04/01/2014) |
|---|---|---|
| 04/01/2014 | 456 | Exhibit List *Defendants' Amended and Supplemental Objections to Trial Exhibits of Plaintiffs*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 04/01/2014) |
| 04/01/2014 | 457 | REPLY to Response to Motion re: 421 MOTION for Reconsideration *of Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 04/01/2014) |
| 04/04/2014 | 458 | SUGGESTION OF DEATH upon the record as to Norman Gritz on September 15, 2005. Document filed by Nevenka Gritz(Yalowitz, Kent) (Entered: 04/04/2014) |
| 04/04/2014 | 459 | NOTICE of NOTICE OF MOTION TO SUBSTITUTE. Document filed by Nevenka Gritz. (Yalowitz, Kent) (Entered: 04/04/2014) |
| 04/04/2014 | 460 | MOTION to Substitute Party. Old Party: Norman Gritz, New Party: Nevenka Gritz as successor. Document filed by Nevenka Gritz.(Yalowitz, Kent) (Entered: 04/04/2014) |
| 04/04/2014 | 461 | MEMORANDUM OF LAW in Support re: 460 MOTION to Substitute Party. Old Party: Norman Gritz, New Party: Nevenka Gritz as successor.. Document filed by Nevenka Gritz. (Yalowitz, Kent) (Entered: 04/04/2014) |
| 04/04/2014 | 462 | DECLARATION of Kent A. Yalowitz in Support re: 460 MOTION to Substitute Party. Old Party: Norman Gritz, New Party: Nevenka Gritz as successor.. Document filed by Nevenka Gritz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Yalowitz, Kent) (Entered: 04/04/2014) |
| 04/08/2014 | 463 | LETTER MOTION for Leave to File Excess Pages addressed to Judge George B. Daniels from Laura G. Ferguson dated April 8, 2014. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 04/08/2014) |
| 04/09/2014 | 464 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated April 9, 2014 re: Defendants Request to File Excess Pages. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 04/09/2014) |
| 04/09/2014 | 465 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated April 9, 2014 re: Motion to overrule defendants authenticity and hearsay objections to 177 proposed trial exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 04/09/2014) |

| 04/10/2014 | 466 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated April 10, 2014 re: April 11, 2014 Conference. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 04/10/2014) |
|---|---|---|
| 04/11/2014 | 467 | ORDER: The following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) April 11, 2014. Laura G. Ferguson – (1) iPad (for use regarding voluminous exhibits referenced by Plaintiffs). The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10–468, as Revised. SO ORDERED. (Signed by Judge George B. Daniels on 4/11/2014) (ajs) (Entered: 04/11/2014) |
| 04/11/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 4/11/2014 re: 421 MOTION for Reconsideration *of Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision.* filed by Palestine Liberation Organization, Palestinian Authority. Plaintiff Counsel: kent A. Yalowitz, Phillip W. Horton, Ken L. Hasimoto, Tal MachnesDefense Counsel: Laura G. Ferguson, Mark J. Rochon, Brian D. Hill and Court Reporter present. The next conference is scheduled for September 16, 2014 at 10:30 a.m. (Vega, Elizabeth) (Entered: 04/14/2014) |
| 04/14/2014 | 468 | MEMO ENDORSEMENT on re: 443 Notice of Withdrawal Of Appearance filed by Dianne Coulter Miller, et al. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 4/14/2014) (mro) Modified on 4/15/2014 (mro). (Entered: 04/14/2014) |
| 04/16/2014 | 469 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated March 18, 2014 re: Plaintiffs request for sanctions relating to defendants GIS production. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Yalowitz, Kent) (Entered: 04/16/2014) |
| 04/16/2014 | 470 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 18, 2014 re: The confidentiality of a GIS document. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, |

| | | |
|---|---|---|
| | | Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Yalowitz, Kent) (Entered: 04/16/2014) |
| 04/16/2014 | 471 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 28, 2014 re: The confidentiality of a GIS document. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 04/16/2014) |
| 04/18/2014 | 472 | MOTION to Certify Daimler Issue for Interlocutory Appeal. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Ferguson, Laura) (Entered: 04/18/2014) |
| 04/18/2014 | 473 | RESPONSE to Motion re: 460 MOTION to Substitute Party. Old Party: Norman Gritz, New Party: Nevenka Gritz as successor.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 04/18/2014) |
| 04/23/2014 | 474 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 421 MOTION for Reconsideration *of Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision..* Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) Modified on 4/23/2014 (ldi). (Entered: 04/23/2014) |
| 04/23/2014 | 475 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 4/23/2014 re: Updated Schedule for Opposition and Reply to Plaintiffs' Motion to Overrule. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 04/23/2014) |
| 04/23/2014 | 476 | MEMORANDUM OF LAW in Opposition re: 421 MOTION for Reconsideration *of Court's March 30, 2011 Interlocutory Order on Personal Jurisdiction in Light of Recent Supreme Court Decision..* Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Faras Sadak Mohammed Ghanem, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Appendix, # 2 Exhibit A.1, # 3 Exhibit A.2, # 4 Exhibit B, # 5 Exhibit C.1, # 6 Exhibit C.2, # 7 Exhibit C.3, # 8 Exhibit C.4, # 10 Exhibit C6, # 11 Exhibit D, # 12 Exhibit E, # 13 Exhibit F, # 14 Exhibit G, # 15 Exhibit H.1, # 16 Exhibit H.2, # 17 Exhibit H.3, # 18 Exhibit H.4, # 19 Exhibit H.5, # 20 Exhibit H.6, # 21 Exhibit H.7, # 22 Exhibit H.8, # 23 Exhibit H.9, # 24 Exhibit H.10, # 25 Exhibit H.11, # 26 Exhibit H.12, # 27 Exhibit H.13, # 28 Exhibit H.14, # 29 Exhibit H.15, # |

30 Exhibit H.16, # 31 Exhibit H.17, # 32 Exhibit H.18, # 33 Exhibit H.19, # 34 Exhibit H.20, # 35 Exhibit H.21, # 36 Exhibit H.22, # 37 Exhibit H.23, # 38 Exhibit H.24, # 39 Exhibit H.25, # 40 Exhibit H.26, # 41 Exhibit H.27, # 42 Exhibit H.28, # 43 Exhibit H.29, # 44 Exhibit H.30, # 45 Exhibit H.31, # 46 Exhibit H.32, # 47 Exhibit H.33, # 48 Exhibit H.34, # 49 Exhibit H.35, # 50 Exhibit H.36, # 51 Exhibit H.37, # 52 Exhibit H.38, # 53 Exhibit H.39, # 54 Exhibit H.40, # 55 Exhibit H.41, # 56 Exhibit H.42, # 57 Exhibit H.43, # 58 Exhibit H.44, # 59 Exhibit H.45, # 60 Exhibit H.46, # 61 Exhibit H.47, # 62 Exhibit H.48, # 63 Exhibit H.49, # 64 Exhibit H.50, # 65 Exhibit H.51, # 66 Exhibit H.52, # 67 Exhibit H.53, # 68 Exhibit H.54, # 69 Exhibit H.55, # 70 Exhibit H.56, # 71 Exhibit H.57, # 72 Exhibit H.58, # 73 Exhibit H.59, # 74 Exhibit H.60, # 75 Exhibit H.61, # 76 Exhibit H.62, # 77 Exhibit H.63, # 78 Exhibit H.64, # 79 Exhibit H.65 1 of 5, # 80 Exhibit H.65 2 of 5, # 81 Exhibit H.65 3 of 5, # 82 Exhibit H.65 4 of 5, # 83 Exhibit H.65 5 of 5, # 84 Exhibit H.66, # 85 Exhibit H.67, # 86 Exhibit H.68 1 of 3, # 87 Exhibit H.68 2 of 3, # 88 Exhibit H.68 2 of 3, # 89 Exhibit H.69, # 90 Exhibit H.70, # 91 Exhibit H.71 1 of 11, # 92 Exhibit H.71 2 of 11, # 93 Exhibit H.71 3 of 11, # 94 Exhibit H.71 4 of 11, # 95 Exhibit H.71 5 of 11, # 96 Exhibit H.71 6 of 11, # 97 Exhibit H.71 7 of 11, # 98 Exhibit H.71 8 of 11, # 99 Exhibit H.71 9 of 11, # 100 Exhibit H.71 10 of 11, # 101 Exhibit H.71 11 of 11, # 102 Exhibit H.72, # 103 Exhibit H.73, # 104 Exhibit H.74 1 of 6, # 105 Exhibit H.74 2 of 6, # 106 Exhibit H.74 3 of 6, # 107 Exhibit H.74 4 of 6, # 108 Exhibit H.74 5 of 6, # 109 Exhibit H.74 6 of 6, # 110 Exhibit H.75, # 111 Exhibit H.76, # 112 Exhibit H.77, # 113 Exhibit H.78, # 114 Exhibit H.79 1 of 2, # 115 Exhibit H.79 2 of 2, # 116 Exhibit H.80, # 117 Exhibit H.81, # 118 Exhibit H.82, # 119 Exhibit H.83, # 120 Exhibit H.84, # 121 Exhibit H.85, # 122 Exhibit H.86, # 123 Exhibit H.87, # 124 Exhibit H.88, # 125 Exhibit H.89, # 126 Exhibit H.90, # 127 Exhibit H.91, # 128 Exhibit H.92, # 129 Exhibit H.93, # 130 Exhibit H.94, # 131 Exhibit H.95, # 132 Exhibit H.96, # 133 Exhibit H.97, # 134 Exhibit H.98, # 135 Exhibit H.99, # 136 Exhibit H.100, # 137 Exhibit H.101, # 138 Exhibit H.102, # 139 Exhibit H.103, # 140 Exhibit H.104, # 141 Exhibit H.105, # 142 Exhibit H.106, # 143 Exhibit H.107, # 144 Exhibit H.108, # 145 Exhibit H.109, # 146 Exhibit H.110, # 147 Exhibit H.111, # 148 Exhibit H.112, # 149 Exhibit H.113, # 150 Exhibit H.114 1 of 4, # 151 Exhibit H.114 2 of 4, # 152 Exhibit H.114 3 of 4, # 153 Exhibit H.114 4 of 4, # 154 Exhibit H.115, # 155 Exhibit H.116, # 156 Exhibit H.117, # 157 Exhibit H.118, # 158 Exhibit H.119, # 159 Exhibit H.120, # 160 Exhibit H.121, # 161 Exhibit H.122, # 162 Exhibit H.123, # 163 Exhibit H.124, # 164 Exhibit H.125, # 165 Exhibit H.126, # 166 Exhibit H.127, # 167 Exhibit H.128, # 168 Exhibit H.129, # 169 Exhibit H.130, # 170 Exhibit H.131, # 171 Exhibit H.132, # 172 Exhibit H.133, # 173 Exhibit H.134, # 174 Exhibit H.135, # 175 Exhibit H.136, # 176 Exhibit H.137, # 177 Exhibit H.138, # 178 Exhibit H.139, # 179 Exhibit H.140, # 180 Exhibit H.141, # 181 Exhibit H.142, # 182 Exhibit H.143, # 183 Exhibit H.144, # 184 Exhibit H.145, # 185 Exhibit H.146 1 of 2, # 186 Exhibit H.146 2 of 2, # 187 Exhibit H.147, # 188 Exhibit H.148, # 189 Exhibit H.149, # 190 Exhibit H.150, # 191 Exhibit H.151, # 192 Exhibit H.152, # 193 Exhibit H.153, # 194 Exhibit H.154, # 195 Exhibit H.155)(Yalowitz, Kent) (Attachment 51 replaced on 4/24/2014) (mt). (Attachment 56 replaced on 4/24/2014) (mt). (Additional attachment(s) added on 4/25/2014: # 197 Exhibit C.5) (mro). (Entered: 04/23/2014)

| | | |
|---|---|---|
| 04/24/2014 | 477 | ENDORSED LETTER addressed to Judge George B. Daniels from Carmela T. Romeo dated 4/24/14 re: Plaintiffs respectfully request that the Court instruct the Clerk to remove Exhibits H.37 and H.42 from the ECF system and replace them with the enclosed reference sheets indicating that the Exhibits are filed under seal. Plaintiffs further request that the Court instruct the Clerk to remove exhibit C.5 from the ECF system and replace it with a redacted version, which counsel will supply to the Clerk. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 4/24/2014) (mro) (Entered: 04/24/2014) |
| 04/24/2014 | 478 | TRANSCRIPT of Proceedings re: MOTION held on 4/11/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/19/2014. Redacted Transcript Deadline set for 5/30/2014. Release of Transcript Restriction set for 7/28/2014.(Rodriguez, Somari) (Entered: 04/24/2014) |
| 04/24/2014 | 479 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION proceeding held on 4/11/14 has been filed by the |

| | | court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 04/24/2014) |
|---|---|---|
| 04/25/2014 | 480 | MEMO ENDORSEMENT on re: 475 Letter, filed by Palestine Liberation Organization, Palestinian Authority. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 4/25/2014) (mro) (Entered: 04/25/2014) |
| 04/25/2014 | | Set/Reset Deadlines Responses due by 5/16/2014 Replies due by 6/13/2014. (mro) (Entered: 04/25/2014) |
| 04/25/2014 | 481 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/25/2014) |
| 04/28/2014 | | ***STRICKEN DOCUMENT. Deleted document number 482 from the case record. The document was stricken from this case pursuant to 483 Endorsed Letter,,. ***Pursuant to instructions from Chambers, the document was deleted in its entirety, as if it were never docketed. (mro) (Entered: 04/30/2014) |
| 04/30/2014 | 483 | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 4/23/14 re: Counsel write concerning plaintiffs' request that the Court impose appropriate sanctions on defendants for their failure to produce documents from the Palestinian Authority's General Intelligence Service, in violation of the Court's orders. Plaintiffs respectfully request the Court's approval to file the enclosed brief. ENDORSEMENT: DENIED. The Parties were ordered not to brief this issue. The Clerk is requested to remove #482 from the docket. (Signed by Magistrate Judge Ronald L. Ellis on 4/30/2014) (mro) (Entered: 04/30/2014) |
| 05/02/2014 | 484 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 5/2/2014 re: Response to Plaintiffs' March 21, 2014 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 05/02/2014) |
| 05/05/2014 | 485 | MEMORANDUM OF LAW in Opposition re: 472 MOTION to Certify Daimler Issue for Interlocutory Appeal. . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 05/05/2014) |
| 05/06/2014 | 486 | MOTION in Limine . Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 487 | MEMORANDUM OF LAW in Support re: 486 MOTION in Limine . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, |

| | | |
|---|---|---|
| | | Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 488 | DECLARATION of Philip W. Horton in Support re: 486 MOTION in Limine .. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.1, # 2 Exhibit A.2, # 3 Exhibit A.3, # 4 Exhibit A.4, # 5 Exhibit A.5, # 6 Exhibit A.6, # 7 Exhibit A.7, # 8 Exhibit A.8, # 9 Exhibit A.9, # 10 Exhibit B.1, # 11 Exhibit B.2, # 12 Exhibit B.3, # 13 Exhibit B.4, # 14 Exhibit C.1, # 15 Exhibit C.2, # 16 Exhibit C.3, # 17 Exhibit C.4, # 18 Exhibit C.5, # 19 Exhibit C.6, # 20 Exhibit C.7, # 21 Exhibit C.8, # 22 Exhibit C.9, # 23 Exhibit C.12, # 24 Exhibit C.13, # 25 Exhibit C.14, # 26 Exhibit C.15, # 27 Exhibit C.16, # 28 Exhibit C.19, # 29 Exhibit C.23, # 30 Exhibit C.28 1 of 2, # 31 Exhibit C.28 2 of 2, # 32 Exhibit C.29, # 33 Exhibit C.36, # 34 Exhibit C.38, # 35 Exhibit C.49, # 36 Exhibit C.50 1 of 5, # 37 Exhibit C.50 2 of 5, # 38 Exhibit C.50 3 of 5, # 39 Exhibit C.50 4 of 5, # 40 Exhibit C.50 5 of 5, # 41 Exhibit C.51, # 42 Exhibit C.58, # 43 Exhibit C.375, # 44 Exhibit C.376, # 45 Exhibit D.1, # 46 Exhibit D.2, # 47 Exhibit E., # 48 Exhibit F)(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 489 | MOTION for Summary Judgment . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 490 | DECLARATION of Kent A. Yalowitz in Support re: 489 MOTION for Summary Judgment .. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.532, # 2 Exhibit A.1076, # 3 Exhibit B, # 4 Exhibit C)(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 491 | RULE 56.1 STATEMENT. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. |

| | | |
|---|---|---|
| | | Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 492 | MEMORANDUM OF LAW in Support re: 489 MOTION for Summary Judgment . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 493 | DECLARATION of Supplemental Declaration of Dr. Boaz Shnoor in Support re: 489 MOTION for Summary Judgment .. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 494 | DECLARATION of Philip W. Horton re: 488 Declaration in Support of Motion,,,,,,, *Ex. A.6 (part 2 of 2)*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.6 2 of 2)(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 495 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 6, 2014 re: Plaintiffs Request for Enlargement. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/06/2014) |
| 05/06/2014 | 496 | MOTION for Summary Judgment . Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 05/06/2014) |
| 05/06/2014 | 497 | MEMORANDUM OF LAW in Support re: 496 MOTION for Summary Judgment . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit A−4, # 6 Exhibit A−5, # 7 Exhibit A−6, # 8 Exhibit A−7, # 9 Exhibit A−8, # |

| | | |
|---|---|---|
| | | 10 Exhibit A–9, # 11 Exhibit A–10, # 12 Exhibit A–11, # 13 Exhibit A–12, # 14 Exhibit A–13, # 15 Exhibit A–14, # 16 Exhibit A–15, # 17 Exhibit A–16, # 18 Exhibit A–17, # 19 Exhibit A–18, # 20 Exhibit A–19, # 21 Exhibit A–20, # 22 Exhibit A–21, # 23 Exhibit A–22, # 24 Exhibit A–23, # 25 Exhibit A–24, # 26 Exhibit A–25, # 27 Exhibit A–26, # 28 Exhibit A–27, # 29 Exhibit A–28, # 30 Exhibit A–29, # 31 Exhibit A–30, # 32 Exhibit A–31, # 33 Exhibit A–32, # 34 Exhibit A–33, # 35 Exhibit A–34, # 36 Exhibit A–35, # 37 Exhibit A–36, # 38 Exhibit A–37, # 39 Exhibit A–38, # 40 Exhibit A–39, # 41 Exhibit A–40, # 42 Exhibit A–41, # 43 Exhibit A–42, # 44 Exhibit A–43, # 45 Exhibit A–44, # 46 Exhibit A–45, # 47 Exhibit A–46, # 48 Exhibit A–47, # 49 Exhibit A–48, # 50 Exhibit A–49, # 51 Exhibit A–50, # 52 Exhibit A–51, # 53 Exhibit A–52, # 54 Exhibit A–53, # 55 Exhibit A–54, # 56 Exhibit A–55, # 57 Exhibit A–56, # 58 Exhibit A–57, # 59 Exhibit A–58, # 60 Exhibit A–59, # 61 Exhibit A–60, # 62 Exhibit A–61, # 63 Exhibit A–62, # 64 Exhibit A–63, # 65 Exhibit A–64, # 66 Exhibit A–65, # 67 Exhibit A–66, # 68 Exhibit A–67, # 69 Exhibit A–68, # 70 Exhibit A–69, # 71 Exhibit A–70, # 72 Exhibit A–71, # 73 Exhibit B, # 74 Exhibit C, # 75 Exhibit D, # 76 Exhibit E, # 77 Exhibit F, # 78 Exhibit G, # 79 Exhibit H, # 80 Exhibit I, # 81 Exhibit J, # 82 Exhibit K, # 83 Exhibit L, # 84 Exhibit M, # 85 Exhibit N, # 86 Exhibit O, # 87 Exhibit P, # 88 Exhibit Q, # 89 Exhibit R, # 90 Exhibit S, # 91 Exhibit T, # 92 Exhibit U, # 93 Exhibit V – Part 1, # 94 Exhibit V – Part 2, # 95 Exhibit W, # 96 Exhibit X, # 97 Exhibit Y)(Ferguson, Laura) (Entered: 05/06/2014) |
| 05/06/2014 | 498 | DECLARATION of LAURA G. FERGUSON in Support re: 496 MOTION for Summary Judgment .. Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 05/06/2014) |
| 05/06/2014 | 499 | MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 05/06/2014) |
| 05/06/2014 | 500 | MEMORANDUM OF LAW in Support re: 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 – Part 1, # 3 Exhibit 2 – Part 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36 – Part 1, # 38 Exhibit 36 – Part 2, # 39 Exhibit 36 – Part 3, # 40 Exhibit 36 – Part 4, # 41 Exhibit 36 – Part 5, # 42 Exhibit 36 – Part 6, # 43 Exhibit 37, # 44 Exhibit 38, # 45 Exhibit 39, # 46 Exhibit 40)(Hill, Brian) (Entered: 05/06/2014) |
| 05/06/2014 | 501 | DECLARATION of BRIAN A. HILL in Support re: 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Hill, Brian) (Entered: 05/06/2014) |
| 05/07/2014 | 502 | SEALED DOCUMENT placed in vault.(nm) (Entered: 05/07/2014) |
| 05/12/2014 | 503 | MEMO ENDORSEMENT on re: 495 Letter filed by Dianne Coulter Miller, et al. ENDORSEMENT: MOTION DENIED. (Signed by Judge George B. Daniels on 5/12/2014) (mro) (Entered: 05/12/2014) |
| 05/13/2014 | 504 | ORDER: The oral argument scheduled for June 26, 2014 has been adjourned to June 30, 2014 at 11 am. SO ORDERED. (Oral Argument set for 6/30/2014 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 5/13/2014) (kgo) (Entered: 05/13/2014) |
| 05/13/2014 | 505 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated May 13, 2014 re: Plaintiffs' request to strike paragraphs from Defendants' Rule 56.1 statement. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 05/13/2014) |
| 05/14/2014 | 506 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 14, 2014 re: Plaintiffs reply in support of their May 6, 2014 letter application requesting |

| | | |
|---|---|---|
| | | Court strike 362 unsupported paragraphs in defendants Rule 56.1 statement. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Metacon 56.1 Statement)(Yalowitz, Kent) (Entered: 05/14/2014) |
| 05/15/2014 | 507 | MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/15/2014) |
| 05/15/2014 | 508 | REPLY to Response to Motion re: 472 MOTION to Certify Daimler Issue for Interlocutory Appeal. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Ferguson, Laura) (Entered: 05/15/2014) |
| 05/16/2014 | 509 | ORDER: Plaintiffs' motion to strike 362 paragraphs from Defendants' 56.1 Statement is DENIED. Plaintiffs need not respond to statements of material fact that are not supported by a citation to evidence. The lack of a response by Plaintiffs to any such statements will not result in those statements being deemed admitted by Plaintiffs. SO ORDERED. (Signed by Judge George B. Daniels on 5/16/2014) (kgo) (Entered: 05/16/2014) |
| 05/16/2014 | 510 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated May 16, 2014 re: Oral Argument Presently Set for June 30, 2014. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 05/16/2014) |
| 05/16/2014 | 511 | OPPOSITION BRIEF *to Plaintiffs' April 9th Motion to Overrule Defendants' Authenticity and Hearsay Objections to 177 Proposed Trial Exhibits That Defendants Produced*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D – Under Seal, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Hill, Brian) (Entered: 05/16/2014) |
| 05/20/2014 | 512 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated May 20, 2014 re: Plaintiffs re–filed Memorandum of Law in Support of Plaintiffs' Motion for Discovery Sanctions. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 05/20/2014) |
| 05/22/2014 | 513 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 05/22/14 re: Response to Defendant's 5/20/14 Letter. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack |

| | | Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Boccanfuso, Anthony) (Entered: 05/22/2014) |
|---|---|---|
| 05/22/2014 | 514 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated May 22, 2014 re: Oral Argument & Other Pre–Trial Deadlines. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 05/22/2014) |
| 05/23/2014 | 515 | MEMO ENDORSEMENT on re: 514 Letter filed by Palestine Liberation Organization, Palestinian Authority. ENDORSEMENT: SO ORDERED. The oral argument is adjourned to July 22, 2014 at 11:00 a.m. ( Oral Argument set for 7/22/2014 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 5/23/2014) (mro) (Entered: 05/23/2014) |
| 05/23/2014 | | Set/Reset Deadlines: Motions due by 7/9/2014. Responses due by 7/30/2014 Replies due by 8/6/2014. (mro) (Entered: 05/23/2014) |
| 05/27/2014 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 5/27/2014 at 4:30 p.m. (rsh). (Entered: 05/27/2014) |
| 05/28/2014 | 516 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g. on trial or out of town). Referred to Magistrate Judge Ronald L. Ellis: Current Discovery Dispute. (Signed by Judge George B. Daniels on 5/23/2014) (mro) (Entered: 05/28/2014) |
| 05/29/2014 | 517 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 29, 2014 re: Requesting Electronic Submission of Plts' Opposition to Defs' MSJ. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/29/2014) |
| 06/02/2014 | 518 | MEMO ENDORSEMENT on re: 517 Letter, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED (Signed by Judge George B. Daniels on 6/2/2014) (kgo) (Entered: 06/02/2014) |
| 06/03/2014 | 519 | ORDER: The Court is in receipt of Plaintiffs' Motion for Discovery Sanctions and the accompanying Memorandum of Law and Declaration. IT IS HEREBY ORDERED that: (1) Defendants serve their response to the motion on or before June 13, 2014; and (2) Plaintiffs serve their reply on or before June 20, 2014. (Signed by Magistrate Judge Ronald L. Ellis on 6/3/2014) (mro) (Entered: 06/03/2014) |
| 06/06/2014 | 520 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated June 6, 2014 re: Reply to defendants letter of May 2, 2014 (DE 484), concerning Exhibit 3–1 to the parties proposed Joint Pretrial Order. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka |

| | | |
|---|---|---|
| | | Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Plaintiffs' Second Amended & Supplemental Exhibit 3–1)(Yalowitz, Kent) (Entered: 06/06/2014) |
| 06/06/2014 | 521 | DECLARATION of Kent A. Yalowitz in Opposition re: 496 MOTION for Summary Judgment .., 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 06/06/2014) |
| 06/06/2014 | 522 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated June 6, 2014 re: June 6 2014 Filings. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 06/06/2014) |
| 06/06/2014 | 523 | RESPONSE in Opposition to Motion re: 489 MOTION for Summary Judgment . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit Defendants' Response to Plaintiffs' Rule 56.1 Statement (EX 1), # 2 Exhibit 1 to Defts Opp to Pltfs Rule 56.1 Statement, # 3 Exhibit 2 to to Defts Opp to Pltfs Rule 56.1 Statement, # 4 Exhibit 3 to Defts Opp to Pltfs Rule 56.1 Statement, # 5 Exhibit 4 to Defts Opp to Pltfs Rule 56.1 Statement, # 6 Exhibit John Quigley Report (EX 2))(Ferguson, Laura) (Entered: 06/06/2014) |
| 06/06/2014 | 524 | RESPONSE in Opposition to Motion re: 486 MOTION in Limine . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Hill, Brian) (Entered: 06/06/2014) |
| 06/09/2014 | 525 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/09/2014) |
| 06/11/2014 | 526 | MEMORANDUM OF LAW in Support re: 465 Letter,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Appendix Appendix to Memo of Law ISO Motion to Overrule Defs' Auth and Hearsay Objections, # 2 Exhibit A.1, # 3 Exhibit A.2, # 4 |

