# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

### THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT

| CASE TITLE Sokolow v. Palestine Liberation Organization | DISTRICT SDNY | DOCKET NUMBER 04 Civ. 397 |
|---|---|---|
| | JUDGE George B. Daniels | APPELLANT United States (intervenor) |
| | COURT REPORTER n/a | COUNSEL FOR APPELLANT Benjamin H. Torrance |

Check the applicable provision:

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE /s/ Benjamin H. Torrance | DATE 23 May 2022 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017