# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Sokolow v. Palestine Liberation Organization          Docket No.: 22-1060

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance / United States Attorney's Office

Appearance for (party/designation): United States of America / Intervenor-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
(  ) Incorrect. Please change the following parties' designations:
    Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously. The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Sokolow v. Palestine Liberation Organization, 15-3135; Fuld v. Palestine Liberation Organization, 22-76, 22-496; Shatsky v. Palestine Liberation Organization, 22-791, 22-1138

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 3, 2020   OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Benjamin H. Torrance
Type or Print Name: Benjamin H. Torrance
         OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.