**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: May 27, 2022
Docket #: 22-1060cv
Short Title: Sokolow v. Palestine Liberation Organizat

DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Ellis

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee / respondent's counsel Acknowledgment and Notice of Appearance was due on May 26, 2022. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee / respondent's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8551.