United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 07, 2022<br>Docket #: 22-1060<br>Short Title: Sokolow v. Palestine Liberation Organizat | DC Docket #: 04-cv-397<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Daniels<br>DC Judge: Ellis |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8525.