# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-two.

Before:    Pierre N. Leval,
              *Circuit Judge.*

---

Eva Waldman, et al.,

    Plaintiffs - Appellees - Cross - Appellants,

v.

Palestine Liberation Organization, et al.,

    Defendants - Appellants - Cross - Appellees,

---

Norman Gritz, et al.,

    Plaintiffs - Appellees,

v.

United States of America,

    Intervenor - Appellant,

---

**ORDER**

Docket Nos. 15-3135(L), 15-3151(Con)

Docket No. 22-1060

    The Government moves to consolidate the above-captioned appeals and to hold docket number 22-1060 in abeyance on the same terms as the appeals under 15-3135(L).

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

