**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: June 09, 2022
Docket #: 22-1060cv
Short Title: Sokolow v. Palestine Liberation Organizat

DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Ellis

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.