

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 11, 2022

<u>By Electronic Case Filing</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Sokolow v. Palestine Liberation Organization*,
               Docket No. 15-3135(L), 15-3151(con), 22-1060(con)

Dear Ms. Wolfe:

    Pursuant to this Court's Local Rule 31.2(a), intervenor-appellant the United States respectfully requests a deadline of October 28, 2022, for the filing of its brief in the above-named appeal. This date is 91 days from the date of the Court's order removing this appeal from abeyance.

                                   Respectfully submitted,

                                     DAMIAN WILLIAMS
                                   United States Attorney

                    By:    /s/ Benjamin H. Torrance
                            BENJAMIN H. TORRANCE
                            Assistant United States Attorney
                            Telephone: 212.637.2703
                            Email: benjamin.torrance@usdoj.gov

cc:    Mitchell Berger (by ECF)