

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

August 11, 2022

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *Waldman v. Palestine Liberation Organization*, Nos. 15-3135, 15-3151, 22-1060 - Scheduling Notice

Dear Ms. Wolfe,

  Pursuant to Local Rule 31.2(a)(1)(A), Plaintiffs-Appellants respectfully request a deadline of October 28, 2022 for the filing of Plaintiffs-Appellants' brief in the above-named appeals, which is 91 days after the Court's order lifting the stay and realigning the parties.

                Respectfully,

                Kent Yalowitz

cc: All ECF Parties

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com