# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sokolow v. PLO  Docket No.: 22-1060

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey R. White

Firm: American Association for Justice

Address: 777 6th Street NW, Suite 200, Washington, DC 20001

Telephone: (202) 944-2839   Fax:

E-mail: jeffery.white@justice.org

Appearance for: American Association for Justice
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☒ Amicus (in support of: Plaintiffs-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 6, 2019   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jeffrey R. White

Type or Print Name: Jeffrey R. White