# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1060

**Caption [use short title]**

**Motion for:** Leave to File Amicus Curiae Brief in Support of Plaintiffs-Appellants and Reversal

**Set forth below precise, complete statement of relief sought:**
The American Association for Justice respectfully requests that this Court grant tis motion for leave to file a brief as amicus curiae in support of Plaintiffs-Appellants and reversal and that the Court accept for filing the brief that is submitted contemporaneously with this motion.

Sokolow v. Palestine Liberation Organization

**MOVING PARTY:** American Association for Justice
**OPPOSING PARTY:** Palestine Liberation Organization

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey R. White
**OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

Jeffrey R. White, American Association for Justice
777 6th Street NW, Suite 200, Washington, DC 20001
(202) 944-2839  jeffrey.white@justice.org

**Court- Judge/ Agency appealed from:** Southern District of New York, Honorable George B. Daniels

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Jeffrey R. White   **Date:** 11/4/2022   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 15-3135(L)

15-3151(XAP), 22-1060(CON)

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

───────────────────────────────

EVA WALDMAN, REVITAL BAUER, individually and as natural guardian of plaintiffs YEHONATHON BAUER, BINYAMIN BAUER, DANIEL BAUER and YEHUDA BAUER, SHAUL MADELKORN, NURIT MANDELKORN, OZ JOSEPH GUETTA, minor, by his next friend and guardian VARDA GUETTA, VARDA GUETTA, individually and as natural guardian of plaintiff OZ JOSEPH GUETTA, NORMAN GRITZ, individually and as personal representative of the ESTATE OF DAVID GRITZ, MARK I. SOKOLOW, individually and as a natural guardian of plaintiff JAMIE A. SOKOLOW, RENA M. SOKOLOW, individually and as a natural guardian of plaintiff JAMIE A. SOKOLOW, JAMIE A. SOKOLOW, minor, by her next friends and guardian

(*Caption continued on inside cover*)

───────────────────────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

### BRIEF OF THE AMERICAN ASSOCIATION FOR JUSTICE AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS AND REVERSAL

---

| | |
|---|---|
| Tad Thomas | Jeffrey R. White |
| *President* | *Counsel of Record* |
| AMERICAN ASSOCIATION FOR JUSTICE | AMERICAN ASSOCIATION FOR JUSTICE |
| 777 6th Street NW, Suite 200 | 777 6th Street NW, Suite 200 |
| Washington, DC 20001 | Washington, DC 20001 |
| | (202) 944-2839 |
| | jeffrey.white@justice.org |

*Counsel for Amicus Curiae American Association for Justice*

MARK I. SOKOLOW and RENA M. SOKOLOW, LAUREN M. SOKOLOW, ELANA R. SOKOLOW, SHAYNA EILEEN GOULD, RONALD ALLAN GOULD, ELISE JANET GOULD, JESSICA RINE SHMUEL WALDMAN, HENNA NOVAL WALDMAN, MORRIS WALDMAN, ALAN J. BAUER, individually and as natural guardian of plaintiffs YEHONATHON BAUER, minor, by his next friend and guardians DR. ALAN J. BAUER and REVITAL BAUER, BINYAMIN BAUER, minor, by his next friend and guardians, DR. ALAN J. BAUER and REVITAL BAUER, DANIEL BAUER, minor, by his next friend and guardians, DR. ALAN J. BAUER and REVITAL BAUER, YEHUDA BAUER BAUER, minor, by his next friend and guardians, DR. ALAN J. BAUER and REVITAL BAUER, RABBI LEONARD MANDELKORN, KATHERINE BAKER, individually and as personal representative of the ESTATE OF BENJAMIN BLUTSTEIN, LARRY CARTER, individually and as personal representative of the ESTATE DIANE ("DINA") CARTER, SHAUN COFFEL, DIANNE COULTER MILLER, ROBERT L. COULTER, JR., ROBERT L. COULTER, SR., individually and as personal representative of the ESTATE OF JANIS RUTH COULTER, CHANA BRACHA GOLDBERG, minor, by her next friend and guardian KREN GOLDBERG, ELIEZER SIMCHA GOLDBERG, minor, by her next friend and guardian KAREN GOLD BERG, ESTER ZAHAVA GOLDBERG, minor, by her next friend and guardian KAREN GOLDBERG, KAREN GOLDBERG, individually as personal representative of the ESTATE OF STUART SCOTT GOLDBERG, NATURAL GUARDIAN OF PLAINTIFFS CHANA BRACHA GOLDBERG, ESTER ZAHAVA GOLDBERG, YITZHAK SHALOM GOLDBERG, SHOSHANA MALKA GOLDBERG, ELIEZER SIMCHA GOLDBERG, YAAKOV MOSHE GOLDBERG, TZVI YEHOSHUA GOLDBERG, SHOSHANA MALKA GOLDBERG, minor, by her next friend and guardian Karen Goldberg, TZVI YEHOSHUA GOLDBERG, minor, by her next friend and guardian KAREN GOLDBERG, YAAKOV MOSHE GOLDBERG, minor, by her next friend and guardian KAREN GOLDBERG, YITZHAK SHALOM GOLDBERG, minor, by her next friend and guardian KAREN GOLDBERG, NEVENKA GRITZ, sole heir of NORMAN GRITZ, deceased,

*Plaintiffs-Appellants,*

UNITED STATES OF AMERICA,

*Intervenor-Appellant,*

v.

