# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Waldman et al. v. Palestine Liberation Organization, et al.   Docket No.: 15-3135

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua E. Abraham

Firm: Abraham Esq. PLLC

Address: 477 Madison Avenue, Suite 1230, New York, NY 10022

Telephone: (646) 245-6710   Fax: (646) 201-4454

E-mail: josh@abrahamesq.com

Appearance for: Amici Curiae Philip C. Bobbitt, Michael C. Dorf, and H. Jefferson Powell
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10-06-2022   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Joshua E. Abraham

Type or Print Name: Joshua E. Abraham