# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sokolow v. Palestine Liberation Organization  Docket No.: 15-3135

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Dina Gielchinsky

Firm: OSEN LLC

Address: 190 Moore Street, Suite 272, Hackensack, NJ 07601

Telephone: (201) 265-6400  Fax: (201) 265-0303

E-mail: dgielchinsky@osenlaw.com

Appearance for: Amici Curiae Strength to Strength, Canadian Coalition against Terror, Omagh Support and Self Help Group, Manchester Survivors Choir, V-Europe, Sarz Sanctuary, Iraq Al-Amal Association, onePULSE Foundation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellants )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 6, 2020  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Dina Gielchinsky

Type or Print Name: Dina Gielchinsky