# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-3135, 15-3151, 22-1060

**Caption [use short title]**

**Motion for:** leave to file amicus brief

**Set forth below precise, complete statement of relief sought:**

Leave to file amicus brief of amici curaie Charles Grassley, Jerrold Nadler, Richard Blumenthal, James Lankford, Sheldon Whitehouse, Kathleen Rice, Bradley Schneider, and Grace Meng

Waldman, et al. v. PLO, et al.

**MOVING PARTY:** Amici Curiae attached

**OPPOSING PARTY:** see attached

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** J. Carl Cecere

**OPPOSING ATTORNEY:** see attached

[name of attorney, with firm, address, phone number and e-mail]

Cecere PC
6035 McCommas Blvd.
Dallas, TX 75206

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ J. Carl Cecere    **Date:** 11/4/2022    Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

**ADDENDUM**

**Appearance for:**

amici curiae Senator Charles E. Grassley, Representative Jerrold Nadler, Senator Richard Blumenthal, Senator James Lankford, Senator Sheldon Whitehouse, Representative Kathleen Rice, Representative Bradley E. Schneider, and Representative Grace Meng

| Opposing Counsel/Party | Position on Motion |
|---|---|
| EVA WALDMAN, ET AL.<br>*Plaintiffs-Appellants*<br><br>Kent A. Yalowitz<br>Direct: 212-836-8344<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>Jeffrey Fleischmann -<br>Direct: 646-657-9623<br>Jeffrey Fleischmann, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>Suite 900<br>150 Broadway<br>New York, NY 10038 | Consented |

| Opposing Counsel/Party | Position on Motion |
|---|---|
| PALESTINE LIBERATION ORGANIZATION, PALESTINIAN AUTHORITY, a/k/a PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY AND/OR PALESTINIAN COUNCIL AND/OR PALESTINIAN NATIONAL AUTHORITY, *Defendants-Appellees* <br><br> Gassan A. Baloul, Esq.- <br> Direct: 202-457-6155 <br> Squire Patton Boggs (US) LLP <br> 2550 M Street, NW <br> Washington, DC 20037 <br><br> Mitchell R. Berger, Esq., - <br> Direct: 212-872-9800 <br> Squire Patton Boggs (US) LLP <br> 26th Floor <br> 1211 Avenue of the Americas <br> New York, NY 10036 | Opposed |
| UNITED STATES OF AMERICA *Intervenors* <br><br> Benjamin H. Torrance, <br> Assistant U.S. Attorney <br> United States Attorney's Office <br> for the Southern District of New York <br> 86 Chambers Street <br> New York, NY 10007 | Consented |

# No. 15-3135(L)

15-3135(XAP), 22-1060 (CON)

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————

Eva Waldman, Revital Bauer, individually and as natural guardian of plaintiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer, Shaul Mandelkorn, Nurit Mandelkorn, Oz Joseph Guetta, minor, by his next friend and guardian Varda Guetta, Varda Guetta, individually and as natural guardian of plaintiff Oz Joseph Guetta, Norman Gritz, individually and as personal representative of the Estate of David Gritz, Mark I. Sokolow, individually and as a natural guardian of Plaintiff Jamie A. Sokolow, Rena M. Sokolow, individually and as a natural guardian of plaintiff Jaime A.

(*Caption continued on inside cover*)

———————

On appeal from the United States District Court
for the Southern District of New York (No. 04-cv-397 (GBD))

———————

**BRIEF OF AMICI CURIAE SENATORS AND REPRESENTATIVES CHARLES E. GRASSLEY, JERROLD NADLER, RICHARD BLUMENTHAL, JAMES LANKFORD, SHELDON WHITEHOUSE, KATHLEEN RICE, BRADLEY E. SCHNEIDER, AND GRACE MENG SUPPORTING APPELLANTS AND URGING REVERSAL**

———————

J. Carl Cecere
Cecere PC
6035 McCommas Blvd.
Dallas, TX 75206
(469) 600-9455
ccecere@cecerepc.com

Sokolow, Jamie A. Sokolow, minor, by her next friends and guardian Mark I. Sokolow and Rena M. Sokolow, Lauren M. Sokolow, Elana R. Sokolow, Shayna Eileen Gould, Ronald Allan Gould, Elise Janet Gould, Jessica Rine, Shmuel Waldman, Henna Novack Waldman, Morris Waldman, Alan J. Bauer, individually and as natural guardian of plaintiffs Yehonathon Bauer, Binyamin Bauer, Daniel Bauer and Yehuda Bauer, Yehonathon Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Binyamin Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Daniel Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Yehuda Bauer, minor, by his next friend and guardians Dr. Alan J. Bauer and Revital Bauer, Rabbi Leonard Mandelkorn, Katherine Baker, individually and as personal representative of the Estate of Benjamin Blutstein, Rebekah Blutstein, Richard Blutstein, individually and as personal representative of the Estate of Benjamin Blutstein, Larry Carter, individually and as personal representative of the Estate of Diane ("Dina") Carter, Shaun Coffel, Dianne Coulter Miller, Robert L Coulter, Jr., Robert L. Coulter, Sr., individually and as personal representative of the Estate of Janis Ruth Coulter, Chana Bracha Goldberg, minor, by her next friend and guardian Karen Goldberg, Eliezer Simcha Goldberg, minor, by her next friend and guardian Karen Goldberg, Esther Zahava Goldberg, minor, by her next friend and guardian Karen Goldberg, Karen Goldberg, individually, as personal representative of the Estate of Stuart Scott Goldberg/ natural guardian of plaintiffs Chana Bracha Goldberg, Esther Zahava Goldberg, Yitzhak Shalom Goldberg, Shoshana Malka Goldberg, Eliezer Simcha Goldberg, Yaakov Moshe Goldberg,Tzvi Yehoshua Goldberg, Shoshana Malka Goldberg, minor, by her next friend and guardian Karen Goldberg, Tzvi Yehoshua Goldberg, minor, by her next friend and guardian Karen Goldberg, Yaakov Moshe Goldberg, minor, by her next friend and guardian Karen Goldberg, Yitzhak Shalom Goldberg, minor, by her next friend and guardian Karen Goldberg, Nevenka Gritz, sole heir of Norman Gritz, deceased,

