# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Sokolow v. Palestine Liberation Organization**　　　Docket No.: **15-3135, 15-3151, 22-1060**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Tejinder Singh**

Firm: **Sparacino PLLC**

Address: **1920 L Street NW. Suite 835**

Telephone: **202.629.3530**　　Fax:

E-mail: **tejinder@sparacinopllc.com**

Appearance for: **Abraham D. Sofaer and Louis J. Freeh**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Appellants** _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **6/13/2022** _____ OR

☐ I applied for admission on _____.

Signature of Counsel: **s/Tejinder Singh**

Type or Print Name: **Tejinder Singh**