

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

November 7, 2022

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE: Local Rule 31.2 request in *Waldman v. PLO*, Nos. 15-3135, 15-3151 & 22-1060.**

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2, Defendants Palestinian Authority and Palestine Liberation Organization respectfully request a deadline of January 27, 2023, for filing their brief. This date is 91 days from the day that the Plaintiffs and the Government filed their briefs, calculated under Local Rule 31.2(a)(1)(A).

Respectfully submitted,

Squire Patton Boggs (US) LLP

Gassan A. Baloul (GB-4473)

*Attorneys for Defendants Palestine Liberation Organization and Palestinian Authority*

cc: All Counsel by ECF

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.