# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, two thousand twenty-two.

Before:  Pierre N. Leval,
　　　　　　*Circuit Judge.*

_____

| | |
|---|---|
| Eva Waldman, et al., | |
| 　　Plaintiffs - Appellants, | **ORDER** |
| v. | Docket Nos. 15-3135(L), 15-3151(XAP), 22-1060(CON) |
| United States of America<br>　　Intervenor - Appellant, | |
| Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority, | |
| 　　Defendants -Appellees, | |

_____

The following groups of Movants request leave to file amicus briefs in support of the Appellants: (1) American Association for Justice; (2) Phillip C. Bobbitt, Michael C. Dorf and H. Jefferson Powell; (3) Strength to Strength, Canadian Coalition against Terror, Omagh Support and Self Help Group, Manchester Survivors Choir, V-Europe, Sarz Sanctuary Party Ltd., Sarz Spirit Foundation Ltd., Iraqi Al-Amal Association and onePULSE Foundation; (4) Charles E. Grassley, Jerrold Nadler, Richard Blumenthal, James Lankford, Sheldon Whitehouse, Kathleen Rice, Bradley E. Schneider and Grace Meng; and (5) Abraham David Sofaer and Louis J. Freeh. The Appellees oppose the motions.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court