# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-two.

Before:  Pierre N. Leval,
  *Circuit Judge,*
 John G. Koeltl,
  *District Judge.**

_____

Eva Waldman, et al.,

    Plaintiffs - Appellants,

v.

United States of America
    Intervenor - Appellant,

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

    Defendants -Appellees.

_____

**ORDER**

Docket Nos. 15-3135(L),
15-3151(XAP),
22-1060(CON)

Appellants move to add a third Judge to the panel that will decide the merits of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

---

* The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.