# 15-3135(L)

## 15-3151 (XAP); 22-1060

### United States Court of Appeals
#### FOR THE
### Second Circuit



*MARK I. SOKOLOW, ET AL.,*

        *Plaintiffs-Appellants,*

*UNITED STATES OF AMERICA,*

        *Intervenor-Appellant,*

v.

*PALESTINE LIBERATION ORGANIZATION, ET AL.,*

        *Defendants-Appellees.*

On Appeal from the United States District Court for the
Southern District of New York, Case No. 2004 Civ. 0397

**DEFENDANTS-APPELLEES' REPLY IN SUPPORT OF THEIR MOTION TO FILE OVERSIZE BRIEF**

Gassan A. Baloul
Mitchell R. Berger
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants-Appellees*

Defendants respectfully request that this Court grant Defendants' motion to file an oversize brief of 21,000 words. Defendants asked for the same size brief allowed in *Fuld* regarding personal jurisdiction under the PSJVTA (19,000 words) with the small addition of 2,000 words because of the additional issues not present in *Fuld*: the issue of recalling the mandate and the issue of expert testimony presented in Defendants' original appeal.

In principle, Plaintiffs "have no objection", but only on condition that they be allowed to file a reply brief of 13,000 words and that they have 45 days to do so. Pltfs. Resp. (Doc. 500) at 1. Both conditions are unreasonable.

First, Plaintiffs' request for a reply brief whose length would exceed half of Defendants' expanded principal brief rests on a misunderstanding of the briefing in the first appeal. *See* Pltfs. Resp. at 2. What Plaintiffs call Defendants' "reply" in that appeal was in fact what this Court expressly described as a "second principal brief" presenting arguments responding to Plaintiffs' cross-appeal. *See* Oct. 14, 2015 Order, Doc. 100 (2d Cir. No. 15-2739). Accordingly, the word limit was 14,000 words (not 7,000 words). *Id.* Defendants sought and obtained an additional 5,000 words for their second principal brief not only to respond to Plaintiffs' arguments, but also to address various amici briefs (of approximately 7,900 words) that were filed *after* Defendants' first principal brief. *See* Def. Motion, Doc. 122.

2

Second, to the extent the first appeal is any guide, Plaintiffs' request for a 45-day reply period clashes with the position Plaintiffs took in opposing Defendants' request for an extension of time for their second principal brief. At that time, citing this Court's Local Rule 27.1(f), Plaintiffs argued that extensions are only granted under "extraordinary circumstances" like serious illness or death in the family. Pl. Opp., Doc. 129 (No. 15-2739). Despite that history, Defendants informed Plaintiffs before filing this Motion that they do not object to either a proportionate enlargement of word limits (10,500 words) for a reply, *or* a reasonable time extension (but that a 45-day reply period is excessive). *See* Updated Oral Arg. Statement, Doc. 129, *Fuld v. PLO* (2d Cir. No. 22-496) (Plaintiffs' counsel is "unavailable" on "February 21-24"). Notably, Defendants and the United States have already agreed to a proportionate enlargement of the word limits the United States' reply brief if Defendants' Motion is granted, and the United States has not sought an extension of time for its reply.

This Court should grant Defendants-Appellees' Motion to file a principal brief not to exceed 21,000 words. In addition, this Court should grant a proportionate enlargement of the word limits for the reply briefs of the Plaintiffs and the United States, not to exceed 10,500 words.

Respectfully Submitted,

December 15, 2022

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants-Appellees*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned counsel certifies that this document complies as follows:

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words, excluding the parts exempted by Rule 32(f).

2. This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, 14-Point font.

*/s/ Gassan A. Baloul*
Gassan A. Baloul

*Counsel for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, the foregoing document was filed with the Clerk of the Court and served via CM/ECF upon counsel of record for Plaintiffs-Appellants.

                                         */s/ Gassan A. Baloul*
                                         Gassan A. Baloul