# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand twenty-two.

Before:     Joseph F. Bianco,
                    *Circuit Judge*.

_____

Eva Waldman, et al.,

       Plaintiffs - Appellants,

v.

United States of America
       Intervenor - Appellant,

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

       Defendants -Appellees.

_____

**ORDER**

Docket Nos. 15-3135(L),
15-3151(XAP),
22-1060(CON)

Appellees move for leave to file an oversized brief of not more than 21,000 words and for leave for the Appellants to file oversized reply briefs of not more than 10,500 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court