# 15-3135(L)

## 15-3151 (XAP); 22-1060

### United States Court of Appeals
#### FOR THE
### Second Circuit

*MARK I. SOKOLOW, ET AL.,*

*Plaintiffs-Appellants,*

*UNITED STATES OF AMERICA,*

*Intervenor-Appellant,*

v.

*PALESTINE LIBERATION ORGANIZATION, ET AL.,*

*Defendants-Appellees.*

On Appeal from the United States District Court for the Southern District of New York, Case No. 2004 Civ. 0397

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE OVERSIZED REPLY BRIEF AND FOR AN ENLARGMENT OF TIME**

---

Gassan A. Baloul
Mitchell R. Berger
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants-Appellees*

By prior Order, this Court enlarged the word limits applicable to the remaining briefs in this case. *See* ECF No. 505. To allow Defendants-Appellees to respond to more than 51,000 words of briefing submitted by Plaintiffs-Appellants, the United States as Intervenor-Appellant, and five separate amici, this Court granted Defendants' motion to enlarge the word limits for their principal brief to 21,000 words. *Id.* In the same Order, this Court also granted a proportional enlargement of the word limits for Plaintiffs' and the Government's reply briefs from 7,000 to 10,500 words. *Id.* In doing so, this Court necessarily considered and rejected Plaintiffs' assertion that they should receive a disproportionate enlargement of their reply brief to 13,000 words. *See* ECF No. 500 (Pls. Response to Motion).

Despite this Court's prior Order, Plaintiffs now seek an additional 2,500 words (beyond the enlargement already granted by the Court) for their reply brief. *See* ECF No. 510. This Court should deny that request, which would effectively double the word limits for a typical reply brief. Plaintiffs' renewed request is disproportionate to the enlargement already granted for Defendants' principal brief, and neither Defendants nor the Government joined in Plaintiffs' request when addressing Defendants' original motion. As Defendants previously explained, Plaintiffs' attempts to justify their request by analogizing to what they call Defendants' "reply" in the first appeal in this case (nearly a decade ago) are unavailing. *See* ECF No. 502 at 2-3 (Defs. Reply). In fact, because of the different

1

configuration of the earlier appeal and cross-appeal Defendants filed what this Court described as a "second principal brief" (*see* Oct. 14, 2015 Order, Doc. 100 (2d Cir. No. 15-2739)) warranting different word limits to address multiple amicus briefs filed after Defendants' first principal brief. *Id.*

As Defendants previously indicated, they are not opposed to a reasonable time extension to accommodate the planned vacation of Plaintiffs' lead counsel. *Id.* at 3; *see also* Updated Oral Arg. Statement, ECF No. 129, Fuld v. PLO (2d Cir. No. 22-496) (stating Plaintiffs' counsel is unavailable "February 21-24"). However, more than doubling the time for a reply, as Plaintiffs request, appears excessive, not least because four other lawyers from the same law firm are assisting Plaintiffs' lead counsel with briefing. *See* ECF 448 (Pltfs. Principal Brief) at 1.

                                                              Respectfully Submitted,

January 2, 2023                                       SQUIRE PATTON BOGGS (US) LLP

/s/ *Gassan A. Baloul*
Gassan A. Baloul
gassan.baloul@squirepb.com
Mitchell R. Berger
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants-Appellees*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned counsel certifies that this document complies as follows:

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 377 words, excluding the parts exempted by Rule 32(f).

2. This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, 14-Point font.

/s/ Gassan A. Baloul
Gassan A. Baloul

*Counsel for Defendants-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2023, the foregoing document was filed with the Clerk of the Court and served via CM/ECF upon counsel of record for Plaintiffs-Appellants.

*/s/ Gassan A. Baloul*
Gassan A. Baloul