# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-three.

Before:     Joseph F. Bianco,
                *Circuit Judge*.

_____

Eva Waldman, et al.,

        Plaintiffs - Appellants,

v.

United States of America
        Intervenor - Appellant,

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

        Defendants -Appellees.

_____

**ORDER**

Docket Nos. 15-3135(L),
15-3151(XAP),
22-1060(CON)

     Plaintiffs-Appellants move for leave to file an oversized reply brief of not more than 13,000 words and for a total period of 45 days to file the reply brief. The Appellees oppose the motion.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                For the Court**:**

                                Catherine O'Hagan Wolfe,
                                Clerk of Court