# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of February, two thousand twenty-three.

_____

| | |
|---|---|
| Eva Waldman, et al., | **ORDER** |
|     Plaintiffs - Appellants, | Docket Nos. 15-3135(L), 15-3151(XAP), 22-1060(Con) |
| v. | |
| United States of America | |
|     Intervenor - Appellant, | |
| Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority, | |
|     Defendants -Appellees. | |

_____
_____

Miriam Fuld, individually, as natural guardian of plaintiff Natan Shai Fuld, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Naomi Fuld, Tamar Gila Fuld, Eliezer Yakir Fuld,

    Plaintiffs - Appellants,        Docket Nos. 22-76(L), 22-496(Con)

United States of America,

    Intervenor - Appellant,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and

or Palestinian Council and or Palestinian National Authority,

        Defendants – Appellees.
_____

IT IS HEREBY ORDERED that the above-captioned appeals will be heard in tandem.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

