# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of July, two thousand twenty-three.

Before:     Joseph F. Bianco,
                *Circuit Judge,*

_____

Eva Waldman, et al.,

        Plaintiffs - Appellants,

v.

United States of America

        Intervenor - Appellant,

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

        Defendants -Appellees.
_____
_____

**ORDER**

Docket Nos. 15-3135(L), 15-3151(XAP), 22-1060(Con)

Miriam Fuld, et al.,

        Plaintiffs - Appellants,         Docket Nos. 22-76(L), 22-496(Con)

United States of America,

        Intervenor - Appellant,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

        Defendants – Appellees.
_____

Plaintiffs-Appellants move for supplemental briefing. Defendants-Appellees oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties shall file simultaneous briefs of no more than 1,500 words by July 26, 2023, addressing the effect, if any, in the tandem appeals of the recent decision in *Mallory v. Norfolk Southern Ry.*, No. 21-1168 (U.S. June 27, 2023).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court