**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 08, 2023
Docket #: 15-3135cv
Short Title: Sokolow v. Palestine Liberation Organizat

DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)DC Docket #: 04-cv-397
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Ellis

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.