UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-76(L); 15-3135(L)

**Caption [use short title]**

**Motion for:** 30-day extension to petition for rehearing

Fuld v. Palestine Liberation Org. (22-76, 22-496)

Waldman v. Palestine Liberation Org. (15-3135, 15-3151, 22-1060)

Set forth below precise, complete statement of relief sought:

Extension of time to petition for rehearing or rehearing en banc from Oct. 23, 2023, to Nov. 22, 2023

**MOVING PARTY:** United States (intervenor-appellant)
**OPPOSING PARTY:** Palestine Liberation Org. et al.

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Benjamin H. Torrance
**OPPOSING ATTORNEY:** Mitchell Berger

[name of attorney, with firm, address, phone number and e-mail]

U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd floor, NY NY 10007
212.637.2703; benjamin.torrance@usdoj.gov

Squire Patton Boggs LLP
2550 M St. NW, Washington DC 20037
202.457.5601; mitchell.berger@squirepb.com

**Court- Judge/ Agency appealed from:** U.S. District Court, SDNY / Furman, J. & Daniels, J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: May 3, 2023

**Signature of Moving Attorney:**
/s/ Benjamin H. Torrance  **Date:** 13 Oct. 2023  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)