**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

---------------------------------------------------- x

Fuld et al.,                                                                Nos. 22-76, 22-496

      Plaintiffs-Appellants,

United States of America,

      Intervenor-Appellant,

    v.

Palestine Liberation Organization et al.,

      Defendants-Appellees.

---------------------------------------------------- x

Waldman et al.,                                                     Nos. 15-3135, 15-3151, 22-1060

      Plaintiffs-Appellants,

United States of America,

      Intervenor-Appellant,

    v.

Palestine Liberation Organization et al.,

      Defendants-Appellees.

----------------------------------------------------

### Motion for an Extension of Intervenor-Appellant's Time to File a Petition for Rehearing or Rehearing En Banc

Intervenor-appellant the United States (the "government") respectfully submits this memorandum in support of its motion for a 30-day extension of time in which the government, as well as plaintiffs-appellants, may file a petition for rehearing or rehearing en banc, from October 23, 2023, to November 22, 2023.

On September 8, 2023, this Court issued opinions in the two appeals captioned above. In *Fuld,* the Court held that a provision of the Promoting Security

and Justice for Victims of Terrorism Act of 2019 stating that certain defendants

" 'shall be deemed to have consented to personal jurisdiction' " in civil actions

brought under the Anti-Terrorism Act "is inconsistent with the requirements of

constitutional due process." (*Fuld* Op. at 5–6 (quoting 18 U.S.C. § 2334(e)). In

*Waldman*, the Court "incorporate[d] the entirety of *Fuld*'s analysis." (*Waldman*

Op. at 19). These decisions, invalidating an Act of Congress, implicate questions

of substantial importance.

In accordance with Federal Rules of Appellate Procedure 35(c) and 40(a)(1), a

petition for rehearing or rehearing en banc is currently due on October 23, 2023.

Pursuant to 28 C.F.R. § 0.20(b), the Solicitor General must authorize any

petition for rehearing en banc by the government. In deciding whether to do so in a

case such as this one, the Solicitor General seeks input from a number of

components of the Department of Justice, as well as other interested federal

agencies. The additional time requested in this motion is needed for the

government to complete the process of inter-agency consultation regarding the

questions described above, for the Solicitor General to reach a final decision, and,

should the Solicitor General authorize a petition for rehearing en banc, for the

preparation of a petition for filing.

This is the government's first request for an extension of time to file a petition for rehearing or rehearing en banc in this matter. Counsel for plaintiffs-appellants in both cases does not oppose this request and will not respond, and requests the same 30-day extension for them to file a petition for rehearing or rehearing en banc. Counsel for defendants-appellees does not oppose this request and will not respond.

Accordingly, the government respectfully requests that its deadline, as well as plaintiffs-appellants' deadline, to file a petition for rehearing or rehearing en banc in these cases be extended, from October 23 to November 22, 2023.

Dated:      New York, New York
            October 13, 2023

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS,
                                        *United States Attorney for the*
                                        *Southern District of New York,*
                                        *Attorney for Intervenor-Appellant.*

BENJAMIN H. TORRANCE,
    *Assistant United States Attorney,*
        *Of Counsel.*

### Certificate of Compliance

Pursuant to Federal Rule of Appellate Procedure 32(g), the above-named counsel hereby certifies that this memorandum complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare it, this memorandum contains 386 words.