# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-three.

Before:      Joseph F. Bianco,
                     *Circuit Judge,*

---

Eva Waldman, et al.,                             **ORDER**

        Plaintiffs-Appellants,             Docket Nos. 15-3135(L), 15-3151(XAP),
                                                      22-1060(Con)

United States of America,

        Intervenor-Appellant,

v.

Palestine Liberation Organization, et al.,

        Defendants-Appellees.

---

Miriam Fuld, et al.,

        Plaintiffs-Appellants,             Docket Nos. 22-76(L), 22-496(Con)

United States of America,

        Intervenor-Appellant,

v.

Palestine Liberation Organization, et al.,

        Defendants-Appellees.

---

      The Government moves for a 30-day extension to November 22, 2023 to file a petition for rehearing or rehearing *en banc* in the above-captioned appeals.

IT IS HEREBY ORDERED that the motion is GRANTED.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court