# In the
# United States Court of Appeals
## FOR THE SECOND CIRCUIT

---

AUGUST TERM 2023

No. 22-76-cv (L), 22-496-cv (Con), 15-3135-cv (L),
15-3151-cv (XAP), 22-1060-cv (Con)

**MIRIAM FULD ET AL.,**
*Plaintiffs – Appellants*,

**UNITED STATES OF AMERICA,**
*Intervenor – Appellant*,

v.

**THE PALESTINE LIBERATION ORGANIZATION AND THE PALESTINIAN AUTHORITY,**
*Defendants – Appellees*.

---

ON PETITION FOR REHEARING EN BANC
DECIDED: MAY 10, 2024

---

**ERRATA**

| Page | Delete | Insert |
| --- | --- | --- |
| 5 of Dissent | Invaliding an act of Congress | Invalidating an act of Congress |

Distribution:

_____Panel Members

\_\_X\_\_\_West Publishing

\_\_X\_\_\_Clerk of Court

**SO ORDERED:**

/s/ Steven J. Menashi

Circuit Judge

May 10, 2024