# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 12, 2024

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Miriam Fuld, et al.
v. Palestine Liberation Organization, et al.
No. 24-20
(Your No. 22-76, 22-496; 15-3135, 15-3151, 22-1060)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 3, 2024 and placed on the docket July 9, 2024 as No. 24-20.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst