# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:   United States
           v. Palestine Liberation Organization, et al.
           No. 24-151
           (Your No. 22-76, 22-496; 15-3135, 15-3151, 22-1060)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 8, 2024 and placed on the docket August 12, 2024 as No. 24-151.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst