# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-five.

Before:     Joseph F. Bianco,
              *Circuit Judge.*

___

Eva Waldman, et al.,

    Plaintiffs - Appellants,

United States of America
    Intervenor - Appellant,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and/or Palestinian Council and/or Palestinian National Authority,

    Defendants - Appellees.

**ORDER**

Docket Nos. 15-3135(L),
              15-3151(XAP),
              22-1060(Con)

___

    Appellants have filed a letter requesting permission to file a supplemental brief in response to the supplemental brief filed by Appellees on October 17, 2025. Appellees oppose the request and, alternatively, request permission to file a supplemental reply brief.

    IT IS HEREBY ORDERED that Appellants may file a supplemental brief of not more than seven pages by November 7, 2025. Appellees may file a supplemental reply brief of not more than seven pages by November 17, 2025.

                                For the Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court