Exhibit A.3, # 5 Exhibit A.4, # 6 Exhibit A.5, # 7 Exhibit A.6, # 8 Exhibit A.7, # 9 Exhibit A.8, # 10 Exhibit A.9, # 11 Exhibit A.10, # 12 Exhibit A.11A, # 13 Exhibit A.11B, # 14 Exhibit A.11C, # 15 Exhibit A.13, # 16 Exhibit A.15, # 17 Exhibit A.25, # 18 Exhibit A.36B, # 19 Exhibit A.36C, # 20 Exhibit A.36D, # 21 Exhibit A.43, # 22 Exhibit A.44, # 23 Exhibit A.46, # 24 Exhibit A.47, # 25 Exhibit A.48, # 26 Exhibit A.49, # 27 Exhibit A.55, # 28 Exhibit A.58, # 29 Exhibit A.59, # 30 Exhibit A.62, # 31 Exhibit A.88, # 32 Exhibit A.89, # 33 Exhibit A.90, # 34 Exhibit A.91, # 35 Exhibit A.94, # 36 Exhibit A.95, # 37 Exhibit A.103, # 38 Exhibit A.104, # 39 Exhibit A.105, # 40 Exhibit A.106, # 41 Exhibit A.107, # 42 Exhibit A.108, # 43 Exhibit A.109, # 44 Exhibit A.110, # 45 Exhibit A.111, # 46 Exhibit A.112, # 47 Exhibit A.113, # 48 Exhibit A.114, # 49 Exhibit A.115, # 50 Exhibit A.116, # 51 Exhibit A.118, # 52 Exhibit A.119, # 53 Exhibit A.120, # 54 Exhibit A.121, # 55 Exhibit A.122, # 56 Exhibit A.123, # 57 Exhibit A.125, # 58 Exhibit A.126, # 59 Exhibit A.127, # 60 Exhibit A.128, # 61 Exhibit A.891, # 62 Exhibit A.892, # 63 Exhibit A.895, # 64 Exhibit A.896, # 65 Exhibit A.897, # 66 Exhibit A.18, # 67 Exhibit A.26, # 68 Exhibit A.36C (2), # 69 Exhibit A.36E, # 70 Exhibit A.37, # 71 Exhibit A.38, # 72 Exhibit A.39, # 73 Exhibit A.40, # 74 Exhibit A.41, # 75 Exhibit A.42, # 76 Exhibit A.50, # 77 Exhibit A.51, # 78 Exhibit A.53, # 79 Exhibit A.54, # 80 Exhibit A.61, # 81 Exhibit A.63, # 82 Exhibit A.64, # 83 Exhibit A.65, # 84 Exhibit A.66, # 85 Exhibit A.67, # 86 Exhibit A.69, # 87 Exhibit A.70, # 88 Exhibit A.71, # 89 Exhibit A.72, # 90 Exhibit A.73, # 91 Exhibit A.75, # 92 Exhibit A.76, # 93 Exhibit A.83, # 94 Exhibit A.84, # 95 Exhibit A.85, # 96 Exhibit A.86, # 97 Exhibit A.87, # 98 Exhibit A.96, # 99 Exhibit A.117, # 100 Exhibit A.893, # 101 Exhibit A.894, # 102 Exhibit A.16, # 103 Exhibit A.17, # 104 Exhibit A.19, # 105 Exhibit A.21, # 106 Exhibit A.22, # 107 Exhibit A.23, # 108 Exhibit A.24, # 109 Exhibit A.27, # 110 Exhibit A.28, # 111 Exhibit A.29, # 112 Exhibit A.36A, # 113 Exhibit A.45, # 114 Exhibit A.60, # 115 Exhibit A.92, # 116 Exhibit A.93, # 117 Exhibit A.317A, # 118 Exhibit A.326, # 119 Exhibit A.890, # 120 Exhibit A.129, # 121 Exhibit A.130, # 122 Exhibit A.131, # 123 Exhibit A.132, # 124 Exhibit A.133, # 125 Exhibit A.134, # 126 Exhibit A.135, # 127 Exhibit A.136, # 128 Exhibit A.137, # 129 Exhibit A.138, # 130 Exhibit A.139, # 131 Exhibit A.140, # 132 Exhibit A.141, # 133 Exhibit A.142, # 134 Exhibit A.143, # 135 Exhibit A.144, # 136 Exhibit A.145, # 137 Exhibit A.146, # 138 Exhibit A.147, # 139 Exhibit A.148, # 140 Exhibit A.149, # 141 Exhibit A.150, # 142 Exhibit A.151, # 143 Exhibit A.152, # 144 Exhibit A.153, # 145 Exhibit A.154, # 146 Exhibit A.155, # 147 Exhibit A.156, # 148 Exhibit A.157, # 149 Exhibit A.158, # 150 Exhibit A.159, # 151 Exhibit A.160, # 152 Exhibit A.161, # 153 Exhibit A.162, # 154 Exhibit A.163, # 155 Exhibit A.164, # 156 Exhibit A.165, # 157 Exhibit A.166, # 158 Exhibit A.167, # 159 Exhibit A.168, # 160 Exhibit A.169, # 161 Exhibit A.233, # 162 Exhibit A.1028, # 163 Exhibit A.1029, # 164 Exhibit A.1030, # 165 Exhibit A.1031, # 166 Exhibit A.1032, # 167 Exhibit A.1033, # 168 Exhibit A.1034, # 169 Exhibit A.1035, # 170 Exhibit A.1036, # 171 Exhibit A.1037, # 172 Exhibit A.1038, # 173 Exhibit A.1039, # 174 Exhibit A.1040, # 175 Exhibit A.1041, # 176 Exhibit A.1060, # 177 Exhibit A.20, # 178 Exhibit A.173, # 179 Exhibit B, # 180 Exhibit C, # 181 Exhibit D, # 182 Exhibit E, # 183 Exhibit F.1, # 184 Exhibit F.2, # 185 Exhibit F.3, # 186 Exhibit F.4, # 187 Exhibit F.5, # 188 Exhibit F.6, # 189 Exhibit F.7, # 190 Exhibit F.8, # 191 Exhibit F.9, # 192 Exhibit G.1, # 193 Exhibit G.2, # 194 Exhibit G.3, # 195 Exhibit G.4, # 196 Exhibit G.5, # 197 Exhibit H.295, # 198 Exhibit H.321, # 199 Exhibit H.324, # 200 Exhibit H.376, # 201 Exhibit H.377, # 202 Exhibit H.426, # 203 Exhibit H.464, # 204 Exhibit I, # 205 Exhibit J, # 206 Exhibit K, # 207 Exhibit L, # 208 Exhibit M, # 209 Exhibit N)(Yalowitz, Kent) (Entered: 06/11/2014)

| 06/13/2014 | 527 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 6, 2014 re: Plaintiffs Request to Strike 362 Paragraphs from Defendants Rule 56.1 Statement. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 06/13/2014) |

| 06/13/2014 | 528 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated May15, 2014 re: Plaintiffs Motion for Discovery Sanctions. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 06/13/2014) |
| 06/13/2014 | 529 | MEMORANDUM OF LAW in Support re: 507 MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants.* . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/13/2014) |
| 06/13/2014 | 530 | DECLARATION of Kent A. Yalowitz in Support re: 507 MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants..* Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.1, # 2 Exhibit A.2, # 3 Exhibit A.3, # 4 Exhibit A.4, # 5 Exhibit A.5, # 6 Exhibit A.6, # 7 Exhibit A.7, # 8 Exhibit A.8, # 9 Exhibit A.9, # 10 Exhibit A.10, # 11 Exhibit A.11, # 12 Exhibit A.12, # 13 Exhibit A.13, # 14 Exhibit A.14, # 15 Exhibit A.15, # 16 Exhibit A.16, # 17 Exhibit A.17, # 18 Exhibit B, # 19 Exhibit (1 of 8) C.1, # 20 Exhibit (2 of 8) C.1, # 21 Exhibit (3 of 8) C.1, # 22 Exhibit (4 of 8) C.1, # 23 Exhibit (5 of 8) C.1, # 24 Exhibit (6 of 8) C.1, # 25 Exhibit (7 of 8) C.1, # 26 Exhibit (8 of 8) C.1, # 27 Exhibit C.2, # 28 Exhibit C.3, # 29 Exhibit C.4, # 30 Exhibit D, # 31 Exhibit E, # 32 Exhibit F, # 33 Exhibit G.1, # 34 Exhibit G.2, # 35 Exhibit G.3, # 36 Exhibit H, # 37 Exhibit I.2, # 38 Exhibit I.3, # 39 Exhibit I.4, # 40 Exhibit I.14, # 41 Exhibit I.36B, # 42 Exhibit I.36C, # 43 Exhibit I.44, # 44 Exhibit I.58, # 45 Exhibit I.83, # 46 Exhibit I.91, # 47 Exhibit I.112, # 48 Exhibit I.113, # 49 Exhibit I.118, # 50 Exhibit I.129, # 51 Exhibit I.131, # 52 Exhibit I.132, # 53 Exhibit I.137, # 54 Exhibit I.139, # 55 Exhibit I.141, # 56 Exhibit I.145, # 57 Exhibit I.147, # 58 Exhibit I.148, # 59 Exhibit I.155, # 60 Exhibit I.156, # 61 Exhibit I.157, # 62 Exhibit I.163, # 63 Exhibit I.164, # 64 Exhibit I.233, # 65 Exhibit I.247, # 66 Exhibit I.260, # 67 Exhibit I.295, # 68 Exhibit I.313, # 69 Exhibit I.317A, # 70 Exhibit I.317C, # 71 Exhibit I.321, # 72 Exhibit I.334, # 73 Exhibit I.336, # 74 Exhibit I.337, # 75 Exhibit I.339, # 76 Exhibit I.340, # 77 Exhibit I.353, # 78 Exhibit I.359, # 79 Exhibit I.360 (1 of 2), # 80 Exhibit I.360 (2 of 2), # 81 Exhibit I.361, # 82 Exhibit I.364, # 83 Exhibit I.371, # 84 Exhibit I.377, # 85 Exhibit I.384 (1 of 3), # 86 Exhibit I.384 (2 of 3), # 87 Exhibit I.384 (3 of 3), # 88 Exhibit I.426, # 89 Exhibit I.464, # 90 Exhibit I.492 (1 of 6), # 91 Exhibit I.492 (2 of 6), # 92 Exhibit I.492 (3 of 6), # 93 Exhibit I.492 (4 of 6), # 94 Exhibit I.492 (5 of 6), # 95 Exhibit I.492 (6 of 6), # 96 Exhibit I.559, # 97 Exhibit I.616, # 98 Exhibit I.880, # 99 Exhibit I.897, # 100 Exhibit I.1032, # 101 Exhibit I.1038, # 102 Exhibit I.1052, # 103 Exhibit I.1060)(Yalowitz, |

| | | |
|---|---|---|
| | | Kent) (Entered: 06/13/2014) |
| 06/13/2014 | 531 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/13/2014) |
| 06/13/2014 | 532 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/13/2014) |
| 06/13/2014 | 533 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 6/13/2014 re: Relief re Reply Deadline, Page Limits and Rule 56.1 Statement. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Rochon, Mark) (Entered: 06/13/2014) |
| 06/16/2014 | 534 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 06/16/2014 re: Response to Defendants' Letter Dated June 13, 2014. Document filed by Katherine Baker, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Boccanfuso, Anthony) (Entered: 06/16/2014) |
| 06/16/2014 | 535 | MEMO ENDORSEMENT granting 453 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Aaron Nathaniel Solomon terminated. (Signed by Judge George B. Daniels on 6/16/2014) (mro) (Entered: 06/16/2014) |
| 06/16/2014 | 536 | ORDER granting 460 Motion to Substitute Party. Plaintiff Nevenka Gritz's unopposed motion under Federal Rule of Civil Procedure 25(a)(1) to substitute herself as the sole heir of deceased Plaintiff Norman Gritz is GRANTED. The clerk of the court is directed to close the motion at ECF No. 460. Party Norman Gritz terminated. (Signed by Judge George B. Daniels on 6/16/2014) (mro) Modified on 6/16/2014 (mro). (Entered: 06/16/2014) |
| 06/16/2014 | 537 | ORDER denying 421 Motion for Reconsideration. For the reasons articulated at the April 11, 2014 oral argument, Defendants' motion for reconsideration of this Court's Opinion and Order of March 30, 2011 denying Defendants' motion to dismiss for lack of personal jurisdiction is DENIED. The clerk of the court is directed to close the motion at ECF No. 421. (Signed by Judge George B. Daniels on 6/16/2014) (mro) (Entered: 06/16/2014) |
| 06/19/2014 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 6/19/2014 at 10:00 a.m. (rsh) (Entered: 06/19/2014) |
| 06/19/2014 | 538 | ORDER: The parties' requests for an enlargement of time and page limits, to the extent unopposed, is GRANTED. Defendants' request to file a "reply" Rule 56.1 Statement is DENIED. (Signed by Judge George B. Daniels on 6/19/2014) (mro) (Entered: 06/19/2014) |
| 06/19/2014 | 539 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 06/19/14 re: Extension for Reply. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 06/19/2014) |
| 06/19/2014 | 540 | MEMORANDUM OF LAW in Opposition re: 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts*. . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon |

| | | |
|---|---|---|
| | | Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/19/2014) |
| 06/19/2014 | 541 | REPLY MEMORANDUM OF LAW in Support re: 465 Letter,,, *REPLY IN SUPPORT OF PLAINTIFFS MOTION TO OVERRULE DEFENDANTS AUTHENTICITY AND HEARSAY OBJECTIONS TO THEIR OWN RECORDS*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/19/2014) |
| 06/20/2014 | 542 | MEMO ENDORSEMENT on re: 539 Letter, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. ( Replies due by 6/27/2014.) (Signed by Magistrate Judge Ronald L. Ellis on 6/20/2014) (tro) (Entered: 06/20/2014) |
| 06/20/2014 | 543 | ORDER denying 472 Motion to Certify. Defendants' motion to certify is therefore DENIED. The clerk of the court is directed to close the motion at ECF No. 472. (Signed by Judge George B. Daniels on 6/19/2014) (tro) (Entered: 06/20/2014) |
| 06/23/2014 | 544 | Exhibit List *Defendants' Second Amended and Supplemental Objections to Trial Exhibits of Plaintiffs*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 06/23/2014) |
| 06/24/2014 | 545 | MEMORANDUM OF LAW in Opposition re: 496 MOTION for Summary Judgment . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/24/2014) |
| 06/24/2014 | 546 | RESPONSE re: 496 MOTION for Summary Judgment . *PLAINTIFFS RULE 56.1 RESPONSE*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, |

| | | Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/24/2014) |
|---|---|---|
| 06/25/2014 | 547 | DECLARATION of Kent A. Yalowitz in Opposition re: 496 MOTION for Summary Judgment ., 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.1, # 2 Exhibit A.2, # 3 Exhibit A.3, # 4 Exhibit A.4, # 5 Exhibit A.7, # 6 Exhibit A.8, # 7 Exhibit A.9, # 8 Exhibit A.10, # 9 Exhibit A.12, # 10 Exhibit A.14, # 11 Exhibit A.15, # 12 Exhibit A.16, # 13 Exhibit A.17, # 14 Exhibit A.18, # 15 Exhibit A.19, # 16 Exhibit A.20, # 17 Exhibit A.21, # 18 Exhibit A.22, # 19 Exhibit A.23, # 20 Exhibit A.24, # 21 Exhibit A.26, # 22 Exhibit A.28, # 23 Exhibit A.29, # 24 Exhibit A.36A, # 25 Exhibit A.36B, # 26 Exhibit A.36C, # 27 Exhibit A.36D, # 28 Exhibit A36E, # 29 Exhibit A.37, # 30 Exhibit A.38, # 31 Exhibit A.39, # 32 Exhibit A.40, # 33 Exhibit A.41, # 34 Exhibit A.42, # 35 Exhibit A.43, # 36 Exhibit A.44, # 37 Exhibit A.45, # 38 Exhibit A.46, # 39 Exhibit A.47, # 40 Exhibit A.48, # 41 Exhibit A.49, # 42 Exhibit A.50, # 43 Exhibit A.51, # 44 Exhibit A.52, # 45 Exhibit A.53, # 46 Exhibit A.54, # 47 Exhibit A.55, # 48 Exhibit A.56, # 49 Exhibit A.57, # 50 Exhibit A.58, # 51 Exhibit A.59, # 52 Exhibit A.60, # 53 Exhibit A.61, # 54 Exhibit A.62, # 55 Exhibit A.63, # 56 Exhibit A.64, # 57 Exhibit A.65, # 58 Exhibit A.66, # 59 Exhibit A.67, # 60 Exhibit A.71, # 61 Exhibit A.72, # 62 Exhibit A.73, # 63 Exhibit A.75, # 64 Exhibit A.76, # 65 Exhibit A.83, # 66 Exhibit A.84, # 67 Exhibit A.85, # 68 Exhibit A.86, # 69 Exhibit A.87, # 70 Exhibit A.88, # 71 Exhibit A.89, # 72 Exhibit A.90, # 73 Exhibit A.91, # 74 Exhibit A.92, # 75 Exhibit A.93, # 76 Exhibit A.94, # 77 Exhibit A.95, # 78 Exhibit A.96, # 79 Exhibit A.103, # 80 Exhibit A.104, # 81 Exhibit A.105, # 82 Exhibit A.106, # 83 Exhibit A.107, # 84 Exhibit A.108, # 85 Exhibit A.109, # 86 Exhibit A.110, # 87 Exhibit A.111, # 88 Exhibit A.112, # 89 Exhibit A.113, # 90 Exhibit A.114, # 91 Exhibit A.115, # 92 Exhibit A.116, # 93 Exhibit A.117, # 94 Exhibit A.118, # 95 Exhibit A.119, # 96 Exhibit A.120, # 97 Exhibit A.121, # 98 Exhibit A.122, # 99 Exhibit A.123, # 100 Exhibit A.124, # 101 Exhibit A.125, # 102 Exhibit A.126, # 103 Exhibit A.127, # 104 Exhibit A.129, # 105 Exhibit A.130, # 106 Exhibit A.131, # 107 Exhibit A.132, # 108 Exhibit A.133, # 109 Exhibit A.134, # 110 Exhibit A.135, # 111 Exhibit A.136, # 112 Exhibit A.137, # 113 Exhibit A.138, # 114 Exhibit A.139, # 115 Exhibit A.140, # 116 Exhibit A.141, # 117 Exhibit A.142, # 118 Exhibit A.143, # 119 Exhibit A.145, # 120 Exhibit A.146, # 121 Exhibit A.148, # 122 Exhibit A.153, # 123 Exhibit A.154, # 124 Exhibit A.155, # 125 Exhibit A.157, # 126 Exhibit A.159, # 127 Exhibit A.162, # 128 Exhibit A.163, # 129 Exhibit A.164, # 130 Exhibit A.165, # 131 Exhibit A.167, # 132 Exhibit A.169, # 133 Exhibit A.173, # 134 Exhibit A.174, # 135 Exhibit A.175, # 136 Exhibit A.176, # 137 Exhibit A.177, # 138 Exhibit A.178, # 139 Exhibit A.179, # 140 Exhibit A.192A, # 141 Exhibit A.192B, # 142 Exhibit A.192C, # 143 Exhibit A.192D, # 144 Exhibit A.195, # 145 Exhibit A.196, # 146 Exhibit A.198, # 147 Exhibit A.199, # 148 Exhibit A.200, # 149 Exhibit A.201, # 150 Exhibit A.202, # 151 Exhibit A.203, # 152 Exhibit A.204, # 153 Exhibit A.206 (1 OF 8), # 154 Exhibit A.206 (2 OF 8), # 155 Exhibit A.206 (3 OF 8), # 156 Exhibit A.206 (4 OF 8), # 157 Exhibit A.206 (5 OF 8), # 158 Exhibit A.206 (6 OF 8), # 159 Exhibit A.206 (7 OF 8), # 160 Exhibit A.206 (8 OF 8), # 161 Exhibit A.217, # 162 Exhibit A.218, # 163 Exhibit A.219, # 164 Exhibit A.220, # 165 Exhibit A.228, # 166 Exhibit A.229, # 167 Exhibit A.233, # 168 Exhibit A.235, # 169 Exhibit A.236, # 170 Exhibit A.241, # 171 Exhibit A.246, # 172 Exhibit A.247, # 173 Exhibit A.249, # 174 Exhibit A.250B, # 175 Exhibit A.250C, # 176 Exhibit A.255, # 177 Exhibit A.259, # 178 Exhibit A.260, # 179 Exhibit A.261, # 180 Exhibit A.262, # 181 Exhibit A.264, # 182 Exhibit A.266, |

# 183 Exhibit A.267, # 184 Exhibit A.268, # 185 Exhibit A.269, # 186 Exhibit A.270, # 187 Exhibit A.271, # 188 Exhibit A.272, # 189 Exhibit A.273, # 190 Exhibit A.276, # 191 Exhibit A.277, # 192 Exhibit A.278, # 193 Exhibit A.279, # 194 Exhibit A.280, # 195 Exhibit A.281, # 196 Exhibit A.282, # 197 Exhibit A.283, # 198 Exhibit A.284, # 199 Exhibit A.285, # 200 Exhibit A.286, # 201 Exhibit A.287, # 202 Exhibit A.288, # 203 Exhibit A.290, # 204 Exhibit A.291, # 205 Exhibit A.292(1 OF 2), # 206 Exhibit A.292(2 OF 2), # 207 Exhibit A.293, # 208 Exhibit A.294, # 209 Exhibit A.295, # 210 Exhibit A.296, # 211 Exhibit A.297, # 212 Exhibit A.298, # 213 Exhibit A.299, # 214 Exhibit A.301, # 215 Exhibit A.302, # 216 Exhibit A.303, # 217 Exhibit A.304, # 218 Exhibit A.305, # 219 Exhibit A.311, # 220 Exhibit A.313, # 221 Exhibit A.316, # 222 Exhibit A317A, # 223 Exhibit A317B, # 224 Exhibit A317C, # 225 Exhibit A230A, # 226 Exhibit A320B, # 227 Exhibit A320C, # 228 Exhibit A321, # 229 Exhibit A322, # 230 Exhibit A323, # 231 Exhibit A234, # 232 Exhibit A235, # 233 Exhibit A236, # 234 Exhibit A237, # 235 Exhibit A239, # 236 Exhibit A331, # 237 Exhibit A334, # 238 Exhibit A.335 (1 OF 2), # 239 Exhibit A.335 (2 OF 2), # 240 Exhibit A336, # 241 Exhibit A337, # 242 Exhibit A338, # 243 Exhibit A339, # 244 Exhibit A340, # 245 Exhibit A342B, # 246 Exhibit A342C, # 247 Exhibit A345, # 248 Exhibit A346, # 249 Exhibit A349, # 250 Exhibit A350, # 251 Exhibit A352, # 252 Exhibit A353, # 253 Exhibit A354, # 254 Exhibit A355, # 255 Exhibit A.357 (1 OF 5), # 256 Exhibit A.357 (2OF 5), # 257 Exhibit A.357 (3OF 5), # 258 Exhibit A.357 (4 OF 5), # 259 Exhibit A.357 (5 OF 5), # 260 Exhibit A358, # 261 Exhibit A359, # 262 Exhibit A.360 (1 OF 2), # 263 Exhibit A.360 (1 OF 2), # 264 Exhibit A361, # 265 Exhibit A.362 (1 OF 5), # 266 Exhibit A.362 (2 OF 5), # 267 Exhibit A.362 (3OF 5), # 268 Exhibit A.362 ( 4OF 5), # 269 Exhibit A.362 ( 5OF 5), # 270 Exhibit A.364, # 271 Exhibit A.365, # 272 Exhibit A.367, # 273 Exhibit A.368, # 274 Exhibit A.369, # 275 Exhibit A.370, # 276 Exhibit A.371, # 277 Exhibit A.372, # 278 Exhibit A.373, # 279 Exhibit A374, # 280 Exhibit A376, # 281 Exhibit A377, # 282 Exhibit A.384 (1 OF 3), # 283 Exhibit A.384 (2 OF 3), # 284 Exhibit A.384 (3 OF 3), # 285 Exhibit A.386 (1 OF 3), # 286 Exhibit A.386 (2 OF 3), # 287 Exhibit A.386 (3 OF 3), # 288 Exhibit A.388, # 289 Exhibit A390B, # 290 Exhibit A395, # 291 Exhibit A396, # 292 Exhibit A399, # 293 Exhibit A.418 (1 OF 2), # 294 Exhibit A.418 (2 OF 2), # 295 Exhibit A419, # 296 Exhibit A420, # 297 Exhibit A421, # 298 Exhibit A422, # 299 Exhibit A424, # 300 Exhibit A425, # 301 Exhibit A426, # 302 Exhibit A427, # 303 Exhibit A.428 (1 OF 2), # 304 Exhibit A.428 (2 OF 2), # 305 Exhibit A429, # 306 Exhibit A430, # 307 Exhibit A431, # 308 Exhibit A432, # 309 Exhibit A433, # 310 Exhibit A434, # 311 Exhibit A435, # 312 Exhibit A436, # 313 Exhibit A438, # 314 Exhibit A440, # 315 Exhibit A441, # 316 Exhibit A442, # 317 Exhibit A443, # 318 Exhibit A447, # 319 Exhibit A449, # 320 Exhibit A.451 (1 OF 11), # 321 Exhibit A.451 (2 OF 11), # 322 Exhibit A.451 (3 OF 11), # 323 Exhibit A.451 (4 OF 11), # 324 Exhibit A.451 (5 OF 11), # 325 Exhibit A.451 (6 OF 11), # 326 Exhibit A.451 (7 OF 11), # 327 Exhibit A.451 (8 OF 11), # 328 Exhibit A.451 (9 OF 11), # 329 Exhibit A.451 (10 OF 11), # 330 Exhibit A.451 (11 OF 11), # 331 Exhibit A.452 (1 OF 4), # 332 Exhibit A.452 (2OF 4), # 333 Exhibit A.452 (3 OF 4), # 334 Exhibit A.452 (4 OF 4), # 335 Exhibit A459, # 336 Exhibit A464, # 337 Exhibit A465, # 338 Exhibit A467, # 339 Exhibit A472, # 340 Exhibit A473, # 341 Exhibit A474, # 342 Exhibit A475, # 343 Exhibit A476, # 344 Exhibit A477, # 345 Exhibit A480, # 346 Exhibit A481, # 347 Exhibit A482, # 348 Exhibit A485, # 349 Exhibit A486, # 350 Exhibit A489, # 351 Exhibit A491, # 352 Exhibit A.492 (1 OF 6), # 353 Exhibit A.492 (2OF 6), # 354 Exhibit A.492 (3 OF 6), # 355 Exhibit A.492 (4 OF 6), # 356 Exhibit A.492 (4 OF 6), # 357 Exhibit A.492 (6 OF 6), # 358 Exhibit A496, # 359 Exhibit A497, # 360 Exhibit A502, # 361 Exhibit A503, # 362 Exhibit A504, # 363 Exhibit A507, # 364 Exhibit A508, # 365 Exhibit A509, # 366 Exhibit A512, # 367 Exhibit A517, # 368 Exhibit A520, # 369 Exhibit A.521 (1 OF 17), # 370 Exhibit A.521 (2 OF 17), # 371 Exhibit A.521 (3 OF 17), # 372 Exhibit A.521 (4 OF 17), # 373 Exhibit A.521 (5 OF 17), # 374 Exhibit A.521 (6 OF 17), # 375 Exhibit A.521 (7 OF 17), # 376 Exhibit A.521 (8 OF 17), # 377 Exhibit A.521 (9 OF 17), # 378 Exhibit A.521 (10 OF 17), # 379 Exhibit A.521 (11 OF 17), # 380 Exhibit A.521 (12 OF 17), # 381 Exhibit A.521 (13 OF 17), # 382 Exhibit A.521 (14 OF 17), # 383 Exhibit A.521 (15 OF 17), # 384 Exhibit A.521 (16 OF 17), # 385 Exhibit A.521 (17 OF 17), # 386 Exhibit A.532 (1 OF 5), # 387 Exhibit A.532 (2 OF 5), # 388 Exhibit A.532 (3 OF 5), # 389 Exhibit A.532 (4 OF 5), # 390 Exhibit A.532 (5 OF 5), # 391 Exhibit A537, # 392 Exhibit A538, # 393 Exhibit A539, # 394 Exhibit A541, # 395 Exhibit A542, # 396 Exhibit A543, # 397 Exhibit A544, # 398 Exhibit A545, # 399 Exhibit A546, # 400 Exhibit A553, # 401 Exhibit A.5358 (1 OF 2), # 402 Exhibit A.558 (2 OF 2), # 403 Exhibit

A559, # 404 Exhibit A561, # 405 Exhibit A563, # 406 Exhibit A602, # 407 Exhibit A603, # 408 Exhibit A604, # 409 Exhibit A606, # 410 Exhibit A616, # 411 Exhibit A620, # 412 Exhibit A622, # 413 Exhibit A623, # 414 Exhibit A624, # 415 Exhibit A.630 (1 OF 7), # 416 Exhibit A.630 (2 OF 7), # 417 Exhibit A.630 (3 OF 7), # 418 Exhibit A.630 (4 OF 7), # 419 Exhibit A.630 (5 OF 7), # 420 Exhibit A.630 (6 OF 7), # 421 Exhibit A.630 (7 OF 7), # 422 Exhibit A631, # 423 Exhibit A.636(1 OF 3), # 424 Exhibit A.636 (2 OF 3), # 425 Exhibit A.636 (3 OF 3), # 426 Exhibit A638, # 427 Exhibit A641, # 428 Exhibit A642, # 429 Exhibit A643, # 430 Exhibit A644, # 431 Exhibit A645, # 432 Exhibit A646, # 433 Exhibit A647, # 434 Exhibit A649, # 435 Exhibit A650, # 436 Exhibit A651, # 437 Exhibit A652, # 438 Exhibit A653, # 439 Exhibit A654, # 440 Exhibit A655, # 441 Exhibit A656, # 442 Exhibit A657, # 443 Exhibit A658, # 444 Exhibit A659, # 445 Exhibit A660, # 446 Exhibit A665, # 447 Exhibit A666, # 448 Exhibit A670, # 449 Exhibit A671, # 450 Exhibit A672, # 451 Exhibit A674, # 452 Exhibit A677, # 453 Exhibit A678, # 454 Exhibit A679, # 455 Exhibit A682, # 456 Exhibit A683, # 457 Exhibit A684, # 458 Exhibit A685, # 459 Exhibit A686, # 460 Exhibit A687, # 461 Exhibit A688, # 462 Exhibit A690, # 463 Exhibit A691, # 464 Exhibit A692, # 465 Exhibit A693, # 466 Exhibit A694, # 467 Exhibit A695, # 468 Exhibit A696, # 469 Exhibit A697, # 470 Exhibit A699, # 471 Exhibit A700, # 472 Exhibit A701, # 473 Exhibit A702, # 474 Exhibit A703, # 475 Exhibit A705, # 476 Exhibit A706, # 477 Exhibit A707, # 478 Exhibit A708, # 479 Exhibit A709, # 480 Exhibit A710, # 481 Exhibit A711, # 482 Exhibit A712, # 483 Exhibit A713, # 484 Exhibit A714, # 485 Exhibit A715, # 486 Exhibit A716, # 487 Exhibit A719, # 488 Exhibit A724, # 489 Exhibit A725, # 490 Exhibit A729, # 491 Exhibit A753, # 492 Exhibit A754, # 493 Exhibit A755, # 494 Exhibit A756, # 495 Exhibit A760, # 496 Exhibit A761, # 497 Exhibit A792, # 498 Exhibit A794, # 499 Exhibit A795, # 500 Exhibit A797, # 501 Exhibit A798, # 502 Exhibit A804, # 503 Exhibit A805, # 504 Exhibit A806, # 505 Exhibit A807, # 506 Exhibit A809, # 507 Exhibit A880, # 508 Exhibit A881, # 509 Exhibit A882, # 510 Exhibit A883, # 511 Exhibit A.889 (1 OF 4), # 512 Exhibit A.889 (2 OF 4), # 513 Exhibit A.889 (3 OF 4), # 514 Exhibit A.889 (4 OF 4), # 515 Exhibit A891, # 516 Exhibit A892, # 517 Exhibit A893, # 518 Exhibit A894, # 519 Exhibit A895, # 520 Exhibit A896, # 521 Exhibit A897, # 522 Exhibit A898, # 523 Exhibit A899, # 524 Exhibit A906, # 525 Exhibit A901, # 526 Exhibit A902, # 527 Exhibit A903, # 528 Exhibit A904, # 529 Exhibit A905, # 530 Exhibit A906, # 531 Exhibit A907, # 532 Exhibit A908, # 533 Exhibit A909, # 534 Exhibit A910, # 535 Exhibit A911, # 536 Exhibit A912, # 537 Exhibit A913, # 538 Exhibit A914, # 539 Exhibit A916, # 540 Exhibit A917, # 541 Exhibit A919, # 542 Exhibit A921, # 543 Exhibit A928, # 544 Exhibit A934, # 545 Exhibit A935, # 546 Exhibit A936, # 547 Exhibit A937, # 548 Exhibit A939, # 549 Exhibit A.948 (1 OF 8), # 550 Exhibit A.948 (2 OF 8), # 551 Exhibit A.948 (3 OF 8), # 552 Exhibit A.948 (4 OF 8), # 553 Exhibit A.948 (5 OF 8), # 554 Exhibit A.948 (6 OF 8), # 555 Exhibit A.948 (7 OF 8), # 556 Exhibit A.948 (8 OF 8), # 557 Exhibit A949, # 558 Exhibit A954, # 559 Exhibit A957, # 560 Exhibit A962, # 561 Exhibit A964, # 562 Exhibit A965, # 563 Exhibit A966, # 564 Exhibit A971, # 565 Exhibit A987, # 566 Exhibit A993, # 567 Exhibit A1012, # 568 Exhibit A1032, # 569 Exhibit A1038, # 570 Exhibit A1042, # 571 Exhibit A1043, # 572 Exhibit A1044, # 573 Exhibit A1045, # 574 Exhibit A1046, # 575 Exhibit A1047, # 576 Exhibit A1048, # 577 Exhibit A1049, # 578 Exhibit A1050, # 579 Exhibit A1051, # 580 Exhibit A1052, # 581 Exhibit A1053, # 582 Exhibit A1054, # 583 Exhibit A1055, # 584 Exhibit A1056, # 585 Exhibit A1057, # 586 Exhibit A1058, # 587 Exhibit A1059, # 588 Exhibit A1060, # 589 Exhibit A1061, # 590 Exhibit A1062, # 591 Exhibit A1063, # 592 Exhibit A1069, # 593 Exhibit A1070, # 594 Exhibit A1072, # 595 Exhibit A1073, # 596 Exhibit A1074, # 597 Exhibit A1109, # 598 Exhibit A1111, # 599 Exhibit A1112, # 600 Exhibit A1113, # 601 Exhibit A1114 (1 OF 2), # 602 Exhibit A114 (2 OF 2), # 603 Exhibit A1115, # 604 Exhibit A1116, # 605 Exhibit A1117, # 606 Exhibit B1, # 607 Exhibit B2, # 608 Exhibit B3, # 609 Exhibit B4, # 610 Exhibit B5, # 611 Exhibit B6, # 612 Exhibit B7, # 613 Exhibit B8, # 614 Exhibit B9, # 615 Exhibit B10, # 616 Exhibit B11, # 617 Exhibit B12, # 618 Exhibit B13, # 619 Exhibit B14, # 620 Exhibit B15 (1 0F 11), # 621 Exhibit B15 (2 0F 11), # 622 Exhibit B15 (3 0F 11), # 623 Exhibit B15 (4 0F 11), # 624 Exhibit B15 (5 0F 11), # 625 Exhibit B15 (6 0F 11), # 626 Exhibit B15 (7 0F 11), # 627 Exhibit B15 (8 0F 11), # 628 Exhibit B15 (9 0F 11), # 629 Exhibit B15 (10 0F 11), # 630 Exhibit B15 (11 0F 11), # 631 Exhibit B16, # 632 Exhibit B17, # 633 Exhibit B18, # 634 Exhibit B19, # 635 Exhibit B20, # 636 Exhibit B21, # 637 Exhibit B22, # 638 Exhibit B23, # 639 Exhibit B24, # 640 Exhibit B25, # 641 Exhibit B26, # 642 Exhibit B27, # 643 Exhibit B28, # 644 Exhibit B29, # 645