PALESTINE LIBERATION ORGANIZATION, PALESTINIAN AUTHORITY, a/k/a PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY and/or PALESTINIAN NATIONAL AUTHORITY,

*Defendants-Appellees,*

YASSER ARAFAT, MARWIN BIN KHATIB BARGHOUTI, AHMED TALEB MUSTAPHA BARGHOUTI, a/k/a AL-FARANSI, NASSER MAHMOUD AHMED AWEIS, MAJID AL-MASRI, a/k/a ABU MOJAHED, MAHMOUD AL-TITI, MOHAMMED ABDEL RAHMAN SALAM MASALAH, a/k/a ABU SATKHAH, FARAS SADAK MOHAMMED GHANEM, A/K/A HITAWI, MOHAMMED SAMMI IBRAHIM ABDULLAH, ESTATE OF SAID RAMADAN, deceased, ABDEL KARIM RATAB YUNIS AWEIS, NASSSER JAMAL MOUSA SHAWISH, TOUFIK TIRAWI, HUSSEIN AL-SHAYKH, SANA'A MUHAMMED SHEHADEH, KAIRA SAID ALI SAID, ESTATE OF MOHAMMED HASHAIKA, deceased, MUNZAR MAHMOUD KHALIL NOOR, ESTATE OF WAFA IDRIS, deceased, ESTATE OF MAZAN FARITACH, DECEASED, ESTATE OF MUHANAD ABU HALAWA, deceased, JOHN DOES 1-99, HASSAN ABDEL RAHMAN,

*Defendants.*

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), the American Association for Justice ("AAJ") moves for leave to file the attached brief as amicus curiae in support of Plaintiffs-Appellants, Mark I. Sokolow, et al., and reversal. AAJ has consulted with counsel for the parties concerning this motion. Counsel for Plaintiffs-Appellants and Intervenor-Appellant consent to the motion. Counsel for Defendant-Appellee opposes the motion and intends to file a response.

AAJ is a national, voluntary bar association established in 1946 to strengthen the civil justice system, preserve the right to trial by jury, and protect access to the courts for those who have been wrongfully injured. With members in the United States, Canada, and abroad, AAJ is the world's largest plaintiff trial bar. AAJ's members primarily represent plaintiffs in personal injury actions, employment rights cases, consumer cases, and other civil actions. Throughout its over 75-year history, AAJ has served as a leading advocate for the right of all Americans to seek legal recourse for wrongful conduct.

This case is of acute interest to AAJ members. AAJ members represent plaintiffs in private causes of action under the Anti-Terrorism Act against defendants who dispute personal jurisdiction under the statute. More broadly, the statute at issue in this case is the Promoting Security and Justice for Victims of Terrorism Act, which Congress enacted in 2019 to expand personal jurisdiction over foreign ATA defendants based on "deemed" consent. The statute shares important features with

1

consent-by-registration statutes in place in many states, which provide injured plaintiffs with access to their own courts to obtain legal redress against companies incorporated elsewhere. The lower court's decision, if allowed to stand, would undermine the states' efforts to provide legal recourse to its own residents.

AAJ has filed amicus briefs throughout the country on similar issues. *See, e.g.*, *Fuld v. Palestine Liberation Org.*, 578 F. Supp. 3d 577 (S.D.N.Y. 2022), *appeal docketed*, No. 22-496 (2d Cir. Mar. 8, 2022) (addressing personal jurisdiction in case involving the Promoting Security and Justice for Victims of Terrorism Act); *Atchley v. AztraZeneca UK Ltd.*, 22 F.4th 204 (D.C. Cir. 2022) (addressing personal jurisdiction in case involving Anti-Terrorism Act); *Cooper Tire & Rubber Co. v. McCall*, 863 S.E.2d 81 (Ga. 2021) (discussing personal jurisdiction over a foreign corporation based on the corporation's registration to do business in the state); *Aybar v. Aybar*, 177 N.E.3d 1257 (N.Y. 2021) (same). AAJ believes that its familiarity with the jurisdictional questions at issue will be of assistance to this Court in determining whether the Court has personal jurisdiction over Defendants-Appellees.

Participation by AAJ as amicus curiae will not delay the briefing or argument in this case. AAJ is filing its brief within the time allowed by Federal Rule of Appellate Procedure 29(a)(6).

Accordingly, AAJ respectfully requests that this Court grant its motion for leave to file a brief as amicus curiae in support of Plaintiffs-Appellants and reversal,

2

and that the Court accept for filing the brief that is submitted contemporaneously with this motion.

November 3, 2022                  Respectfully submitted,

/s/ Jeffrey R. White

Jeffrey R. White
American Association for Justice
777 6th Street NW, Suite 200
Washington, DC 20001
(202) 944-2803
jeffrey.white@justice.org

*Counsel for Amicus Curiae*
*American Association for Justice*