*Plaintiffs-Appellants*,

UNITED STATES OF AMERICA,

*Intervenor Appellant,*

—against—

PALESTINE LIBERATION ORGANIZATION, PALESTINIAN AUTHORITY, AKA PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY AND/OR PALESTINIAN COUNCIL AND/OR PALESTINIAN NATIONAL AUTHORITY,

*Defendants-Appellees,*

YASSER ARAFAT, MARWIN BIN KHATIB BARGHOUTI, AHMED TALEB MUSTAPHA BARGHOUTI, AKA AL-FARANSI, NASSER MAHMOUD AHMED AWEIS, MAJID AL- MASRI, AKA ABU MOJAHED, MAHMOUD AL-TITI, MOHAMMED ABDEL RAHMAN SALAM MASALAH, AKA ABU SATKHAH, FARAS SADAK MOHAMMED GHANEM, AKA HITAWI, MOHAMMED SAMI IBRAHIM ABDULLAH, ESATATE OF SAID RAMADAN, DECEASED, ABDEL KARIM RATAB YUNIS AWEIS, NASSER JAMAL MOUSA SHAWISH, TOUFIK TIRAWI, HUSSEIN AL-SHAYKH, SANA'A MUHAMMED SHEHADEH, KAIRA SAID ALI SADI, ESTATE OF MOHAMMED HASHAIKA, DECEASED, MUNZAR MAHMOUD KHALIL NOOR, ESTATE OF WAFA IDRIS, DECEASED, ESTATE OF MAZAN FARITACH, DECEASED, ESTATE OF MUHANAD ABU HALAWA, DECEASED, JOHN DOES, 1-99, HASSAN ABDEL RAHMAN,

*Defendants.*

**To the Honorable Court:**

Pursuant to Rule 29(a)(2) of the Federal Rules of Appellate Procedure and Rule 27(c) of the Second Circuit Rules, amici curiae Senator Charles E. Grassley, Representative Jerrold Nadler, Senator Richard Blumenthal, Senator James Lankford, Senator Sheldon Whitehouse, Representative Kathleen Rice, Representative Bradley E. Schneider, and Representative Grace Meng, and request leave to file the following brief in support of Appellants in the above-captioned matter. In support of that motion, Amici would show the following.

1. Amici are a bipartisan group of members of the U.S. Senate and the House of Representatives with deep experience guiding national antiterrorism policy. They have served on congressional committees with jurisdiction over issues related to foreign relations, the judiciary, homeland security, and armed services. They also share a commitment to the private right of action provided in the Anti-Terrorism Act of 1992 (ATA). Amici include those who were involved in enacting the ATA and monitoring its implementation over the past 25 years, as well as the Anti-Terrorism Clarification Act of 2018 (ATCA), and the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA), a pair of legislative efforts to

strengthen the ATA in response to jurisdictional obstacles faced by terror victims and their families.

2. Amici wish to submit this brief because the decision under review holds the PSJVTA unconstitutional in many of its most important applications, and Amici believe that this decision undermines the ATA's private right of action and inhibits Congress's power to provide meaningful relief and a federal forum for American citizens harmed by overseas terrorism. Amici therefore wish to urge this Court to reverse that erroneous and troubling decision.

3. Counsel for all parties received notice of amici curiae's intent to file this brief. Plaintiff-Appellants Miriam Fuld, individually, as natural guardian of plaintiff Nathan Shai Fuld, and as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased; Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld; Naomi Fuld; Tamar Gila Fuld; Eliezer Yakir Fuld have consented to the filing of this brief. Intervenor United States has consented to the filing of this brief, but Appellees Palestine Liberation Organization, Palestinian Authority, a/k/a Palestinian Interim Self-Government Authority and/or Palestinian Council and/or Palestinian National Authority, do not consent to filing the brief and will file a response to this motion.

Accordingly, Amici respectfully request leave to file the enclosed amicus curiae brief in support of the Appellants in this case.

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, Texas 75206
(469) 600-9455
ccecere@cecerepc.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of the Second Circuit Rules and Federal Rule of Appellate Procedure 27 because: this motion contains 413 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 27.

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 27 and the type-style requirements of Federal Rule of Appellate Procedure 27 because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 pt. Century Expanded BT font.

*/s/ J. Carl Cecere*

**J. Carl Cecere**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

*/s/ J. Carl Cecere*

**J. Carl Cecere**