| | | |
|---|---|---|
| | | Exhibit B30, # 646 Exhibit B31, # 647 Exhibit B32, # 648 Exhibit B33, # 649 Exhibit B34, # 650 Exhibit B35, # 651 Exhibit B36, # 652 Exhibit B37, # 653 Exhibit B38, # 654 Exhibit B39, # 655 Exhibit B40, # 656 Exhibit B41, # 657 Exhibit B42, # 658 Exhibit B43, # 659 Exhibit B44, # 660 Exhibit B45, # 661 Exhibit B46, # 662 Exhibit B47, # 663 Exhibit B48, # 664 Exhibit B49, # 665 Exhibit B50, # 666 Exhibit B51, # 667 Exhibit B52, # 668 Exhibit B53, # 669 Exhibit B54, # 670 Exhibit B55, # 671 Exhibit B56, # 672 Exhibit B57, # 673 Exhibit B58, # 674 Exhibit B59, # 675 Exhibit B60, # 676 Exhibit B61, # 677 Exhibit B62, # 678 Exhibit B63, # 679 Exhibit B64, # 680 Exhibit B65, # 681 Exhibit B66, # 682 Exhibit B67, # 683 Exhibit B68, # 684 Exhibit B69, # 685 Exhibit B70, # 686 Exhibit B71, # 687 Exhibit B72, # 688 Exhibit B73, # 689 Exhibit B74, # 690 Exhibit B75, # 691 Exhibit B76, # 692 Exhibit B77, # 693 Exhibit B78, # 694 Exhibit B79, # 695 Exhibit B80, # 696 Exhibit B81, # 697 Exhibit B82, # 698 Exhibit B83, # 699 Exhibit B84, # 700 Exhibit B85, # 701 Exhibit B86, # 702 Exhibit B87, # 703 Exhibit B88, # 704 Exhibit B89, # 705 Exhibit B90, # 706 Exhibit B91, # 707 Exhibit B92, # 708 Exhibit B93, # 709 Exhibit B94, # 710 Exhibit B95, # 711 Exhibit B96, # 712 Exhibit B97, # 713 Exhibit B98, # 714 Exhibit B99, # 715 Exhibit B100, # 716 Exhibit B101, # 717 Exhibit B102, # 718 Exhibit B103, # 719 Exhibit B104, # 720 Exhibit B105, # 721 Exhibit B106, # 722 Exhibit B107, # 723 Exhibit B108, # 724 Exhibit B109, # 725 Exhibit B110, # 726 Exhibit B111, # 727 Exhibit B112, # 728 Exhibit B113, # 729 Exhibit B114, # 730 Exhibit C1, # 731 Exhibit C2, # 732 Exhibit C3, # 733 Exhibit C4, # 734 Exhibit C5, # 735 Exhibit C6, # 736 Exhibit C7, # 737 Exhibit C8, # 738 Exhibit C9, # 739 Exhibit C10, # 740 Exhibit C11, # 741 Exhibit C12, # 742 Exhibit C13, # 743 Exhibit C14, # 744 Exhibit C15, # 745 Exhibit C16, # 746 Exhibit C17, # 747 Exhibit C18, # 748 Exhibit C19, # 749 Exhibit C20, # 750 Exhibit C21, # 751 Exhibit C22, # 752 Exhibit C23, # 753 Exhibit C24, # 754 Exhibit C25, # 755 Exhibit C26, # 756 Exhibit C27, # 757 Exhibit C28, # 758 Exhibit C29, # 759 Exhibit C30, # 760 Exhibit C31, # 761 Exhibit C32 (1 of 2), # 762 Exhibit C32 (2 of 2), # 763 Exhibit C33, # 764 Exhibit C34, # 765 Exhibit C35, # 766 Exhibit C36, # 767 Exhibit C37, # 768 Exhibit C38, # 769 Exhibit C39, # 770 Exhibit C40, # 771 Exhibit C41, # 772 Exhibit C42, # 773 Exhibit C43, # 774 Exhibit D1, # 775 Exhibit D2, # 776 Exhibit D3, # 777 Exhibit D4, # 778 Exhibit D5, # 779 Exhibit D6, # 780 Exhibit D7, # 781 Exhibit D8, # 782 Exhibit D9, # 783 Exhibit D10, # 784 Exhibit D11, # 785 Exhibit D12, # 786 Exhibit D13, # 787 Exhibit D14)(Yalowitz, Kent) (Entered: 06/26/2014) |
| 06/26/2014 | 548 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 6/19/2014 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer/Mary Greco, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2014. Redacted Transcript Deadline set for 7/31/2014. Release of Transcript Restriction set for 9/29/2014.(ca) (Entered: 06/26/2014) |
| 06/26/2014 | 549 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 06/19/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 06/26/2014) |
| 06/26/2014 | 550 | DECLARATION of Kent A. Yalowitz in Opposition re: 496 MOTION for Summary Judgment ., 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A.30)(Yalowitz, Kent) (Entered: 06/26/2014) |

| 06/30/2014 | 551 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated June 30, 2014 re: Reply to Plaintiffs' letter of June 6, 2014 (DE 520), concerning Exhibit 3–1 to the parties proposed Joint Pretrial Order. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Hill, Brian) (Entered: 06/30/2014) |
|---|---|---|
| 06/30/2014 | 552 | REPLY MEMORANDUM OF LAW in Support re: 489 MOTION for Summary Judgment . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 06/30/2014) |
| 06/30/2014 | 553 | REPLY MEMORANDUM OF LAW in Support re: 486 MOTION in Limine . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit– A to Motion in Limine)(Yalowitz, Kent) (Entered: 06/30/2014) |
| 06/30/2014 | 554 | REPLY to Response to Motion re: 496 MOTION for Summary Judgment . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 06/30/2014) |
| 06/30/2014 | 555 | REPLY to Response to Motion re: 499 MOTION in Limine *to Exclude the Testimony of Plaintiffs' Case in Chief Liability Experts.* . Document filed by Palestine Liberation Organization, Palestinian Authority. (Satin, Michael) (Entered: 06/30/2014) |
| 07/02/2014 | 556 | MOTION FOR AN ANONYMOUS JURY . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Horton, Philip) (Entered: 07/02/2014) |
| 07/02/2014 | 557 | MEMORANDUM OF LAW in Support re: 556 MOTION FOR AN ANONYMOUS JURY . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, |

| | | |
|---|---|---|
| | | Shmuel Waldman. (Horton, Philip) (Entered: 07/02/2014) |
| 07/02/2014 | 558 | DECLARATION of PHILIP W. HORTON in Support re: 556 MOTION FOR AN ANONYMOUS JURY .. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit 376, # 2 Exhibit Exhibit 435, # 3 Exhibit Exhibit 503, # 4 Exhibit Exhibit 644, # 5 Exhibit Exhibit 1072, # 6 Exhibit Exhibit 1073, # 7 Exhibit Exhibit 1074)(Horton, Philip) (Entered: 07/02/2014) |
| 07/03/2014 | 559 | SEALED DOCUMENT placed in vault.(nm) (Entered: 07/03/2014) |
| 07/09/2014 | 560 | MOTION to Bifurcate . Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 07/09/2014) |
| 07/09/2014 | 561 | MEMORANDUM OF LAW in Support re: 560 MOTION to Bifurcate . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Rochon, Mark) (Entered: 07/09/2014) |
| 07/10/2014 | 562 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 10, 2014 re: Response to defendants June 30 letter (DE 551), concerning the plaintiffs proposed revisions to the Joint Proposed Pretrial Order (the JPTO). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 07/10/2014) |
| 07/11/2014 | 563 | REPLY MEMORANDUM OF LAW in Support re: 507 MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants*. . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 07/11/2014) |
| 07/11/2014 | 564 | DECLARATION of Kent A. Yalowitz in Support re: 507 MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack |

| | | |
|---|---|---|
| | | Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit 55, # 2 Exhibit Exhibit 103, # 3 Exhibit Exhibit 128, # 4 Exhibit Exhibit 354, # 5 Exhibit Exhibit 1114)(Yalowitz, Kent) (Entered: 07/11/2014) |
| 07/11/2014 | 565 | DECLARATION of ARIEH DAN SPITZEN in Support re: 507 MOTION for Discovery *Notice of Plaintiffs' Motion for Discovery Sanctions Against Defendants.*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Yalowitz, Kent) (Entered: 07/11/2014) |
| 07/16/2014 | 566 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 16, 2014 re: Requesting permission to bring a laptop to the oral argument on July 22, 2014. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A – Standard Form Order)(Yalowitz, Kent) (Entered: 07/16/2014) |
| 07/17/2014 | 567 | MEMO ENDORSEMENT on re: 566 Letter, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 7/17/2014) (ja) (Entered: 07/18/2014) |
| 07/17/2014 | 568 | ORDER: that the following attorney(s) are authorized to bring the Personal Electronic Devices(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE). The date(s) for which such authorization is provided is July 22, 2014. SO ORDERED. (Signed by Judge George B. Daniels on 7/17/2014) (ja) (Entered: 07/18/2014) |
| 07/21/2014 | 569 | ORDER: The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10–468, as Revised. Upon submission of written application to this Court, it is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. Palestinian Liberation Organization, et al. No. 04–CV–397. The date(s) for which such authorization is provided is July 22, 2014. (Signed by Judge George B. Daniels on 7/17/2014) (mro) (Entered: 07/21/2014) |

| 07/22/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 7/22/2014 re: 490 Declaration in Support of Motion,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 496 MOTION for Summary Judgment . filed by Palestinian Authority, Palestine Liberation Organization. Plaintiffs Counsel: Kent A. Yalowitz, Philip W. Horton, Robert Joseph Tolchin; Defense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The next conference is scheduled for September 16, 2014 at 9:30am (Vega, Elizabeth) (Entered: 07/23/2014) |
| 07/23/2014 | 570 | MEMORANDUM OF LAW in Opposition re: 556 MOTION FOR AN ANONYMOUS JURY . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 07/23/2014) |
| 07/30/2014 | 571 | MEMORANDUM OF LAW in Opposition re: 560 MOTION to Bifurcate . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 07/30/2014) |
| 07/30/2014 | 572 | REPLY MEMORANDUM OF LAW in Support re: 556 MOTION FOR AN ANONYMOUS JURY . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit NYSD 02 CR 395 DOC 367)(Yalowitz, Kent) (Entered: 07/30/2014) |
| 07/30/2014 | 573 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 30, 2014 re: Proposed Jury Questionnaire. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Proposed Jury Questionnaire)(Yalowitz, Kent) (Entered: 07/30/2014) |
| 07/30/2014 | 574 | NOTICE of Supplemental Authority on Issues Raised in Defendants' Pending Motion for Summary Judgment. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Ferguson, Laura) (Entered: |

| | | 07/30/2014) |
|---|---|---|
| 07/30/2014 | 575 | **FILING ERROR – DEFICIENT DOCKET ENTRY SEE 576 LETTER)** – LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 30, 2014 re: Jury Questionnaire. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) Modified on 7/31/2014 (db). (Entered: 07/30/2014) |
| 07/31/2014 | 576 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 30, 2014 re: Jury Questionnaire. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Ibrahim_Questionnaire)(Yalowitz, Kent) (Entered: 07/31/2014) |
| 07/31/2014 | 577 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/22/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/25/2014. Redacted Transcript Deadline set for 9/5/2014. Release of Transcript Restriction set for 11/3/2014.(Rodriguez, Somari) (Entered: 07/31/2014) |
| 07/31/2014 | 578 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/22/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 07/31/2014) |
| 08/01/2014 | 579 | RESPONSE re: 574 Notice (Other) *RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 08/01/2014) |
| 08/06/2014 | 580 | REPLY to Response to Motion re: 560 MOTION to Bifurcate . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Hill, Brian) (Entered: 08/06/2014) |
| 08/06/2014 | 581 | NOTICE of NEW AUTHORITY IN RELATED ACTIONS RELEVANT TO PENDING SUMMARY JUDGMENT AND IN LIMINE MOTIONS. Document filed |

| | | |
|---|---|---|
| | | by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1_Notice of Authority, # 2 Exhibit 2_Notice of Authority)(Yalowitz, Kent) (Entered: 08/06/2014) |
| 08/08/2014 | 582 | PROPOSED JURY INSTRUCTIONS. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 08/08/2014) |
| 08/08/2014 | 583 | PROPOSED JURY INSTRUCTIONS. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 08/08/2014) |
| 08/11/2014 | 584 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 8/11/2014 re: Response to Plaintiffs' July 30, 2014 Letter re Jury Questionnaire [DE 576]. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 08/11/2014) |
| 08/13/2014 | 585 | RESPONSE re: 581 Notice (Other),,, *of New Authority*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 08/13/2014) |
| 08/22/2014 | 586 | NOTICE of PLAINTIFFS SUMMARY CHART OF 177 PROPOSED TRIAL EXHIBITS re: 465 Letter,,, 541 Reply Memorandum of Law in Support,,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 08/22/2014) |
| 08/22/2014 | 587 | SEALED DOCUMENT placed in vault.(nm) (Entered: 08/25/2014) |
| 08/28/2014 | 588 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated August 28, 2014 re: Plaintiffs response to Defendants letter to the Court dated August 22, 2014 [undocketed] regarding admissibility. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 08/28/2014) |

| | | |
|---|---|---|
| 08/28/2014 | 589 | Objection *PLAINTIFFS OBJECTIONS AND CROSS–DESIGNATIONS TO DEFENDANTS COUNTER–DESIGNATIONS*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 08/28/2014) |
| 08/28/2014 | 590 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated August 28, 2014 re: Plaintiffs Objections and Cross–Designations to Defendants Counter–designations of deposition testimony for use at trial. (DE 589). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 08/28/2014) |
| 08/29/2014 | 591 | Objection re: 583 Proposed Jury Instructions *PLAINTIFFS OBJECTIONS TO DEFENDANTS PROPOSED JURY INSTRUCTIONS*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 08/29/2014) |
| 08/29/2014 | 592 | Objection re: 582 Proposed Jury Instructions,,, *Defendants' Responses and Objections to Plaintiffs' Proposed Jury Instructions*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Rochon, Mark) (Entered: 08/29/2014) |
| 09/05/2014 | 593 | NOTICE of NEW AUTHORITY. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Yalowitz, Kent) (Entered: 09/05/2014) |
| 09/09/2014 | 594 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated September 8, 2014 re: September 16 Conference. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha |

| | | Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1)(Yalowitz, Kent) (Entered: 09/09/2014) |
|---|---|---|
| 09/11/2014 | 595 | RESPONSE re: 593 Notice (Other),,, *of New Authority*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 09/11/2014) |
| 09/11/2014 | 596 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 09/11/2014 re: Plaintiffs' Objections and Cross–Designations. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 09/11/2014) |
| 09/11/2014 | 597 | Objection re: 589 Objection (non–motion),,, *Defendants' Objections to Plaintiffs' Cross–Designations*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Hill, Brian) (Entered: 09/11/2014) |
| 09/12/2014 | 598 | SEALED DOCUMENT placed in vault.(nm) (Entered: 09/12/2014) |
| 09/15/2014 | 599 | ORDER: Upon submission of written application to this Court, it is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) September 16, 2014, as further set forth in this Order. (Signed by Judge George B. Daniels on 9/15/2014) (tro) (Entered: 09/16/2014) |
| 09/16/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 9/16/2014. Plaintiff Counsel: Kent A. Yalowitz, Philip W. Horton; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The next conference is scheduled for November 20, 2014 at 10:30 a.m. (Vega, Elizabeth) (Entered: 09/18/2014) |
| 09/18/2014 | 600 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 9/18/2014 re: Plaintiffs' Violations of Protective Order. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Hill, Brian) (Entered: 09/18/2014) |
| 09/22/2014 | 601 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 09/22/2014 re: Response to Defendants' 9/18/2014 Letter. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yalowitz, Kent) (Entered: 09/22/2014) |
| 09/24/2014 | 602 | NOTICE of NEW AUTHORITY. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, |

| | | Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1)(Yalowitz, Kent) (Entered: 09/24/2014) |
|---|---|---|
| 09/24/2014 | 603 | NOTICE of Relevant Authority. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Yalowitz, Kent) (Entered: 09/24/2014) |
| 09/30/2014 | 604 | NOTICE of New Second Circuit Authority Interpreting Daimler and Compelling Dismissal for Lack of Personal Jurisdiction. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Ferguson, Laura) (Entered: 09/30/2014) |
| 09/30/2014 | 605 | ORDER terminating 507 Motion for Discovery. Motion terminated as per document filed under seal as of 9/30/2014. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 09/30/2014) |
| 09/30/2014 | 606 | SEALED DOCUMENT placed in vault.(rz) (Entered: 09/30/2014) |
| 10/02/2014 | 607 | NOTICE OF CHANGE OF ADDRESS by Robert Joseph Tolchin on behalf of All Plaintiffs. New Address: The Berkman Law Office, LLC, 111 Livingston St, Suite 1928, Brooklyn, New York (NY), United States 11201, 7188553627. (Tolchin, Robert) (Entered: 10/02/2014) |
| 10/06/2014 | 608 | TRANSCRIPT of Proceedings re: conference held on 9/16/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/30/2014. Redacted Transcript Deadline set for 11/10/2014. Release of Transcript Restriction set for 1/7/2015.(McGuirk, Kelly) (Entered: 10/06/2014) |
| 10/06/2014 | 609 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 9/16/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 10/06/2014) |
| 10/13/2014 | 610 | RESPONSE re: 604 Notice (Other) *PLAINTIFFS RESPONSE TO DEFENDANTS NOTICE OF GUCCI AMERICA, INC. v. LI*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Horton, Philip) (Entered: 10/13/2014) |
| 10/14/2014 | 611 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated October 14, 2014 re: Supplementation. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, |

| | | |
|---|---|---|
| | | Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Exhibit A)(Yalowitz, Kent) (Entered: 10/14/2014) |
| 10/15/2014 | 612 | SEALED DOCUMENT placed in vault.(nm) (Entered: 10/15/2014) |
| 10/15/2014 | 613 | LETTER addressed to Judge George B. Daniels from Ken L. Hashimoto dated October 15, 2014 re: Filing of Objections to Memorandum Opinion & Order, [DE 605], pursuant to Rule 72(a).. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Hashimoto, Ken) (Entered: 10/15/2014) |
| 10/15/2014 | 614 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated October 15, 2014 re: Unsealing of Memorandum Opinion & Order [DE 605]. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 10/15/2014) |
| 10/16/2014 | 615 | ORDER: IT IS HEREBY ORDERED that the Parties are scheduled for a TELEPHONIC CONFERENCE with the Court on October 21, 2014 at 12:00 p.m. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212–805–0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212–805–0242. ( Telephone Conference set for 10/21/2014 at 12:00 PM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 10/15/2014) (djc) (Entered: 10/16/2014) |
| 10/16/2014 | 616 | NOTICE OF APPEARANCE by Ken Laves Hashimoto on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Hashimoto, Ken) (Entered: 10/16/2014) |
| 10/16/2014 | 617 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Brian A. Hill dated 10/16/2014 re: Unsealing Order. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 10/16/2014) |

| | | |
|---|---|---|
| 10/16/2014 | 618 | ORDER: On September 30, 2014, the undersigned issued a Memorandum Opinion and Order, which was filed under seal. (Doc. No. 605 .) On October 15, 2014, Plaintiffs requested that the document be unsealed and filed publicly on ECF. (Doc. No. 614 .) Defendants have no objections to this request. (Doc. No. 617 .) IT IS THEREFORE ORDERED that the September 30, 2014 Memorandum Opinion and Order be unsealed and filed publicly on ECF. SO ORDERED. (Signed by Magistrate Judge Ronald L. Ellis on 10/16/2014) (ajs) (Entered: 10/16/2014) |
| 10/16/2014 | | Transmission to Sealed Records Clerk. Transmitted re: 618 Order,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (ajs) (Entered: 10/16/2014) |
| 10/17/2014 | 619 | RESPONSE re: 602 Notice (Other),,, *of New Authority*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 10/17/2014) |
| 10/17/2014 | 620 | REVISED ORDER: On September 30, 2014, the undersigned issued a Memorandum Opinion and Order, which was filed under seal. (Doc. No. 606.) On October 15, 2014, Plaintiffs requested that the document be unsealed and filed publicly on ECF. (Doc. No. 614.) Defendants have no objections to this request. (Doc. No. 617.) IT IS THEREFORE ORDERED that the September 30, 2014 Memorandum Opinion and Order be unsealed and filed publicly on ECF. (Signed by Magistrate Judge Ronald L. Ellis on 10/17/2014) (djc) Modified on 10/21/2014 (djc). (Entered: 10/17/2014) |
| 10/17/2014 | | Transmission to Sealed Records Clerk. Transmitted re: 620 Order, to the Sealed Records Clerk for the sealing or unsealing of document or case. (djc) (Entered: 10/17/2014) |
| 10/17/2014 | 621 | MEMORANDUM OPINION AND ORDER: Before the Court is Plaintiffs' request to impose evidentiary sanctions for Defendants' failure to produce documents from the PA's General Intelligence Service ("GIS"). Because Plaintiffs have not carried their burden in justifying a preclusion order or any other proposed sanction, their motion for sanctions is DENIED. (Signed by Magistrate Judge Ronald L. Ellis on 9/30/2014) (This document was previously filed under seal in envelope #606 and unsealed on 10/17/2014.)(mro) (Entered: 10/17/2014) |
| 10/20/2014 | 622 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated 10/20/2014 re: Response to Letter dated 10/17/2014. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 10/20/2014) |
| 10/21/2014 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 10/21/2014 at 12:00 p.m. (rsh) (Entered: 10/21/2014) |
| 10/27/2014 | 623 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Intervene *and for an Order to Unseal Judicial Documents*. Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Attachments: # 1 Affidavit (Affirmation of Counsel))(Coleman, Ronald) Modified on 10/27/2014 (db). (Entered: 10/27/2014) |
| 10/27/2014 | 624 | **FILING ERROR – DUPLICATE DOCKET ENTRY –** MEMORANDUM OF LAW in Support re: 623 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. . Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Coleman, Ronald) Modified on 10/27/2014 (db). Modified on 10/27/2014 (db). (Entered: 10/27/2014) |
| 10/27/2014 | 625 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AMENDED MEMORANDUM OF LAW in Support re: 623 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. *(Corrected to include table of contents)*. Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Coleman, Ronald) Modified on 10/27/2014 (db). (Entered: 10/27/2014) |

| | | |
|---|---|---|
| 10/27/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald David Coleman to RE–FILE Document 623 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db)** (Entered: 10/27/2014) |
| 10/27/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald David Coleman to RE–FILE Document 625 Memorandum of Law in Support of Motion. ERROR(S): Document linked to filing error. (db)** (Entered: 10/27/2014) |
| 10/27/2014 | 626 | MOTION to Intervene *and for an Order to Unseal Judicial Documents*. Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson.(Coleman, Ronald) (Entered: 10/27/2014) |
| 10/27/2014 | 627 | DECLARATION of Ronald D. Coleman in Support re: 626 MOTION to Intervene *and for an Order to Unseal Judicial Documents*.. Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Coleman, Ronald) (Entered: 10/27/2014) |
| 10/27/2014 | 628 | MEMORANDUM OF LAW in Support re: 626 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. . Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Coleman, Ronald) (Entered: 10/27/2014) |
| 10/29/2014 | 629 | Objection re: 621 Memorandum & Opinion,, *PLAINTIFFS OBJECTIONS TO MAGISTRATE JUDGES ORDER DENYING MOTION FOR SANCTIONS*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Yalowitz, Kent) (Entered: 10/29/2014) |
| 10/29/2014 | 630 | REPLY re: 619 Response *PLAINTIFFS REPLY TO DEFENDANTS RESPONSE TO NOTICE OF NEW AUTHORITY*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 10/29/2014) |
| 10/30/2014 | 631 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/31/2014) |
| 10/31/2014 | 632 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Kent A. Yalowitz dated October 31, 2014 re: STIPULATION (This document is in regards to DE611). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Stipulation)(Yalowitz, Kent) (Entered: |

| | | 10/31/2014) |
|---|---|---|
| 11/05/2014 | 633 | SEALED DOCUMENT placed in vault.(mps) (Entered: 11/05/2014) |
| 11/11/2014 | 634 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 11, 2014 re: Pretrial Conference on November 20, 2014. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 11/11/2014) |
| 11/12/2014 | 635 | NOTICE of Notice of New Supreme Court Authority Relevant to Pending Summary Judgment Motion.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1)(Yalowitz, Kent) (Entered: 11/12/2014) |
| 11/13/2014 | 636 | RESPONSE in Opposition to Motion re: 626 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferguson, Laura) (Entered: 11/13/2014) |
| 11/14/2014 | 637 | SEALED DOCUMENT placed in vault.(mps) (Entered: 11/14/2014) |
| 11/14/2014 | 638 | RESPONSE re: 635 Notice (Other),,, *of New Supreme Court Decision*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 11/14/2014) |
| 11/14/2014 | 639 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 11/14/2014 re: Pending Pre–trial Issues. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 11/14/2014) |
| 11/14/2014 | 640 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 14, 2014 re: Response to DE 639. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 11/14/2014) |
| 11/17/2014 | 641 | TRANSCRIPT of Proceedings re: Discovery Disputes held on 10/21/2014 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581–8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/11/2014. Redacted Transcript Deadline set for 12/22/2014. Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 2/20/2015.(soh) (Entered: 11/17/2014) |
| 11/17/2014 | 642 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Disputes proceeding held on 10/21/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(soh) (Entered: 11/17/2014) |
| 11/18/2014 | 643 | MOTION for Rachel May Weiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10324891. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Weiser, Rachel) (Entered: 11/18/2014) |
| 11/18/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 643 MOTION for Rachel May Weiser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10324891. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/18/2014) |
| 11/18/2014 | 644 | ORDER: The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M 10–468, as Revised. Upon submission of written application to this Court, it is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE) The date for which such authorization is provided is November 20, 2014. The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10–468, as Revised. (Signed by Judge George B. Daniels on 11/18/2014) (djc) (Entered: 11/18/2014) |
| 11/19/2014 | 645 | NOTICE OF APPEARANCE by Rosalie Consuelo Valentino on behalf of Sharyl Attkisson, Edwin Black, Steven Emerson. (Valentino, Rosalie) (Entered: 11/19/2014) |
| 11/19/2014 | 646 | ORDER granting in part and denying in part 496 Motion for Summary Judgment Defendants' motion for summary judgment is DENIED with respect to the ATA claims of vicarious liability against the PA, except it is GRANTED as to the Mandelkorn Plaintiffs' ATA claim of vicarious liability. Defendants' motion for summary judgment is GRANTED with respect to the ATA claims of employer vicarious liability against the PLO. Defendants' motion for summary judgment is DENIED with respect to the ATA claims of direct liability. Defendants' motion for summary judgment is GRANTED as to Plaintiffs' non–federal claims. (Signed by Judge George B. Daniels on 11/19/2014) (mt) (Entered: 11/19/2014) |
| 11/20/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 11/20/2014. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Ken Hashimoto, Lucy McMillan, Sara Pildis, Carmela Romeo, Tal Machnes; Defense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and court reporter present. The subseuqent conference is scheduled for December 16, 2014 at 10:00 a.m. (Vega, Elizabeth) (Entered: 11/20/2014) |

| | | |
|---|---|---|
| 11/21/2014 | 647 | ORDER FOR ADMISSION PRO HAC VICE: granting 643 Motion for Rachel May Weiser to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 11/21/2014) (djc) (Entered: 11/21/2014) |
| 11/21/2014 | 648 | ORDER: Plaintiffs' objections to Magistrate Judge Ellis's denial of their motion for sanctions are OVERRULED, and their request that this Court impose evidentiary sanctions for Defendants' failure to timely produce documents from the Palestinian Authority's General Intelligence Service ("GIS") is DENIED. (Signed by Judge George B. Daniels on 11/21/2014) (djc) (Entered: 11/21/2014) |
| 11/21/2014 | 649 | ORDER: granting in part and denying in part 556 Motion. Plaintiffs' motion for an anonymous jury is GRANTED to the extent that the names, addresses, and workplaces of the venire and petit jury shall remain undisclosed. Plaintiffs' further motion that the jury be sequestered during trial or deliberations is DENIED. Reasonable steps will be taken by the Court to ensure that a fair and impartial jury will not be tainted by outside influences during trial and deliberations. The Clerk of the Court is instructed to close the motion at ECF No. 556. (Signed by Judge George B. Daniels on 11/21/2014) (djc) Modified on 11/21/2014 (djc). (Entered: 11/21/2014) |
| 11/21/2014 | 650 | ORDER: denying 560 Motion to Bifurcate. Defendants' motion for separate trials and for bifurcation of the liability and damages phases of the trial is DENIED. The Clerk of the Court is instructed to close the motion at ECF No. 560. (Signed by Judge George B. Daniels on 11/21/2014) (djc) (Entered: 11/21/2014) |
| 11/24/2014 | 651 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 11/24/14 re: Plaintiff Eva Waldman. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 11/24/2014) |
| 11/24/2014 | 652 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated November 24, 2014 re: Additional Trial Exhibits and Designation. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1 – PTE 1119, # 2 Exhibit 2 – PTE 1120, # 3 Exhibit 3 – PTE 1121, # 4 Exhibit 4 – Jadallah Suppl Depo Designation)(Yalowitz, Kent) (Entered: 11/24/2014) |
| 11/24/2014 | 653 | REPLY MEMORANDUM OF LAW in Support re: 626 MOTION to Intervene *and for an Order to Unseal Judicial Documents*. . Document filed by Sharyl Attkisson, Edwin Black, Steven Emerson. (Coleman, Ronald) (Entered: 11/24/2014) |
| 11/25/2014 | 654 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 11/25/2014 re: Resolution of issues for trial. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 11/25/2014) |
| 11/25/2014 | 655 | SEALED DOCUMENT placed in vault.(mps) (Entered: 11/25/2014) |
| 12/01/2014 | 656 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 12/1/14 re: Trial Exhibit Objections. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer |

| | | |
|---|---|---|
| | | Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/01/2014) |
| 12/01/2014 | 657 | MEMORANDUM DECISION AND ORDER: Defendants' motions for summary judgment on the ground that this Court does not have personal jurisdiction over the PA or PLO are DENIED. (Signed by Judge George B. Daniels on 12/1/2014) (djc) (Entered: 12/02/2014) |
| 12/03/2014 | 658 | TRANSCRIPT of Proceedings re: ARGUMENT held on 11/20/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Denise Richards, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2014. Redacted Transcript Deadline set for 1/8/2015. Release of Transcript Restriction set for 3/6/2015.(McGuirk, Kelly) (Entered: 12/03/2014) |
| 12/03/2014 | 659 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 11/20/2014 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 12/03/2014) |
| 12/04/2014 | 660 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 4, 2014 re: Convictions in Israeli Courts. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1−A. Mohamed Abdullah − Record of Conviction DOC424, # 2 Exhibit 1−B. Mohamed Abdullah − Record of Conviction DOC422, # 3 Exhibit 2−A. Majed Al− Masri − Record of Conviction DOC384, # 4 Exhibit 3−A. Qahira Al−Sa'adi − Record of Conviction DOC349, # 5 Exhibit 4−A. Abdel Karim Aweis − Record of Conviction DOC375, # 6 Exhibit 4−B. Abdel Karim Aweis − Record of Conviction DOC356, # 7 Exhibit 5−A. Nasser Mahmoud Aweis − Record of Conviction DOC364, # 8 Exhibit 6−A. Abdullah Barghouti − Record of Conviction DOC431, # 9 Exhibit 6−B. Abdullah Barghouti − Record of Conviction DOC452, # 10 Exhibit 7−A. Ahmed Barghouti − Record of Conviction DOC358, # 11 Exhibit 7−B. Ahmed Barghouti − Record of Conviction DOC357, # 12 Exhibit 8−A.Bashar Barghouti − Record of Conviction DOC398, # 13 Exhibit 8−B.Bashar Barghouti − Record of Conviction DOC390A, # 14 Exhibit 9−A. Marwan Barghouti − Record of Conviction (Part 1). DOC451, # 15 Exhibit 9−A. Marwan Barghouti − Record of Conviction (Part 2). DOC451, # 16 Exhibit 9−A. Marwan Barghouti − Record of Conviction (Part 3). DOC451, # 17 Exhibit 10−A. Fares Ghanem − Record of Conviction DOC390B, # 18 Exhibit 11−A. Ibrahim Abdel Hai− Record of Conviction DOC361, # 19 Exhibit 11−B. Ibrahim Abdel Hai− Record of Conviction DOC360, # 20 Exhibit 12−A. Ali Mohamed Abu Halie − Record of Convictionl DOC303, # 21 Exhibit 13−A. Hilmi Hamash− Record of Conviction DOC313, # 22 Exhibit 14−A. Mohamed Ma'ali − Record of Conviction DOC291, # 23 Exhibit 14−B. Mohamed Ma'ali − Record of Conviction DOC289, # 24 Exhibit 15−A. Abdul Rahman Maqdad− Record of Conviction DOC295, # 25 Exhibit 16−A. Mohamed Mousleh− Record of Conviction DOC420, # 26 Exhibit 16−B. Mohamed Mousleh − |

Record of Conviction DOC419, # 27 Exhibit 16–C.Mohamed Mousleh – Record of Conviction DOC418, # 28 Exhibit 17–A. Munzar Noor– Record of Conviction DOC322, # 29 Exhibit 18–A. Ahmed Sa'ad– Record of Conviction DOC298, # 30 Exhibit 19–A. Ahmed Salah– Record of Conviction DOC260, # 31 Exhibit 20–A. Nasser Shawish– Record of Conviction DOC382G, # 32 Exhibit 20–B. Nasser Shawish – Record of Conviction DOC366, # 33 Exhibit 21–A. Sana'a Shehadeh – Record of Conviction DOC342B, # 34 Exhibit 21–B. Sana'a Shehadeh – Record of Conviction DOC342C, # 35 Exhibit 21–C. Sana'a Shehadeh – Record of Conviction DOC342A, # 36 Exhibit 22–A. Fuad Shubaki– Record of Conviction DOC889, # 37 Exhibit 1–A. Mohamed Abdullah – Apostille 424, # 38 Exhibit 1–B. Mohamed Abdullah – Apostille 422, # 39 Exhibit 2–A (Part 1). Majed Al–Masri – Apostille 384 (part 1), # 40 Exhibit 2–A (Part 2). Majed Al–Masri – Apostille 384 (Part 2), # 41 Exhibit 3–A. Qahira Al–Sa'adi – Apostille 349, # 42 Exhibit 3–B. Qahira Al–Sa'adi – Apostille 348, # 43 Exhibit 4–A. Abdel Karim Aweis – Apostille 375, # 44 Exhibit 4–B. Abdel Karim Aweis – Apostille 356, # 45 Exhibit 5–A. Nasser Mahmoud Aweis – Apostille 364, # 46 Exhibit 6–A. Abdullah Barghouti – Apostille 431, # 47 Exhibit 6–B. Abdullah Barghouti – Apostille 452, # 48 Exhibit 7–A. Ahmed Barghouti – Apostille 358, # 49 Exhibit 7–B. Ahmed Barghouti – Apostille 357, # 50 Exhibit 8–A. Bashar Barghouti – Apostille 398, # 51 Exhibit 8–B (Part 1). Bashar Barghouti – Apostille 390A (Part 1), # 52 Exhibit 8–B (Part 2). Bashar Barghouti – Apostille 390A (Part 2), # 53 Exhibit 9–A (Part 1). Marwan Barghouti – Apostille 451, # 54 Exhibit 9–A (Part 2). Marwan Barghouti – Apostille 451, # 55 Exhibit 9–A (Part 3). Marwan Barghouti – Apostille 451, # 56 Exhibit 9–A (Part 4). Marwan Barghouti – Apostille 451, # 57 Exhibit 10–A. Fares Ghanem – Apostille 390B, # 58 Exhibit 11–A. Ibrahim Abdel Hai – Apostille 361, # 59 Exhibit 11–B. Ibrahim Abdel Hai – Apostille 360, # 60 Exhibit 12–A. Ali Mohamed Abu Haliel – Apostille 303, # 61 Exhibit 13–A. Hilmi Hamash – Apostille 313, # 62 Exhibit 14–A. Mohamed Ma'ali – Apostille 291, # 63 Exhibit 14–B. Mohamed Ma'ali – Apostille 289, # 64 Exhibit 15–A. Abdul Rahman Maqdad – Apostille 295, # 65 Exhibit 16–A. Mohamed Mousleh – Apostille 419–420, # 66 Exhibit 16–B. Mohamed Mousleh – Apostille 419–420, # 67 Exhibit 16–C. Mohamed Mousleh – Apostille 418, # 68 Exhibit 17–A. Munzar Noor – Apostille 322, # 69 Exhibit 18–A. Ahmed Sa'ad – Apostille 298, # 70 Exhibit 19–A. Ahmed Salah – Apostille 260, # 71 Exhibit 20–A. Nasser Shawish – Apostille 382G, # 72 Exhibit 20–B. Nasser Shawish – Apostille 366, # 73 Exhibit 21–A. Sana'a Shehadeh – Apostille 342B–C, # 74 Exhibit 21–B. Sana'a Shehadeh – Apostille 342B–C, # 75 Exhibit 21–C. Sana'a Shehadeh – Apostille 342A, # 76 Exhibit 22–A. Fuad Shubaki – Apostille 889)(Yalowitz, Kent) (Entered: 12/04/2014)

| 12/05/2014 | 661 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 12/5/2014 re: Plaintiffs December 1, 2014 Letter Related to Plaintiffs' Trial Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 12/05/2014) |
| 12/08/2014 | 662 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 12/8/2014 re: Response to Defendants' December 5 letter re Objections to Trial Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/08/2014) |
| 12/08/2014 | 663 | STIPULATION AND ORDER: Upon consent of both parties, The Court Reporter/Transcriber is hereby Ordered to enter the following corrections in the recently filed transcript of the official court proceeding held on November 20, 2014, in the above–referenced action, as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 12/8/2014) (djc) (Entered: 12/08/2014) |
| 12/08/2014 | 664 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION to Stay . Document filed by Palestine Liberation Organization, Palestinian Authority. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Rochon, Mark) Modified on 12/9/2014 (db). (Entered: 12/08/2014) |
| 12/09/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Mark John Rochon to RE–FILE Document 664 MOTION to Stay . ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db) (Entered: 12/09/2014) |
| 12/09/2014 | 665 | MOTION to Stay . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Rochon, Mark) (Entered: 12/09/2014) |
| 12/09/2014 | 666 | MEMORANDUM OF LAW in Support re: 665 MOTION to Stay . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rochon, Mark) (Entered: 12/09/2014) |
| 12/09/2014 | 667 | NOTICE of COURT OF APPEALS ORDER GRANTING DEFENDANTS MOTION FOR EXPEDITED REVIEW. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ferguson, Laura) (Entered: 12/09/2014) |
| 12/11/2014 | 668 | IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Mark Sokolow, et al v. The Palestine Liberation Organization, et al. Case No. 04–cv–397. The date for which such authorization is provided is December 16, 2014. Brian A. Hill – (1) iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) (2) Cell phone. Laura G. Ferguson – (1) iPad (for use regarding voluminous documents/exhibits referenced by Plaintiffs) (2) Cell phone. Michael J. Satin – (1) Laptop (for use regarding voluminous documents/exhibits referenced by Plaintiffs). (Signed by Judge George B. Daniels on 12/11/2014) (ajs) (Entered: 12/11/2014) |
| 12/12/2014 | 669 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 12/12/2014 re: Israeli Court Documents. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 12/12/2014) |
| 12/15/2014 | 670 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated December 15, 2014 re: Response to Plaintiffs 11/24/2014 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 12/15/2014) |
| 12/16/2014 | 671 | ORDER: Self–inculpatory statements of unavailable witnesses may be admissible at this trial as statements against interest under Federal Rule of Evidence 804(b)(3). Statements of unavailable witnesses inculpating third parties may not be admissible at this trial as statements against interest under Federal Rule of Evidence 804(b)(3). (Signed by Judge George B. Daniels on 12/18/2014) (djc) (Entered: 12/18/2014) |
| 12/16/2014 | 672 | ORDER: With regard to guilty pleas involving the attacks at issue in this case, those portions of the hearing record which include the guilty plea, decision, and verdict, along with the indictment, are admissible at this trial pursuant to Federal Rule of Evidence 803(22). The names of accomplices and witnesses must be redacted from all guilty plea documents. With regard to trials involving the attacks at issue in this case, bench and trial verdicts areadmissible at this trial pursuant to Federal Rule of Evidence 803(22). The names of accomplices and witnesses must be redacted from all trial documents. Sentencing records are not admissible at this trial as part of the judgment of conviction. (Signed by Judge George B. Daniels on 12/18/2014) (djc) (Entered: 12/18/2014) |
| 12/16/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 12/16/2014. Plaintiff Counsel: Kent A. Yalowitz; Philip W. Horton; Tal Machnes; Sara Pildis; Carmela T. RomeoDefense Counsel: Laura G. Ferguson; Brian A. Hill; Michael Satin and Court Reporter present. The subsequent conference is scheduled for January 6, 2015 at 11:00 a.m. (Vega, Elizabeth) (Entered: |

| | | 12/23/2014) |
|---|---|---|
| 12/18/2014 | 673 | ORDER: denying 665 Motion to Stay. Defendants' Motion to Stay All Proceedings Pending Resolution of Their Petition for a Writ of Mandamus is DENIED. (Signed by Judge George B. Daniels on 12/18/2014) (djc) (Entered: 12/18/2014) |
| 12/19/2014 | 674 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 12/19/2014 re: Trial Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A Part 1, # 2 Exhibit A Part 2, # 3 Exhibit B Part 1, # 4 Exhibit B Part 2, # 5 Exhibit C Part 1, # 6 Exhibit C Part 2, # 7 Exhibit C Part 3, # 8 Exhibit C Part 4, # 9 Exhibit C Part 5, # 10 Exhibit C Part 6, # 11 Exhibit D)(Yalowitz, Kent) (Entered: 12/19/2014) |
| 12/22/2014 | 675 | ORDER: Having reviewed the exhibits and statements identified by the parties, it is hereby ORDERED: To the extent Defendants object to statements that Plaintiffs did not indicate that they would like to put before the jury, those objected–to statements shall be redacted in the relevant exhibits. To the extent any of the exhibits are addressed by this Court's December 18, 2014 Orders (ECF Nos. 671 and 672) regarding records of convictions and inculpatory statements by unavailable witnesses against third parties, those exhibits shall be excluded or redacted consistent with those Orders. With regard to the following exhibits, Defendants have a valid admissibility objection, and those exhibits shall be redacted to exclude statements attributed to the media (Ex. 17), confession statements implicating third parties (Ex. 13 5), and statements from newspaper articles (Ex. 164). Defendants' objections are otherwise OVERRULED. (Signed by Judge George B. Daniels on 12/19/2014) (djc) (Entered: 12/22/2014) |
| 12/23/2014 | 676 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 23, 2014 re: Request To Exclude. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/23/2014) |
| 12/23/2014 | 677 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 12/23/2014 re: Defendants Fact Witnesses & Anticipated Trial Testimony. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 12/23/2014) |
| 12/23/2014 | 678 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 23, 2014 re: Depo Designations. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. |

| | | |
|---|---|---|
| | | Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A – Deposition of Mosaab Yousef, # 2 Exhibit B – Deposition of Salam Fayyad, # 3 Exhibit C – Deposition of Hasan Abu–Libdeh, # 4 Exhibit D – Deposition of Yasser Shaqbu'a, # 5 Exhibit E – Deposition of Hussein Al Sheikh, # 6 Exhibit F – Deposition of Mazen Jadallah)(Yalowitz, Kent) (Entered: 12/23/2014) |
| 12/23/2014 | 679 | ORDER granting in part and denying in part 626 Motion to Intervene. The Press Applicants' motion to intervene and unseal judicial documents is granted in part and denied in part. The Press Applicants' request to unseal all documents designated as confidential by the parties during the discovery process pursuant to this Court's protective order is denied. All documents admitted as exhibits at trial will be made publicly available to the press in redacted or unredacted form as provided to the jury. The Clerk of the Court is instructed to close the motion at ECF No. 626. (Signed by Judge George B. Daniels on 12/23/2014) (kgo) (Entered: 12/23/2014) |
| 12/29/2014 | 680 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/29/2014 re: Yousef Designations. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 12/29/2014) |
| 12/29/2014 | 681 | MOTION for Summary Judgment *IN LIGHT OF COURT'S EVIDENTIARY RULINGS*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Rochon, Mark) (Entered: 12/29/2014) |
| 12/29/2014 | 682 | MEMORANDUM OF LAW in Support re: 681 MOTION for Summary Judgment *IN LIGHT OF COURT'S EVIDENTIARY RULINGS*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Rochon, Mark) (Entered: 12/29/2014) |
| 12/29/2014 | 683 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 29, 2014 re: Redactions Ruling. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/29/2014) |
| 12/29/2014 | 684 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 29, 2014 re: Expert Witness Testimony. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A – 2013.02.06 – Gershon Daubert Order, # 2 Exhibit B – Shaked Testimony, # 3 Exhibit C – Spitzen Testimony, # 4 Exhibit D – Levitt Testimony)(Yalowitz, Kent) (Entered: 12/29/2014) |
| 12/30/2014 | 685 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/30/2014 re: Substitute Witnesses. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 12/30/2014) |
| 12/30/2014 | 686 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/30/2014 re: Jury Selection Process. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit)(Hill, Brian) (Entered: 12/30/2014) |

| | | |
|---|---|---|
| 12/30/2014 | 687 | TRANSCRIPT of Proceedings re: HEARING held on 12/16/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/23/2015. Redacted Transcript Deadline set for 2/2/2015. Release of Transcript Restriction set for 4/2/2015.(McGuirk, Kelly) (Entered: 12/30/2014) |
| 12/30/2014 | 688 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 12/16/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 12/30/2014) |
| 12/30/2014 | | ***DELETED DOCUMENT. Deleted document number 689 TRANSCRIPT. The document was incorrectly filed in this case. (mt) (Entered: 12/30/2014) |
| 12/30/2014 | 689 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 30, 2014 re: Redactions. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Pls' Trial Exhibit 246– redacted, # 2 Exhibit Pls' Trial Exhibit 259– redacted, # 3 Exhibit Pls' Trial Exhibit 344– redacted, # 4 Exhibit Pls' Trial Exhibit 359– redacted, # 5 Exhibit Pls' Trial Exhibit 376– redacted, # 6 Exhibit Pls' Trial Exhibit 380– redacted, # 7 Exhibit Pls' Trial Exhibit 398– redacted, # 8 Exhibit Pls' Trial Exhibit 435– redacted)(Yalowitz, Kent) (Entered: 12/30/2014) |
| 12/30/2014 | 690 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/30/2014 re: Deposition Designation. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 12/30/2014) |
| 12/30/2014 | 691 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/30/2014 re: Plaintiffs' Witnesses. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Hill, Brian) (Entered: 12/30/2014) |
| 12/30/2014 | 692 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 30, 2014 re: Mosab Yousef. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Pls' Ex 427))(Yalowitz, Kent) (Entered: 12/30/2014) |
| 12/30/2014 | 693 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 30, 2014 re: Government Reports–Public Records. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe |

| | | |
|---|---|---|
| | | Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Index of Government Reports and/or Public Records, # 2 Exhibit 1) Plaintiffs' Ex 496, # 3 Exhibit 2) Plaintiffs' Ex 634, # 4 Exhibit 3) Plaintiffs' Ex 635, # 5 Exhibit 4) Plaintiffs' Ex 1142, # 6 Exhibit 5) Plaintiffs' Ex 537, # 7 Exhibit 6) Plaintiffs' Ex 337, # 8 Exhibit 7) Plaintiffs' Ex 339, # 9 Exhibit 8) Plaintiffs' Ex 353, # 10 Exhibit 9) Plaintiffs' Ex 354, # 11 Exhibit 10) Plaintiffs' Ex 365, # 12 Exhibit 11) Plaintiffs' Ex 539, # 13 Exhibit 12) Plaintiffs' Ex 547, # 14 Exhibit 13) Plaintiffs' Ex 554, # 15 Exhibit 14) Plaintiffs' Ex 559, # 16 Exhibit 15) Plaintiffs' Ex 626, # 17 Exhibit 16) Plaintiffs' Ex 631, # 18 Exhibit 17) Plaintiffs' Ex 632, # 19 Exhibit 18) Plaintiffs' Ex 826, # 20 Exhibit 19) Plaintiffs' Ex 829, # 21 Exhibit 20) Plaintiffs' Ex 830, # 22 Exhibit 21) Plaintiffs' Ex 954, # 23 Exhibit 22) Plaintiffs' Ex 1109, # 24 Exhibit 23) Plaintiffs' Ex 1118, # 25 Exhibit 24) Plaintiffs' Ex 325, # 26 Exhibit 25) Plaintiffs' Ex 338, # 27 Exhibit 26) Plaintiffs' Ex 473, # 28 Exhibit 27) Plaintiffs' Ex 474, # 29 Exhibit 28) Plaintiffs' Ex 475, # 30 Exhibit 29) Plaintiffs' Ex 476, # 31 Exhibit 30) Plaintiffs' Ex 477, # 32 Exhibit 31) Plaintiffs' Ex 1125)(Yalowitz, Kent) (Entered: 12/30/2014) |
| 12/30/2014 | 694 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 30, 2014 re: Response to DE 691 – Four Witnesses. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/30/2014) |
| 12/31/2014 | 695 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 12/31/2014 re: Alleged Perpetrators & Aftermath. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Exhibit 1 – Part 1, # 4 Exhibit 1 – Part 2, # 5 Exhibit 2, # 6 Exhibit 3)(Hill, Brian) (Entered: 12/31/2014) |
| 12/31/2014 | 696 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 31, 2014 re: Further Opposition to Defs.' Motion in Limine to preclude Itamar Marcus. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Yalowitz, Kent) (Entered: 12/31/2014) |
| 12/31/2014 | 697 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 31, 2014 re: In Further Support of Pls.' Motion in Limine to Preclude Defs.' 14 Untimely Disclosed Fact Witnesses. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka |

| | | |
|---|---|---|
| | | Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/31/2014) |
| 12/31/2014 | 698 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated December 31, 2014 re: Response to Defs.' Objections to the Court's Jury Selection Procedures. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 12/31/2014) |
| 01/02/2015 | 699 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/2/2015 re: Yousef Testimony Designations. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/02/2015) |
| 01/02/2015 | 700 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/2/2015 re: Redaction to Custodial Statements and Convictions. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/02/2015) |
| 01/02/2015 | 701 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/2/2015 re: Post–attack payments. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/02/2015) |
| 01/02/2015 | 702 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/2/2015 re: Excluding Videos and Witnesses Testimony. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Hill, Brian) (Entered: 01/02/2015) |
| 01/02/2015 | 703 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/2/2015 re: Government Reports & Public Records. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix 1)(Hill, Brian) (Entered: 01/02/2015) |
| 01/04/2015 | 704 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: In Further Support of Pls.' Request that Certain Third–Party Names not be Redacted from Certain Docs. (DE 683). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |
| 01/04/2015 | 705 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: In Opposition to Defs.' Letter of Jan. 2, 2015 (DE 701) Requesting Exclusion of Post–Attack Payment Evidence to Non–Employees. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, |

| | | |
|---|---|---|
| | | Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |
| 01/04/2015 | 706 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: In Opposition to Defs.' Request to Exclude Certain Photos and Eyewitness Evidence of Attacks at Issue and Photos of Perps and other PA/PLO officials (DE 695). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |
| 01/04/2015 | 707 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: In Opposition to Defs.' Dec. 30, 2014 Letter (DE 690) to Exclude Certain Depo Designation Testimony by Defs.' Own Officials and Related Documents. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |
| 01/04/2015 | 708 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: In Opposition to Defs.' Jan. 2, 2015 Letter Requesting the Exclusion of Pls.' Trial Exs. 372, 925, and 957 (DE 702). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |
| 01/04/2015 | 709 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 4, 2015 re: Agenda Letter Summarizing Pending Issues for January 6 Conference. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman.(Yalowitz, Kent) (Entered: 01/04/2015) |

| 01/05/2015 | 710 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 01/05/2015 re: Defendants' Hearsay and Authenticity Objections to Plaintiffs' Trial Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/05/2015) |
|---|---|---|
| 01/05/2015 | 711 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 01/05/2015 re: Response to Plaintiffs' 12/30/2014 Letter Seeking Admission of Certain Statements Made by Alleged Perpetrators. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/05/2015) |
| 01/05/2015 | 712 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 01/05/2015 re: Use of Words "Terror," "Terrorist," and "Terrorism". Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/05/2015) |
| 01/05/2015 | 713 | ORDER: the attorneys listed in this Order are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) listed in this Order into the Courthouse for use in a proceeding or trial in this action. (Signed by Judge George B. Daniels on 1/5/2015) (tro) (Entered: 01/05/2015) |
| 01/05/2015 | 714 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 01/05/2015 re: Response to Plaintiffs' 12/31/2014 Letter to Preclude All of Defendants' Fact Witnesses. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/05/2015) |
| 01/05/2015 | 715 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/5/2015 re: Political Rhetoric. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix A, # 2 Exhibit 1)(Hill, Brian) (Entered: 01/05/2015) |
| 01/05/2015 | 716 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/5/2015 re: Marcus Testimony. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/05/2015) |
| 01/05/2015 | 717 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 01/05/2015 re: Defendants' Motion in Limine to Preclude Testimony of Shrenzel, Eviatar & Levitt. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 01/05/2015) |
| 01/06/2015 | 718 | ORDER: It is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–CV–00397. The date(s) for which such authorization is provided is (are) January 6, 2015 through the end of trial (projected to be 12 weeks) as further set forth in this order. (Signed by Judge George B. Daniels on 1/6/2015) (lmb) (Entered: 01/06/2015) |
| 01/06/2015 | 719 | AUDIOVISUAL EQUIPMENT ORDER: It is Ordered that: 1. Counsel for the plaintiffs and their respective technology coordinators shall be permitted to bring into the Patrick Moynihan United States Courthouse, during the period between January 9, 2015 and the conclusion of the Trial (the "Trial Times"), certain multi–media equipment (the "Equipment") as further set forth in this order. (Signed by Judge George B. Daniels on 1/6/2015) (lmb) (Entered: 01/06/2015) |
| 01/06/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 1/6/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Lucy McMillan, Sara Pildis, Carmela Romeo, Tal Machnes; Defense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The subsequent Conference is scheduled for January 7, 2015 at 9:30 a.m. (Vega, Elizabeth) (Entered: 01/07/2015) |
| 01/07/2015 | 720 | NOTICE of Intent to Request Redaction re: 687 Transcript,,. Document filed by Palestine Liberation Organization, Palestinian Authority. (Hill, Brian) (Entered: 01/07/2015) |
| 01/07/2015 | 721 | ORDER: ORDERED that the following representative(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al, v. The Palestine Liberation |

| | | |
|---|---|---|
| | | Organization, et al., Case No. 04–cv–397 (GBD)(RLE).The date(s) for which such authorization is provided is (are): 12–week trial beginning January 6, 2015, and as further set forth herein. (Signed by Judge George B. Daniels on 1/7/2015) (djc) (Entered: 01/07/2015) |
| 01/07/2015 | 722 | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–CV–00397. The date(s) for which such authorization is provided is (are) January 6, 2015 through the end of trial (projected to be 12 weeks), and as further set forth herein. (Signed by Judge George B. Daniels on 1/7/2015) (djc) (Entered: 01/07/2015) |
| 01/07/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 1/7/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo; Defense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The subsequent conference is scheduled for January 12, 2015 at 9:30 a.m. (Vega, Elizabeth) (Entered: 01/07/2015) |
| 01/07/2015 | 723 | ORDER: ORDERED that the following reporter (Ben Weiser) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow v. PLO No. 04cv397. The date(s) for which such authorization is provided is Trial starting 1/13/2015. (Signed by Judge George B. Daniels on 1/7/2015) (djc) (Entered: 01/07/2015) |
| 01/07/2015 | 724 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 7, 2014 re: PA security magazines. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit Plaintiffs' Ex 175, # 2 Exhibit Plaintiffs' Ex 176, # 3 Exhibit Plaintiffs' Ex 177, # 4 Exhibit Plaintiffs' Ex 178, # 5 Exhibit Plaintiffs' Ex 179, # 6 Exhibit Plaintiffs' Ex 185, # 7 Exhibit Plaintiffs' Ex 198, # 8 Exhibit Plaintiffs' Ex 199, # 9 Exhibit Plaintiffs' Ex 200, # 10 Exhibit Plaintiffs' Ex 201, # 11 Exhibit Plaintiffs' Ex 202, # 12 Exhibit Plaintiffs' Ex 203, # 13 Exhibit Plaintiffs' Ex 204, # 14 Exhibit Plaintiffs' Ex 935, # 15 Exhibit Plaintiffs' Ex 936, # 16 Exhibit Plaintiffs' Ex 937, # 17 Exhibit Plaintiffs' Ex 949, # 18 Exhibit Plaintiffs' Ex 964, # 19 Exhibit Plaintiffs' Ex 965, # 20 Exhibit Plaintiffs' Ex 966)(Yalowitz, Kent) (Entered: 01/07/2015) |
| 01/09/2015 | 725 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 9, 2015 re: Opening Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/09/2015) |
| 01/09/2015 | 726 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 9, 2015 re: Document Productions. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer |

| | | |
|---|---|---|
| | | Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/09/2015) |
| 01/09/2015 | 727 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/9/2015 re: Outstanding Issues. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/09/2015) |
| 01/09/2015 | 728 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/9/2015 re: Public Records. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/09/2015) |
| 01/09/2015 | 729 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 9, 2015 re: Pls.' Request for Depos of Defs.' Late–Disclosed Witnesses. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/09/2015) |
| 01/09/2015 | 743 | ENDORSED LETTER addressed to Judge George B. Daniels from Carmela T. Romeo dated 1/8/2015 re: Plaintiffs plan to bring in, and set up, equipment in the courtroom for trial on Friday, January 9. In addition to the equipment that is listed in the Audiovisual Equipment Order that has been so–ordered (DE 719), plaintiffs request permission to bring in approximately 10 boxes of trial–related materials on Friday. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 1/9/2015) (djc) (Entered: 01/13/2015) |
| 01/10/2015 | 730 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/10/2015 re: Response to Plaintiffs' 1/9/2015 Letter Concerning Requested Depositions. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/10/2015) |
| 01/10/2015 | 731 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/10/2015 re: Voir Dire List. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/10/2015) |
| 01/10/2015 | 732 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/10/2015 re: Plaintiffs Request for Use of Certain Documents During Their Opening Statement. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/10/2015) |
| 01/11/2015 | 733 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/11/2015 re: Response to Plaintiffs' 1/7/2014 Letter Concerning Request for Admission of Certain Statements in Documents. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/11/2015) |
| 01/11/2015 | 734 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 11, 2015 re: In further Support of Pls.' Request to Permit Opening Exhibits and Demonstratives. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph |

| | | |
|---|---|---|
| | | Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 01/11/2015) |
| 01/11/2015 | 735 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 11, 2015 re: In Further Support of Pls.' Request to Permit Opening Exhibits and Demonstratives (with corrected exhibits). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yalowitz, Kent) (Entered: 01/11/2015) |
| 01/12/2015 | 736 | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action. captioned Sokolow et al. vs. the Palestinian Liberation Organization, The Palestinian Authority et al. The date(s) for which such authorization is provided is 13 January 2015. (Signed by Judge George B. Daniels on 1/12/2015) (djc) Modified on 1/12/2015 (djc). (Entered: 01/12/2015) |
| 01/12/2015 | 737 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 12, 2015 re: Videos. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/12/2015) |
| 01/12/2015 | 738 | STIPULATED ORDER: Upon the consent of the undersigned counsel for the parties to divide certain costs associated with the trial in the above–referenced proceeding (the "Trial"), it is Ordered that: 1. The costs and expenses of interpreter services that are provided during the presentation of evidence at trial by courtroom interpreters that are agreed by the parties shall be divided equally between the parties, with the plaintiffs paying half of such costs and expenses, and the defendants paying the other half. 2. The cost of transcripts of proceedings during the Trial shall be divided equally between defendants and plaintiffs as follows: a. Each party shall pay for and receive one (1) copy of Real Time Reporting at the split page rate set by the Southern District Reporters (currently $2.10/page per party); b. The interpreter shall receive one (1) copy of Real Time Reporting at the additional copy rate set by the Southern District Reporters (currently $2.10/page ), with half of such amount to be paid by plaintiffs and the other half to be paid by defendants; and c. Each party shall pay for and receive one (1) copy of an Expedited transcript at the split page rate set by the Southern District Reporters (currently $3.12/page per party). d. Any additional transcripts shall be paid for by solely by the ordering party. (Signed by Judge George B. Daniels on 1/12/2015) (kgo) (Entered: 01/12/2015) |
| 01/12/2015 | 739 | ORDER: It is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–CV–00397. The date(s) for which such authorization is provided is (are) January 6, 2015 through the end of trial (projected to be 12 weeks). Lucy McMillan, Ken Hashimoto, and Michael |

| | | |
|---|---|---|
| | | Kientele may bring 1 laptop and 2 cell phones each. The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order Ml0–468, as Revised. (Signed by Judge George B. Daniels on 1/12/2015) (kgo) (Entered: 01/12/2015) |
| 01/12/2015 | <u>740</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/12/2015 re: Untimely Produced Documents to Be Used at Trial. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7)(Hill, Brian) (Entered: 01/12/2015) |
| 01/12/2015 | <u>741</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/12/2015 re: Questions to Pose to Prospective Jurors During Voir Dire. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/12/2015) |
| 01/12/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Final Pretrial Conference held on 1/12/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Ken Hasimoto; Defense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The Trial begins January 13, 2015 at 9:30 a.m. (Vega, Elizabeth) (Entered: 01/13/2015) |
| 01/13/2015 | <u>742</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 1/13/2015 re: voir dire questions. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/13/2015) |
| 01/13/2015 | <u>744</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/13/2015 re: Objection to the Admission of Plaintiffs Trial Exhibit 1150. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit 1)(Hill, Brian) (Entered: 01/13/2015) |
| 01/13/2015 | <u>745</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/13/2015 re: Objection to Admission or Display of Certain (Eviatar) Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit 1)(Hill, Brian) (Entered: 01/13/2015) |
| 01/13/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Selection held on 1/13/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/15/2015) |
| 01/14/2015 | <u>746</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/14/2015 re: Objection to Redacted Military Court Materials. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/14/2015) |
| 01/14/2015 | <u>747</u> | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/7/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Sabrina D'Emidio, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/9/2015. Redacted Transcript Deadline set for 2/20/2015. Release of Transcript Restriction set for 4/17/2015.(McGuirk, Kelly) (Entered: 01/14/2015) |

| | | |
|---|---|---|
| 01/14/2015 | <u>748</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 1/7/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 01/14/2015) |
| 01/14/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial begun on 1/14/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Laura G. Ferguson, Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/15/2015) |
| 01/15/2015 | <u>749</u> | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated January 15, 2015 re: Objection to Plaintiffs' Trial Exhibit 224. Document filed by Palestine Liberation Organization, Palestinian Authority.(Hill, Brian) (Entered: 01/15/2015) |
| 01/15/2015 | <u>750</u> | ORDER: that the following attorney(s): Lamia E. Matta are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed in this Order, into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) 12–week trial beginning January 6, 2015. (Signed by Judge George B. Daniels on 1/15/2015) (tro) (Entered: 01/15/2015) |
| 01/15/2015 | <u>751</u> | ORDER: that the following attorney(s): Hind Khoury and Husam Zumbot are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed in this Order, into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) 12–week trial beginning January 6, 2015. (Signed by Judge George B. Daniels on 1/15/2015) (tro) (Entered: 01/15/2015) |
| 01/15/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/15/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/16/2015) |
| 01/16/2015 | <u>752</u> | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 1/16/2015 re: Objections to Exhibits to Be Used with Eviata. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 01/16/2015) |
| 01/16/2015 | <u>753</u> | ORDER: It is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Mark Sokolow, et al. v. Palestinian Authority, et al., 04–Civ.–0397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) 1/20/2015 – end of Trial as further set forth in this order. (Signed by Judge George B. Daniels on 1/16/2015) (lmb) (Entered: 01/16/2015) |
| 01/16/2015 | <u>754</u> | ORDER: It is hereby ORDERED that the following translators are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Mark Sokolow, et al. v. Palestinian Authority, et al., 04–CV–00397 (GBD)(RLE). The date(s) for which such authorization is provided is (are) 1/20/2015 – end of trial as further set forth in this order. (Signed by Judge George B. Daniels on 1/16/2015) (lmb) (Entered: 01/16/2015) |
| 01/16/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/16/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura G. Ferguson and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/21/2015) |

| | | |
|---|---|---|
| 01/18/2015 | 755 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 18, 2015 re: Pls.' Request to Admit Ex. 497. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/18/2015) |
| 01/18/2015 | 756 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 18, 2015 re: Further Support of Pls.' Request to Admit PA Magazines. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 01/18/2015) |
| 01/19/2015 | 757 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 1/19/2015 re: Admissibility of Plaintiffs' Trial Exhibit 497. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Ferguson, Laura) (Entered: 01/19/2015) |
| 01/19/2015 | 758 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 1/19/2015 re: Objections to Eviatar Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Ferguson, Laura) (Entered: 01/19/2015) |
| 01/20/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/20/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura G. Ferguson and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/20/2015) |
| 01/20/2015 | 759 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/20/2015 re: Response to Plaintiffs' 1/18/2015 Letter Referencing Police Magazines. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Rochon, Mark) (Entered: 01/20/2015) |
| 01/20/2015 | 760 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/20/2015 re: Exhibits Identified by Plaintiffs Regarding Israel Shrenzel. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Hill, Brian) (Entered: 01/20/2015) |
| 01/21/2015 | 761 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 01/21/15 re: Defendants' Late Notice of Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/21/2015) |

| | | |
|---|---|---|
| 01/21/2015 | 762 | NOTICE of Filing of Exhibit Index. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 01/21/2015) |
| 01/21/2015 | 763 | NOTICE of of Filing. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit DOC323, # 2 Exhibit DOC468, # 3 Exhibit DOC478)(Yalowitz, Kent) (Entered: 01/21/2015) |
| 01/21/2015 | 764 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 21, 2015 re: Defendants Deposition Counter–Designations. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A– Counter Designations, # 2 Exhibit B– Fayyad, # 3 Exhibit C– Abu–Libdeh, # 4 Exhibit D– Shaqbu'a, # 5 Exhibit E– Jadallah, # 6 Exhibit F– Al Sheikh)(Yalowitz, Kent) (Entered: 01/21/2015) |
| 01/21/2015 | 765 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/21/2015 re: Exhibits Identified by Plaintiffs Regarding Israel Shrenzel. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hill, Brian) (Entered: 01/21/2015) |
| 01/21/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/21/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Tal Machnes, Sara Pildis; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura G. Ferguson and Court Reporter present. Trial continues (Vega, Elizabeth) (Entered: 01/22/2015) |
| 01/22/2015 | 766 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 1/22/2015 re: Objections to Additional Israel Shrenzel Trial Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2, # 3 Appendix Part 3, # 4 Appendix Part 4, # 5 Exhibit 1, # 6 Exhibit 2)(Ferguson, Laura) (Entered: 01/22/2015) |
| 01/22/2015 | 767 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/22/2015 re: Plaintiffs Witnesses Rael Strous & Tuvia Perry. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hill, Brian) (Entered: 01/22/2015) |
| 01/22/2015 | 768 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 22, 2015 re: Pls.' Request to Admit Ex. 687. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. |

| | | |
|---|---|---|
| | | Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 01/22/2015) |
| 01/22/2015 | 769 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 22, 2015 re: Exhibits 177, 201, 202, 204, 352. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/22/2015) |
| 01/22/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/22/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Sara Pildis; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura G. Ferguson and Court Reporter present. The jury trial continues (Vega, Elizabeth) (Entered: 01/23/2015) |
| 01/23/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/23/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Sara Pildis; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura G. Ferguson and Court Reporter present. (Vega, Elizabeth) (Entered: 01/26/2015) |
| 01/24/2015 | 770 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 24, 2015 re: Pls. Deposition Designations. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Yalowitz, Kent) (Entered: 01/24/2015) |
| 01/25/2015 | 771 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/25/2015 re: Agenda. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/25/2015) |
| 01/25/2015 | 772 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 25, 2015 re: Response to Defendants' Agenda Letter. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel |

| | | |
|---|---|---|
| | | Waldman.(Yalowitz, Kent) (Entered: 01/25/2015) |
| 01/25/2015 | 773 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/25/2015 re: Redactions to Plaintiffs Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rochon, Mark) (Entered: 01/25/2015) |
| 01/26/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/26/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin and Court Reporter present. The jury trial continues. (Vega, Elizabeth) (Entered: 01/28/2015) |
| 01/27/2015 | 774 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 27, 2015 re: Testimony of Dr. Strous and Dr. Peri. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/27/2015) |
| 01/28/2015 | 775 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 01/28/15 re: Trial Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Yalowitz, Kent) (Entered: 01/28/2015) |
| 01/28/2015 | 776 | LETTER addressed to Judge George B. Daniels from Brian A. Hill dated 1/28/2015 re: Dov Weinstein Testimony. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Hill, Brian) (Entered: 01/28/2015) |
| 01/28/2015 | 777 | MANDATE of USCA (Certified Copy) USCA Case Number 14–4449. Petitioners have filed a petition for a writ of mandamus and move for a stay of district courtproceedings and for leave to reply to Respondents opposition. Respondents move to file their opposition under seal. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief. See In re von Bulow, 828 F.2d 94, 96–97 (2d Cir. 1987). It is further ORDERED that Petitioners motion for a stay is DENIED as moot, Petitioners motion for leave to reply is GRANTED, and Respondents motion to file under seal is GRANTED. However, since only a small portion of Respondents opposition papers and the attached exhibits warrant sealing, Respondents are directed to publicly file an appropriately redacted copy of their submission on or before January 13, 2015. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 1/28/2015. (tp) (Entered: 01/28/2015) |
| 01/28/2015 | | Transmission of USCA Mandate/Order to the District Judge re: 777 USCA Mandate. (tp) (Entered: 01/28/2015) |
| 01/28/2015 | 778 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 28, 2015 re: In Support of Dov Weinstein's Testimony. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana |

| | | |
|---|---|---|
| | | Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/28/2015) |
| 01/28/2015 | 779 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 1/28/2015 re: Goldberg Audio Recording and Bauer Photographs. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 01/28/2015) |
| 01/28/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/28/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Phillip Horton; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Dawn Murphy–Johnson and Court Reporter present. The trial continues (Vega, Elizabeth) (Entered: 01/29/2015) |
| 01/29/2015 | 780 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 01/29/15 re: Deposition Testimony. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 01/29/2015) |
| 01/29/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/29/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Phillip Horton; Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Dawn Murphy–Johnson and Court Reporter present. Jury Trial continues. (Vega, Elizabeth) (Entered: 01/30/2015) |
| 01/30/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 1/30/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Phillip Horton; Defense Counsel: Brian A. Hill, Mark John Rochon, Dawn Murphy–Johnson and Court Reporter present. The trial continues. (Vega, Elizabeth) (Entered: 02/02/2015) |
| 02/01/2015 | 781 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/1/2015 re: Redirect Examination of Israel Shrenzel. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Rochon, Mark) (Entered: 02/01/2015) |
| 02/02/2015 | 782 | ORDER: that the following representative(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Mark Sokolow, et al. v. The Palestine Liberation Organization, et al., Case No. 04–cv–397 (GBD)(RLE), for two weeks, beginning 1/29/2015: Somaia Barghouti – laptop, iPad, and cell phone. (Signed by Judge George B. Daniels on 2/2/2015) (tn) (Entered: 02/02/2015) |
| 02/02/2015 | 783 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 02/02/15 re: Objections to designations. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, |

| | | Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Yalowitz, Kent) (Entered: 02/02/2015) |
|---|---|---|
| 02/02/2015 | 784 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 02/02/15 re: Hanan Ashrawi. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Yalowitz, Kent) (Entered: 02/02/2015) |
| 02/02/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/2/2015. Plaintiff Counsel: Kent A. Yalowitz, Philip W Horton, Carmela Romeo, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon and Court Reporter present. The jury trial continues (Vega, Elizabeth) (Entered: 02/04/2015) |
| 02/03/2015 | 785 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/3/2015 re: Nevenka Gritz Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Rochon, Mark) (Entered: 02/03/2015) |
| 02/03/2015 | 786 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 3, 2015 re: Majed Faraj. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 02/03/2015) |
| 02/03/2015 | 787 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 3, 2015 re: Nevenka Gritz Testimony. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/03/2015) |
| 02/03/2015 | 788 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 3, 2015 re: Defendants' Proposed Testimony of Sfard and Shehadah. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, |

| | | |
|---|---|---|
| | | Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/03/2015) |
| 02/03/2015 | <u>789</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 3, 2015 re: Defendants' Motion to Strike Redirect of Shrenzel [DE 781]. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/03/2015) |
| 02/03/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/3/2015. Plaintiff Counsel: Kent A. Yalowitz, Tal Machnes, Carmela Romeo, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon and Court Reporter Present. The jury trial continues (Vega, Elizabeth) (Entered: 02/04/2015) |
| 02/04/2015 | <u>790</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 4, 2015 re: Reply to Defs.' Letter concerning Redactions [DE 773]. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # <u>1</u> Exhibit A)(Yalowitz, Kent) (Entered: 02/04/2015) |
| 02/04/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/4/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon and Court Reporter present. The Jury trial continues (Vega, Elizabeth) (Entered: 02/06/2015) |
| 02/05/2015 | <u>791</u> | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–cv–00397. The date( s) for which such authorization is provided is (are) February 9, 2015 through the end of trial (projected to be 12 weeks). SO ORDERED. (Signed by Judge George B. Daniels on 2/05/2015) (ama) (Entered: 02/05/2015) |
| 02/05/2015 | <u>792</u> | PROPOSED JURY INSTRUCTIONS. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # <u>1</u> Exhibit A)(Yalowitz, Kent) (Entered: 02/05/2015) |
| 02/05/2015 | <u>793</u> | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/5/2015 re: Reply to Plaintiffs' 2/4/2015 Letter Regarding Redactions. Document filed by |

| | | |
|---|---|---|
| | | Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit)(Rochon, Mark) (Entered: 02/05/2015) |
| 02/05/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/5/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon and Court Reporter present. Jury Trial continues (Vega, Elizabeth) (Entered: 02/06/2015) |
| 02/06/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/6/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara PildisDefense Counsel: Brian A. Hill, Mark John Rochon andCourt Reporter present. The Jury Trial continues (Vega, Elizabeth) (Entered: 02/06/2015) |
| 02/09/2015 | 794 | MOTION for Judgment . Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 02/09/2015) |
| 02/09/2015 | 795 | MEMORANDUM OF LAW in Support re: 794 MOTION for Judgment . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 02/09/2015) |
| 02/09/2015 | 796 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 9, 2015 re: Video Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/09/2015) |
| 02/09/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/9/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara Pildis, Lucy S. McMillanDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Fergusonand Court Reporter present. The jury trial continues (Vega, Elizabeth) (Entered: 02/10/2015) |
| 02/10/2015 | 797 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/10/2015 re: Precluding Plaintiffs From Asking Jury For Any Specific Sums Of Money for Alleged Non–Economic Damages. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/10/2015) |
| 02/10/2015 | 798 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 10, 2015 re: Opposition to Defs.' Letter [DE 797] Asking Court to Preclude Pls. from Asking Jury for Specific Amounts during Closing. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/10/2015) |
| 02/10/2015 | 799 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 10, 2015 re: Defs.' Late–Disclosed Witnesses. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom |

| | | Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Yalowitz, Kent) (Entered: 02/10/2015) |
|---|---|---|
| 02/10/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/10/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara Pildis, Lucy S. McMillanDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Fergusonand Court Reporter present. The Jury trial continues (Vega, Elizabeth) (Entered: 02/18/2015) |
| 02/11/2015 | 800 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/11/2015 re: General Jury Instructions. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Appendix)(Rochon, Mark) (Entered: 02/11/2015) |
| 02/11/2015 | 801 | ORDER terminating 681 Motion for Summary Judgment. Defendants' Renewed Motion for Summary Judgment dismissing Plaintiff Oz Guetta's claims is GRANTED. Defendants' Renewed Motion for Summary Judgment is DENIED as to all other Plaintiffs' claims. The Clerk of the Court is respectfully requested to close the motion at ECF No. 681. SO ORDERED.(Signed by Judge George B. Daniels on 2/11/2015) (ama) (Entered: 02/11/2015) |
| 02/11/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Summary Jury Trial held on 2/11/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Sara Pildis, Lucy S. McMillanDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Fergusonand Court Reporter present. Jury Trial continues (Vega, Elizabeth) (Entered: 02/18/2015) |
| 02/12/2015 | 802 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 12, 2015 re: Plaintiffs proposed changes to draft jury instructions and response to defendants letter requesting changes (DE 800). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yalowitz, Kent) (Entered: 02/12/2015) |
| 02/12/2015 | 803 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 2/12/2015 re: ATA Jury Instructions. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Addendum)(Ferguson, Laura) (Entered: 02/12/2015) |
| 02/12/2015 | 804 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 2/12/2015 re: Revised Draft Verdict Form. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Proposed Jury Verdict Form)(Ferguson, Laura) (Entered: 02/12/2015) |
| 02/13/2015 | 805 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 13, 2015 re: Opp. to Defs.' Letter re Jury Instructions [DE 803]. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack |

| | | |
|---|---|---|
| | | Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/13/2015) |
| 02/13/2015 | 806 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 13, 2015 re: Pls.' Rebuttal Case and Request for Video Testimony. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/13/2015) |
| 02/15/2015 | 807 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 15, 2015 re: Pls.' Request for Certain Changes to Court's 2/13/15 Draft Charge and Verdict Form. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/15/2015) |
| 02/16/2015 | 808 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/16/2015 re: Plaintiffs' Rebuttal Case & Closing Arguments. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1)(Rochon, Mark) (Entered: 02/16/2015) |
| 02/16/2015 | 809 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 16, 2015 re: In Opp. to Defs.' Letter re Pls.' Rebuttal Case and Closing [DE 808]. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/16/2015) |
| 02/16/2015 | 810 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/16/2015 re: Plaintiffs' Letter re Court's Third Jury Charge Draft. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/16/2015) |
| 02/16/2015 | 811 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/16/2015 re: Trial Exhibits Redactions. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rochon, Mark) (Entered: 02/16/2015) |
| 02/17/2015 | 812 | ORDER: ORDERED that the following reporter are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned: Sokolow v. PLO et al., No. 04–cv–397. The date(s) for which such authorization is provided is (are): Feb. 17, 2015 thru Completion. SO ORDERED. |

| | | (Signed by Judge George B. Daniels on 2/17/2015) (ama) (Entered: 02/17/2015) |
|---|---|---|
| 02/17/2015 | 813 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/17/2015 re: Court's 2/13/2015 Draft Jury Charge On Agency. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/17/2015) |
| 02/17/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/17/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Sara Pildis, Lucy S. McMillan, Philip Horton, Lucy McMillanDefense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Ferguson, Dawn Murphy–Johnson and Court Reporter present. The jury trial continues (Vega, Elizabeth) (Entered: 02/18/2015) |
| 02/18/2015 | 814 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/17/2015 re: Modification of Certain Questions on Proposed Verdict Form. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit)(Rochon, Mark) (Entered: 02/18/2015) |
| 02/18/2015 | 815 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 18, 2015 re: Pls.' Request for Modifications to Draft Respondeat Superior Charge. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 02/18/2015) |
| 02/18/2015 | 816 | NOTICE of Filing DTEs 29 & 70. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit DTE 29, Part 1, # 2 Exhibit DTE 29, Part 2, # 3 Exhibit DTE 70, Part 1, # 4 Exhibit DTE 70, Part 2, # 5 Exhibit DTE 70, Part 3, # 6 Exhibit DTE 70, Part 4, # 7 Exhibit DTE 70, Part 5, # 8 Exhibit DTE 70, Part 6)(Ferguson, Laura) (Entered: 02/18/2015) |
| 02/18/2015 | 817 | LETTER addressed to Judge George B. Daniels from Mark J. Rochon dated 2/18/2015 re: Draft of the Jury Charges. Document filed by Palestine Liberation Organization, Palestinian Authority.(Rochon, Mark) (Entered: 02/18/2015) |
| 02/18/2015 | 818 | MOTION for Judgment *As A Matter of Law*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) (Entered: 02/18/2015) |
| 02/18/2015 | 819 | MEMORANDUM OF LAW in Support re: 818 MOTION for Judgment *As A Matter of Law*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 02/18/2015) |
| 02/19/2015 | 820 | ENDORSED LETTER addressed to Judge George B. Daniels from Carmela T. Romeo dated 2/17/2015 re: Request for permission, between February 18, through February 27, to remove litigation materials from the Courtroom as well as the witness room. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 2/19/2015) (kko) (Entered: 02/19/2015) |
| 02/19/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Summary Jury Trial held on 2/19/2015, Jury Trial held on 2/19/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Lucy S. McMillan, Philip Horton Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Ferguson, Dawn E. Murphy–Johnson and Court Reporter present. The Jury trial continues (Vega, Elizabeth) (Entered: 02/20/2015) |
| 02/20/2015 | 821 | LETTER addressed to Judge George B. Daniels from Laura G. Ferguson dated 2/20/2015 re: Jury Charges. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 PTE 428 – Part 1, # 2 PTE 428 – Part 2, # 3 PTE 428 – Part 3)(Ferguson, Laura) (Entered: 02/20/2015) |

| | | |
|---|---|---|
| 02/20/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial held on 2/20/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Philip Horton Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Ferguson, Dawn E. Murphy–Johnson and Court Reporter present. Jury trial continues (Vega, Elizabeth) (Entered: 02/25/2015) |
| 02/23/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Jury Trial completed on 2/23/2015. Plaintiff Counsel: Kent A. Yalowitz, Carmela Romeo, Tal Machnes, Rachel Weiser, Lucy S. McMillan, Philip Horton Defense Counsel: Brian A. Hill, Mark John Rochon, Michael Satin, Laura Ferguson and Court Reporter present. Trial completed by jury verdict (Vega, Elizabeth) (Entered: 02/23/2015) |
| 02/23/2015 | 822 | NOTICE of PRESENTMENT OF PROPOSED JUDGMENT. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Proposed Final Judgment)(Yalowitz, Kent) (Entered: 02/23/2015) |
| 02/25/2015 | 823 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/25/2015) |
| 02/25/2015 | 824 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/25/2015) |
| 02/25/2015 | 825 | JURY VERDICT FORM.(ama) (Main Document 825 replaced on 2/25/2015) (ama). (Entered: 02/25/2015) |
| 02/25/2015 | 826 | NOTICE of NOTICE OF PRESENTMENT OF CORRECTED PROPOSED FINAL JUDGMENT re: 822 Notice (Other),,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Proposed Final Judgment)(Yalowitz, Kent) (Entered: 02/25/2015) |
| 02/26/2015 | 827 | NOTICE OF APPEARANCE by Gassan Adnan Baloul on behalf of Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 02/26/2015) |
| 02/27/2015 | 828 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION Defendants' Objections to Plaintiffs' Corrected Proposed Final Judgment re: 826 Notice (Other) . Document filed by Palestine Liberation Organization, Palestinian Authority.(Ferguson, Laura) Modified on 3/2/2015 (db). (Entered: 02/27/2015) |
| 03/02/2015 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Laura G. Ferguson to RE–FILE Document 828 MOTION Defendants' Objections to Plaintiffs' Corrected Proposed Final Judgment re: 826 Notice (Other), . Use the event type Objection (non–motion) found under the event list Other Answers. (db)** (Entered: 03/02/2015) |
| 03/02/2015 | 829 | Objection re: 826 Notice (Other),,, . Document filed by Palestine Liberation Organization, Palestinian Authority. (Ferguson, Laura) (Entered: 03/02/2015) |
| 03/02/2015 | 830 | RESPONSE re: 829 Objection (non–motion) *PLAINTIFFS RESPONSE TO OBJECTIONS TO PROPOSED FORM OF JUDGMENT*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, |

| | | |
|---|---|---|
| | | Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 03/02/2015) |
| 03/04/2015 | 831 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/12/2015 before Judge George B. Daniels. Court Reporter/Transcriber: William Richards, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 832 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/12/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 833 | TRANSCRIPT of Proceedings re: TRIAL held on 1/13/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 834 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/13/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 835 | TRANSCRIPT of Proceedings re: TRIAL held on 1/14/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 836 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/15/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 837 | TRANSCRIPT of Proceedings re: TRIAL held on 1/15/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |

| | | |
|---|---|---|
| 03/04/2015 | <u>838</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/15/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>839</u> | TRANSCRIPT of Proceedings re: TRIAL held on 1/16/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>840</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/16/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>841</u> | TRANSCRIPT of Proceedings re: TRIAL held on 1/20/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>842</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/20/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>843</u> | TRANSCRIPT of Proceedings re: TRIAL held on 1/21/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>844</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/21/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>845</u> | TRANSCRIPT of Proceedings re: TRIAL held on 1/22/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | <u>846</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/22/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) |

| | | |
|---|---|---|
| | | calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 847 | TRANSCRIPT of Proceedings re: TRIAL held on 1/23/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 848 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/23/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 849 | TRANSCRIPT of Proceedings re: TRIAL held on 1/26/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 850 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/26/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 851 | TRANSCRIPT of Proceedings re: TRIAL held on 1/28/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 852 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/28/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 853 | TRANSCRIPT of Proceedings re: TRIAL held on 1/29/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 854 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/29/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar |

| | | days...(McGuirk, Kelly) (Entered: 03/04/2015) |
|---|---|---|
| 03/04/2015 | 855 | TRANSCRIPT of Proceedings re: TRIAL held on 1/30/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 856 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 1/30/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 857 | TRANSCRIPT of Proceedings re: TRIAL held on 2/2/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 858 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/2/15 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 859 | TRANSCRIPT of Proceedings re: TRIAL held on 2/3/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Michael McDaniel, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 860 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/3/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 861 | TRANSCRIPT of Proceedings re: TRIAL held on 2/4/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 862 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/4/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |

| 03/04/2015 | 863 | TRANSCRIPT of Proceedings re: TRIAL held on 2/5/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
|---|---|---|
| 03/04/2015 | 864 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/5/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 865 | TRANSCRIPT of Proceedings re: TRIAL held on 2/6/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 866 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/6/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 867 | TRANSCRIPT of Proceedings re: TRIAL held on 2/9/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 868 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/9/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 869 | TRANSCRIPT of Proceedings re: TRIAL held on 2/10/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 870 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/10/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 871 | TRANSCRIPT of Proceedings re: TRIAL held on 2/11/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 872 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/11/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 873 | TRANSCRIPT of Proceedings re: TRIAL held on 2/17/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 874 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/17/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 875 | TRANSCRIPT of Proceedings re: TRIAL held on 2/18/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 876 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/18/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 877 | TRANSCRIPT of Proceedings re: TRIAL held on 2/19/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 878 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/19/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 879 | TRANSCRIPT of Proceedings re: TRIAL held on 2/20/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 880 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/20/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 881 | TRANSCRIPT of Proceedings re: TRIAL held on 2/23/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Eve Giniger, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2015. Redacted Transcript Deadline set for 4/9/2015. Release of Transcript Restriction set for 6/5/2015.(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 882 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/23/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 03/04/2015) |
| 03/04/2015 | 883 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for John A. Burlingame to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10662795. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order)(Burlingame, John) Modified on 3/4/2015 (bcu). (Entered: 03/04/2015) |
| 03/04/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 883 MOTION for John A. Burlingame to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–10662795. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Certificates of Good standing must be issued from the Supreme Court of Virginia and not from a State Bar Association. Re–file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (bcu)** (Entered: 03/04/2015) |
| 03/05/2015 | 884 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 03/05/2015 re: Corrected Proposed Judgment. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Proposed Judgment, # 2 Interest Calculation)(Yalowitz, Kent) (Entered: 03/05/2015) |
| 03/05/2015 | 885 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 03/05/2015 re: Response to Plaintiffs Filing of Expert Report by Michael Soudry. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 03/05/2015) |
| 03/06/2015 | 886 | MEMO ENDORSEMENT on re: 885 Letter filed by Palestine Liberation Organization, Palestinian Authority. We respectfully request that the Court permit the PA and PLO a reasonable time to respond to plaintiffs' now–quantified claim for prejudgment interest, and Mr. Soudry's report on which that claim relies. With the approval of the Court, the PA and the PLO propose to respond by Monday, March 16, |

| | | |
|---|---|---|
| | | 2015, ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 3/06/2015) (ama) (Entered: 03/06/2015) |
| 03/12/2015 | 887 | MOTION for John A. Burlingame to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order)(Burlingame, John) (Entered: 03/12/2015) |
| 03/13/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 887 MOTION for John A. Burlingame to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 03/13/2015) |
| 03/13/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 887 MOTION for John A. Burlingame to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/13/2015) |
| 03/16/2015 | 888 | Objection re: 884 Letter,,, . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Baloul, Gassan) (Entered: 03/16/2015) |
| 03/17/2015 | 889 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 03/17/2015 re: Reply to Objection to Revised Proposed Final Judgment. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman.(Yalowitz, Kent) (Entered: 03/17/2015) |
| 03/19/2015 | 890 | MEMORANDUM OF LAW re: 884 Letter,,, *Reply In Support of Request for Prejudgment Interest*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 03/19/2015) |
| 03/25/2015 | 891 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 03/25/2015 re: Post–Trial Briefs. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 03/25/2015) |
| 03/27/2015 | 892 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 27, 2015 re: Defendants proposed post–trial briefing schedule. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/27/2015) |

| 04/14/2015 | 893 | ORDER: Defendants shall file a consolidated brief not to exceed 50 pages in support of their motions under Federal Rules of Civil Procedure 50 and 59 on or before May 1, 2015. Plaintiffs shall file a consolidated opposition brief not to exceed 50 pages on or before May 18, 2015. Defendants shall file a reply brief not to exceed 20 pages on or before May 29, 2015. SO ORDERED.( Motions due by 5/1/2015., Responses due by 5/18/2015, Replies due by 5/29/2015.) (Signed by Judge George B. Daniels on 4/14/2015) (ama) (Entered: 04/14/2015) |
|---|---|---|
| 04/14/2015 | 894 | ORDER FOR ADMISSION PRO HAC VICE granting 887 Motion for John A. Burlingame to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 4/14/2015) (ama) (Entered: 04/14/2015) |
| 05/01/2015 | 895 | MOTION to Dismiss *Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/01/2015) |
| 05/01/2015 | 896 | MEMORANDUM OF LAW in Support re: 895 MOTION to Dismiss *Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 59*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Baloul, Gassan) (Entered: 05/01/2015) |
| 05/04/2015 | 897 | MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/04/2015) |
| 05/04/2015 | 898 | MEMORANDUM OF LAW in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Baloul, Gassan) (Entered: 05/04/2015) |
| 05/04/2015 | 899 | DECLARATION of Shukry Bishara in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A–1, # 2 Exhibit A–2, # 3 Exhibit A–3, # 4 Exhibit A–4, # 5 Exhibit A–5, # 6 Exhibit A–6, # 7 Exhibit A–7, # 8 Exhibit A–8, # 9 Exhibit A–9, # 10 Exhibit A–10, # 11 Exhibit A–11, # 12 Exhibit A–12, # 13 Exhibit A–13, # 14 Exhibit A–14, # 15 Exhibit A–15, # 16 Exhibit A–16, # 17 Exhibit A–17, # 18 Exhibit A–18, # 19 Exhibit A–19, # 20 Exhibit A–20, # 21 Exhibit A–21, # 22 Exhibit A–22, # 23 Exhibit A–23, # 24 Exhibit A–24, # 25 Exhibit A–25, # 26 Exhibit A–26, # 27 Exhibit A–27, # 28 Exhibit A–28, # 29 Exhibit A–29, # 30 Exhibit A–30, # 31 Exhibit A–31, # 32 Exhibit A–32)(Baloul, Gassan) (Entered: 05/04/2015) |
| 05/04/2015 | 900 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 05/04/2015 re: Request for Oral Argument in Connection with Defendants Motion to Stay Execution of the Judgment and to Waive the Bond Requirement. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/04/2015) |
| 05/06/2015 | 901 | MOTION for Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. OToole, Lamia R. Matta, Dawn E. Murphy–Johnson and Michael J. Satin to Withdraw as Attorney . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Text of Proposed Order)(Hill, Brian) (Entered: 05/06/2015) |
| 05/07/2015 | 902 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 7, 2015 re: Schedule for Motion to Stay. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. |

| | | Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/07/2015) |
|---|---|---|
| 05/08/2015 | 903 | ORDER granting 901 Motion to Withdraw as Attorney. ORDERED that the appearance of Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole. Lamia R. Matta. Dawn E. Murphy–Johnson and Michael J. Satin as attorneys in this case for the PA and PLO is hereby withdrawn. Attorney Brian A. Hill; Lamia Rita Matta; Dawn E. Murphy–Johnson; Timothy P. O'Toole; Matthew Thomas Reinhard; Mark John Rochon; Michael Satin; Andrew Todd Wise; Laura G. Ferguson and Richard A. Hibey terminated (Signed by Judge George B. Daniels on 5/08/2015) (ama) (Entered: 05/08/2015) |
| 05/11/2015 | 904 | MEMO ENDORSEMENT on re: 902 Letter request regarding Schedule for Motion to Stay, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. (Responses due by 5/29/2015, Replies due by 6/15/2015.) (Signed by Judge George B. Daniels on 5/11/2015) (kl) (Entered: 05/11/2015) |
| 05/13/2015 | 905 | SEALED DOCUMENT placed in vault.(mps) (Entered: 05/13/2015) |
| 05/13/2015 | 906 | NOTICE of Filing Trial Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit DTE001, # 4 Exhibit DTE002, # 5 Exhibit DTE003, # 6 Exhibit DTE004, # 7 Exhibit DTE005, # 8 Exhibit DTE006, # 9 Exhibit DTE007, # 10 Exhibit DTE008, # 11 Exhibit DTE009, # 12 Exhibit DTE010, # 13 Exhibit DTE011, # 14 Exhibit DTE012, # 15 Exhibit DTE013, # 16 Exhibit DTE014, # 17 Exhibit DTE015, # 18 Exhibit DTE016, # 19 Exhibit DTE017, # 20 Exhibit DTE018, # 21 Exhibit DTE019, # 22 Exhibit DTE020, # 23 Exhibit DTE021, # 24 Exhibit DTE022, # 25 Exhibit DTE023, # 26 Exhibit DTE024, # 27 Exhibit DTE025, # 28 Exhibit DTE026, # 29 Exhibit DTE027, # 30 Exhibit DTE028 – Part1, # 31 Exhibit DTE028 – Part2, # 32 Exhibit DTE029C, # 33 Exhibit DTE030, # 34 Exhibit DTE031, # 35 Exhibit DTE032, # 36 Exhibit DTE033, # 37 Exhibit DTE034, # 38 Exhibit DTE035, # 39 Exhibit DTE036, # 40 Exhibit DTE037, # 41 Exhibit DTE038, # 42 Exhibit DTE039, # 43 Exhibit DTE040, # 44 Exhibit DTE041, # 45 Exhibit DTE042, # 46 Exhibit DTE043, # 47 Exhibit DTE044, # 48 Exhibit DTE045, # 49 Exhibit DTE046, # 50 Exhibit DTE047, # 51 Exhibit DTE048 (1), # 52 Exhibit DTE048 (2–Revised), # 53 Exhibit DTE049, # 54 Exhibit DTE050 – Part1, # 55 Exhibit DTE050 – Part2, # 56 Exhibit DTE050 – Part3, # 57 Exhibit DTE050 – Part4, # 58 Exhibit DTE051, # 59 Exhibit DTE058, # 60 Exhibit DTE070, # 61 Exhibit DTE071, # 62 Exhibit DTE072, # 63 Exhibit DTE073, # 64 Exhibit DTE074, # 65 Exhibit DTE075, # 66 Exhibit DTE076, # 67 Exhibit DTE077, # 68 Exhibit DTE078 – Part1, # 69 Exhibit DTE078 – Part2, # 70 Exhibit DTE079)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | 907 | NOTICE of Filing Trial Exhibits with Additional Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit PTE0171, # 2 Exhibit PTE0173, # 3 Exhibit PTE0175, # 4 Exhibit PTE0178, # 5 Exhibit PTE0185, # 6 Exhibit PTE0196, # 7 Exhibit PTE0198, # 8 Exhibit PTE0200, # 9 Exhibit PTE0233, # 10 Exhibit PTE0239, # 11 Exhibit PTE0241, # 12 Exhibit PTE0242, # 13 Exhibit PTE0246–C, # 14 Exhibit PTE0246–R1, # 15 Exhibit PTE0246–R2, # 16 Exhibit PTE0259–C – Part1, # 17 Exhibit PTE0259–C – Part2, # 18 Exhibit PTE0259–C – Part3, # 19 Exhibit PTE0259–R1, # 20 Exhibit PTE0259–R2, # 21 Exhibit PTE0260–C, # 22 Exhibit PTE0260–R1, # 23 Exhibit PTE0260–R2, # 24 Exhibit PTE0289 – Part1, # 25 Exhibit PTE0289 – Part2, # 26 Exhibit PTE0289 – Part3, # 27 Exhibit PTE0295–C, # 28 Exhibit PTE0295–R, # 29 Exhibit PTE0303, # 30 Exhibit PTE0313–C – Part1, # 31 Exhibit PTE0313–C – Part2, # 32 Exhibit PTE0313–R – Part1, # 33 Exhibit PTE0313–R – Part2, # 34 |

| | | |
|---|---|---|
| | | Exhibit PTE0322–C, # 35 Exhibit PTE0322–R, # 36 Exhibit PTE0338, # 37 Exhibit PTE0342A–C, # 38 Exhibit PTE0342A–R1, # 39 Exhibit PTE0342A–R2, # 40 Exhibit PTE0342B, # 41 Exhibit PTE0342C, # 42 Exhibit PTE0344–C, # 43 Exhibit PTE0344–R1, # 44 Exhibit PTE0344–R2, # 45 Exhibit PTE0349, # 46 Exhibit PTE0354, # 47 Exhibit PTE0356–C – Part1, # 48 Exhibit PTE0356–C – Part2, # 49 Exhibit PTE0356–C – Part3, # 50 Exhibit PTE0356–C – Part4, # 51 Exhibit PTE0356–C – Part5, # 52 Exhibit PTE0356–C – Part6, # 53 Exhibit PTE0356–R – Part1, # 54 Exhibit PTE0356–R – Part2, # 55 Exhibit PTE0356–R – Part3, # 56 Exhibit PTE0356–R – Part4, # 57 Exhibit PTE0356–R – Part5, # 58 Exhibit PTE0357–C – Part1, # 59 Exhibit PTE0357–C – Part2, # 60 Exhibit PTE0357–C – Part3, # 61 Exhibit PTE0357–C – Part4, # 62 Exhibit PTE0357–C – Part5, # 63 Exhibit PTE0357–C – Part6, # 64 Exhibit PTE0357–C – Part7, # 65 Exhibit PTE0357–C – Part8, # 66 Exhibit PTE0357–C – Part9, # 67 Exhibit PTE0357–C – Part10, # 68 Exhibit PTE0357–R1 – Part1, # 69 Exhibit PTE0357–R1 – Part2, # 70 Exhibit PTE0357–R2 – Part1, # 71 Exhibit PTE0357–R2 – Part2, # 72 Exhibit PTE0357–R2 – Part3, # 73 Exhibit PTE0357–R3 – Part1, # 74 Exhibit PTE0357–R3 – Part2, # 75 Exhibit PTE0358–C, # 76 Exhibit PTE0358–R1, # 77 Exhibit PTE0359–C – Part1, # 78 Exhibit PTE0359–C – Part2, # 79 Exhibit PTE0359–R1, # 80 Exhibit PTE0359–R2, # 81 Exhibit PTE0360–C – Part1, # 82 Exhibit PTE0360–C – Part2, # 83 Exhibit PTE0360–C – Part3, # 84 Exhibit PTE0360–R1 – Part1, # 85 Exhibit PTE0360–R1 – Part2, # 86 Exhibit PTE0360–R1 – Part3, # 87 Exhibit PTE0360–R2, # 88 Exhibit PTE0361–C, # 89 Exhibit PTE0361–R1, # 90 Exhibit PTE0361–R2, # 91 Exhibit PTE0362–C – Part1, # 92 Exhibit PTE0362–C – Part2, # 93 Exhibit PTE0362–C – Part3, # 94 Exhibit PTE0362–C – Part4, # 95 Exhibit PTE0362–C – Part5, # 96 Exhibit PTE0362–C – Part6, # 97 Exhibit PTE0362–C – Part7, # 98 Exhibit PTE0362–C – Part8, # 99 Exhibit PTE0362–C – Part9, # 100 Exhibit PTE0362–C – Part10)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | 908 | NOTICE of Filing Trial Exhibits with Additional Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit PTE0362–R1 – Part1, # 2 Exhibit PTE0362–R1 – Part2, # 3 Exhibit PTE0362–R1 – Part3, # 4 Exhibit PTE0362–R2 – Part1, # 5 Exhibit PTE0362–R2 – Part2, # 6 Exhibit PTE0362–R2 – Part3, # 7 Exhibit PTE0362–R3 – Part1, # 8 Exhibit PTE0362–R3 – Part2, # 9 Exhibit PTE0362–R3 – Part3, # 10 Exhibit PTE0362–R3 – Part4, # 11 Exhibit PTE0362–R3 – Part5, # 12 Exhibit PTE0362–R3 – Part6, # 13 Exhibit PTE0362–R3 – Part7, # 14 Exhibit PTE0362–R3 – Part8, # 15 Exhibit PTE0362–R3 – Part9, # 16 Exhibit PTE0366–C – Part1, # 17 Exhibit PTE0366–C – Part2, # 18 Exhibit PTE0366–C – Part3, # 19 Exhibit PTE0366–C – Part4, # 20 Exhibit PTE0366–C – Part5, # 21 Exhibit PTE0366–R1 – Part1, # 22 Exhibit PTE0366–R1 – Part2, # 23 Exhibit PTE0366–R1 – Part3, # 24 Exhibit PTE0366–R1 – Part4, # 25 Exhibit PTE0366–R1 – Part5, # 26 Exhibit PTE0366–R2 – Part1, # 27 Exhibit PTE0366–R2 – Part2, # 28 Exhibit PTE0372 – Part1, # 29 Exhibit PTE0372 – Part2, # 30 Exhibit PTE0374, # 31 Exhibit PTE0375–C, # 32 Exhibit PTE0375–R1, # 33 Exhibit PTE0375–R2, # 34 Exhibit PTE0376–C, # 35 Exhibit PTE0376–R1, # 36 Exhibit PTE0376–R2, # 37 Exhibit PTE0382G–C, # 38 Exhibit PTE0382G–R1, # 39 Exhibit PTE0382G–R2, # 40 Exhibit PTE0382G–R3, # 41 Exhibit PTE0384–C – Part1, # 42 Exhibit PTE0384–C – Part2, # 43 Exhibit PTE0384–C – Part3, # 44 Exhibit PTE0384–C – Part4, # 45 Exhibit PTE0384–C – Part5, # 46 Exhibit PTE0384–C – Part6, # 47 Exhibit PTE0384–R1 – Part1, # 48 Exhibit PTE0384–R1 – Part2, # 49 Exhibit PTE0384–R2 – Part1, # 50 Exhibit PTE0384–R2 – Part2, # 51 Exhibit PTE0384–R3 – Part1, # 52 Exhibit PTE0384–R3 – Part2, # 53 Exhibit PTE0384–R3 – Part3, # 54 Exhibit PTE0384–R3 – Part4, # 55 Exhibit PTE0384–R3 – Part5, # 56 Exhibit PTE0390A–C, # 57 Exhibit PTE0390A–R1 – Part1, # 58 Exhibit PTE0390A–R1 – Part2, # 59 Exhibit PTE0390A–R2, # 60 Exhibit PTE0390B–C – Part1, # 61 Exhibit PTE0390B–C – Part2, # 62 Exhibit PTE0390B–C – Part3, # 63 Exhibit PTE0390B–R1 – Part1, # 64 Exhibit PTE0390B–R1 – Part2, # 65 Exhibit PTE0390B–R1 – Part3, # 66 Exhibit PTE0390B–R1 – Part4, # 67 Exhibit PTE0390B–R2, # 68 Exhibit PTE0407, # 69 Exhibit PTE0419, # 70 Exhibit PTE0420, # 71 Exhibit PTE0422–C – Part1, # 72 Exhibit PTE0422–C – Part2, # 73 Exhibit PTE0422–C – Part3, # 74 Exhibit PTE0422–R1 – Part1, # 75 Exhibit PTE0422–R1 – Part2, # 76 Exhibit PTE0422–R2, # 77 Exhibit PTE0427–C – Part1, # 78 Exhibit PTE0427–C – Part2, # 79 Exhibit PTE0427–C – Part3, # 80 Exhibit PTE0427–R1 – Part1, # 81 Exhibit PTE0427–R1 – Part2, # 82 Exhibit PTE0427–R1 – Part3, # 83 Exhibit PTE0427–R2, # 84 Exhibit PTE0428–C – Part1, # 85 Exhibit PTE0428–C – Part2, # 86 Exhibit PTE0428–C – Part3, # 87 Exhibit PTE0428–C – Part4, # 88 |

| | | |
|---|---|---|
| | | Exhibit PTE0428–R1 – Part1, # <u>89</u> Exhibit PTE0428–R1 – Part2, # <u>90</u> Exhibit PTE0428–R1 – Part3, # <u>91</u> Exhibit PTE0428–R2, # <u>92</u> Exhibit PTE0435–C, # <u>93</u> Exhibit PTE0435–R)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | <u>909</u> | NOTICE of Filing Trial Exhibits with Additional Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit PTE0451–C – Part1, # <u>2</u> Exhibit PTE0451–C – Part2, # <u>3</u> Exhibit PTE0451–C – Part3, # <u>4</u> Exhibit PTE0451–C – Part4, # <u>5</u> Exhibit PTE0451–C – Part5, # <u>6</u> Exhibit PTE0451–C – Part6, # <u>7</u> Exhibit PTE0451–C – Part7, # <u>8</u> Exhibit PTE0451–C – Part8, # <u>9</u> Exhibit PTE0451–C – Part9, # <u>10</u> Exhibit PTE0451–C – Part10, # <u>11</u> Exhibit PTE0451–C – Part11, # <u>12</u> Exhibit PTE0451–C – Part12, # <u>13</u> Exhibit PTE0451–C – Part13, # <u>14</u> Exhibit PTE0451–C – Part14, # <u>15</u> Exhibit PTE0451–C – Part15, # <u>16</u> Exhibit PTE0451–C – Part16, # <u>17</u> Exhibit PTE0451–C – Part17, # <u>18</u> Exhibit PTE0451–C – Part18, # <u>19</u> Exhibit PTE0451–C – Part19, # <u>20</u> Exhibit PTE0451–C – Part20, # <u>21</u> Exhibit PTE0451–C – Part21, # <u>22</u> Exhibit PTE0451–C – Part22, # <u>23</u> Exhibit PTE0451–C – Part23, # <u>24</u> Exhibit PTE0451–R1 – Part1, # <u>25</u> Exhibit PTE0451–R1 – Part2, # <u>26</u> Exhibit PTE0451–R1 – Part3, # <u>27</u> Exhibit PTE0451–R1 – Part4, # <u>28</u> Exhibit PTE0451–R1 – Part5, # <u>29</u> Exhibit PTE0451–R1 – Part6, # <u>30</u> Exhibit PTE0451–R1 – Part7, # <u>31</u> Exhibit PTE0451–R1 – Part8, # <u>32</u> Exhibit PTE0451–R1 – Part9, # <u>33</u> Exhibit PTE0451–R1 – Part10, # <u>34</u> Exhibit PTE0451–R1 – Part11, # <u>35</u> Exhibit PTE0451–R2 – Part1, # <u>36</u> Exhibit PTE0451–R2 – Part2, # <u>37</u> Exhibit PTE0451–R2 – Part3, # <u>38</u> Exhibit PTE0451–R2 – Part4, # <u>39</u> Exhibit PTE0451–R2 – Part5, # <u>40</u> Exhibit PTE0451–R2 – Part6, # <u>41</u> Exhibit PTE0451–R2 – Part7, # <u>42</u> Exhibit PTE0451–R2 – Part8, # <u>43</u> Exhibit PTE0451–R2 – Part9, # <u>44</u> Exhibit PTE0451–R2 – Part10, # <u>45</u> Exhibit PTE0451–R2 – Part11, # <u>46</u> Exhibit PTE0451–R2 – Part12, # <u>47</u> Exhibit PTE0451–R2 – Part13, # <u>48</u> Exhibit PTE0451–R2 – Part14, # <u>49</u> Exhibit PTE0451–R2 – Part15, # <u>50</u> Exhibit PTE0451–R2 – Part16, # <u>51</u> Exhibit PTE0451–R2 – Part17, # <u>52</u> Exhibit PTE0451–R2 – Part18, # <u>53</u> Exhibit PTE0451–R2 – Part19, # <u>54</u> Exhibit PTE0451–R2 – Part20, # <u>55</u> Exhibit PTE0451–R2 – Part21, # <u>56</u> Exhibit PTE0451–R2 – Part22, # <u>57</u> Exhibit PTE0451–R2 – Part23, # <u>58</u> Exhibit PTE0452–C – Part1, # <u>59</u> Exhibit PTE0452–C – Part2, # <u>60</u> Exhibit PTE0452–C – Part3, # <u>61</u> Exhibit PTE0452–C – Part4, # <u>62</u> Exhibit PTE0452–C – Part5, # <u>63</u> Exhibit PTE0452–C – Part6, # <u>64</u> Exhibit PTE0452–C – Part7, # <u>65</u> Exhibit PTE0452–C – Part8, # <u>66</u> Exhibit PTE0452–R1 – Part1, # <u>67</u> Exhibit PTE0452–R1 – Part2, # <u>68</u> Exhibit PTE0452–R1 – Part3, # <u>69</u> Exhibit PTE0452–R1 – Part4, # <u>70</u> Exhibit PTE0452–R1 – Part5, # <u>71</u> Exhibit PTE0452–R1 – Part6, # <u>72</u> Exhibit PTE0452–R1 – Part7, # <u>73</u> Exhibit PTE0452–R1 – Part8, # <u>74</u> Exhibit PTE0452–R2 – Part1, # <u>75</u> Exhibit PTE0452–R2 – Part2, # <u>76</u> Exhibit PTE0460, # <u>77</u> Exhibit PTE0465–C, # <u>78</u> Exhibit PTE0465–R1, # <u>79</u> Exhibit PTE0465–R2 – Part1, # <u>80</u> Exhibit PTE0465–R2 – Part2, # <u>81</u> Exhibit PTE0467–C, # <u>82</u> Exhibit PTE0467–R1 – Part1, # <u>83</u> Exhibit PTE0467–R1 – Part2, # <u>84</u> Exhibit PTE0467–R2, # <u>85</u> Exhibit PTE0473, # <u>86</u> Exhibit PTE0477, # <u>87</u> Exhibit PTE0489, # <u>88</u> Exhibit PTE0496 – Part1, # <u>89</u> Exhibit PTE0496 – Part2, # <u>90</u> Exhibit PTE0512 – Part1, # <u>91</u> Exhibit PTE0512 – Part2, # <u>92</u> Exhibit PTE0532 – Part1, # <u>93</u> Exhibit PTE0532 – Part2, # <u>94</u> Exhibit PTE0532 – Part3, # <u>95</u> Exhibit PTE0532 – Part4, # <u>96</u> Exhibit PTE0532 – Part5, # <u>97</u> Exhibit PTE0532 – Part6, # <u>98</u> Exhibit PTE0532 – Part7, # <u>99</u> Exhibit PTE0532 – Part8, # <u>100</u> Exhibit PTE0532 – Part9, # <u>101</u> Exhibit PTE0532 – Part10, # <u>102</u> Exhibit PTE0532 – Part11, # <u>103</u> Exhibit PTE0532 – Part12)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | <u>910</u> | NOTICE of Filing Trial Exhibits with Additional Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit PTE0537, # <u>2</u> Exhibit PTE0539 – Part1, # <u>3</u> Exhibit PTE0539 – Part2, # <u>4</u> Exhibit PTE0539 – Part3, # <u>5</u> Exhibit PTE0539 – Part4, # <u>6</u> Exhibit PTE0551, # <u>7</u> Exhibit PTE0552, # <u>8</u> Exhibit PTE0626 – Part1, # <u>9</u> Exhibit PTE0626 – Part2, # <u>10</u> Exhibit PTE0631, # <u>11</u> Exhibit PTE0634, # <u>12</u> Exhibit PTE0635, # <u>13</u> Exhibit PTE0826 – Part1, # <u>14</u> Exhibit PTE0826 – Part2, # <u>15</u> Exhibit PTE0826 – Part3, # <u>16</u> Exhibit PTE0829 – Part1, # <u>17</u> Exhibit PTE0829 – Part2, # <u>18</u> Exhibit PTE0830, # <u>19</u> Exhibit PTE0831, # <u>20</u> Exhibit PTE0889–C – Part1, # <u>21</u> Exhibit PTE0889–C – Part2, # <u>22</u> Exhibit PTE0889–C – Part3, # <u>23</u> Exhibit PTE0889–C – Part4, # <u>24</u> Exhibit PTE0889–C – Part5, # <u>25</u> Exhibit PTE0889–C – Part6, # <u>26</u> Exhibit PTE0889–C – Part7, # <u>27</u> Exhibit PTE0889–C – Part8, # <u>28</u> Exhibit PTE0889–R1 – Part1, # <u>29</u> Exhibit PTE0889–R1 – Part2, # <u>30</u> Exhibit PTE0889–R1 – Part3, # <u>31</u> Exhibit PTE0889–R1 – Part4, # <u>32</u> Exhibit PTE0889–R1 – Part5, # <u>33</u> Exhibit PTE0889–R1 |

| | | |
|---|---|---|
| | | – Part6, # <u>34</u> Exhibit PTE0889–R1 – Part7, # <u>35</u> Exhibit PTE0889–R1 – Part8, # <u>36</u> Exhibit PTE0889–R2 – Part1, # <u>37</u> Exhibit PTE0889–R2 – Part2, # <u>38</u> Exhibit PTE0914, # <u>39</u> Exhibit PTE0935 – Part1, # <u>40</u> Exhibit PTE0935 – Part2, # <u>41</u> Exhibit PTE0936, # <u>42</u> Exhibit PTE0949 – Part1, # <u>43</u> Exhibit PTE0949 – Part2, # <u>44</u> Exhibit PTE0956, # <u>45</u> Exhibit PTE0958 – Part1, # <u>46</u> Exhibit PTE0958 – Part2, # <u>47</u> Exhibit PTE0958 – Part3, # <u>48</u> Exhibit PTE0962, # <u>49</u> Exhibit PTE0963, # <u>50</u> Exhibit PTE0965 – Part1, # <u>51</u> Exhibit PTE0965 – Part2, # <u>52</u> Exhibit PTE1052, # <u>53</u> Exhibit PTE1120, # <u>54</u> Exhibit PTE1121, # <u>55</u> Exhibit PTE1122, # <u>56</u> Exhibit PTE1123, # <u>57</u> Exhibit PTE1124, # <u>58</u> Exhibit PTE1127, # <u>59</u> Exhibit PTE1128, # <u>60</u> Exhibit PTE1129, # <u>61</u> Exhibit PTE1130, # <u>62</u> Exhibit PTE1131, # <u>63</u> Exhibit PTE1133, # <u>64</u> Exhibit PTE1134, # <u>65</u> Exhibit PTE1135, # <u>66</u> Exhibit PTE1137, # <u>67</u> Exhibit PTE1140, # <u>68</u> Exhibit PTE1141, # <u>69</u> Exhibit PTE1142 – Part1, # <u>70</u> Exhibit PTE1142 – Part2, # <u>71</u> Exhibit PTE1143, # <u>72</u> Exhibit PTE1148, # <u>73</u> Exhibit PTE1149, # <u>74</u> Exhibit PTE1151, # <u>75</u> Exhibit PTE1152, # <u>76</u> Exhibit PTE1153, # <u>77</u> Exhibit PTE1154, # <u>78</u> Exhibit PTE1155, # <u>79</u> Exhibit PTE1156, # <u>80</u> Exhibit PTE1158, # <u>81</u> Exhibit PTE1159, # <u>82</u> Exhibit PTE1160, # <u>83</u> Exhibit PTE1161, # <u>84</u> Exhibit PTE1162, # <u>85</u> Exhibit PTE1166, # <u>86</u> Exhibit PTE1167, # <u>87</u> Exhibit PTE1169, # <u>88</u> Exhibit PTE1170, # <u>89</u> Exhibit PTE1171, # <u>90</u> Exhibit PTE1172, # <u>91</u> Exhibit PTE1173, # <u>92</u> Exhibit PTE1175, # <u>93</u> Exhibit PTE1176, # <u>94</u> Exhibit PTE1177, # <u>95</u> Exhibit PTE1178, # <u>96</u> Exhibit PTE1180, # <u>97</u> Exhibit PTE1181, # <u>98</u> Exhibit PTE1182, # <u>99</u> Exhibit PTE1183)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | <u>911</u> | NOTICE of Filing Trial Exhibits with Additional Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # <u>1</u> Exhibit PTE1185, # <u>2</u> Exhibit PTE1186, # <u>3</u> Exhibit PTE1187, # <u>4</u> Exhibit PTE1188, # <u>5</u> Exhibit PTE1189, # <u>6</u> Exhibit PTE1191, # <u>7</u> Exhibit PTE1192, # <u>8</u> Exhibit PTE1193, # <u>9</u> Exhibit PTE1194, # <u>10</u> Exhibit PTE1195 – Part1, # <u>11</u> Exhibit PTE1195 – Part2, # <u>12</u> Exhibit PTE1195 – Part3, # <u>13</u> Exhibit PTE1195 – Part4, # <u>14</u> Exhibit PTE1195 – Part5, # <u>15</u> Exhibit PTE1195 – Part6, # <u>16</u> Exhibit PTE1195 – Part7, # <u>17</u> Exhibit PTE1195 – Part8, # <u>18</u> Exhibit PTE1195 – Part9, # <u>19</u> Exhibit PTE1195 – Part10, # <u>20</u> Exhibit PTE1196, # <u>21</u> Exhibit PTE1197, # <u>22</u> Exhibit PTE1198, # <u>23</u> Exhibit PTE1199, # <u>24</u> Exhibit PTE1200, # <u>25</u> Exhibit PTE1201, # <u>26</u> Exhibit PTE1202, # <u>27</u> Exhibit PTE1203, # <u>28</u> Exhibit PTE1204, # <u>29</u> Exhibit PTE1205, # <u>30</u> Exhibit PTE1206, # <u>31</u> Exhibit PTE1207, # <u>32</u> Exhibit PTE1208, # <u>33</u> Exhibit PTE1209, # <u>34</u> Exhibit PTE1210, # <u>35</u> Exhibit PTE1211, # <u>36</u> Exhibit PTE1212, # <u>37</u> Exhibit PTE1213, # <u>38</u> Exhibit PTE1214, # <u>39</u> Exhibit PTE1215, # <u>40</u> Exhibit PTE1216, # <u>41</u> Exhibit PTE1217, # <u>42</u> Exhibit PTE1218, # <u>43</u> Exhibit PTE1219, # <u>44</u> Exhibit PTE1220, # <u>45</u> Exhibit PTE1221, # <u>46</u> Exhibit PTE1223, # <u>47</u> Exhibit PTE1224, # <u>48</u> Exhibit PTE1225, # <u>49</u> Exhibit PTE1226, # <u>50</u> Exhibit PTE1227, # <u>51</u> Exhibit PTE1228, # <u>52</u> Exhibit PTE1229, # <u>53</u> Exhibit PTE1230, # <u>54</u> Exhibit PTE1231, # <u>55</u> Exhibit PTE1232, # <u>56</u> Exhibit PTE1233, # <u>57</u> Exhibit PTE1234, # <u>58</u> Exhibit PTE1235, # <u>59</u> Exhibit PTE1236, # <u>60</u> Exhibit PTE1237, # <u>61</u> Exhibit PTE1238, # <u>62</u> Exhibit PTE1239, # <u>63</u> Exhibit PTE1240, # <u>64</u> Exhibit PTE1241, # <u>65</u> Exhibit PTE1242, # <u>66</u> Exhibit PTE1243, # <u>67</u> Exhibit PTE1244, # <u>68</u> Exhibit PTE1245, # <u>69</u> Exhibit PTE1246, # <u>70</u> Exhibit PTE1247, # <u>71</u> Exhibit PTE1248, # <u>72</u> Exhibit PTE1249, # <u>73</u> Exhibit PTE1250, # <u>74</u> Exhibit PTE1251, # <u>75</u> Exhibit PTE1252, # <u>76</u> Exhibit PTE1253, # <u>77</u> Exhibit PTE1254, # <u>78</u> Exhibit PTE1255, # <u>79</u> Exhibit PTE1256, # <u>80</u> Exhibit PTE1257, # <u>81</u> Exhibit PTE1258, # <u>82</u> Exhibit PTE1259, # <u>83</u> Exhibit PTE1260, # <u>84</u> Exhibit PTE1261, # <u>85</u> Exhibit PTE1262, # <u>86</u> Exhibit PTE1263, # <u>87</u> Exhibit PTE1264, # <u>88</u> Exhibit PTE1265, # <u>89</u> Exhibit PTE1267, # <u>90</u> Exhibit PTE1268, # <u>91</u> Exhibit PTE1269, # <u>92</u> Exhibit PTE1270, # <u>93</u> Exhibit PTE1271, # <u>94</u> Exhibit PTE1272, # <u>95</u> Exhibit PTE1273, # <u>96</u> Exhibit PTE1275, # <u>97</u> Exhibit PTE1279)(Baloul, Gassan) (Entered: 05/13/2015) |
| 05/13/2015 | | ***STRICKEN DOCUMENT. Deleted document number [906 (ex 1–70)] from the case record. The document was stricken from this case pursuant to <u>946</u> Order. Per Chambers, this docket entry is stricken and the supporting exhibits deleted pursuant to ECF No. 946. (ajs) (Entered: 10/16/2015) |
| 05/15/2015 | <u>912</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 15, 2015 re: Opposition to Rule 50_59_. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi |

| | | Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/15/2015) |
|---|---|---|
| 05/15/2015 | 913 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 05/15/2015 re: Opposition to Plaintiffs' May 15, 2015 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/15/2015) |
| 05/18/2015 | 914 | ORDER: Plaintiffs shall file a single opposition brief to Defendants' Motion for Judgment as a Matter of Law or New Trial not to exceed 60 pages on or before May 21, 2015. Defendants shall file a single reply brief not to exceed 30 pages on or before June 2, 2015. SO ORDERED. ( Responses due by 5/21/2015, Replies due by 6/2/2015.) (Signed by Judge George B. Daniels on 5/18/2015) (ama) Modified on 5/18/2015 (ama). (Main Document 914 replaced on 5/18/2015) (ama). (Entered: 05/18/2015) |
| 05/20/2015 | 915 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 20, 2015 re: Strike Filing of Exhibits. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/20/2015) |
| 05/21/2015 | 916 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 05/21/2015 re: Opposition to Plaintiffs' May 20, 2015 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/21/2015) |
| 05/21/2015 | 917 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 21, 2015 re: Reply Letter to Judge Daniels re Strike Filing of Exhibits. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 05/21/2015) |
| 05/21/2015 | 918 | MEMORANDUM OF LAW in Opposition re: 895 MOTION to Dismiss *Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59.* . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, |

| | | |
|---|---|---|
| | | Shmuel Waldman. (Attachments: # 1 Exhibit A)(Yalowitz, Kent) (Entered: 05/21/2015) |
| 05/21/2015 | 919 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 05/21/2015 re: Response to Plaintiffs May 21, 2015 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 05/21/2015) |
| 05/29/2015 | 920 | MEMORANDUM OF LAW in Opposition re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*. . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Yalowitz, Kent) (Entered: 05/29/2015) |
| 05/29/2015 | 921 | DECLARATION of Carmela T. Romeo in Opposition re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*.. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Yalowitz, Kent) (Entered: 05/29/2015) |
| 06/02/2015 | 922 | ORDER: Oral argument on the parties' open motion is scheduled for July 23, 2015 at 11:00 a.m. SO ORDERED. ( Oral Argument set for 7/23/2015 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/01/2015) (ama) (Entered: 06/02/2015) |
| 06/02/2015 | 923 | REPLY MEMORANDUM OF LAW in Support re: 895 MOTION to Dismiss *Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 06/02/2015) |
| 06/08/2015 | 924 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 06/08/2015 re: Adjournment of Argument Date. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 06/08/2015) |
| 06/15/2015 | 925 | REPLY MEMORANDUM OF LAW in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Baloul, Gassan) (Entered: |

| | | 06/15/2015) |
|---|---|---|
| 06/15/2015 | 926 | MEMO ENDORSEMENT on re: 924 Letter filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: The Oral Argument is adjourned to July 28, 2015 at 11:00 a.m. SO ORDERED., ( Oral Argument set for 7/28/2015 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/15/2015) (ama) (Entered: 06/16/2015) |
| 07/02/2015 | 927 | NOTICE of Filing. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 17, # 12 Exhibit 19, # 13 Exhibit 20, # 14 Exhibit 22, # 15 Exhibit 23, # 16 Exhibit 25, # 17 Exhibit 26, # 18 Exhibit 36B, # 19 Exhibit 36C, # 20 Exhibit 39, # 21 Exhibit 40, # 22 Exhibit 41, # 23 Exhibit 42, # 24 Exhibit 48, # 25 Exhibit 49, # 26 Exhibit 51, # 27 Exhibit 58, # 28 Exhibit 60, # 29 Exhibit 61, # 30 Exhibit 62, # 31 Exhibit 63, # 32 Exhibit 64, # 33 Exhibit 66, # 34 Exhibit 71, # 35 Exhibit 72, # 36 Exhibit 73, # 37 Exhibit 75, # 38 Exhibit 76, # 39 Exhibit 83, # 40 Exhibit 84, # 41 Exhibit 85, # 42 Exhibit 86, # 43 Exhibit 87, # 44 Exhibit 88, # 45 Exhibit 89, # 46 Exhibit 95, # 47 Exhibit 96, # 48 Exhibit 104, # 49 Exhibit 105, # 50 Exhibit 106, # 51 Exhibit 108, # 52 Exhibit 109, # 53 Exhibit 112, # 54 Exhibit 113, # 55 Exhibit 114, # 56 Exhibit 116, # 57 Exhibit 123, # 58 Exhibit 127, # 59 Exhibit 128, # 60 Exhibit 129, # 61 Exhibit 130, # 62 Exhibit 131, # 63 Exhibit 132, # 64 Exhibit 133, # 65 Exhibit 135, # 66 Exhibit 136, # 67 Exhibit 138, # 68 Exhibit 139, # 69 Exhibit 140, # 70 Exhibit 142, # 71 Exhibit 143, # 72 Exhibit 146, # 73 Exhibit 147, # 74 Exhibit 148, # 75 Exhibit 151, # 76 Exhibit 152, # 77 Exhibit 153, # 78 Exhibit 157, # 79 Exhibit 159, # 80 Exhibit 162, # 81 Exhibit 164, # 82 Exhibit 165, # 83 Exhibit 261, # 84 Exhibit 275, # 85 Exhibit 291, # 86 Exhibit 298, # 87 Exhibit 348, # 88 Exhibit 380, # 89 Exhibit 398, # 90 Exhibit 414, # 91 Exhibit 417, # 92 Exhibit 418, # 93 Exhibit 424, # 94 Exhibit 431, # 95 Exhibit 894, # 96 Exhibit 1030, # 97 Exhibit 1035, # 98 Exhibit 1037, # 99 Exhibit 1041, # 100 Exhibit 1060, # 101 Exhibit 1190, # 102 Exhibit 1274)(Boccanfuso, Anthony) (Entered: 07/02/2015) |
| 07/13/2015 | 928 | REPLY MEMORANDUM OF LAW in Support re: 920 Memorandum of Law in Opposition to Motion,,, . Document filed by Mark I. Sokolow. (Boccanfuso, Anthony) (Entered: 07/13/2015) |
| 07/13/2015 | 929 | DECLARATION of Carmela T. Romeo in Support re: 920 Memorandum of Law in Opposition to Motion,,,. Document filed by Mark I. Sokolow. (Attachments: # 1 Exhibit 2015–07–13_04–cv–00397_Romeo Decl – Ex 9 (PIF Certificate), # 2 Exhibit 2015–07–13_04–cv–00397_Romeo Decl – Ex 10 (PIF Annual Report 2013), # 3 Exhibit 2015–07–13_04–cv–00397_Romeo Decl – Ex 11 A (PIF Annual Report 2014), # 4 Exhibit 2015–07–13_04–cv–00397_Romeo Decl – Ex 11 B (PIF Annual Report 2014))(Boccanfuso, Anthony) (Entered: 07/13/2015) |
| 07/13/2015 | 930 | DECLARATION of Eitan Arusy re: 920 Memorandum of Law in Opposition to Motion,,, . Document filed by Mark I. Sokolow. (Attachments: # 1 Exhibit Ex A (Arusy bio–cv), # 2 Exhibit Ex B (Sanabel))(Boccanfuso, Anthony) (Entered: |

| | | 07/13/2015) |
|---|---|---|
| 07/13/2015 | 931 | AFFIDAVIT of Bradley Wendt re: 920 Memorandum of Law in Opposition to Motion,,, . Document filed by Mark I. Sokolow. (Attachments: # 1 Appendix Appendix 1, # 2 Appendix Appendix 2, # 3 Exhibit Ex 1, # 4 Exhibit Ex 2, # 5 Exhibit Ex 3, # 6 Exhibit Ex 4, # 7 Exhibit Ex 5, # 8 Exhibit Ex 6, # 9 Exhibit Ex 7, # 10 Exhibit Ex 8, # 11 Exhibit Ex 9, # 12 Exhibit Ex 10, # 13 Exhibit Ex 11, # 14 Exhibit Ex 12, # 15 Exhibit Ex 13, # 16 Exhibit Ex 14, # 17 Exhibit Ex 15, # 18 Exhibit Ex 16, # 19 Exhibit Ex 17, # 20 Exhibit Ex 18, # 21 Exhibit Ex 19, # 22 Exhibit Ex 20)(Boccanfuso, Anthony) (Entered: 07/13/2015) |
| 07/16/2015 | 932 | LETTER MOTION for Conference *regarding Plaintiffs' Unauthorized Sur−reply* addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/16/2015. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A)(Baloul, Gassan) (Entered: 07/16/2015) |
| 07/17/2015 | 933 | LETTER RESPONSE to Motion addressed to Judge George B. Daniels from Kent A. Yalowitz dated 07/17/15 re: 932 LETTER MOTION for Conference *regarding Plaintiffs' Unauthorized Sur−reply* addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/16/2015. . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1)(Yalowitz, Kent) (Entered: 07/17/2015) |
| 07/17/2015 | 934 | LETTER REPLY to Response to Motion addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/17/2015 re: 932 LETTER MOTION for Conference *regarding Plaintiffs' Unauthorized Sur−reply* addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/16/2015. . Document filed by Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 07/17/2015) |
| 07/21/2015 | 935 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 07/21/15 re: Issues for July 28, 2015 Conference. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 07/21/2015) |
| 07/24/2015 | 936 | MOTION for Alexandra E. Chopin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11192842. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Certificates of Good Standing, # 2 Text of Proposed Order)(Chopin, Alexandra) (Entered: 07/24/2015) |
| 07/24/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 936 MOTION for Alexandra E. Chopin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11192842. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 07/24/2015) |
| 07/24/2015 | 937 | ORDER: ORDERED that the following attorneys and paralegal are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or |

| | | |
|---|---|---|
| | | trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–cv–00397. The date(s) for which such authorization is provided is July 28, 2015. SO ORDERED. (Signed by Judge George B. Daniels on 7/24/2015) (ama) (Entered: 07/24/2015) |
| 07/24/2015 | 938 | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow v. PLO. No. 04–cv–397, The date(s) for which such authorization is provided is (are) July 28, 2015.SO ORDERED. (Signed by Judge George B. Daniels on 7/24/2015) (ama) (Entered: 07/24/2015) |
| 07/27/2015 | 939 | NOTICE OF APPEARANCE by Mitchell Rand Berger on behalf of Palestine Liberation Organization, Palestinian Authority. (Berger, Mitchell) (Entered: 07/27/2015) |
| 07/27/2015 | 940 | LETTER addressed to Judge George B. Daniels from Attorneys for the United States of America dated July 27, 2015 re: Potential participation of the United States pursuant to 28 U.S.C. § 517. Document filed by United States of America.(Bennett, Michelle) (Entered: 07/27/2015) |
| 07/27/2015 | 941 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/27/2015 re: July 28, 2015 Motions Hearing. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 07/27/2015) |
| 07/28/2015 | 942 | ORDER FOR ADMISSION PRO HAC VICE granting 936 Motion for Alexandra E. Chopin to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 7/26/2015) (ama) (Entered: 07/28/2015) |
| 07/28/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 7/28/2015 re: 794 MOTION for Judgment . filed by Palestine Liberation Organization, Palestinian Authority, 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement*. filed by Palestine Liberation Organization, Palestinian Authority, 932 LETTER MOTION for Conference *regarding Plaintiffs' Unauthorized Sur–reply* addressed to Judge George B. Daniels from Gassan A. Baloul dated 07/16/2015. filed by Palestine Liberation Organization, Palestinian Authority, 818 MOTION for Judgment *As A Matter of Law*. filed by Palestine Liberation Organization, Palestinian Authority, 895 MOTION to Dismiss *Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59*. filed by Palestine Liberation Organization, Palestinian Authority. Plaintiff Counsel: Kent A. Yalowitz, Tal Machnes, Carmela T. Romeo; Defense Counsel: Gassan A. Baloul, John A. Burlingame, Alexandra E. Chopin, Mitchell Berger and court reporter present. The subsequent conference is scheduled for August 24, 2015 at 10:00 a.m. (Vega, Elizabeth) (Entered: 07/29/2015) |
| 07/30/2015 | 943 | MOTION for Sara K. Pildis to Withdraw as Attorney . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Pildis, Sara) (Entered: 07/30/2015) |
| 08/04/2015 | 944 | NOTICE of Withdrawal re: 906 Notice (Other),,,,,,,.. Document filed by Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 08/04/2015) |
| 08/04/2015 | 945 | NOTICE of Filing Trial Exhibits. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit DTE017, # 2 Exhibit DTE018, # 3 Exhibit DTE029, # 4 Exhibit DTE070, # 5 Exhibit DTE071, # 6 Exhibit DTE072, # 7 Exhibit DTE073, # 8 Exhibit DTE074, # 9 Exhibit DTE075)(Baloul, Gassan) (Entered: 08/04/2015) |

| 08/05/2015 | 946 | ORDER: For the reasons stated at the oral argument dated July 28, 2015, any exhibits admitted into evidence during the trial in this action may be filed on the electronic docket. In addition, any exhibits sought to be admitted but ruled inadmissible may be filed on the electronic docket. No exhibit may be filed under seal without prior authorization of the Court. SO ORDERED. (Signed by Judge George B. Daniels on 8/4/2015) (ajs) (Entered: 08/05/2015) |
|---|---|---|
| 08/07/2015 | 947 | NOTICE of Filing Trial Exhibits re: 945 Notice (Other),. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit DTE070)(Baloul, Gassan) (Entered: 08/07/2015) |
| 08/07/2015 | 948 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement. Defendants' Authorized Submission in Response to July 13, 2015 "Reply"*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 08/07/2015) |
| 08/07/2015 | 949 | DECLARATION of Shukry Bishara in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement.*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Baloul, Gassan) (Entered: 08/07/2015) |
| 08/07/2015 | 950 | DECLARATION of Abdel Hamid Al Abwah in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement.*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A – Part 1 of 2, # 2 Exhibit A – Part 2 of 2, # 3 Exhibit B)(Baloul, Gassan) (Entered: 08/07/2015) |
| 08/07/2015 | 951 | DECLARATION of Bilal Mousa Kamal in Support re: 897 MOTION to Stay *Execution of the Judgment and to Waive the Bond Requirement.*. Document filed by Palestine Liberation Organization, Palestinian Authority. (Baloul, Gassan) (Entered: 08/07/2015) |
| 08/10/2015 | 952 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 08/10/2015 re: Form of Judgment. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 08/10/2015) |
| 08/10/2015 | 953 | NOTICE of Filing of Statement of Interest of the United States of America. Document filed by United States of America. (Attachments: # 1 Affidavit Declaration of Antony J. Blinken)(Hartnett, Kathleen) (Entered: 08/10/2015) |
| 08/11/2015 | 954 | ORDER on MOTION FOR WITHDRAWAL OF APPEARANCE: granting 943 Motion to Withdraw as Attorney. PLEASE TAKE NOTICE that Sara K. Pildis hereby respectfully requests permission to withdraw her appearance in the above–referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action. SO ORDERED.Attorney Sara Kate Pildis terminated. (Signed by Judge George B. Daniels on 8/11/2015) (ama) Modified on 8/19/2015 (ama). (Entered: 08/11/2015) |
| 08/21/2015 | 955 | ORDER: ORDERED that the following attorneys and paralegals are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices"), and file boxes listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. |

| | | | |
|---|---|---|---|
| | | | 04–cv–00397. The date(s) for which such authorization is provided is August 24, 2015. SO ORDERED. (Signed by Judge George B. Daniels on 8/21/2015) (ama) (Entered: 08/21/2015) |
| 08/21/2015 | 956 | | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04–CV–00397. The date(s) for which such authorization is provided is August 24, 2015. SO ORDERED. (Signed by Judge George B. Daniels on 8/21/2015) (ama) (Entered: 08/21/2015) |
| 08/24/2015 | 957 | | **Vacated as per Judge's Order dated 9/19/2016, Doc. # 995** ORDER granting 897 Motion to Stay. Final judgment will be entered within the next sixty (60) days; Plaintiffs' request for prejudgment interest is denied; and Defendants' motion for stay of execution of the judgment is granted pending appeal to the Second Circuit if Defendants post a bond or deposit cash with the Clerk of the Court in the amount of $10 million before 9/23/2015, and in the amount of $1 million every 30 days thereafter. SO ORDERED. (Signed by Judge George B. Daniels on 8/24/2015) (ama) Modified on 9/19/2016 (ama). (Entered: 08/24/2015) |
| 08/24/2015 | 958 | | ORDER denying 895 Motion to Dismiss. This Court has considered all of the arguments raised by Defendants in support of their Rule 50 and Rule 59 motions, as well as their renewed motion to dismiss for lack of personal jurisdiction. Defendants' motions are denied. Judgment in this case shall be entered in Plaintiffs' favor against Defendants. The Clerk of the Court is instructed to close the motion at ECF No. 895. SO ORDERED. (Signed by Judge George B. Daniels on 8/24/2015) (ama) (Main Document 958 replaced on 8/24/2015) (ama). (Entered: 08/24/2015) |
| 08/24/2015 | | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 8/24/2015. Plaintiff Counsel: Kent A. Yalowitz, Lucy S. McMillan, Tal Machnes, Carmela T. Romeo; Defense Counsel: Gassan A. Baloul, John A. Burlingame, Alexandra E. Chopin, Mitchell R. Berger and court reporter present. (Vega, Elizabeth) (Entered: 08/25/2015) |
| 08/24/2015 | | | **\*\*\*DELETED ENTRY. Deleted entry: Transmission to Order and Judgment Clerk. The document was incorrectly filed in this case. (ama)** (Entered: 08/25/2015) |
| 08/27/2015 | 959 | | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF INTERLOCUTORY APPEAL. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Filing fee $ 505.00, receipt number 0208–11325799. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Yalowitz, Kent) Modified on 8/27/2015 (tp). (Entered: 08/27/2015) |
| 08/27/2015 | 960 | | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 08/27/2015 re: Issues from August 24, 2015 Conference. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| 08/27/2015 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Yalowitz, Kent to RE–FILE Document No. 959 Notice of Interlocutory Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp) (Entered: 08/27/2015) |
| 08/27/2015 | 961 | NOTICE OF INTERLOCUTORY APPEAL from 957 Order on Motion to Stay,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Yalowitz, Kent) (Entered: 08/27/2015) |
| 08/27/2015 | | Appeal Fee Paid electronically via Pay.gov: for 961 Notice of Interlocutory Appeal. Filing fee $ 505.00. Pay.gov receipt number 0208–11325799, paid on 8/27/2015. (tp) (Entered: 08/27/2015) |
| 08/27/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 961 Notice of Interlocutory Appeal. (tp) (Entered: 08/27/2015) |
| 08/27/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 961 Notice of Interlocutory Appeal, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/27/2015) |
| 08/28/2015 | 962 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 08/28/2015 re: Plaintiffs' Letter and Proposed Judgment of August 27, 2015. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 08/28/2015) |
| 08/31/2015 | 963 | ORDER: In accordance with the Court's summary judgment decision of November 19, 2014 and bench ruling of January 12, 2015, all claims of plaintiffs Revital Bauer, individually; Eva Waldman; Varda Guetta; Shaul Mandelkorn; Nurit Mandelkorn; and Estate of Stuart Scott ("Yechezkel") Goldberg, by Karen Goldberg, as personal representative; and Oz Joseph Guetta have been dismissed. SO ORDERED. Oz Joseph Guetta (monir, by his next friend and guardian Varda Guetta), Varda Guetta (inidividually and as natural guardian of plainitff Oz Joseph Guetta), Nurit Mandelkorn, Shaul Mandelkorn, Eva Waldman, Revital Bauer (inidividually and as a natural guardian of plaiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer) and Karen Goldberg (individually, as pers. rep. of the Est. of Stuart Scott Goldberg/ nat. guard. of pltffs Chana Bracha Goldberg, Esther Zahava Goldberg, Yitzhak Shalom Goldberg, Shoshana Malka Goldberg, Eliezer Simcha Goldberg, Yaakov Moshe Goldberg, Tzvi YehoshuaGoldberg) terminated. (Signed by Judge George B. Daniels on 8/31/2015) (kko) (Entered: 08/31/2015) |
| 08/31/2015 | 964 | MEMO ENDORSEMENT on re: 962 Letter filed by Palestine Liberation Organization, Palestinian Authority. We respectfully request that Defendants have until September 1, 2015 to respond substantively to the August 27, 2015 letter and alternative proposed form of Judgment (Dkt. #960) submitted by Plaintiff's counsel, |

| | | Mr. Yalowitz. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2015) (ama) (Entered: 08/31/2015) |
|---|---|---|
| 09/01/2015 | 965 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 09/01/2015 re: Response to Plaintiffs' August 27 Letter Regarding August 24 Hearing. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 09/01/2015) |
| 09/02/2015 | 966 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 09/02/2015 re: Entry of Judgment. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Leonard Mandelkorn, Nurit Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 09/02/2015) |
| 09/03/2015 | 967 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 09/03/2015 re: Request for Order Protecting Defendants' Transfer into the Registry of the Court. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A – Proposed Order, # 2 Exhibit B, # 3 Exhibit C)(Baloul, Gassan) (Entered: 09/03/2015) |
| 09/04/2015 | 968 | TRANSCRIPT of Proceedings re: HEARING held on 7/28/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Karen Gorlaski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/28/2015. Redacted Transcript Deadline set for 10/8/2015. Release of Transcript Restriction set for 12/7/2015.(McGuirk, Kelly) (Entered: 09/04/2015) |
| 09/04/2015 | 969 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 7/28/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/04/2015) |
| 09/08/2015 | 970 | ORDER of USCA (Certified Copy) as to 961 Notice of Interlocutory Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. USCA Case Number 15–2739.Plaintiffs–Appellants have filed a motion to modify the stay of execution of judgment pending appeal and request expedited briefing and oral argument on the merits of the appeal. Defendants–Appellees cross–move to dismiss the appeal for lack of appellate jurisdiction. The parties have each submitted proposed schedules for briefing and argument of the motions. IT IS HEREBY ORDERED that the motion to modify and cross–motion to dismiss shall be heard before a three judge motions panel sitting during the week of October 5, 2015. The parties will receive notice once the motions are set for argument. IT IS FURTHER ORDERED that the parties must comply with the following schedule for the two motions: Defendants–Appellees' opposition to the motion to modify is due September 14, 2015; Plaintiffs–Appellants' opposition to the cross–motion to dismiss is due September 17, 2015; Plaintiffs–Appellants' reply in support of their motion to modify is due September 21, 2015; and Defendants–Appellees' reply in support of their motion to |

| | | dismiss is due September 24, 2015. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 09/08/2015. (nd) (Entered: 09/08/2015) |
|---|---|---|
| 09/08/2015 | 971 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated September 8, 2015 re: Transfer of Funds. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 09/08/2015) |
| 09/09/2015 | 972 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 09/09/2015 re: Response to Plaintiffs' Letter of September 8, 2015. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 09/09/2015) |
| 09/10/2015 | 973 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 09/09/2015 re: Timing of Plaintiffs' Fee Application. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Leonard Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 09/10/2015) |
| 09/11/2015 | 974 | MEMO ENDORSEMENT on re: 973 Letter, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Yehonathon Bauer, Robert L. Coulter, Sr., Rebekah Blutstein, Lauren M. Sokolow, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 9/11/2015) (mro) (Entered: 09/11/2015) |
| 09/11/2015 | 975 | ORDER. It is hereby ORDERED that any funds Defendants transfer to the United States for deposit with the Court pursuant to this Court's August 24, 2015 Order (ECF No. 957) shall not be subject to seizure by attachment or other method. (Signed by Judge George B. Daniels on 9/11/2015) (rjm) (Entered: 09/14/2015) |
| 09/14/2015 | 976 | ORDER: All funds deposited by Defendants with the Court pursuant to the Court's order, dated August 24, 2015 (ECF No. 957), shall be deposited into an interest–bearing account known as the Court Registry Investment System. SO ORDERED. (Signed by Judge George B. Daniels on 9/14/2015) (ama) (Entered: 09/14/2015) |
| 09/16/2015 | 977 | TRANSCRIPT of Proceedings re: Conference held on 8/24/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/13/2015. Redacted Transcript Deadline set for 10/22/2015. Release of Transcript Restriction set for 12/18/2015.(McGuirk, Kelly) (Entered: 09/16/2015) |

| | | |
|---|---|---|
| 09/16/2015 | 978 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 8/24/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/16/2015) |
| 09/16/2015 | 979 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 07/22/2015 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 09/16/2015) |
| 09/16/2015 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $10,000,000.00 from Palestinian Authority deposited on 9/14/15, Receipt Number 15465400584 and placed into CRIS on 9/16/15. (dig) Modified on 9/16/2015 (cde). (Entered: 09/16/2015) |
| 10/01/2015 | | **\*\*\*DELETED DOCUMENT. Deleted document number 980 ORDER. The document was incorrectly filed in this case. (kko)** (Entered: 10/01/2015) |
| 10/01/2015 | 980 | **Vacated as per Judge's Order dated 12/1/2016, Doc. # 1003** JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED AND DECREED: That Plaintiffs have a judgment as against Defendants the Palestine Liberation Organization and the Palestinian Authority jointly and severally in the amounts specified above for a total jury verdict of $218.5 million, trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a), for a total award of $655.5 million. (As further set forth in this Judgment.) (Signed by Judge George B. Daniels on 10/1/2015) (Attachments: # 1 Right to Appeal, # 2 Right to Appeal)(kko) Modified on 10/2/2015 (kko). Modified on 12/2/2016 (tn). (Entered: 10/01/2015) |
| 10/01/2015 | | Terminate Transcript Deadlines (kko) (Entered: 10/02/2015) |
| 10/05/2015 | 981 | NOTICE OF APPEAL from 980 Judgment,,. Document filed by Palestine Liberation Organization, Palestinian Authority. Filing fee $ 505.00, receipt number 0208–11471793. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Baloul, Gassan) (Entered: 10/05/2015) |
| 10/06/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 981 Notice of Appeal. (tp) (Entered: 10/06/2015) |
| 10/06/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 981 Notice of Appeal, filed by Palestine Liberation Organization, Palestinian Authority were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/06/2015) |
| 10/06/2015 | 982 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Mohammed Abdel Rahman Salam Masalah, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Filing fee $ 505.00, receipt number 0208–11477111. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Yalowitz, Kent) Modified on 10/7/2015 (tp). (Entered: 10/06/2015) |
| 10/07/2015 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Yalowitz, Kent to RE–FILE Document No. 982 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Corrected Notice of** |

| | | |
|---|---|---|
| | | **Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 10/07/2015) |
| 10/07/2015 | 983 | NOTICE OF APPEAL from 980 Judgment,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Yalowitz, Kent) (Entered: 10/07/2015) |
| 10/07/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 983 Notice of Appeal. (tp) (Entered: 10/07/2015) |
| 10/07/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 983 Notice of Appeal, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer were transmitted to the U.S. Court of Appeals. (tp) (Entered: 10/07/2015) |
| 10/13/2015 | 984 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 10/13/2015 re: Request for Enlargement of time to seek fees and costs pursuant to Rule 54(d)(2)(B). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 10/13/2015) |
| 10/13/2015 | 985 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 10/13/2015 re: Response to Plaintiffs' Letter of October 13, 2015. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 10/13/2015) |
| 10/14/2015 | 986 | MEMO ENDORSEMENT on re: 984 Letter,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Yehonathon Bauer, Robert L. Coulter, Sr., Rebekah Blutstein, Lauren M. Sokolow, Oz Joseph Guetta, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 10/14/2015) (kgo) (Entered: 10/14/2015) |

| | | |
|---|---|---|
| 10/21/2015 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 10/16/15, Receipt Number 15465400036 and placed into CRIS on 10/21/15. (dig) (Entered: 10/21/2015) |
| 11/13/2015 | 987 | MANDATE of USCA (Certified Copy) as to 961 Notice of Interlocutory Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. USCA Case Number 15–2739.The interlocutory appeal in 15–2739 was taken from the district court's order, issued before entry of final judgment, staying execution of the judgment pending appeal. The consolidated appeals in 15–3135 (L) and 15–3151 (Con) followed entry of final judgment. These appeals are consolidated for purposes of this order. Appellants in 15–2739 ("Plaintiffs") move to modify the district court's order staying execution of the judgment pending appeal, and to expedite briefing of the consolidated appeal and cross–appeal in 15–3135(L) and 15–3151 (Con). Appellees in 15–2739 ("Defendants") cross–move to dismiss that appeal for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that Defendants' cross–motion to dismiss is DENIED as moot because the premature notice of appeal in 15–2739 from the district court's nonfinal stay order ripened into a valid notice of appeal upon the subsequent entry of final judgment. *See In re Barnet,* 737 F.3d 238, 244–45 (2d Cir. 2013). It is further ORDERED that Plaintiffs motion to modify the stay order is DENIED because the district court did not abuse its discretion in setting the amount of the bond upon which execution of the judgment would be stayed. *See In re Nassau Cnty. Strip Search Cases,* 783 F.3d 414, 417 (2d Cir. 2015); *Texaco, Inc. v. Pennzoil Co.,* 784 F.2d 1133, 1156 (2d Cir. 1986), rev'd on other grounds, 481 U.S. 1 (1987). Plaintiffs' motion to expedite briefing is GRANTED. Briefing will proceed according to the following schedule: Defendants shall file their opening brief by November 10, 2015; Plaintiffs shall file their opening brief by December 11, 2015; Defendants shall file their second principal brief by January 11, 2016; and Plaintiffs shall file their reply brief by January 25, 2016. Oral argument will be held as early as the week of March 1, 2016. Because there are no issues remaining to be adjudicated, it is hereby ORDERED that the appeal in 15–2739 is DISMISSED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/13/2015. (nd) (Entered: 11/13/2015) |
| 11/19/2015 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 11/16/2015, Receipt Number 164654000109 and placed into CRIS on 11/18/15. (dig) (Entered: 11/19/2015) |
| 12/17/2015 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 12/11/15, Receipt Number 16465400148 and placed into CRIS on 12/16/15. (dig) (Entered: 12/17/2015) |
| 01/13/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 1/11/16, Receipt Number 16465400206 and placed into CRIS on 1/13/16. (dig) (Entered: 01/13/2016) |
| 02/01/2016 | 988 | TRANSCRIPT of Proceedings re: Conference held on 1/6/2015 before Judge George B. Daniels. Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/25/2016. Redacted Transcript Deadline set for 3/7/2016. Release of Transcript Restriction set for 5/5/2016.(Siwik, Christine) (Entered: 02/01/2016) |

| | | |
|---|---|---|
| 02/01/2016 | 989 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 1/6/15 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Siwik, Christine) (Entered: 02/01/2016) |
| 02/17/2016 | | CASHIERS DEPOSIT CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 2/17/16, Receipt Number 16465400268 and placed into CRIS on 2/17/16. (dig) (Entered: 02/17/2016) |
| 03/16/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 3/10/16, Receipt Number 164654000313 and placed into CRIS on 3/16/16. (dig) (Entered: 03/16/2016) |
| 03/28/2016 | 990 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 03/28/2016 re: Gilmore Bond. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Leonard Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 03/28/2016) |
| 03/30/2016 | 991 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 03/30/2016 re: Response to Plaintiffs' March 28, 2016 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Baloul, Gassan) (Entered: 03/30/2016) |
| 04/04/2016 | 992 | ORDER: Plaintiffs' letter request, (ECF No. 990), that this Court order that any funds released by the United States District Court for the District of Columbia in Gilmore v. Palestinian Authority (Docket No. 01 Civ. 853) be added to the registry of this Court as additional security is DENIED. SO ORDERED. (Signed by Judge George B. Daniels on 4/04/2016) (ama) (Entered: 04/04/2016) |
| 04/21/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 4/14/16, Receipt Number 16465400365 and placed into CRIS on 4/21/16. (dig) Modified on 4/21/2016 (dig). (Entered: 04/21/2016) |
| 05/11/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 5/10/16, Receipt Number 16465400412 and placed into CRIS on 5/10/16. (dig) (Entered: 05/11/2016) |
| 06/15/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 6/13/16, Receipt Number 16465400470 and placed into CRIS on 6/15/16. (dig) (Entered: 06/15/2016) |
| 07/13/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 7/11/16, Receipt Number 16465400512 and placed into CRIS on 7/13/16. (dig) (Entered: 07/13/2016) |
| 08/17/2016 | | CASHIERS OFFICE CRIS DEPOSIT dated 9/14/15, from Judge Judge George B. Daniels, $1,000,000.00 from PALESTINIAN AUTHORITY deposited on 8/16/16, Receipt Number 16465400622 and placed into CRIS on 8/17/16. (dig) (Entered: 08/17/2016) |
| 08/31/2016 | 993 | OPINION of USCA as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe |

| | | |
|---|---|---|
| | | Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 981 Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization. USCA Case Number 15−3135−cv(L); 15−3151−cv(XAP). The defendants−appellants−cross−appellees ("defendants") appeal from a judgment of the United States District Court for the Southern District of New York (Daniels, J.) in favor of the plaintiffs−appellees−cross−appellants ("plaintiffs"). A jury found the defendants−−−the Palestine Liberation Organization and the Palestinian Authority−−−liable under the Anti−Terrorism Act ("ATA"), 18 U.S.C. § 2333(a), for various terror attacks in Israel that killed or wounded United States citizens. The jury awarded the plaintiffs damages of $218.5 million, an amount that was trebled automatically pursuant to the ATA, 18 U.S.C. § 2333(a), bringing the total award to $655.5 million. The defendants appeal, arguing that the district court lacked general and specific personal jurisdiction over the defendants, and, in the alternative, seek a new trial because the district court abused its discretion by allowing certain testimony by two expert witnesses. The plaintiffs cross−appeal, asking this Court to reinstate claims the district court dismissed. We vacate the judgment of the district court and remand the case with instructions to dismiss the action because the federal courts lack personal jurisdiction over the defendants with respect to the claims in this action. We do not reach the remaining issues. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 08/31/2016. (nd) (Entered: 08/31/2016) |
| 09/12/2016 | 994 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 09/12/2016 re: Request to Modify Stay Conditions Pending Mandate. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 09/12/2016) |
| 09/19/2016 | 995 | ORDER: That portion of this Court's August 24, 2015 Order which provided that Defendants post a bond or deposit cash with the Clerk of the Court "in the amount of $1 million every thirty (30) days," (see ECF No. 957), is hereby vacated. SO ORDERED. (Signed by Judge George B. Daniels on 9/19/2016) (ama) (Entered: 09/19/2016) |
| 09/19/2016 | | Terminate Transcript Deadlines (ama) (Entered: 09/19/2016) |
| 11/28/2016 | 996 | MANDATE of USCA (Certified Copy) as to 981 Notice of Appeal, filed by Palestine Liberation Organization, Palestinian Authority USCA Case Number 15−3135. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district courts judgment is VACATED and the case is REMANDED to the district court with instructions to DISMISS the case for want of jurisdiction. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/28/2016. (tp) (Entered: 11/28/2016) |
| 11/28/2016 | | Transmission of USCA Mandate/Order to the District Judge re: 996 USCA Mandate. (tp) (Entered: 11/28/2016) |
| 11/28/2016 | 997 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 11/28/2016 re: Request to Vacate Bond Order and for Immediate Return of Bond Funds. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Baloul, Gassan) (Entered: 11/28/2016) |
| 11/29/2016 | 998 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 11/29/2016 re: Funds on Deposit. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Leonard Mandelkorn, Henna Novack Waldman, |

| | | |
|---|---|---|
| | | Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman.(Yalowitz, Kent) (Entered: 11/29/2016) |
| 11/30/2016 | 999 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 11/30/2016 re: Proposed Order on Defendants' Request to Vacate Bond Order and for Immediate Return of Bond Funds. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Tab A, # 2 Tab B)(Baloul, Gassan) (Entered: 11/30/2016) |
| 12/01/2016 | 1000 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated 12/1/2016 re: Defendants' Proposed Order. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Leonard Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Text of Proposed Order)(Yalowitz, Kent) (Entered: 12/01/2016) |
| 12/01/2016 | 1001 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated 12/1/2016 re: Letter in Support of Defendants' Proposed Order on Defendants' Request to Vacate Bond Order and for Immediate Return of Bond Funds. Document filed by Palestine Liberation Organization, Palestinian Authority.(Baloul, Gassan) (Entered: 12/01/2016) |
| 12/02/2016 | 1002 | ORDER. It is hereby ORDERED that Defendants' application is granted; and it is further ORDERED that all remaining portions of this Court's Bond Order (ECF No. 957) are hereby vacated; and it is further ORDERED that the Clerk of Court is directed to return forthwith to Defendants all funds deposited by them into the Court's Registry pursuant to the Bond Order, together with all interest accrued thereon, by Treasury check made payable to "Squire Patton Boggs (US) LLP as attorneys for The Palestinian Authority." So ordered. (Signed by Judge George B. Daniels on 12/1/2016) Copy sent interoffice to Finance Dept. Rm. 120 (rjm). (Entered: 12/02/2016) |
| 12/02/2016 | 1003 | ORDER: By order and mandate of the Second Circuit Court of Appeals, the District Court judgment is VACATED and the case is hereby ordered DISMISSED for want of jurisdiction. (Signed by Judge George B. Daniels on 12/1/2016) (tn) (Entered: 12/02/2016) |
| 01/06/2017 | | CASHIERS OFFICE REGISTRY DISBURSEMENT as per 1002 Order,, dated 12/1/2016, from Judge George B. Daniels, on 12/9/2016 disbursed to pay Squire Patton Boggs $21,032,552.65 Check No. 01056053 dated 12/9/2016 (cla) (Entered: 01/06/2017) |
| 09/21/2018 | | ***DELETED DOCUMENT. Deleted document number 1004 Transcript. The document was incorrectly filed in this case. (aea) (Entered: 09/21/2018) |
| 09/21/2018 | | ***DELETED DOCUMENT. Deleted document number 1005 Notice of Filing Transcript. The document was incorrectly filed in this case. (aea) (Entered: 09/21/2018) |
| 09/08/2020 | 1004 | ORDER of USCA (Certified Copy) as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 981 Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization. |

| | | |
|---|---|---|
| | | USCA Case Number 15−3135; 15−3151. By the Supreme Courts Judgment filed on May 29, 2020, the above referenced case is reinstated restoring jurisdiction to this Court. The mandate in this case is hereby recalled and the case is reinstated. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 9/8/2020..(nd) (Entered: 09/09/2020) |
| 09/08/2020 | 1005 | TRUE COPY ORDER of USCA as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 981 Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization. USCA Case Number 15−3135; 15−3151. On remand from the United States Supreme Court. Whereas on April 27, 2020, the Supreme Court of the United States granted a petition for certiorari and vacated this Court's ORDER, dated June 3, 2019, that declined to recall this Court's mandate issued on November 28, 2016; and the Supreme Court remanded the case to this Court for further consideration in light of the Promoting Security and Justice for Victims of Terrorism Act of 2019, Pub. L. No. 116−94, div. J, tit. IX, § 903, 133 State. 3082 (the "PSJVTA"), Now, therefore, this Court REMANDS this case to the district court for the limited purposes of determining the applicability of the PSJVTA to this case, and, if the PSJVTA is determined to apply, any issues regarding its application to this case including its constitutionality. After the district court has concluded its consideration, the case will be returned to this Court for further proceedings. See United States v. Jacobson, 15 F.3d 19, 22 (2d Cir. 1994). The plaintiffs−appelleescross−appellants' motion, filed on October 8, 2018, to recall the mandate, issued on November 28, 2016, will be held in ABEYANCE. The Clerk should issue the mandate forthwith.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 09/08/2020..(nd) (Entered: 09/09/2020) |
| 09/08/2020 | 1006 | MANDATE of USCA (Certified Copy) as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 981 Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization. USCA Case Number 15−3135; 15−3151. On remand from the United States Supreme Court. Whereas on April 27, 2020, the Supreme Court of the United States granted a petition for certiorari and vacated this Court's ORDER, dated June 3, 2019, that declined to recall this Court's mandate issued on November 28, 2016; and the Supreme Court remanded the case to this Court for further consideration in light of the Promoting Security and Justice for Victims of Terrorism Act of 2019, Pub. L. No. 116−94, div. J, tit. IX, § 903, 133 State. 3082 (the "PSJVTA"), Now, therefore, this Court REMANDS this case to the district court for the limited purposes of determining the applicability of the PSJVTA to this case, and, if the PSJVTA is determined to apply, any issues regarding its application to this case including its constitutionality. After the district court has concluded its consideration, the case will be returned to this Court for further proceedings. See United States v. Jacobson, 15 F.3d 19, 22 (2d Cir. 1994). The plaintiffs−appellees−cross−appellants' motion, filed on October 8, 2018, to recall the mandate, issued on November 28, 2016, will be held in ABEYANCE. The Clerk should issue the mandate forthwith. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 09/08/2020..(nd) (Entered: 09/09/2020) |

| 09/09/2020 | | Transmission of USCA Mandate/Order to the District Judge re: <u>1006</u> USCA Mandate, <u>1005</u> USCA Order..(nd) (Entered: 09/09/2020) |
|---|---|---|
| 09/10/2020 | <u>1007</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated September 10, 2020 re: Discovery to Comply With Second Circuit's Mandate. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # <u>1</u> Exhibits to Letter).(Yalowitz, Kent) (Entered: 09/10/2020) |
| 09/11/2020 | <u>1008</u> | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated September 11, 2020 re: Response to Plaintiffs' Letter of September 10, 2020 (Dkt. No. 1007). Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 09/11/2020) |
| 09/14/2020 | <u>1009</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated September 14, 2020 re: Reply Letter re Proceedings on Remand from Second Circuit. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 09/14/2020) |
| 09/14/2020 | <u>1010</u> | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated September 14, 2020 re: Defendants' Reply in Support of Letter of September 11, 2020 (Dkt. No. 1008). Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 09/14/2020) |
| 09/15/2020 | <u>1011</u> | ORDER: Consistent with the mandate issued by the Second Circuit Court of Appeals, Plaintiffs shall file briefing by November 2, 2020 regarding the applicability of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), Pub. L. No. 116–94, div. J, tit. IX, § 903, 133 State. 3082, to this case and address any issues regarding its application, including its constitutionality. Defendants shall file their opposition by December 15, 2020. Plaintiffs shall file any reply by January 15, 2021. (Brief due by 11/2/2020. Responses to Brief due by 12/15/2020. Reply to Response to Brief due by 1/15/2021.) (Signed by Judge George B. Daniels on 9/15/2020) (jwh) (Entered: 09/15/2020) |
| 10/21/2020 | <u>1012</u> | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated October 21, 2020 re: Letter requesting 10–day enlargement of time to file brief. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 10/21/2020) |

| | | |
|---|---|---|
| 10/22/2020 | 1013 | MEMO ENDORSEMENT on re: 1012 Letter. ENDORSEMENT: SO ORDERED. (Brief due by 11/12/2020. Responses to Brief due by 1/8/2021. Reply to Response to Brief due by 2/9/2021.) (Signed by Judge George B. Daniels on 10/22/2020) (jwh) (Entered: 10/22/2020) |
| 11/12/2020 | 1014 | NOTICE OF APPEARANCE by Stephen Wirth on behalf of Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Wirth, Stephen) (Entered: 11/12/2020) |
| 11/12/2020 | 1015 | BRIEF *PLAINTIFFS OPENING MEMORANDUM CONCERNING APPLICATION AND CONSTITUTIONALITY OF THE PROMOTING SECURITY AND JUSTICE FOR VICTIMS OF TERRORISM ACT*. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A).(Yalowitz, Kent) (Entered: 11/12/2020) |
| 11/12/2020 | 1016 | DECLARATION of Nick Kaufman re: 1015 Brief,,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A).(Yalowitz, Kent) (Entered: 11/12/2020) |
| 11/12/2020 | 1017 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR (SEE #1020)** DECLARATION of Arieh Spitzen re: 1015 Brief,,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13).(Yalowitz, Kent) Modified on 11/20/2020 (kj). (Entered: 11/12/2020) |
| 11/12/2020 | 1018 | DECLARATION of Kent A. Yalowitz re: 1015 Brief,,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun |

|  |  | Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62).(Yalowitz, Kent) (Entered: 11/12/2020) |
| 11/12/2020 | 1019 | NOTICE of Constitutional Question re: 1015 Brief,,,,. Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 11/12/2020) |
| 11/19/2020 | 1020 | DECLARATION of Arieh Spitzen re: 1015 Brief,,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13).(Yalowitz, Kent) (Entered: 11/19/2020) |
| 01/08/2021 | 1021 | BRIEF *Concerning the Application of the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA)*. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 01/08/2021) |
| 02/09/2021 | 1022 | REPLY MEMORANDUM OF LAW in Support re: 1015 Brief,,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, |

| | | |
|---|---|---|
| | | Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 02/09/2021) |
| 02/09/2021 | 1023 | DECLARATION of Kent A. Yalowitz in Support re: 1015 Brief,,,, 1022 Reply Memorandum of Law in Support,,,. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Yalowitz, Kent) (Entered: 02/09/2021) |
| 02/10/2021 | 1024 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated February 10, 2021 re: PSJVTA Oral Argument. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 02/10/2021) |
| 02/11/2021 | 1025 | MEMO ENDORSEMENT on re: 1024 Letter,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer. ENDORSEMENT: The Oral argument is scheduled for May 19, 2021 at 10:30 a.m. ( Oral Argument set for 5/19/2021 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 2/11/2021) (cf) (Entered: 02/11/2021) |
| 05/07/2021 | 1026 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated May 7, 2021 re: Requesting Leave to file Second Supplemental Declaration of Yalowitz Regarding the PSJVTA. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 05/07/2021) |
| 05/07/2021 | 1027 | DECLARATION of Kent A. Yalowitz re: 1026 Letter,,, . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, |

| | | |
|---|---|---|
| | | Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit A – TFA Report, # 2 Exhibit B – Palestinian Ambassador Riyad Mansour On Renewed Diplomatic Relations With The U.S. NPR, # 3 Exhibit C – Surfing in Gaza, # 4 Exhibit D – Blinken Statement, # 5 Exhibit E – US Resumes Aid to Palestinians With $235 Million _ Voice of America – English, # 6 Exhibit F – HRW Report).(Yalowitz, Kent) (Entered: 05/07/2021) |
| 05/13/2021 | 1028 | ORDER: The oral argument scheduled for May 19, 2021 at 10:30 a.m. and shall occur as a videoconference using the Microsoft Teams platform. To optimize the quality of the video feed, only the Court and counsel for each party will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Microsoft Teams system, only one counsel per party may participate. Co–counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933–2166 and entering the conference ID 723534424#; as further set forth herein. ( Oral Argument set for 5/19/2021 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 5/10/2021) (mro) (Entered: 05/13/2021) |
| 05/19/2021 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 5/19/2021 re: 1015 Brief,,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 1021 Brief filed by Palestinian Authority, Palestine Liberation Organization, 1022 Reply Memorandum of Law in Support,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Elana R. Sokolow, Rena M. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Alan J. Bauer, Mark I. Sokolow, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Jessica Rine, Katherine Baker, Rebekah Blutstein, Robert L. Coulter, Sr., Yehonathon Bauer, Eva Waldman, Lauren M. Sokolow, Oz Joseph Guetta, Norman Gritz, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Yehuda Bauer, Ronald Allan Gould. Plaintiffs Counsel: Kent A. Yalowitz; Defendants Counsel: Mitchel Berger and Court Reporter present. (Vega, Elizabeth) (Entered: 05/19/2021) |
| 06/02/2021 | 1029 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/19/2021 before Judge George B. Daniels. Court Reporter/Transcriber: Rose Prater, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/23/2021. Redacted Transcript Deadline set for 7/6/2021. Release of Transcript Restriction set for 8/31/2021.Filed In Associated Cases: 1:04–cv–00397–GBD–RLE, 2:18–cv–12213–GBD.(McGuirk, Kelly) (Entered: 06/02/2021) |
| 06/02/2021 | 1030 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/19/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:04–cv–00397–GBD–RLE, 2:18–cv–12213–GBD.(McGuirk, |

| | | Kelly) (Entered: 06/02/2021) |
|---|---|---|
| 06/09/2021 | 1031 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated June 9, 2021 re: Post–Argument Developments. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit A– June 8–9, 2021 Correspondence).(Baloul, Gassan) (Entered: 06/09/2021) |
| 06/10/2021 | 1032 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated June 10, 2021 re: Defendants June 9, 2021 Letter to the Court (ECF 1031). Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 06/10/2021) |
| 06/10/2021 | 1033 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated June 10, 2021 re: Defendants Response to Plaintiffs June 10, 2021 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 06/10/2021) |
| 06/15/2021 | 1034 | ORDER: Defendants' letter request that the Court take judicial notice of its Supplemental Brief in Fuld et al. v. Palestinian Liberation Organization et al. ("Fuld Brief"), (ECF No. 1031 ), is GRANTED. Plaintiffs' letter request for leave to file a 15–page brief in response to new arguments in Defendants' Fuld Brief, (ECF No. 1032), is DENIED. Plaintiffs may submit a five page letter response to Defendants' Fuld Brief or may ask this Court to take judicial notice of Plaintiffs' responsive brief filed in the Fuld Action. (Signed by Judge George B. Daniels on 6/15/2021) (rro) (Entered: 06/15/2021) |
| 07/06/2021 | 1035 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated July 6, 2021 re: Response to defendants' arguments in Fuld v. PLO. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman.. (Attachments: # 1 Ex. 1 – Letter from Eric Boswell to Abdel Rahman, # 2 Ex. 2 – Hakam Takash Short–Form FARA Registration (05–21–2012), # 3 Ex. 3 – Pre–Printed Contract for Notary Services, # 4 Ex. 4 – Screen Capture of Consular Services on PLODelegation.org, # 5 Ex. 5 – FARA Report 10–09–2018, # 6 Ex. 6 – KPRA Transcript of Interview with Hakam Takash, # 7 Ex. 7 – Al–Quds Article by Said Erekat, # 8 Ex. 8 – United States Brief in Klieman, # 9 Ex. 9 – Deposition of Abu Hbda, # 10 Ex. 10 – Deposition of Ateyeh).(Yalowitz, Kent) (Entered: 07/06/2021) |
| 07/16/2021 | 1036 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated July 16, 2021 re: Filing of Defendants Reply Brief on PSJVTA in Fuld. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 07/16/2021) |
| 08/13/2021 | 1037 | LETTER MOTION to Seal *Letter–Motion to File Under Seal and in Redacted Form* addressed to Judge George B. Daniels from Kent A. Yalowitz dated August 13, 2021. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther |

| | | |
|---|---|---|
| | | Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 08/13/2021) |
| 08/13/2021 | 1038 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated August 13, 2021 re: Supplemental Information on Pending Matter [FILED UNDER SEAL]. Document filed by Daniel Bauer, Morris Waldman, Shoshana Malka Goldberg, Shaun Coffel, Robert L. Coulter, Sr, Elana R. Sokolow, Binyamin Bauer, Yehuda Bauer, Shayna Eileen Gould, Robert L. Coulter, Jr, Yehonathon Bauer, Esther Zahava Goldberg, Ronald Allan Gould, Jessica Rine, Henna Novack Waldman, Mark I. Sokolow, Shmuel Waldman, Larry Carter, Chana Bracha Goldberg, Alan J. Bauer, Tzvi Yehoshua Goldberg, Elise Janet Gould, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Dianne Coulter Miller, Yaakov Moshe Goldberg, Rebekah Blutstein, Nevenka Gritz, Jamie A. Sokolow, Katherine Baker, Lauren M. Sokolow, Rena M. Sokolow, Richard Blutstein, Leonard Mandelkorn, Revital Bauer, Karen Goldberg, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Nurit Mandelkorn, Shaul Mandelkorn. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)Motion or Order to File Under Seal: 1037 .(Yalowitz, Kent) (Entered: 08/13/2021) |
| 08/13/2021 | 1039 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated August 13, 2021 re: Supplemental Information on Pending Matter [REDACTED] Motion or Order to File Under Seal: 1037 . Document filed by Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Yalowitz, Kent) (Entered: 08/13/2021) |
| 08/20/2021 | 1040 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated August 20, 2021 re: Response to Kent A. Yalowitzs letter dated August 13, 2021 (Dkt. No. 1039). Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 08/20/2021) |
| 08/31/2021 | 1041 | ORDER: granting 1037 Letter Motion to Seal. Plaintiffs' letter request, (ECF No. 1037), for permission to file a letter in sealed and redacted form, which Defendants do not oppose, is GRANTED.SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2021) (ama) (Entered: 08/31/2021) |
| 09/07/2021 | 1042 | NOTICE of Intervention. Document filed by United States Of America..(Torrance, Benjamin) (Entered: 09/07/2021) |
| 09/07/2021 | 1043 | MEMORANDUM OF LAW re: 1042 Notice (Other) . Document filed by United States Of America..(Torrance, Benjamin) (Entered: 09/07/2021) |
| 09/07/2021 | 1044 | LETTER addressed to Judge George B. Daniels from Benjamin H. Torrance dated 7 September 2021 re: intervention of the United States. Document filed by United States Of America..(Torrance, Benjamin) (Entered: 09/07/2021) |
| 09/07/2021 | 1045 | NOTICE OF APPEARANCE by Benjamin Henry Torrance on behalf of United States Of America..(Torrance, Benjamin) (Entered: 09/07/2021) |
| 09/08/2021 | 1046 | LETTER MOTION for Leave to File Brief in Response to United States of Americas Memorandum of Law (Dkt. No. 1043) addressed to Judge George B. Daniels from Gassan A. Baloul dated September 8, 2021. Document filed by Palestine Liberation |

| | | |
|---|---|---|
| | | Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 09/08/2021) |
| 09/20/2021 | 1047 | ORDER: granting 1046 Letter Motion for Leave to File Document. Defendant's letter request, (ECF No. 1046), that this Court take judicial notice of Defendants' brief in response to the Government's brief in defense of the Promotions Security and Justice for Victims of Terrorism Act of 2019 in Fuld et al. v. Palestinian Liberation Organization et al., (ECF No. 58), which Plaintiffs have not opposed, is GRANTED. SO ORDERED. (Signed by Judge George B. Daniels on 9/20/2021) (ama) (Entered: 09/20/2021) |
| 01/06/2022 | 1048 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated January 6, 2022 re: Notice of Supplemental Authority. Document filed by Palestine Liberation Organization, Palestinian Authority.Filed In Associated Cases: 1:04–cv–00397–GBD–RLE, 2:18–cv–12213–GBD.(Baloul, Gassan) (Entered: 01/06/2022) |
| 01/06/2022 | 1049 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated January 6, 2022 re: Notice of Supplemental. Document filed by Palestine Liberation Organization, Palestinian Authority.Filed In Associated Cases: 1:04–cv–00397–GBD–RLE, 2:18–cv–12213–GBD.(Baloul, Gassan) (Entered: 01/06/2022) |
| 01/14/2022 | 1050 | LETTER MOTION for Leave to File Supplemental Memorandum addressed to Judge George B. Daniels from Kent A. Yalowitz dated January 14, 2022. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Exhibit PSJVTA Supplemental Brief).(Yalowitz, Kent) (Entered: 01/14/2022) |
| 01/18/2022 | 1051 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated January 18, 2022 re: Plaintiffs' Jan. 14, 2022 Letter. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 01/18/2022) |
| 01/24/2022 | 1052 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated January 24, 2022 re: Defendants' Reply to Plaintiffs' Supplemental Brief. Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Defendants' Reply to Plaintiffs' Brief Addressing the Fuld Decision on the PSJVTA).(Baloul, Gassan) (Entered: 01/24/2022) |
| 02/03/2022 | 1053 | ORDER granting 1050 Letter Motion for Leave to File Document. Plaintiff's letter request for leave to file a supplemental memorandum discussing Judge Furman's decision in Fuld et. al. v. Palestinian Liberation Organization et al., (ECF 61), which Defendants oppose is GRANTED. The Clerk of Court is directed to close the motion at ECF 1050 accordingly. (Signed by Judge George B. Daniels on 2/3/2022) (ate) (Entered: 02/03/2022) |
| 03/10/2022 | 1054 | MEMORANDUM DECISION AND ORDER: The PSJVTA of 2019 is applicable to this case. The statute is unconstitutional. SO ORDERED. (Signed by Judge George B. Daniels on 3/10/2022) (ama) (Entered: 03/10/2022) |
| 03/24/2022 | 1055 | ORDER of USCA (Certified Copy) as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. |

| | | |
|---|---|---|
| | | Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, <u>981</u> Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization. USCA Case Number 15–3135(L), 15–3151(CON). By order dated September 8, 2020, this Court remanded this matter to the district court for further proceedings pursuant to United States v. Jacobson, 15 F.3d 19, 22 (2d Cir. 1994). By letter dated March 14, 2022, the Appellants–Cross–Appellees indicated that the district court has fulfilled the terms of this Court's limited remand. Appellants–Cross–Appellees also request that this case be consolidated with Fuld v. Palestine Liberation Organization, 22–76(L), 22–496(Con). Upon consideration thereof, IT IS HEREBY ORDERED that the mandate is RECALLED and the appeal is REINSTATED. The request to consolidate this appeal with Fuld is DENIED. Briefing shall proceed in the ordinary course. Appellants–Cross–Appellees are directed to file a Local Rule 31.2 Scheduling Notification Letter within 14 days of this order.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 03/24/2022..(nd) (Entered: 03/24/2022) |
| 03/24/2022 | <u>1056</u> | MOTION for Reconsideration re; <u>1054</u> Memorandum & Opinion . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 03/24/2022) |
| 03/24/2022 | <u>1057</u> | MEMORANDUM OF LAW in Support re: <u>1056</u> MOTION for Reconsideration re; <u>1054</u> Memorandum & Opinion . . Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman..(Yalowitz, Kent) (Entered: 03/24/2022) |
| 03/25/2022 | <u>1058</u> | LETTER addressed to Judge George B. Daniels from Gassan A. Balou dated March 25, 2022 re: Reconsideration Motion, ECF 1056, 1057. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 03/25/2022) |
| 03/25/2022 | <u>1059</u> | RESPONSE in Support of Motion re: (1056 in 1:04–cv–00397–GBD–RLE) MOTION for Reconsideration re; (1054) Memorandum & Opinion . *Appendix to Plaintiff's Motion for Reconsideration and Additional Findings of Fact.* Document filed by Katherine Baker, Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Richard Blutstein, Larry Carter, Larry Carter, Shaun Coffel, Ann Marie K. Coulter, Robert L. Coulter, Jr, Dianne Coulter Miller, Robert L. Coulter, Jr., Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Gould Elliott, Nevenka Gritz, Nevenka Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Dianne Coulter Miller, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman, Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Richard Blutstein, Larry Carter, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, |

| | | |
|---|---|---|
| | | Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Jamie A. Sokolow, Mark I. Sokolow, Rena M. Sokolow. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)Filed In Associated Cases: 1:04–cv–00397–GBD–RLE, 2:18–cv–12213–GBD.(Yalowitz, Kent) (Entered: 03/25/2022) |
| 03/25/2022 | 1060 | LETTER addressed to Judge George B. Daniels from Kent A. Yalowitz dated March 25, 2022 re: Pending Motion for Reconsideration. Document filed by Katherine Baker, Alan J. Bauer, Binyamin Bauer, Daniel Bauer, Revital Bauer, Yehonathon Bauer, Yehuda Bauer, Rebekah Blutstein, Richard Blutstein, Larry Carter, Shaun Coffel, Robert L. Coulter, Sr, Robert L. Coulter, Jr, Dianne Coulter Miller, Chana Bracha Goldberg, Eliezer Simcha Goldberg, Esther Zahava Goldberg, Karen Goldberg, Shoshana Malka Goldberg, Tzvi Yehoshua Goldberg, Yaakov Moshe Goldberg, Yitzhak Shalom Goldberg, Elise Janet Gould, Ronald Allan Gould, Shayna Eileen Gould, Nevenka Gritz, Norman Gritz, Oz Joseph Guetta, Varda Guetta, Leonard Mandelkorn, Nurit Mandelkorn, Shaul Mandelkorn, Henna Novack Waldman, Jessica Rine, Elana R. Sokolow, Jamie A. Sokolow, Lauren M. Sokolow, Mark I. Sokolow, Rena M. Sokolow, Eva Waldman, Morris Waldman, Shmuel Waldman. (Attachments: # 1 Motion to Stay).(Yalowitz, Kent) (Entered: 03/25/2022) |
| 04/07/2022 | 1061 | RESPONSE to Motion re: 1056 MOTION for Reconsideration re; 1054 Memorandum & Opinion . . Document filed by Palestine Liberation Organization, Palestinian Authority. (Attachments: # 1 Exhibit).(Baloul, Gassan) (Entered: 04/07/2022) |
| 04/15/2022 | 1062 | ORDER of USCA (Certified Copy) as to 983 Notice of Appeal,,, filed by Dianne Coulter Miller, Shayna Eileen Gould, Robert L. Coulter, Jr., Jamie A. Sokolow, Yaakov Moshe Goldberg, Eliezer Simcha Goldberg, Yitzhak Shalom Goldberg, Larry Carter, Esther Zahava Goldberg, Varda Guetta, Shaul Mandelkorn, Shmuel Waldman, Rena M. Sokolow, Elana R. Sokolow, Shaun Coffel, Elise Janet Gould, Nurit Mandelkorn, Henna Novack Waldman, Morris Waldman, Daniel Bauer, Mark I. Sokolow, Alan J. Bauer, Richard Blutstein, Leonard Mandelkorn, Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, Katherine Baker, Jessica Rine, Rebekah Blutstein, Eva Waldman, Yehonathon Bauer, Robert L. Coulter, Sr., Lauren M. Sokolow, Oz Joseph Guetta, Revital Bauer, Karen Goldberg, Binyamin Bauer, Nevenka Gritz, Chana Bracha Goldberg, Ronald Allan Gould, Yehuda Bauer, 981 Notice of Appeal, filed by Palestinian Authority, Palestine Liberation Organization USCA Case Number 15–3135(L), 15–3151(Con).<br>Plaintiffs–Appellees–Cross–Appellants move to hold this appeal in abeyance pending the district court's decision on their motion for reconsideration.<br>Defendants–Appellants–Cross– Appellees oppose the motion. IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 04/15/2022..(nd) (Entered: 04/15/2022) |
| 04/15/2022 | 1063 | LETTER addressed to Judge George B. Daniels from Gassan A. Baloul dated April 15, 2022 re: The briefing schedule for the motion for reconsideration. Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 04/15/2022) |
| 04/29/2022 | 1064 | OPPOSITION BRIEF re: 1056 MOTION for Reconsideration re; 1054 Memorandum & Opinion . . Document filed by Palestine Liberation Organization, Palestinian Authority..(Baloul, Gassan) (Entered: 04/29/2022) |
| 05/09/2022 | 1065 | NOTICE OF APPEAL from 1054 Memorandum & Opinion. Document filed by United States Of America. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Torrance, Benjamin) (Entered: 05/09/2022) |
| 05/09/2022 | | Appeal Fee Not Required for 1065 Notice of Appeal. Appeal filed by U.S. Government. (tp) (Entered: 05/09/2022) |
| 05/09/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1065 Notice of Appeal. (tp) (Entered: 05/09/2022) |
| 05/09/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1065 Notice of Appeal filed by United States Of America were |

transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/09/2022)